NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3391
    Facsimile:  (213) 894-7177
    E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; $1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592; $206,156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938; $501,248.14 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8103; $251,436.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8162; ANY AND ALL FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8189; $621,832.06 IN U.S. CURRENCY SEIZED FROM PERKINS COIE TRUST COMPANY ACCOUNT '0012; $9,882,828.72 IN INVESTMENT FUNDS SEIZED FROM PERKINS COIE TRUST COMPANY; $34,149,280 IN | No. CV 18-8420<br><br>WARRANT |

INVESTMENT FUNDS SEIZED FROM ACACIA CONSERVATION FUND LP; $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225; AND $1,038.42 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '7054,

        Defendants.

TO: UNITED STATES MARSHALS SERVICE:

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendants, $1,546,076.35 in Bank Funds Seized From Republic Bank of Arizona Account '1889; $1,001,731.18 in Bank Funds Seized From Republic Bank of Arizona Account '2592; $206,156.00 in Bank Funds Seized From Republic Bank of Arizona Account '1938; $501,248.14 in Bank Funds Seized From Republic Bank of Arizona Account '8103; $251,436.00 in Bank Funds Seized From Republic Bank of Arizona Account '8162; Any and All Funds Seized From Republic Bank of Arizona Account '8189; $621,832.06 in U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 in Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 in Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 in Bank Funds Seized From Bank of America Account '8225; and $1,038.42 in Bank Funds Seized From Bank of America Account '7054, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

                                    KIRY K. GRAY, Clerk

                                    _____
                                    Deputy Clerk of Court