```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. KUCERA (Cal. Bar No. 274184)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-3391
         Facsimile:  (213) 894-7177
 9       E-mail:     John.Kucera@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
12
                    UNITED STATES DISTRICT COURT
13
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
```

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; ET AL.<br><br>              Defendants. | No. CV 18-8420-MRW<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |
|---|---|

    Pursuant to Local Rule 83-1.3.1, notice is hereby given that this case is related to the following pending cases:

    1.   Case number CV 18-6742-RGK, *In the Matter of the Seizure of Any and All Funds Held in Republic Bank of Arizona Account XXXX1889; XXXX2592, XXXX1938, XXXX2912, and XXXX2500.*

2. Case number CV 18-8423, *United States v. $404,372.12 in Bank Funds Seized from National Bank of Arizona Account '0178.*

Dated: October 1, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/s/John J. Kucera_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America