```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. KUCERA (Cal. Bar 274184)
    Assistant United States Attorney
 6  Asset Forfeiture Section
    1400 United States Courthouse
 7  312 North Spring Street
    Los Angeles, California 90012
 8  Telephone:    (213) 894-3391
    Facsimile:    (213) 894-0142
 9  E-mail:   John.Kucera@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
                    UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                            WESTERN DIVISON
14
    UNITED STATES OF AMERICA,        No. CV 18-8420-MRW
15
              Plaintiff,
16                                   NOTICE OF ERRATA TO THE
              v.                     REAL PROPERTY LOCATED IN MARICOPA
17                                   COUNTY, ARIZONA (PV 1)

18   $1,546,076.35 IN BANK FUNDS
    SEIZED FROM REPUBLIC BANK OF
19  ARIZONA ACCOUNT '1889;
    $1,001,731.18 IN BANK FUNDS
20  SEIZED FROM REPUBLIC BANK OF
    ARIZONA ACCOUNT '2592;
21  $206,156.00 IN BANK FUNDS
    SEIZED FROM REPUBLIC BANK OF
22  ARIZONA ACCOUNT '1938;
    $501,248.14 IN BANK FUNDS
23  SEIZED FROM REPUBLIC BANK OF
    ARIZONA ACCOUNT '8103;
24  $251,436.00 IN BANK FUNDS
    SEIZED FROM REPUBLIC BANK OF
25  ARIZONA ACCOUNT '8162; ANY
    AND ALL FUNDS SEIZED FROM
26  REPUBLIC BANK OF ARIZONA
    ACCOUNT '8189; $621,832.06 IN
27  U.S. CURRENCY SEIZED FROM
    PERKINS COIE TRUST COMPANY
28  ACCOUNT '0012; $9,882,828.72
    IN INVESTMENT FUNDS SEIZED
```

| | |
|---|---|
| 1 | FROM PERKINS COIE TRUST COMPANY; $34,149,280 IN INVESTMENT FUNDS SEIZED FROM ACACIA CONSERVATION FUND LP; $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225; AND $1,038.42 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '7054, |

PLEASE TAKE NOTICE of the following errata in the first amended civil forfeiture complaint filed October 5, 2018 (Dkt. No. 9):

1. Under the Heading ASSETS HELD BY OR FOR THE BENEFIT OF MICHAEL LACEY, paragraph "4.r." was misplaced. That paragraph should have been included in the section headed, "ASSETS HELD BY OR FOR THE BENEFIT OF JAMES LARKIN," which section presently begins at paragraph "4.t.";

2. Under the section headed, "MICHAEL LACEY ASSETS," which section presently begins at paragraph 53, sub-paragraph "M" was misplaced. That sub-paragraph should have been included in the section headed, "JAMES LARKIN ASSETS," which section presently begins at paragraph 77; and

3. The section headed, "JAMES LARKIN ASSETS," present paragraph 77 contains inaccurate information. Paragraph 74 presently reads,

> Approximately $11,480,000 million in illicit funds from Backpage's U.S. Bank account '1165 passed-through various Backpage or Backpage Operators accounts, eventually (between March 15 and September 18, 2014) ending up in BMO Harris account '5263, owned or controlled by Lacey. Thereafter, on March 30, 2015, BMO Harris Bank account '5263 transferred $774,379.46 towards the purchase of the Paradise Valley Property 1.

1  Instead, paragraph 74 should read,

2      Approximately $41.5 million in illicit funds from
    Backpage's U.S. Bank account '1165 passed through various
3      Backpage or Backpage Operators accounts.  Following these
    various transfers, eventually, on October 2, 2013, a total
4      of approximately $26,130.64 was transferred into BMO
    Harris account '3110, owned or controlled by Larkin.
5      Thereafter, on December 11, 2014, BMO Harris Bank account
6      '3100 paid $46,957.28 to maintain the Paradise Valley
    property 1.

Dated: October 9, 2018      Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States
Chief, Asset Forfeiture Section

       /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA