NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
California Bar No. 274184
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3391
Facsimile: (213) 894-0142
E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT ‘1889, ET AL.,

DEFENDANTS.

No. CV 18-08420-RGK(PJWx)

**EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (UNOPPOSED)**

**Current Response Dates:**
**Claim – 12/28/18; Answer – 1/14/19**

**Proposed New Response Dates:**
**Claim – 4/30/19; Answer – 30 days after the stay is lifted**

On October 5, 2018, the government filed this action against defendants $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account ‘1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account ‘2592; $206,156.00 in Bank Funds

Seized From Republic Bank Of Arizona Account ‘1938; $501,248.14 in Bank Funds Seized From Republic Bank Of Arizona Account ‘8103; $251,436.00 in Bank Funds Seized From Republic Bank Of Arizona Account ‘8162; Any and All Funds Seized From Republic Bank Of Arizona Account ‘8189; $621,832.06 in U.S. Currency Seized From Perkins Coie Trust Company Account ‘0012; $9,882,828.72 in Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 in Investment Funds Seized From Acacia Conservation Fund LP; $278.73 in Bank Funds Seized From Bank Of America Account ‘8225; And $1,038.42 in Bank Funds Seized From Bank Of America Account ‘7054 (collectively, “Defendant Assets”). James Larkin, Margaret Larkin, Ocotillo Family Trust, Troy C. Larkin, Ramon Larkin, and/or other individuals and entities (“potential claimants”) may have a potential interest in the Defendant Assets.

Pursuant to Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, the potential claimants must file a claim on or before December 24, 2018, and an answer 21 days thereafter, although the government may extend this deadline for an additional 30 days. And, on December 21, 2018, the government extended the deadline for any potential claimant to file a claim until December 28, 2018.

///

///

///

Now, by this unopposed, *ex parte* application, the government requests that this Court extend the deadlines set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. The government has contacted counsel for all known potential claimants (a complete list of opposing counsel, and contact information for each, is attached hereto as Attachment A), and each such counsel has indicated no opposition to this request.

Accordingly, any potential claimant's time to file a claim to the Defendant Assets is extended from December 28, 2018, to April 30, 2019, and any answer is extended from January 14, 2019, until 30 days after the stay is lifted. However, if the Court lifts the stay before April 30, 2019, and a claim is thereafter filed, then such claimant must file any answer or other responsive document within 21 days after filing a claim.

Dated: December 27, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA