ATTACHMENT A

Names and Contact information of opposing counsel for

Known Potential Claimants

JAMES LARKIN
c/o Bienert Miller & Katzman PLC
Thomas Henry Bienert, Jr.
Whitney Bernstein
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
tbienert@bmkattorneys.com
wberstein@bmkattorneys.com
tthomas@bmkattorneys.com

MICHAEL LACEY
c/o Erin E. McCampbell
Paul John Cambria, Jr.
Liptsitz Green Scime Cambria LLP
42 Delaware Ave., Ste. 120
Buffalo, NY 14202
pcambria@lglaw.com
emccampbell@lglaw.com

ALYSON TALLEY
c/o Martha Boersch
Boersch Shirpiro LLP
1611 Telegraph Ave., Ste 806
Oakland, CA 94612
MBoersch@boerschshapiro.com

SCOTT SPEAR
c/o Bruce Feder
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, AZ 85016
bf@federlawpa.com


ELLONA SPEAR
NATASHA SPEAR
c/o Jim Belanger
JBelanger Law PLLC
PO Box 447
Tempe, AZ 85280
jjb@jbelangerlaw.com
602-253-6682

ATTACHMENT A

4

ANDREW PADILLA
c/o Michael L. Piccarreta
Piccarreta Davis Keenan Fidel, P.C.
2 East Congress Street, Suite 1000,
Tucson, AZ 85701
mlp@pd-law.com

JOYE VAUGHT
c/o Stephen M. Weiss
Karp & Weiss PC
3060 N. Swan Road
Tucson, AZ 85712
sweiss@karpweiss.com

APRIL FERRER
c/o James Whalen
Whalen Low Office
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Jwhalen@whalenbawoffice.com

BACKPAGE.COM LLC
c/o David Lawrence Botsford
Botsford & Roark
1307 West Ave.
Austin, TX 78701
dbotsford@aol.com

CAMARILLO HOLDINGS, LLC
CEREUS PROPERTIES, LLC
SHEARWATER INVESTMENTS, LLC
MEDALIST HOLDINGS, INC.
VERMILLION HOLDINGS, LLC
LEEWARD HOLDINGS, LLC
c/o Daniel Quigley
5425 East Broadway Blvd. Ste 352
Tucson, AZ 85711-3704
quigley@djqplc.com

ATTACHMENT A

5

```
JOHN BRUNST
BRUNST FAMILY TRUST
c/o Gary Licenberg
Bird Marella, P.C.
1875 Century Park East 23rd Fl.
Los Angeles, CA 90067
glincenberg@birdmarella.com
an@birdmarella.com
```

ATTACHMENT A

6