UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     PLAINTIFF,<br><br>          V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>     DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**New Response Dates:**<br>**Claim due - 4/30/19**<br>**Answer due – 30 days after the stay is lifted** |

Pursuant to the government's unopposed *ex parte* application, and good cause appearing, IT IS ORDERED that potential claimants James Larkin, Margaret Larkin, Troy Larkin, Ramon Larkin, Ocotillo Family

Trust, and any other potential claimant's time to file a claim to the defendant assets is extended to April 30, 2019, and the time to file any answer or other responsive document to the complaint is extended to 30 days after the stay is lifted in this case.  However, if the stay is lifted before April 30, 2019, and a claim is thereafter filed, then such claimant must file any answer or other responsive document within 21 days after filing a claim.

Dated: _____, 2018

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

          /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **December 27, 2018**, I served a copy of: **GOVERNMENT'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND [PROPOSED] ORDER** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices, or by e-mail.

**TO:   SEE SERVICE LIST**

 **X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 27, 2018** at Los Angeles, California.

    /s/ ***S. Beckman***
    SHANNEN BECKMAN

**SERVICE LIST**

JAMES LARKIN
c/o Bienert Miller & Katzman PLC
Thomas Henry Bienert, Jr.
Whitney Bernstein
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
tbienert@bmkattorneys.com
wberstein@bmkattorneys.com
tthomas@bmkattorneys.com


JAMES A. LARKIN AND MARGARET G. LARKIN
Trustees of The Ocotillo Family Trust
493 Zinfandel Lane
Saint Helena, CA 94574-1637

John C. Larkin,
Margaret G. Larkin and
James A. Larkin
████████████████████
Chicago, IL 60637

James A. Larkin and Margaret G. Larkin
Trustees of The Ocotillo Family Trust
493 Zinfandel Lane
Saint Helena, CA 94574-1637

████████████████████████
Kansas City, MO 64113-2046

Troy Larkin
████████████████████████
Brooklyn, NY 11222-2104