UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   PLAINTIFF,<br><br>   V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>   DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[~~PROPOSED~~]**<br>**<u>ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT</u>**<br><br>**New Response Dates:**<br>**Claim due - 4/30/19**<br>**Answer due – 30 days after the stay is lifted** |

   Pursuant to the government's unopposed *ex parte* application, and good cause appearing, IT IS ORDERED that potential claimants James Larkin, Margaret Larkin, Troy Larkin, Ramon Larkin, Ocotillo Family

Trust, and any other potential claimant's time to file a claim to the defendant assets is extended to April 30, 2019, and the time to file any answer or other responsive document to the complaint is extended to 30 days after the stay is lifted in this case. However, if the stay is lifted before April 30, 2019, and a claim is thereafter filed, then such claimant must file any answer or other responsive document within 21 days after filing a claim.

Dated: December 28, 2018

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

       /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2