NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    Email: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants. | No. CV 18-8420-RGK (PJWx)<br><br>**STATUS REPORT ON STAYED CASE** |

On November 1, 2018, this Court ordered this case stayed pending the conclusion of the related criminal cases, and ordered the government to submit a status report every six months in order to enable the Court to monitor the status of the action. (Dkt. No. 15.)

The government respectfully requests that the Court extend the stay of all proceedings, and that the government submit another status report in an additional six months.

//

The status of related matters is as follows:

<u>Seizure Warrants and Civil Forfeiture in CDCA</u>

Between March and July 2018, the government obtained multiple seizure warrants,[1] which were executed between April and July 2018. In response, Movant James Larkin ("Larkin") filed a motion to vacate or modify seizure warrants ("Motion to Vacate"), in which Movants Scott Spear ("Spear"), John Brunst ("Brunst"), and Michael Lacey ("Lacey") joined. On October 23, 2018, following the government's motion (Dkt. No. 79), this Court stayed all civil forfeiture proceedings (Dkt. No. 85).

Movants appealed the Order to stay, which appeal is pending in the Ninth Circuit Court of Appeals, with oral argument tentatively scheduled for July 2019. (18-56455).

<u>Criminal Actions in the District of Arizona</u>

On April 5, 2018, Carl Ferrer ("Ferrer"), the Chief Executive Officer for Backpage.com and related entities, pleaded guilty in *United States of America v. Carl Allen Ferrer*, 18-CR-464-PHX-SMB. (Dkt. No. 7). On or about May 16, 2018, pursuant to a stipulation between the government and defendant Ferrer, the District Court of Arizona issued a preliminary order of forfeiture in that criminal case. (Dkt. No. 23). Movants Larkin, Spear, Brunst, Hyer, Shearwater Holdings, LLC. ("Shearwater"), Medalist Holdings, Inc. ("Medalist"), Vermillion Holdings, LLC. ("Vermillion"), Cereus Properties, LLC. ("Cereus"), Camarillo Holdings, LLC. ("Camarillo"), Leeward Holdings, LLC. ("Leeward"), and April Ferrer ("A. Ferrer") each filed petitions asserting an interest in the property described

---

[1] 18-MJ-722; 18-MJ-719; 18-MJ-715; 18-MJ-716; 18-MJ-718; 18-MJ-719; 18-MJ-720; 18-MJ-721; 18-MJ-722; 18-MJ-723; 18-MJ-724; 18-MJ-751; 18-MJ-797; 18-MJ-798; 18-MJ-996; 18-MJ-997; 18-MJ-1427; 18-MJ-1863

in the preliminary order of forfeiture. The ancillary hearing to adjudicate those petitions is currently set for June 21, 2019, and sentencing for defendant Ferrer is set for July 18, 2019.

On April 6, 2018, in *United Sates of America v. Backpage.com, LLC., et al*, 18-CR-465-PHX-SMB, defendants Backpage.com, LLC., Website Technologies, LLC., Posting Solutions, LLC., Amstel River Holdings, LLC., Ad Tech BC, and UGC Tech Group CV each entered guilty pleas through its authorized representative, Carl Ferrer. (Dkt. No. 8). Defendants' sentencing is set for July 18, 2019. (Dkt. No. 81). Movants Larkin, Spear, Brunst, Dan Hyer ("Hyer"), Shearwater, Medalist, Vermillion, Cereus, Camarillo, and Leeward filed petitions claiming an interest in the property targeted for forfeiture in that criminal proceeding. At present, by stipulation of the parties, the ancillary proceeding on those assets is stayed. (Dkt. No. 60).

On April 9, 2018, an indictment was unsealed in *United Sates of America v. Lacey, et al.*, 18-CR-422-PHX-SMB, naming Michael Lacey, Scott Spear, John Brunst, Hyer, Andrew Padilla, and Joye Vaught as defendants. (Dkt. No. 21). On July 25, 2018, in *United Sates of America v. Lacey, et al.*, a grand jury returned a First Superseding Indictment naming the same defendants, but adding additional charges. On August 17, 2018, defendant Hyer plead guilty to conspiracy, and his sentencing is scheduled for May 20, 2019. (Dkt. No. 520). Trial for the remaining defendants is scheduled for January 15, 2020. (Dkt. No. 131).

///

///

3

The government respectfully requests that the Court's prior order staying all proceedings be extended, with another status report due from the government in six months.

Dated: April 23, 2019  Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **April 23, 2019**, I served a copy of: **STATUS REPORT** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  SEE SERVICE LIST**

 **X**  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **April 23, 2019** at Los Angeles, California.

/s/ ***Krystie Sor***
Krystie Sor

**SERVICE LIST**

JAMES LARKIN
c/o Bienert Miller & Katzman PLC
Thomas Henry Bienert, Jr.
Whitney Bernstein
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
tbienert@bmkattorneys.com
wberstein@bmkattorneys.com
tthomas@bmkattorneys.com

JAMES A. LARKIN AND MARGARET G. LARKIN
Trustees of The Ocotillo Family Trust
493 Zinfandel Lane
Saint Helena, CA 94574-1637

John C. Larkin,
Margaret G. Larkin and
James A. Larkin
1308 E. 56th St.
Chicago, IL 60637

James A. Larkin and Margaret G. Larkin
Trustees of The Ocotillo Family Trust
493 Zinfandel Lane
Saint Helena, CA 94574-1637

Ramon Larkin
1023 W 70th Ter.
Kansas City, MO 64113-2046

Troy Larkin
122 Kent St. Apt. 2
Brooklyn, NY 11222-2104