NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
California Bar No. 274184
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>       V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>       DEFENDANTS. | No. CV 18-08420-RGK(PJWx)<br><br>**STIPULATION ALLOWING FOR THE MANAGEMENT OF PERKINS COIE ACCOUNT** |

    Plaintiff United States of America ("plaintiff" or "the government") and potential claimant, Margaret Larkin ("Larkin" or "potential claimant") by and through their counsel of record, stipulate and request that this Court enter an order allowing for the

management of defendant asset $9,882,828.72 in Investment Funds Seized From Perkins Coie Trust Company, account #54 00 0770 0 12 ("PCTC account '0012").

The parties stipulate and agree to the following:

1. PCTC shall resume management of the assets in PCTC account '0012, and the proceeds and additions thereto, pursuant to the Investment Management Agreement and Investment Policy Statement executed by Larkin and PCTC on December 11, 2017, except as set forth herein;

    a. PCTC shall be paid its accrued fees in the amount of $27,582.28, to be remitted directly to PCTC from the immediately available funds in the Account;

    b. On a monthly basis and while managing PCTC account '0012, PCTC shall be paid the fees set forth in its Investment Management & IRA Rollover Fee Schedule, which fees are to be remitted directly to PCTC from the immediately available funds in PCTC account '0012 and pursuant to the terms set forth in the Investment Management Agreement, including Paragraph 6 to that agreement; and

//
//
//

2.     All terms set forth in the Investment Management Agreement and its referenced Exhibit A remain in full force and effect, except that PCTC will honor a request to withdraw or transfer assets from PCTC account '0012 only pursuant to written authorization by the government or a Court order.

3.     Monthly invoices will be sent to Margaret Larkin c/o Walter Brown and Melinda Haag at Orrick, Herrington & Sutcliffe, LLP and to AUSA John J. Kucera at the U.S. Attorney's Office for the central District of California.

SO STIPULATED.

Dated: April 24, 2019            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


         /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



Dated: April 24, 2019            /s/(per e-mail confirmation)
MELINDA HAAG
WALTER BROWN
Orrick, Herrington & Sutcliffe, LLP


Attorneys for Potential Claimant
MARGARET LARKIN

3