UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>              V.<br><br>$1,546,076.35 IN BANK FUNDS<br>SEIZED FROM REPUBLIC BANK OF<br>ARIZONA ACCOUNT '1889, ET AL.,<br><br>        DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**<u>ORDER RE: MANAGEMENT OF PERKINS</u>**<br>**<u>COIE ACCOUNT</u>** |

     Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED.

     1.   Perkins Coie Trust Company shall resume management of the assets in PCTC account #54 00 0770 0 12  ("PCTC account '0012"), and the proceeds and additions thereto, pursuant to the Investment Management Agreement and Investment Policy Statement executed by Larkin and PCTC on December 11, 2017, except as set forth herein:

          a.   PCTC shall be paid its accrued fees in the amount of $27,582.28, to be remitted directly to PCTC from the immediately available funds in PCTC account '0012; and

b.   On a monthly basis and while managing PCTC account '0012, PCTC shall be paid the fees set forth in its Investment Management & IRA Rollover Fee Schedule, which fees are to be remitted directly to PCTC from the immediately available funds in PCTC account '0012 and pursuant to the terms set forth in the Investment Management Agreement, including Paragraph 6 to that agreement;

2.   All terms set forth in the Investment Management Agreement and its referenced Exhibit A remain in full force and effect, except that PCTC will honor a request to withdraw or transfer assets from PCTC account '0012 only pursuant to written authorization by the government or a Court order.

3.   Monthly invoices will be sent to Margaret Larkin c/o Walter Brown and Melinda Haag at Orrick, Herrington & Sutcliffe, LLP and to AUSA John J. Kucera at the U.S. Attorney's Office for the Central District of California.


Dated:_____, 2019   _____
                                 THE HONORABLE R. GARY KLAUSNER
                                 UNITED STATES DISTRICT JUDGE
Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

_____/s/*John J. Kucera*_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **April 24, 2019**, I served a copy of: **STIPULATION ALLOWING FOR THE MANAGEMENT OF PERKINS COIE ACCOUNT AND [PROPOSED] ORDER** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices, or by e-mail.

**TO:  Melinda Haag; mhaag@orrick.com**

**Walter F. Brown; wbrown@orrick.com**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **April 24, 2019** at Los Angeles, California.

/s/ ***S. Beckman***
SHANNEN BECKMAN