UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　PLAINTIFF,<br><br>　　　　V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>　　　　DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>[~~PROPOSED~~]<br>**ORDER RE: MANAGEMENT OF PERKINS COIE ACCOUNT** |

　　　Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED.

　　　1.　Perkins Coie Trust Company shall resume management of the assets in PCTC account #54 00 0770 0 12 ("PCTC account '0012"), and the proceeds and additions thereto, pursuant to the Investment Management Agreement and Investment Policy Statement executed by Larkin and PCTC on December 11, 2017, except as set forth herein;

　　　a.　PCTC shall be paid its accrued fees in the amount of $27,582.28, to be remitted directly to PCTC from the immediately

1 available funds in PCTC account '0012;

2     b. On a monthly basis and while managing PCTC account '0012, PCTC shall be paid the fees set forth in its Investment Management & IRA Rollover Fee Schedule, which fees are to be remitted directly to PCTC from the immediately available funds in PCTC account '0012 and pursuant to the terms set forth in the Investment Management Agreement, including Paragraph 6 to that agreement;

    2. All terms set forth in the Investment Management Agreement and its referenced Exhibit A remain in full force and effect, except that PCTC will honor a request to withdraw or transfer assets from PCTC account '0012 only pursuant to a Court order or government request.

    3. Monthly invoices will be sent to Margaret Larkin c/o Walter Brown and Melinda Haag at Orrick, Herrington & Sutcliffe, LLP and the government.

Dated: April 25, 2019

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

    /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2