NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
California Bar No. 274184
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    DEFENDANTS. | No. CV 18-08420-RGK(PJWx)<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (UNOPPOSED)**<br><br>**Current Response Dates:**<br>**Claim – 4/30/19; Answer – 30 days after the stay is lifted**<br><br>**Proposed New Response Dates:**<br>**Claim – 14 days after 9CCA decision; Answer – 35 days after the stay is lifted** |

    On October 5, 2018, the government filed this action against the following defendants: $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds

Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any and All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund LP; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054 (collectively, "Defendant Assets").  James Larkin, Margaret Larkin, Ocotillo Family Trust, Troy C. Larkin, Ramon Larkin, and/or other individuals and entities ("potential claimants") may have a potential interest in the Defendant Assets.

   Pursuant to Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, the potential claimants must file a claim on or before December 24, 2018, and an answer 21 days thereafter, although the government may extend this deadline for an additional 30 days.  On December 21, 2018, the government extended the deadline for any potential claimants to file a claim until December 28, 2018.  On December 27, 2018, the government filed its ex parte application to extend the claim and answer deadline to April 30, 2019 and 30 days after the stay is lifted respectively.  On December 28, 2018, the Court granted the extension making any potential claimants deadline to file a claim April 30, 2019, and answer deadline 30 days after the stay is lifted.

Now, by this unopposed, *ex parte* application, the government requests that this Court extend the deadlines set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  The government has contacted counsel for all known potential claimants (a complete list of opposing counsel, and contact information for each, is attached hereto as Attachment A), and each such counsel has indicated no opposition to this request.

Accordingly, any potential claimant's time to file a claim to the Defendant Assets is extended from April 30, 2019, to 14 days after the 9th Circuit Court of Appeals issues a final decision in *United States v. Larkin, et al.* 18-56455, and the answer will be due 35 days after the stay is lifted.

Dated: April 29, 2019            Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


           /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA