# **DENIED**
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>            V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>        DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**New Response Dates:**<br>**Claim due - 14 days after 9CCA decision**<br>**Answer due – 35 days after the stay is lifted** |

~~Pursuant to the government's unopposed ex *parte* application, and good cause appearing, IT IS ORDERED that potential claimants James Larkin, Margaret Larkin, Ocotillo Family Trust, Troy C. Larkin, Ramon Larkin, and any other potential claimant's time to file a claim to the defendant assets is extended from April 30, 2019, to 14 days after the 9th Circuit Court of Appeals issues a decision in *United*~~

~~/ / /~~

~~/ / /~~

Case 2:18-cv-08420-RGK-PJW   Document 24   Filed 05/02/19   Page 2 of 2   Page ID #:203

1  ~~*States v. Larkin, et al.* 18-56455, and the time to file any answer or~~
2  ~~other responsive document to the complaint will remain 35 days after~~
3  ~~the stay is lifted in this case~~.

4      THE EX PARTE APPLICATION IS DENIED.

5      IT IS SO ORDERED.

6  Dated: May 02, 2019

                                        THE HONORABLE R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

      /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2