Thomas H. Bienert, Jr., CA State Bar No. 135311
Whitney Z. Bernstein, CA State Bar No. 304917
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701
Email:      tbienert@bmkattorneys.com
            wbernstein@bmkattorneys.com

Attorneys for Claimant
JAMES LARKIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any And All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF UNOPPOSED MOTION AND FIRST UNOPPOSED MOTION REGARDING TIMING OF CLAIM FILINGS** |

FIRST UNOPPOSED MOTION REGARDING TIMING OF CLAIM FILINGS

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE that Claimant James Larkin, on behalf of himself
3  and all potential claimants, hereby moves the Court for an order extending the time to
4  file claims to the defendant assets to July 1, 2019.  Counsel for the claimants in this
5  and the related cases conferred with the government on May 2, 2019.  The government
6  stated that it does not oppose this Motion.

7                                          Respectfully submitted,

8

9  Dated:  May 4, 2019                *s/ Whitney Z. Bernstein*
                                          Whitney Z. Bernstein
10                                             Counsel for Claimant James Larkin

1       Claimant James Larkin hereby submits the instant First Unopposed Motion Regarding Timing of Claim Filings.

      On November 1, 2018, this Court granted the government's application to stay this case pending the conclusion of a criminal case in the District of Arizona (Case No. 18-CR-00422-PHX-SMB). *See* Doc. No. 15. The Court's issuance of a stay is currently on appeal before the Ninth Circuit Court of Appeals, with oral argument set for July 9, 2019 (Case No. 18-56455).

      Any and all potentials claimants were to file claims to the defendant assets by April 30, 2019. Doc. No. 18. On April 1, 2019, since the cases were still stayed, counsel for potential claimants began negotiating with the government, through Assistant U.S. Attorney John J. Kucera, for additional time in which to file claims. The government accordingly filed an unopposed, *ex parte* application for an extension of time to file claims. Doc. No. 23. On May 2, 2019, this Court denied the application. Doc. No. 24.

      In light of the Court's denial of the government's unopposed, *ex parte* applications, and to prevent prejudicing any and all potential claimants' due process rights, claimants respectfully request that any and all potential claimants will file claims to the defendant assets within 60 days (on or before July 1, 2019). This is necessary to allow the parties sufficient time to identify all potential claimants and draft claims to complicated assets, given the parties' month-long negotiations with the government regarding the timing of potential claim filings and given pending litigation and briefing schedules in both the related Arizona criminal case and the appeal before the Ninth Circuit. As previously ordered by the Court, any answer or other responsive document to the complaint remains due 30 days after the stay is lifted. Doc. No. 18. Counsel for the government, Assistant U.S. Attorney John J. Kucera, has no objection to this schedule. Counsel for all known potential claimants (a complete list of opposing counsel and their contact information is attached as Exhibit A) join in this request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  May 4, 2019 | *s/ Whitney Z. Bernstein* <br> Whitney Z. Bernstein <br> Counsel for Claimant James Larkin |

FIRST UNOPPOSED MOTION REGARDING TIMING OF CLAIM FILINGS

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the following documents on May 4, 2019 on all interested parties in this action as follows: **(1)  NOTICE OF UNOPPOSED MOTION AND FIRST UNOPPOSED MOTION REGARDING TIMING OF CLAIM FILINGS (2) ATTACHMENT A (3) PROPOSED ORDER**

**[X]  BY  ELECTRONIC  TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case. **See Attached Service List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2018, at San Clemente, California.

*/s Toni Thomas*
Toni Thomas

CERTIFICATE OF SERVICE