| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 9 | United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12-26 | $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any And All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054, | **[PROPOSED] ORDER SETTING TIMING OF CLAIM FILINGS** |
| 27 | Defendant. | |
| 28 | | |

[PROPOSED] ORDER SETTING TIMING OF CLAIM FILINGS

1  Good cause appearing, and pursuant to the claimants' first unopposed motion
2  regarding the timing of claim filings, IT IS SO ORDERED that any and all potential
3  claimants' time to file a claim to the defendant assets is extended until July 1, 2019. As
4  previously ordered by this Court on December 28, 2018, any answer or other
5  responsive document to the complaint remains due 30 days after the stay is lifted.
6      IT IS SO ORDERED.
7
8  Dated:_____, 2019
9
10
11      _____
        The Honorable R. Gary Klausner
        United States District Judge

[PROPOSED] ORDER SETTING TIMING OF CLAIM FILINGS