# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW; 2:18-cv-08747-RGK-PJW; 2:18-cv-08748-RGK-PJW; 2:18-cv-08749-RGK-PJW; 2:18-cv-08750-RGK-PJW; 2:18-cv-08753-RGK-PJW; 2:18-cv-08754-RGK-PJW; 2:18-cv-08759-RGK-PJW; 2:18-cv-08760-RGK-PJW; 2:18-cv-08763-RGK-PJW; 2:18-cv-08764-RGK-PJW | Date | May 6, 2019 |
|---|---|---|---|
| Title | *United States v. $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account 1889* (and related cases) | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present          Attorneys Present for Defendant: Not Present

**Proceedings:**          **(IN CHAMBERS) Order re: Government's Ex Parte Application to Extend Time to Respond to Initial Complaint**

These cases involve the civil forfeiture proceedings of several assets that the government seized from James Larkin, John Brunst, Michael Lacey, and Scott Spear (collectively, "Movants") pursuant to seizure warrants in this District. Movants are currently defendants in an ongoing criminal matter in the District Court of Arizona, entitled *United States v. Lacey*, No. 2:18-cr-00422-SPL, where the indictment and the first superseding indictment include forfeiture allegations.

Currently before the Court are the government's *ex parte* applications to extend time to respond to the initial complaint. The Court previously granted the government's request to extend time to respond from December 28, 2018 to April 30, 2019. The government filed the instant *ex parte* applications on April 29, 2019, requesting an additional extension for claimants to file claims. The government now requests the deadline be extended to fourteen days after the Ninth Circuit renders a decision on the appeal of this Court's stay order. After reviewing the government's submission, the Court **DENIES** the *ex parte* applications for lack of good cause.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____