Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:  (949) 369-3701
Email: tbienert@bienertkatzman.com
       wbernstein@bienertkatzman.com
*Counsel for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any And All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054,<br><br>                    Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**JAMES LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

## JAMES LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

This Verified Claim is being filed at this time in accordance with this Court's May 10, 2019 order (Dkt. 28). This case is stayed pursuant to this Court's November 1, 2018 order (Dkt. 15). The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully request that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 28), Claimant James Larkin ("Claimant") submits this Verified Claim asserting an ownership interest in seized funds.

On October 5, 2018, a First Amended Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following:

(a) $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889 ("RBAZ '1889 Funds");

(b) $1,001,731.18 in Bank Funds Seized from Republic Bank Funds from Republic Bank of Arizona Account '2592 ("RBAZ '2592 Funds");

(c) $206,156.00 in Bank Funds Seized from Republic Bank of Arizona Account '1938 ("RBAZ '1938 Funds");

(d) $501,248.14 in Bank Funds Seized from Republic Bank of Arizona Account '8103 ("RBAZ '8103 Funds");

(e) $251,436.00 in Bank Funds Seized from Republic Bank of Arizona Account '8162 ("RBAZ '8162 Funds");

(f) Any and All Funds Seized from Republic Bank of Arizona Account '8189 ("RBAZ '8189 Funds");

(g) $621,832.06 in U.S. Currency Seized from Perkins Coie Trust Company Account '0012 ("PCTC '0012 Funds");

(h) $9,882,828.72 in Investment Funds Seized from Perkins Coie Trust Company ("PCTC Funds");

(i) $34,149,280 in Investment Funds Seized from Acacia Conservation Fund LP ("Acacia Funds");

(j) $278.73 in Bank Funds Seized from Bank of America Account '8225 ("BoA '8225 Funds");

(k) $1,038.42 in Bank Funds Seized from Bank of America Account '7054 ("BoA '7054 Funds");

*See* Dkt. 9.

Claimant hereby submits this Verified Claim asserting an ownership interest in the entirety of the RBAZ '1889 Funds, the entirety of the RBAZ '2592 Funds, the entirety of the RBAZ '1938 Funds, the entirety of the RBAZ '8103 Funds, the entirety of the RBAZ '8162 Funds, and the entirety of the RBAZ '8189 Funds (collectively, the "Subject Funds").

Claimant is the owner of the accounts holding the Subject Funds and therefore has a legally recognizable interest in the entirety of the funds in all accounts. His legal spouse, Margaret Larkin ("M. Larkin"), shares this interest under any applicable community property principles to some and/or all of the Subject Funds. As such, Claimant, and M. Larkin, have a superior right, title, and interest in the Subject Funds over any and all interest asserted by the government in such funds.

Additionally, Claimant asserts an ownership interest in the PTC '0012 Funds, the PCTC Funds, and the Acacia Funds (collectively, the "M. Larkin Subject Funds").

These accounts are owned by Claimant's legal spouse, M. Larkin, in her name and under the Ocotillo Family Trust and Coyoacan Family Trust.  As a Trust beneficiary and/or under any applicable community property principles, Claimant has a superior right, title, and interest in the M. Larkin Subject Funds over any and all interest asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim.  Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimant hereby claims full ownership of the Subject Funds and ownership of the M. Larkin Subject Funds and asserts a superior right, title, and interest in the Subject Funds and M. Larkin Subject Funds.

Dated: May 22, 2019                     Respectfully submitted,

                                        *s/ Whitney Z. Bernstein*
                                        Whitney Z. Bernstein
                                        Thomas H. Bienert, Jr.
                                        BIENERT | KATZMAN PC
                                        Attorneys for James Larkin

JAMES LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

## VERIFICATION OF CLAIM

I, James Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 22, 2019_ _____
James Larkin

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in San Clemente, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **JAMES LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY** on all interested parties as follows:

**[X]     BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2019 at San Clemente, California.

*/s/ Toni Thomas*
Toni Thomas