Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:   (949) 369-3701
Email: tbienert@bienertkatzman.com
           wbernstein@bienertkatzman.com
*Counsel for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any And All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054,<br><br>    Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for James Larkin certifies that the following parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualifies or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Margaret Larkin<br>Troy Larkin<br>Ramon Larkin<br>Ocotillo Family Trust<br>Coyoacan Family Trust | Undersigned counsel anticipates that each of these individuals and/or trusts has asserted, or will assert, an interest in property(ies) seized in the above-captioned case. |

Dated: May 23, 2019                    Respectfully submitted,

*s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
BIENERT | KATZMAN PC
Attorneys for James Larkin

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in San Clemente, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** on all interested parties as follows:

**[X]  BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2019 at San Clemente, California.

*/s/ Toni Thomas*
Toni Thomas