NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Walter F. Brown, Jr. (SBN 130248)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5995
Email: wbrown@orrick.com

ATTORNEY(S) FOR: Margaret Larkin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:18-cv-08420-RGK (PJW) |
| v. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Margaret Larkin or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Margaret Larkin | Undersigned counsel anticipates that each of these individuals and/or trusts has asserted, or will assert, an interest in property(ies) seized in the above-captioned case. |
| James Larkin | |
| Troy Larkin | |
| Ramon Larkin | |
| Ocotillo Family Trust | |
| Coyoacan Family Trust | |

May 23, 2019                              /s/ Walter F. Brown, Jr.
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Margaret Larkin

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**