WALTER F. BROWN, JR. (SBN 130248)
wbrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Margaret Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>DEFENDANTS. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**MARGARET LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

## MARGARET LARKIN'S VERIFIED CLAIM AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

These Verified Claims are being filed at this time in accordance with this Court's May 10, 2019 order (Dkt. 28). This case is stayed pursuant to this Court's November 1, 2018 order (Dkt. 15). The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimants respectfully request that these Verified Claims be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 28), Claimants Margaret Larkin ("M. Larkin"), Coyoacan Family Trust ("Coyoacan"), and Ocotillo Family Trust ("Ocotillo") (collectively, the "Claimants") submits these Verified Claims asserting an ownership interest in seized funds.

On October 5, 2018, a First Amended Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following:

(a) $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889 ("RBAZ '1889 Funds");

(b) $1,001,731.18 in Bank Funds Seized from Republic Bank Funds from Republic Bank of Arizona Account '2592 ("RBAZ '2592 Funds");

(c) $206,156.00 in Bank Funds Seized from Republic Bank of Arizona Account '1938 ("RBAZ '1938 Funds");

(d) $501,248.14 in Bank Funds Seized from Republic Bank of Arizona Account '8103 ("RBAZ '8103 Funds");

(e) $251,436.00 in Bank Funds Seized from Republic Bank of Arizona Account '8162 ("RBAZ '8162 Funds");

(f) Any and All Funds Seized from Republic Bank of Arizona Account '8189 ("RBAZ '8189 Funds");

(g) $621,832.06 in U.S. Currency Seized from Perkins Coie Trust Company Account '0012 ("PCTC '0012 Funds");

(h) $9,882,828.72 in Investment Funds Seized from Perkins Coie Trust Company ("PCTC Funds");

(i) $34,149,280 in Investment Funds Seized from Acacia Conservation Fund LP ("Acacia Funds");

(j) $278.73 in Bank Funds Seized from Bank of America Account '8225 ("BoA '8225 Funds");

(k) $1,038.42 in Bank Funds Seized from Bank of America Account '7054 ("BoA '7054 Funds").

*See* Dkt. 9.

Claimants M. Larkin, Coyoacan, and Ocotillo hereby submit this Verified Claim asserting an ownership interest in the entirety of the PTC '0012 Funds, the entirety of the PCTC Funds, and the entirety of the Acacia Funds (collectively, the "M. Larkin Subject Funds").

M. Larkin, Coyoacan, and/or Ocotillo are the owners of the accounts holding the M. Larkin Subject Funds. M. Larkin is the beneficiary of the funds in the three accounts in the M. Larkin Subject Funds, in her individual capacity and as Trustee of the Coyoacan Family Trust and as Trustee of the Ocotillo Family Trust. M. Larkin therefore has a legally recognizable interest in the entirety of the funds in all accounts. Her legal spouse, James Larkin ("J. Larkin"), shares this interest under any applicable community property principles and/or as a Trust beneficiary to some

and/or all of the M. Larkin Subject Funds. As such, Coyoacan, Ocotillo, M. Larkin, and James Larkin have a superior right, title, and interest in the M. Larkin Subject Funds over any and all interest asserted by the government in such funds.

Additionally, Claimant M. Larkin asserts an ownership interest in the RBAZ '1889 Funds, the RBAZ '2592 Funds, the RBAZ '1938 Funds, the RBAZ '8103 Funds, the RBAZ '8162 Funds, and the RBAZ '8189 Funds (collectively, the "J. Larkin Subject Funds"). These accounts are owned by M. Larkin's legal spouse, J. Larkin. Under any applicable community property principles, M. Larkin has a superior right, title, and interest in the J. Larkin Subject Funds over any and all interest asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimants expressly limit their appearance to asserting and defending their claims. Claimants reserve all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimants hereby claim ownership of the various Subject Funds as described above and assert a superior right, title, and interest in the Subject Funds.

Dated: May 23, 2019          Respectfully submitted,

                    */s/ Walter F. Brown, Jr.*
                    WALTER F. BROWN, JR.
                    Orrick, Herrington & Sutcliffe LLP

                    *Attorneys for Margaret Larkin*

## VERIFICATION OF CLAIM

I, Margaret Larkin, in my individual capacity and as Trustee of Coyocan Family Trust and Trustee of Ocotillo Family Trust, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/22/19

*Margaret Larkin*
Margaret Larkin
Coyoacan Family Trust
Ocotillo Family Trust