```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
Assistant United States Attorneys
Asset Forfeiture Section
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-3391
     Facsimile: (213) 894-0142
     Email: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants. | No. CV 18-8420-RGK (PJWx)<br><br>**JOINT EX PARTE APPLICATION TO EXTEND DEADLINE FOR CLAIMANTS TO RESPOND TO THE COMPLAINT**<br><br>**Current deadline: 10/28/2019**<br>**Requested deadline: 4/28/2020** |
|---|---|

PLEASE TAKE NOTICE that by this joint, *ex parte* application, the parties respectfully move this Court for an order extending the time for Claimants to respond to the verified civil forfeiture complaint to April 28, 2020, and that prior to April 28, 2020, any party may move to require Claimants to respond to the complaint within 30 days. The government has contacted counsel for Claimants, and all counsel join in this request.

Between September 28, 2018, and October 10, 2018, the government filed verified civil forfeiture complaints in 27 cases: 2:18-CV-08420; 2:18-CV-08423; 2:18-CV-08551; 2:18-CV-08555; 2:18-CV-08556; 2:18-CV-08565; 2:18-CV-08566; 2:18-CV-08568; 2:18-CV-08569; 2:18-CV-08570; 2:18-CV-08577; 2:18-CV-08578; 2:18-CV-08579; 2:18-CV-08588; 2:18-CV-08592; 2:18-CV-08723; 2:18-CV-08730; 2:18-CV-08747; 2:18-CV-08748; 2:18-CV-08749; 2:18-CV-08750; 2:18-CV-08753; 2:18-CV-08754; 2:18-CV-08759; 2:18-CV-08760; 2:18-CV-08763; AND 2:18-CV-08764 ("Verified Civil Forfeiture Cases"). All cases are related to active litigation in 2:18-CV-06742, *In the Matter of Seizure of: Any and All Funds Held in Republic Bank of Arizona* (C.D. Cal. 2018).

On October 12, 2018, the government moved for a stay of proceedings in 2:18-CV-6742 and all related cases. *See In the Matter of Seizure of: Any and All Funds Held in Republic Bank of Arizona*, Doc. No. 79. On October 23, 2018, the Court granted the stay. *See* Doc. No. 85. On October 29, 2018, Claimants appealed to the Ninth Circuit Court of Appeals. *See* Doc. No. 86. On September 23, 2019, the Ninth Circuit issued a mandate (Doc. No. 100) vacating the stay order and remanding to the district court to conduct further proceedings (*see* Doc. No. 98). On October 4, 2019, this Court lifted its stay. Doc. No. 101. Accordingly, the current deadline for Claimants to respond to the complaints in each of the above Verified Civil Forfeiture Cases is October 28, 2019. Claimants first contacted the government to discuss this stipulated request for an extension of time on October 4, 2019.

The parties agree that the interests of justice and court and party resources are best served by extending the deadline for Claimants to respond to the complaints in each of the above Verified

2

Civil Forfeiture Cases to April 28, 2020, and that prior to April 28, 2020, any party may move to compel Claimants to respond to the complaint within 30 days. This extension of time is necessary because the pending litigation in *In the Matter of Seizure of: Any and All Funds Held in Republic Bank of Arizona* may be dispositive of many if not all issues presented by the complaints. The pending motions that this Court is to address on remand (*see* Doc. Nos. 101 and 102) include Claimants' Motion to Vacate the Seizure Warrants (Doc. No. 6), Claimants' Motion for Order to Access and Use Purportedly Inadvertently Produced Materials (Doc. No. 69), and Claimant Lacey's Motion for Release of Certain Untainted Funds (Doc. No. 22). The Court's rulings on this pending litigation will significantly impact Claimants' responses to the complaints in each of the above Verified Civil Forfeiture Cases. Further, each of the 27 complaints in each of the Verified Civil Forfeiture Cases is over 100 pages long; a continuance of the deadline to respond to the complaints will prevent the filing of thousands of pages with the Court in the first instance and potentially thousands of more pages of amendments and supplements as the pending litigation in *Matter of Seizure of: Any and All Funds Held in Republic Bank of Arizona* unfolds.

Accordingly, the parties agree that the interest of justice and court and party resources are best served by extending the deadline to April 28, 2020, and that prior to April 28, 2020, any party may move to compel Claimants to respond to the complaint within 30 days.

//

//

The parties respectfully request that the Court order the same. A proposed order accompanies this application.

Dated: October 23, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  */s/ John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorneys


Attorneys for Plaintiff
UNITED STATES OF AMERICA

4