UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>            Defendants. | No. CV 18-8420-RGK (PJWx)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**Current deadline: 10/28/2019**<br>**Requested deadline: 4/28/2020** |

Pursuant to the government's unopposed *ex parte* application filed on October 23, 2019, and good cause appearing, IT IS ORDERED that Claimants' time to file an answer or other responsive document

//

//

to the complaint is extended from October 28, 2019 to April 28, 2020, but prior to April 28, 2020, any party may move to require Claimants to respond to the complaint within 30 days.

Dated: _____, 2019

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA