| U.S. Department of Justice<br>United States Marshals Service | RECEIVED C/CA<br>U.S MARSHALS SERVICE<br>2019 AUG 15 AM 11: 39 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF<br>United States of America | | COURT CASE NUMBER<br>CV 18-8420-RGK |
| DEFENDANT<br>$1,546,076.35 in Bank Funds seized from Republic Bank of Arizona Acct '1889, et al. | | TYPE OF PROCESS<br>Complaint/Warrant |

SERVE AT { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA John Kucera<br>312 N. Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please seize defendant pursuant to CATS ID # 18-USP-001112. Be advised there is a typographical error in the complaint that states $206,156.00, it should be $206,163.88.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 213-894-3391
DATE: 8/1/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 12 | District to Serve<br>No. 8 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/15/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>9/6/19 | Time<br>1515 | ☐ am ☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>$65.00 | Total Mileage Charges<br>(including endeavors)<br>$8.00 | Forwarding Fee | Total Charges<br>$73.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
Complete as to the actual amount in USMS custody, $206,163.88, which differs from the amount of $206,156.00 which is listed in the complaint.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN J. KUCERA (Cal. Bar No. 274184)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-3391
         Facsimile:  (213) 894-7177
 9       E-mail:   John.Kucera@usdoj.gov
10
11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
                    UNITED STATES DISTRICT COURT
13
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15  UNITED STATES OF AMERICA,         No. CV 18-8420-MRW

16            Plaintiff,              WARRANT

17            v.

18  $1,546,076.35 IN BANK FUNDS
    SEIZED FROM REPUBLIC BANK OF
19  ARIZONA ACCOUNT '1889;
    $1,001,731.18 IN BANK FUNDS
20  SEIZED FROM REPUBLIC BANK OF
    ARIZONA ACCOUNT '2592;
21  $206,156.00 IN BANK FUNDS SEIZED
    FROM REPUBLIC BANK OF ARIZONA
22  ACCOUNT '1938; $501,248.14 IN
    BANK FUNDS SEIZED FROM REPUBLIC
23  BANK OF ARIZONA ACCOUNT '8103;
    $251,436.00 IN BANK FUNDS SEIZED
24  FROM REPUBLIC BANK OF ARIZONA
    ACCOUNT '8162; ANY AND ALL FUNDS
25  SEIZED FROM REPUBLIC BANK OF
    ARIZONA ACCOUNT '8189;
26  $621,832.06 IN U.S. CURRENCY
    SEIZED FROM PERKINS COIE TRUST
27  COMPANY ACCOUNT '0012;
    $9,882,828.72 IN INVESTMENT
28  FUNDS SEIZED FROM PERKINS COIE
    TRUST COMPANY; $34,149,280 IN
```

|   |   |
|---|---|
| 1 | INVESTMENT FUNDS SEIZED FROM ACACIA CONSERVATION FUND LP; $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225; AND $1,038.42 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '7054, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

TO: UNITED STATES MARSHALS SERVICE:

A Verified Complaint for Forfeiture having been filed in this action,

IT IS ORDERED that you seize the defendants, $1,546,076.35 in Bank Funds Seized From Republic Bank of Arizona Account '1889; $1,001,731.18 in Bank Funds Seized From Republic Bank of Arizona Account '2592; $206,156.00 in Bank Funds Seized From Republic Bank of Arizona Account '1938; $501,248.14 in Bank Funds Seized From Republic Bank of Arizona Account '8103; $251,436.00 in Bank Funds Seized From Republic Bank of Arizona Account '8162; Any and All Funds Seized From Republic Bank of Arizona Account '8189; $621,832.06 in U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 in Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 in Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 in Bank Funds Seized From Bank of America Account '8225; and $1,038.42 in Bank Funds Seized From Bank of America Account '7054, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

1      YOU ARE FURTHER ORDERED to file this process in this Court with
2 your return promptly after execution.

4     DATED:   10/1/2018

KIRY K. GRAY, Clerk

*Carmen Lujan*
Deputy Clerk of Court