Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile:   (949) 369-3701
Email: tbienert@bienertkatzman.com
        wbernstein@bienertkatzman.com
*Counsel for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; $1,001,731.18 In Bank Funds Seized From Republic Bank Of Arizona Account '2592; $206,156.00 In Bank Funds Seized From Republic Bank Of Arizona Account '1938; $501,248.14 In Bank Funds Seized From Republic Bank Of Arizona Account '8103; $251,436.00 In Bank Funds Seized From Republic Bank Of Arizona Account '8162; Any And All Funds Seized From Republic Bank Of Arizona Account '8189; $621,832.06 In U.S. Currency Seized From Perkins Coie Trust Company Account '0012; $9,882,828.72 In Investment Funds Seized From Perkins Coie Trust Company; $34,149,280 In Investment Funds Seized From Acacia Conservation Fund Lp; $278.73 In Bank Funds Seized From Bank Of America Account '8225; And $1,038.42 In Bank Funds Seized From Bank Of America Account '7054, <br><br> Defendant. | Case No. 2:18-cv-08420-RGK (PJW) <br><br> **CLAIMANT JAMES LARKIN'S RESPONSE TO ORDER TO SHOW CAUSE** |

Claimant James Larkin ("Claimant"), by and through his undersigned counsel, files the instant Response to Order to Show Cause. The United States filed 31 civil forfeiture complaints over the course of the last year, with all defendant assets alleged to be proceeds from, or otherwise related to, the operation of Backpage.com, formerly an online publisher of third-party advertisements. The substantive allegations in each complaint are substantially similar or near-identical. The complaints also have other minor variations, as the United States made minor changes in the complaints over time. Claimants therefore agree that the 31 civil forfeiture complaints (with the exception of case no. 18-cv-06742-RGK-PJW) share sufficient common questions of fact or law such that it is logical for the Court to consolidate these actions for pretrial purposes under Fed. R. Civ. P. 42(a). Claimants request that the Court postpone any decision on whether, and to what extent, the civil forfeiture complaints should be consolidated for trial and judgment until the conclusion of pretrial proceedings.[1]

Fed. R. Civ. Pro. 42(a) authorizes the Court to issue "any other orders to avoid unnecessary cost or delay." If the Court consolidates the 31 civil forfeiture actions, it would be helpful if the Court were to direct the United States to file a single, consolidated master complaint, for the convenience of the Court and the parties. Such a complaint could provide an administrative summary of the claims brought by the United States in the 31 actions, with the individual complaints retaining their separate status. *See, e.g., In re General Motors LLC Ignition Switch Litig.*, 2015 WL 3619584, at *7-8 (S.D.N.Y. June 10, 2015). This would allow Claimants to respond to just one complaint, rather than burdening the Court with 31 separate responses.

Finally, with respect to 18-cv-06742-RGK-PJW, the pending motions in that matter are substantively and procedurally different from the 31 civil forfeiture

---

[1] The Court need not decide now whether "separate judgments should still issue in each of the Backpage Forfeiture Actions," as the United States requests in its response. The Court can take that issue up at the conclusion of pretrial proceedings.

1  complaints and are briefed and ready for argument and decision.  Therefore, Claimants
2  request that the Court *not* consolidate 18-cv-06742-RGK-PJW with the 31 civil
3  forfeiture actions at this juncture.

6  Dated: December 9, 2019                    Respectfully submitted,

                                              *s/ Whitney Z. Bernstein*
                                              Whitney Z. Bernstein
                                              BIENERT | KATZMAN PC
                                              Attorneys for James Larkin

CLAIMANT JAMES LARKIN'S RESPONSE TO ORDER TO SHOW CAUSE

# CERTIFICATE OF SERVICE

I certify that on this 9th day of December, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*s/ Toni Thomas*
Toni Thomas

John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov