NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
California Bar No. 274184
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    DEFENDANTS.<br><br>JAMES LARKIN<br>MARGARET LARKIN,<br><br>    CLAIMANTS. | No. CV 18-08420-RGK(PJWx)<br><br>**STIPULATION AND REQUEST FOR ENTRY OF CONSENT JUDGMENT AS TO $206,156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938 ONLY**<br><br>[The [PROPOSED] Consent Judgment Lodged Contemporaneously Herewith Resolves One Defendant, but is Not Dispositive of This Action] |

    Plaintiff United States of America ("Plaintiff" or the "government") and James Larkin and Margaret Larkin ("Claimants"), by and through their counsel of record, stipulate and request that the

Court enter the proposed consent judgment for forfeiture lodged contemporaneously herewith, to carry into effect the terms of this stipulation relating only to the defendant $206,156.00 in Bank Funds Seized from Republic Bank of Arizona Account '1938 (the "Defendant Funds"), which is not dispositive of this action. The parties stipulate and request as follows:

1.   On October 5, 2018, the government commenced this action involving various assets, including the Defendant Funds. On May 22 and 23, 2019, claimant James Larkin ("J. Larkin") and claimant Margaret Larkin ("M. Larkin"), respectively, filed timely claims for the Defendant Funds. Notice has been given and published regarding the Defendant Funds as required by law and the Local Rules of this Court. No other claims or answers were filed as to the Defendant Funds, and the time for filing such claims has expired. This Court has jurisdiction over this action and the parties pursuant to 28 U.S.C. §§ 1346 and 1355.

2.   The government contends that the First Amended Complaint for Forfeiture states a claim for relief pursuant to 18 §§ 981(a)(1)(A) & (C).

3.   The proposed consent judgment provides that the Defendant Funds, without interest, shall be returned to J. Larkin through his counsel. M. Larkin will withdraw her claim to the Defendant Funds prior to the disbursement of funds to J. Larkin.

4.   If the government elects to make the payment of the $206,156.00 by check, the check shall be payable to "The Bienert Katzman PLC Client Trust Account" (the BK Client Trust Account), and mailed to J. Larkin in care of his attorney, Mr. Thomas H. Bienert, Jr., at Bienert, Katzman PLC, 903 Calle Amanecer, Suite 350, San

1 Clemente, CA 92673.  If the government elects to make the payment by
2 wire transfer, the funds shall be wire transferred to The B K Client
3 Trust Account.  Upon request from the government, J. Larkin, through
4 his attorney, shall provide the necessary bank account information
5 for the BK Client Trust Account to complete the transfer.
6     5.   Nothing contained in this stipulation or the proposed
7 consent judgment is intended or should be interpreted as an admission
8 of fault, guilt, liability and/or any form of wrongdoing by
9 Claimants, or either of them.
10    6.   This stipulation and the proposed consent judgment are not
11 dispositive of the action.
12    7.   Claimants, and each of them, release the United States of
13 America, its attorneys, agencies, agents, and officers, including
14 employees and agents of the United States Department of Justice,
15 United States Postal Inspection Service and Internal Revenue Service,
16 from any and all claims, actions or liabilities arising out of or
17 related to the seizure and retention of the Defendant Funds and the
18 commencement of this action as it relates to the Defendant Funds,
19 including any claim for attorneys' fees or costs which may be
20 asserted on behalf of Claimants, or either of them, against the
21 United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.
22 Nothing in this paragraph and Stipulation is intended or shall
23 operate as a release of claims, actions or rights with respect to
24 seizure or retention of any funds or assets other than the Defendant
25 Funds, and claimants expressly reserve all claims, actions and rights
26 with respect to any such other funds or assets.
27    8.   The Parties further stipulate and agree that the Court's
28 entry of the proposed consent judgment shall constitute final and

3

complete satisfaction of all claims asserted by the government and Claimants, and each of them, as they relate to the Defendant Funds. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Defendant Funds.

Dated: December 20, 2019     Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 20, 2019         /s/(per e-mail confirmation)
THOMAS H. BIENERT, JR.
WHITTNEY BERNSTEIN

Bienert Katzman PLC

Attorneys for Claimant
James Larkin

Dated: December 20, 2019         /s/(per e-mail confirmation_
WALTER F. BROWN, JR.
Orrick, Herrington & Sutcliffe LLP

Attorneys for Claimant
Margaret Larkin