UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>      V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      DEFENDANTS.<br>_____<br>JAMES LARKIN<br>MARGARET LARKIN,<br><br>      CLAIMANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**CONSENT JUDGMENT FOR FORFEITURE AS TO $206,156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938 ONLY – NOT CASE DISPOSITIVE** |

    Plaintiff, the United States of America (the "government"), and James Larkin and Margaret Larkin ("Claimants"), by and through their counsel of record, have stipulated and request that the Court enter the proposed consent judgment for forfeiture to carry into effect the terms of the stipulation as to $206,156.00 in Bank Funds Seized from Republic Bank of Arizona Account '1938 (the "Defendant Funds"), which

is not dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimants, no other claims or answers have been filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendant Funds. The Government has agreed to the return of the Defendant Funds. Any potential claimants to the Defendant Funds other than Claimants are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants, nor should this consent judgment operate as a release of claims, actions or rights with respect to seizure or retention of any funds or assets other than the Defendant Funds, nor should this consent judgment be admitted in any criminal proceeding against Claimants to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Funds.

2. The government shall return $206,156.00 of the Defendant Funds, without interest, to James Larkin through his counsel. Margaret Larkin will withdraw her claim prior to the disbursement of funds to James Larkin.

3. If the government elects to make the payment of the $206,156.00 by check, the check shall be payable to "The Bienert

1  Katzman PLC Client Trust Account" (the BK Client Trust Account), and
2  mailed to J. Larkin in care of his attorney, Mr. Thomas H. Bienert,
3  Jr., at Bienert, Katzman PLC, 903 Calle Amanecer, Suite 350, San
4  Clemente, CA 92673.  If the government elects to make the payment by
5  wire transfer, the funds shall be wire transferred to The B K Client
6  Trust Account.  Upon request from the government, J. Larkin, through
7  his attorney, shall provide the necessary bank account information
8  for the BK Client Trust Account to complete the transfer.
9  ///
10 ///
11 ///

4. Pursuant to the agreement and stipulated request of the parties, the Court finds that Claimants, and each of them, release the United States of America, its attorneys, agencies, agents, and officers, including attorneys, employees, and agents of the United States Department of Justice, the United States Postal Inspection Service, and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the Defendant Funds and the commencement of this action as it relates to the Defendant Funds, including any claim for attorneys' fees or costs which may be asserted on behalf of Claimants, or either of them, against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Each of the parties shall bear its own fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: _____, 2019  

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

     /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA