NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN KUCERA (Cal. Bar No 274184)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail:   john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-08420-RGK (PJWx) |
|---|---|
| PLAINTIFF, | UNOPPOSED MOTION TO CONTINUE DEADLINES TO FILE CONSOLIDATED MASTER COMPLAINT AND ANSWER TO CONSOLIDATED MASTER COMPLAINT |
| V. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | Consolidated Master Complaint:<br>   Current Deadline:   1/06/2020<br>   Requested Deadline:  1/27/2020 |
| DEFENDANTS. | Answer to Consolidated Master Complaint:<br>   Current Deadline:   1/21/2020<br>   Requested Deadline:  2/12/2020 |
| | Hearing Date: January 13, 2020<br>Hearing Time: 9:00 a.m.<br>Location: Courtroom of the Hon. R. Gary Klausner |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John Kucera, hereby

files its Unopposed Motion to Continue Deadlines to File Consolidated Master Complaint and Claimants' Answer to Consolidated Master Complaint.  The current deadline to file a consolidated master complaint is January 6, 2020, and the current deadline for Claimants to file an answer to the consolidated master complaint is January 21, 2020.

Prior to the Court issuing these deadlines, the case agent assigned to this matter who will swear out the complaint had pre-planned on annual leave and planned to return after the holidays and on a date after the original consolidated complaint deadline set by this Court.

On December 20, 2019, government counsel contacted opposing counsel, who, on January 2, 2020, indicated no opposition to this motion.

Dated: January 6, 2020                    Respectfully submitted,

                                          NICOLA T. HANNA
                                          United States Attorney

                                          BRANDON D. FOX
                                          Assistant United States Attorney
                                          Chief, Criminal Division
                                          STEVEN R. WELK
                                          Assistant United States Attorney
                                          Chief, Asset Forfeiture Section


                                               /s/*John Kucera*
                                          JOHN KUCERA
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA