1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>               V.<br><br>$1,546,076.35 IN BANK FUNDS<br>SEIZED FROM REPUBLIC BANK OF<br>ARIZONA ACCOUNT '1889, ET AL.,<br><br>        DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>PROPOSED ORDER TO CONTINUE<br>DEADLINES TO FILE CONSOLIDATED<br>MASTER COMPLAINT AND ANSWER TO<br>CONSOLIDATED MASTER COMPLAINT |
|---|---|

        Pursuant to the unopposed motion and request of the government,

and good cause appearing therefor, the government's deadline to file

a consolidated master complaint and Claimants' deadline to file an

//

//

1  answer to that consolidated master complaint are extended from

2  January 6, 2020, and January 27, 2020, to January 21, 2020, and

3  February 12, 2020, respectively.

4       **IT IS SO ORDERED.**

5   Dated: January 6, 2020

6                                          THE HONORABLE R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE.

7   Presented by:

8   NICOLA T. HANNA
    United States Attorney

9
    BRANDON D. FOX
10  Assistant United States
    Attorney
11  Chief, Criminal Division
    STEVEN R. WELK
12  Assistant United States
    Attorney
13  Chief, Asset Forfeiture
    Section

14

15       /s/*John Kucera*
    JOHN KUCERA
16  Assistant United States
    Attorney

17
    Attorneys for Plaintiff
18  UNITED STATES OF AMERICA

19

20

21

22

23

24

25

26

27

28