NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No. CV 18-~~06742~~ 8420-RGK (PJWx)<br><br>~~PROPOSED~~ ORDER TO CONTINUE DEADLINES TO FILE CONSOLIDATED MASTER COMPLAINT AND ANSWER TO CONSOLIDATED MASTER COMPLAINT |
|---|---|

Pursuant to the unopposed motion and request of the Government, and good cause appearing therefor, the Government's deadline to file a consolidated master complaint and Claimants' deadline to file an

//

//

answer to the consolidated master complaint is extended from January 6, 2020, and January 27, 2020, to **January 10, 2020**, and **January 31**, respectively.

**IT IS SO ORDERED.**

Dated: January 8, 2020

*/s/ Gary Klausner*

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE.

Presented by:

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
_____
JOHN KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA