NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
DAN G. BOYLE
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391/2426
    Facsimile: (213) 894-0142
    E-mail:   john.kucera@usdoj.gov
                daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>      V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      DEFENDANTS. | Lead Case No. CV 18-08420-RGK (PJWx)<br><br><u>UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND DECLARATION OF JOHN J. KUCERA</u><br><br>[No Hearing Requested] |

    NOW COMES plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney John J. Kucera, and moves this Court to reconsider its Order regarding the government's Motion to Continue Deadline to File Consolidated Master Complaint and Deadline to File Answer to Consolidated Master Complaint. (Dkt. No. 51)

The government has conferred with defense counsel, who have no objection to this Motion for Reconsideration.

Dated: January 9, 2020                    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


　　　　　/s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  INTRODUCTION**

On December 18, 2019, this Court ordered that the government file a consolidated master complaint by January 6, 2020. On January 6, 2020, the government filed a Motion to Continue Deadline to File Consolidated Master Complaint and Answer to Consolidated Master Complaint, seeking to extend filing deadlines from January 6, 2020, and January 27, 2020, to January 21, 2020, and February 12, 2020, respectively. (Dkt. No. 51)

Prior to the Court issuing these deadlines, the case agent who swore to the veracity of all of the original civil complaints related to the Backpage matters, United States Postal Inspector Lyndon Versoza ("USPI Versoza"), had pre-planned on annual leave beginning on December 20, 2019 (two days after the Court's initial order regarding consolidation), and returning on January 7, 2020 (one day after the Court's deadline for the government to file a consolidated complaint).

On January 8, 2020, the Court signed an order setting new deadlines of January 10, 2020, and January 31, 2020, respectively for filing a consolidated complaint and an answer to that complaint. (Dkt. No. 53). However, this order was not docketed until the early afternoon of January 9, 2020, resulting in a deadline for the government to file a consolidated complaint one day after it became aware of the Court's order.

The government now respectfully requests the Court to reconsider its order, and asks that the Court set the deadlines that the government originally requested in its unopposed motion. The government submits that the deadline of January 10, 2020, to file a

consolidated master complaint does not allow for sufficient time for USPI Versoza to conduct the necessary review of the over 100 page complaint and its details including dozens of bank account numbers, records, and account holders. Further, according to the internal protocols of the U.S. Attorney's Office, AUSA Steven R. Welk, Chief of the Asset Forfeiture Section, must review the final complaint prior to filing. (Declaration of AUSA John Kucera, p. 2). However, AUSA Welk will be out of the district on other government duties beginning January 10, 2020, and not returning until January 15, 2020.

For the foregoing reasons, the government respectfully requests this Court reconsider its Order dated January 9, 2020, and set January 21, 2020, and February 12, 2020, respectively, as the new filing deadlines for a consolidated master complaint and the answer to that complaint.

Dated: January 9, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

              /s/*John J. Kucera*
JOHN J. KUCERA
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA