NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
DAN G. BOYLE
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391/2426
    Facsimile: (213) 894-0142
    E-mail:    john.kucera@usdoj.gov
               Daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Lead Case No. CV 18-08420-RGK (PJWx) |
|---|---|
| PLAINTIFF, | |
| V. | DECLARATION OF JOHN J. KUCERA IN SUPPORT OF MOTION FOR RECONSIDERATION |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| DEFENDANTS. | |

I, John J. Kucera, declare as follows:

1.   I am assistant United States Attorney ("AUSA") in the Central District of California and am responsible for the representation of the government's interest in this civil forfeiture action entitled *U.S. v. $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al.*  I make this declaration based upon my personal knowledge and that gained by my review of official government files and from public court filings.

2. On December 18, 2019, this Court ordered that the government file a consolidated master complaint by January 6, 2020, and that Claimants file their answer to the consolidated master complaint by January 27, 2020.

3. On January 6, 2020, the government filed a Motion to Continue Deadline to File Consolidated Master Complaint and Answer to Consolidated Master Complaint from January 6, 2020, and January 27, 2020, to January 21, 2020, and February 12, 2020, respectively.

4. On January 9, 2020, the Court issued an Order indicating that the deadline to file the consolidated master complaint and answer to the consolidated master complaint only be continued until January 10, 2020, and January 31, 2020, respectively.

///

///

///

5. The government maintains that the deadline of January 10, 2020, to file a consolidated master complaint does not allow sufficient time for either the U.S. Attorney's Office or the United States Postal Inspection Service to follow their respective internal protocols and to ensure the accuracy of a verified consolidated complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angles, California, on January 9, 2020.

Dated: January 9, 2020                    Respectfully submitted,

                                                  NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


                                                  /s/ *John J. Kucera*
JOHN J. KUCERA
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA