UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br><u>PROPOSED ORDER TO CONTINUE DEADLINES TO FILE CONSOLIDATED MASTER COMPLAINT AND ANSWER TO CONSOLIDATED MASTER COMPLAINT</u> |

Pursuant to the unopposed motion and request of the government, and good cause appearing therefor, the government's deadline to file a consolidated master complaint and Claimants' deadline to file an

//

//

answer to that consolidated master complaint are extended from January 6, 2020, and January 27, 2020, to January 21, 2020, and February 12, 2020, respectively.

**IT IS SO ORDERED.**

Dated:

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE.

Presented by:

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


        /s/*John Kucera*
JOHN KUCERA
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA