UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08420-RGK-PJW | Date | January 10, 2020 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Motion for Reconsideration [DE 54]

On December 18, 2019, this Court issued an Order consolidating these related civil asset forfeiture proceedings. The Court's Order directed the government to file a consolidated master complaint by January 6, 2020. On January 6, 2020, the date its consolidated complaint was due, the government instead filed a motion for an extension of time to file until January 27 on the basis that its affiant officer was out of town over the holidays. On January 8, the Court issued an order granting the government an extension of time to file until January 10 in order to give the agent time to complete his review. The government states this order was not docketed until January 9.

On January 9, the government filed a motion for reconsideration, now asserting that although its affiant officer has returned to the office, a second individual who must review the consolidated complaint is leaving town from January 10 until January 15. On that basis the government again requests an extension of time to file until January 27, 2020.

The Court grants extensions only upon a showing of good cause, and only for the period of time that such good cause requires. The government is responsible for managing its internal review processes.

The government will file its consolidated master complaint by Tuesday, January 14, 2020 or the Court will dismiss these consolidated cases for lack of prosecution.

Claimants will file their answer to the complaint by Tuesday, February 4, 2020.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer  _____