Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831,<br><br>　　　　　Defendant. | Case No. 2:18-cv-8420-RGK (PJW)<br><br>Assets previously restrained in Case No. 2:19-cv-9949-RGK (PJW), since consolidated to 2:18-cv-8420-RGK (PJW)<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant Michael Lacey ("Claimant") hereby submits this Verified Claim asserting ownership interests in seized funds.

On November 20, 2019, a Verified Complaint for Forfeiture ("Complaint") was filed by the United States of America in the United States District Court for the Central District of California, Western Division, under docket number 19-CV-9949-RGK (PJW), which has since been consolidated to 18-CV-8420-RGK (PJW), seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- Approximately 2.70447488 Bitcoin; and
- Approximately 3.54986077 Bitcoin Cash Previously Held in Bitstamp Account Number 559092120831.

(*See* Doc. 1.)

Claimant hereby asserts his ownership interests in the entirety of the Subject Funds. Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and:  Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"), as set forth in greater detail in the claim filed by Medalist and its subsidiaries. Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors.  Those obligations are secured by security interests in the assets of Pledgors (the "Collateral").  On information and belief, the Subject Funds are a part of the Collateral.  On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant is a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.  Accordingly, Claimant has a superior right, title, and interest in the Subject Funds over any and all interest asserted by the

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

Dated:  January 13, 2020                    Respectfully submitted,


                                             */s/  Paul J. Cambria, Jr.*
                                             Paul J. Cambria, Jr.
                                             Counsel for Claimant Michael Lacey

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 13, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN J. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      Buffalo, New York
            January 13, 2020

                              <u>/s/ Kristina Drewery</u>
                              Kristina Drewery

4

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN
DEFENDANT PROPERTY