Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:18-cv-8420-RGK (PJW) |
| Plaintiff, | Assets previously restrained in Case No. 2:19-cv-9949-RGK (PJW), since consolidated to 2:18-cv-8420-RGK (PJW) |
| v. | |
| Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831, | |
| Defendant. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Michael Lacey, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Michael Lacey | Claimant |
| John Brunst | Potential Claimant |
| James Larkin | Potential Claimant |
| Scott Spear | Potential Claimant |
| Troy Larkin | Potential Claimant |
| Ramon Larkin | Potential Claimant |
| Margaret Larkin | Potential Claimant |
| Medalist Holdings, Inc. | Potential Claimant |
| Leeward Holdings, LLC | Potential Claimant |
| Camarillo Holdings, LLC | Potential Claimant |
| Vermillion Holdings, LLC | Potential Claimant |
| Cereus Properties, LLC | Potential Claimant |
| Shearwater Investments, LLC | Potential Claimant |

Dated: January 13, 2020

Respectfully submitted,

*/s/  Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Counsel for Claimant Michael Lacey

MICHAEL LACEY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 13, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN J. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:     Buffalo, New York
           January 13, 2020

                              /s/ Kristina Drewery
                              Kristina Drewery