## VERIFICATION OF CLAIM

I, **Scott Spear**, pursuant to Title 18, USC §1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1·13·20

Scott Spear