BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:   213-625-1832
E-mail:       jrubiner@bkolaw.com

Attorney for Scott Spear

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831,<br><br>　　　　Defendants. | Case No. 2:18-CV-08420-RGK(PJW)<br><br>Assets previously restrained in Case No. 2:19-CV-09949-RGK (PJW), since consolidated to 2:18-CV-08420-RGK (PJW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for Claimant James Larkin certifies that the following parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| James Larkin | Claimant |
| John Brunst | Potential Claimant |
| Michael Lacey | Potential Claimant |
| Scott Spear | Potential Claimant |
| Troy Larkin | Claimant |
| Ramon Larkin | Claimant |

| | | |
|---|---|---|
| 1 | Margaret Larkin | Potential Claimant |
| 2 | Medalist Holdings, Inc. | Potential Claimant |
| 3 | Leeward Holdings, LLC | Potential Claimant |
| 4 | Camarillo Holdings, LLC | Potential Claimant |
| 5 | Vermillion Holdings, LLC | Potential Claimant |
| 6 | Cereus Properties, LLC | Potential Claimant |
| 7 | Shearwater Investments, LLC | Potential Claimant |

DATED: January 13, 2020        BARTON, KLUGMAN & OETTING LLP

By:   */s/ John K. Rubiner*
        John K. Rubiner
        Attorney for Scott Spear

**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE  (213) 621-4000

2
CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2020, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**Daniel J. Boyle**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
*Attorney for United States*

By: */s/ John K. Rubiner*