David W. Wiechert, SBN 94607
WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com

Daniel J. Quigley (*pro hac vice*)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
Tel: (520) 867-4450
Email: quigley@djqplc.com

Attorneys for Attorneys for Claimants
Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>$1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, *et al.*,<br><br>    Defendants. | Case 2:18-cv-08420-RGK-PJW<br>Honorable R. Gary Klausner<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]**<br><br>**(Relating to the Defendant Assets in Consolidated Case No. CV 19-9949)** |

The undersigned, counsel of record for Claimants Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of consolidated Case 2:19-cv-09949. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Michael Lacey<br>James Larkin<br>Margaret Larkin<br>Troy Larkin<br>Ramon Larkin<br>John Brunst<br>Scott Spear<br>Medalist Holdings, Inc.<br>Leeward Holdings, LLC<br>Camarillo Holdings, LLC<br>Vermillion Holdings, LLC<br>Cereus Properties, LLC<br>Shearwater Investments, LLC | Undersigned counsel anticipates these individuals and entities may assert claims to the Defendant Assets. |

Dated:  January 13, 2020

s/*David W. Wiechert*
David W. Wiechert

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On January 13, 2020, I served the forgoing documents, described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** on all interested parties as follows:

[ ]  **BY MAIL:**  I caused such envelope(s) to be deposited in the mail at San Juan Capistrano, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]  **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for the parties.

[ ]  **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on January 13, 2020, at San Juan Capistrano, California.

                                         s/*Danielle Dragotta*
                                         Danielle Dragotta