Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bienertkatzman.com
       wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831,<br><br>    Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>Assets previously restrained in Case No. 2:19-cv-09949-RGK (PJW), since consolidated to 2:18-cv-08420-RGK (PJW)<br><br>**JAMES LARKIN, TROY LARKIN AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

**JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY**

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimants James Larkin, Troy Larkin, and Ramon Larkin (collectively, the "Claimants") submit their Verified Claim asserting an ownership interest in seized funds.

On November 20, 2019, the United States filed a Verified Complaint for Forfeiture in the Central District of California seeking forfeiture of Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held in Bitstamp Account Number 559092120831 (the "Subject Funds"). *See* Doc. 1. in case 2:19-cv-09949-RGK (PJW), which has since been consolidated to the present case, 2:18-cv-08420-RGK (PJW).

Claimants hereby submit this Verified Claim asserting their ownership interest in the Subject Funds. Claimants are stockholders in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

As set forth in more detail in the claim filed by Medalist and its subsidiaries, Claimants are third-party beneficiaries of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimants have the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

1  of the Collateral. On information and belief, the sums owed for advancement and
2  indemnification exceed the value of the Collateral.

3      The security interests in the Collateral securing the obligations to the Claimants
4  is a legally recognizable interest in the Subject Funds, giving Claimants a superior right,
5  title, and interest in the Subject Funds over any and all interests asserted by the
6  government in the Subject Funds. Under any applicable community property
7  principles, Claimant James Larkin's legal spouse, Margaret Larkin ("M. Larkin"), also
8  asserts a superior right, title, and interest in the Subject Funds superior to the
9  government's interest. Accordingly, the Claimants, and M. Larkin where applicable,
10 have a superior right, title, and interest in the Subject Funds over any and all interest
11 asserted by the government in such funds.

12     Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure,
13 Claimants expressly limit their appearances to asserting and defending their claim.
14 Claimants reserves all rights to challenge the *in rem* jurisdiction of this Court and the
15 propriety of venue of this action.

17 Dated: January 13, 2020                                         Respectfully submitted,

19                                                           */s/ Whitney Z. Bernstein*
20                                                           Whitney Z. Bernstein
21                                                           Thomas H. Bienert, Jr.
                                                          BIENERT | KATZMAN PC
                                                         Attorneys for James Larkin

## VERIFICATION OF CLAIM

I, James Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the forgoing is true and correct.

Executed on  1-10-2020

James Larkin

## VERIFICATION OF CLAIM

I, Troy Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the forgoing is true and correct.

Executed on  1·12·2020

Troy Larkin

---

4

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

Scanned with CamScanner

## VERIFICATION OF CLAIM

I, Ramon Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the forgoing is true and correct.

Executed on __1/10/2020__                    _____

                                              Ramon Larkin

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 13, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

John J. Kucera
Daniel G. Boyle
Assistant United States Attorneys

DATED: January 13, 2020
San Clemente, California

*/s/ Toni Thomas*

Toni Thomas