Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bienertkatzman.com
         wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br>      v.<br><br>Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831,<br><br>                  Defendant. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>Assets previously restrained in Case No. 2:19-cv-09949-RGK (PJW), since consolidated to 2:18-cv-08420-RGK (PJW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for Claimant James Larkin certifies that the following parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| James Larkin | Claimant |
| John Brunst | Potential Claimant |
| Michael Lacey | Potential Claimant |
| Scott Spear | Potential Claimant |
| Troy Larkin | Claimant |
| Ramon Larkin | Claimant |
| Margaret Larkin | Potential Claimant |
| Medalist Holdings, Inc. | Potential Claimant |
| Leeward Holdings, LLC | Potential Claimant |
| Camarillo Holdings, LLC | Potential Claimant |
| Vermillion Holdings, LLC | Potential Claimant |
| Cereus Properties, LLC | Potential Claimant |
| Shearwater Investments, LLC | Potential Claimant |

Dated: January 13, 2020

Respectfully submitted,

*/s/ Whitney Z. Bernstein*
Whitney Z. Bernstein
Thomas H. Bienert, Jr.
BIENERT | KATZMAN PC
Attorneys for James Larkin

2

CERTIFICATION AND NOTICE OF INTERESTED PARTIES PER L.R. 7-1.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 13, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

John J. Kucera<br>
Daniel G. Boyle<br>
Assistant United States Attorneys

Dated:        January 13, 2020
              San Clemente, CA

                    /s/ Toni Thomas
                    Toni Thomas