WALTER F. BROWN, JR. (SBN 130248)
wbrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Counsel for Margaret Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>DEFENDANTS. | CASE N0. 2:18-cv-08420-RGK (PJW)<br><br>**MARGARET LARKIN'S WITHDRAWAL OF CLAIM RELATED TO $206, 156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938** |
|---|---|

Pursuant to the Court's Order of Consent Judgement (Doc. 65), Claimant Margaret Larkin ("Claimant") hereby withdraws her claim related to $206,156.00 in bank funds seized from Republic Bank of Arizona Account '1938 (Doc. 36), filed on May 23, 2019. Claimant's withdrawal of claim relates only to funds seized from Republic Bank of Arizona Account '1938 that were the subject of the Stipulation and Request for Entry of Consent Judgement filed with the Court. (Doc. 49), and in no way is intended or shall operate as a release of claims, actions or rights with respect to the seizure or retention of any other funds or assets.

MARGARET LARKIN'S WITHDRAWAL OF CLAIM RELATED TO $206,156.00 IN
BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938

1 | Claimant expressly reserves all claims, actions and rights with respect to any such
2 | other funds or assets.

4 | Dated: January 21, 2020          Respectfully submitted,

*/s/ Walter F. Brown, Jr.*
WALTER F. BROWN, JR.
Orrick, Herrington & Sutcliffe LLP
*Attorneys for Margaret Larkin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 21, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

>John J. Kucera
>Daniel G. Boyle
>Assistant United States Attorneys

DATED:     January 21, 2020