1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
6 | Asset Forfeiture Section
    1400 United States Courthouse
7 |     312 North Spring Street
    Los Angeles, California 90012
8 |     Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
9 |     E-mail:   John.Kucera@usdoj.gov

10 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

11 |                UNITED STATES DISTRICT COURT

12 |             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 |                 WESTERN DIVISION

14 | UNITED STATES OF AMERICA,

15 |           Plaintiff,

16 |               v.

17 | REAL PROPERTY LOCATED IN SAN
FRANCISCO, CALIFORNIA,

18 |

19 |          Defendant.

20 | CASA BAHIA FOR SAN FRANCISCO,
LLC.

21 |         Titleholder.

CV 18-8420-RGK (PJWx)
No. CV 18-8551-RGK (PJWx)

**STIPULATION FOR ORDER AUTHORIZING THE INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY LOCATED IN SAN FRANCISCO, CALIFORNIA**

    It is hereby stipulated by and between the United States of America ("the government") and Casa Bahia for San Francisco, LLC. (the "titleholder"), with regard to the real property located in San Francisco, California, APN: 0563-029 (the "Fillmore Property"), as follows:

1.     Pursuant to Rule G(7)(b)(iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims ("Supplemental Rules"), the parties desire to sell the Fillmore Property for fair market value, and agree that the net proceeds of the sale, if any, be substituted for the Fillmore property as the substitute *res* in this action.

2.     The Parties agree that an interlocutory sale of the Fillmore Property is appropriate and necessary under Supplemental Rule G(7)(b)(i) in order to preserve the value of the defendant *res* and to minimize expenses associated with keeping and maintaining the Fillmore Property.

3.     Due to the expense of keeping and maintaining the property, including tax payments, and Mr. Lacey's inability to pay those expenses, the property is at risk for deterioration, damage or disrepair if it is not sold.

4.     Pursuant to Supplemental Rule G(7)(b)(iii), the parties agree that the procedures set forth in 28 U.S.C. §§ 2001, 2002 and 2004 (providing for public sale of property under court control) are not likely to yield the highest price for the property, and instead recommend that the court enter the proposed order (the "Order") concurrently lodged with this stipulation ordering interlocutory sale according to the terms described herein.  According to the title report dated November 8, 2017, the Fillmore Property is titled in the name of Casa Bahia for San Francisco, LLC. Other than the government's *lis pendens*, there are no other recorded interests in the property.  The legal description of the Fillmore property is:

> LOT 29, AS SHOWN ON THE MAP ENTITLED, "PARCEL MAP BEING A RESUBDIVISION OF ASSESSOR'S LOTS NO. 2 AND 3, BLOCK 563, ALSO BEING A PORTION OF WESTERN ADDITION BLOCK 347, SAN FRANCISCO", RECORDED SEPTEMBER 8, 1981, IN THE OFFICE OF

THE COUNTY RECORDER OF THE CITY AND COUNTY OF SAN
FRANCISCO, STATE OF CALIFORNIA, IN BOOK 21 OF PARCEL MAPS,
AT PAGE 51.

Lot 029, Block 0563

5.    The parties agree that as of January 27, 2020, the government,
to include United States Marshals Service ("USMS"), and any other
individual or entity as the government may elect, shall be authorized
to take exclusive custody, possession, and control of the Fillmore
property for the purpose of preparing and marketing the property for
sale.  Such possession shall permit the government to exclude from
occupancy any and all persons, including, without limitation, all
owners and claimants to the Fillmore Property.  As of January 27, 2020,
no person shall be permitted on the Fillmore Property without prior
written permission from the United States Attorney's Office for
Central District of California (the "USAO") or an authorized agent
approved by the USAO.

6.    After taking custody, possession, and control of the
Fillmore Property, the government shall cause the Fillmore Property
to be sold at the highest available reasonable price.  Within 30 days
of taking custody, possession, and control, the government shall
undertake to list for sale to the public the Fillmore Property with
the Multiple Listing Service, and/or any other similar form, and
shall attempt to procure a ready, willing and able buyer.  The
listing agent(s) for the Fillmore Property shall be a licensed real
estate broker with experience selling properties in the area where
the property is located.  The listing price of the Fillmore Property
shall not be less than $13,500,000.00.  It is further agreed that the
minimum price to be accepted for the purchase of the Fillmore

3

1   Property is $13,500,000.00, unless the parties agree to a lesser
2   amount in a signed writing.
3        7.   The Titleholder agrees to complete all forms necessary to
4   permit the government to enter into and to complete escrow and sale
5   of the Fillmore Property under the terms set out above.   Such
6   completed forms may include granting to an appropriate government
7   agent a limited power of attorney for such purpose.
8        8.   Not later than three days prior to the anticipated close of
9   escrow, the government shall deliver to the escrow agent a
10  conditional withdrawal of its *lis pendens* to be recorded against the
11  Fillmore Property as part of the close of escrow.   This conditional
12  withdrawal may be recorded only if the terms of this agreement have
13  been completely satisfied.
14       9.   The proceeds of the sale of the Fillmore Property shall be
15  distributed as follows:
16            a.   First, payment to the San Francisco County Tax
17  Collector of all outstanding real property taxes due to the date of
18  closing of escrow;
19            a.   Second, to the extent funds remain, payment of all
20  costs of escrow and sale, including real estate sales commissions and
21  applicable fees triggered by the sale of the Fillmore Property, and
22  the government's actual costs incurred in preparing the Fillmore
23  Property for sale (including but not limited to utilities and
24  insurance payments);
25            b.   Third, to the extent funds remain, payment to any
26  management company for any outstanding dues and payment to any home
27  owner's association ("HOA") for all fees due on the Fillmore Property
28  at the time of sale;

4

c.    Fourth, to the extent funds remain, payment to any secured lienholders, whose security interests were recorded prior to the recording of the government's *lis pendens* in this action;

d.    Fifth, to the extent funds remain, payment to the government for any expenses related to the preparation for sale and sale of the Fillmore Property; and

e.    Sixth, as to any remaining funds (the "net proceeds"), the parties agree that the net proceeds shall constitute the substitute *res* in place of the Fillmore Property.  The net proceeds shall be wired from escrow directly to an interest-bearing account to be designated by the government, where such funds shall be held pending resolution of this forfeiture action.  The government shall provide wiring instructions directly to the escrow company handling the sale of the Fillmore Property.  Following delivery of the net proceeds to the interest-bearing account, the government shall notify the parties and this Court of the amount that has been deposited as the substitute *res* by filing a notice with the Court.

10.   The parties to this Stipulation shall execute any and all documents necessary to consummate the sale of the Fillmore Property, to convey clear title of the property to the buyer, and to further implement the terms of the Order for Interlocutory Sale.

11.   By agreeing to an interlocutory sale of the property, Mr. Lacey does not waive any arguments regarding the lawfulness of the government's seizures of this property, any arguments about the merits of the government's prosecution, or any claims to the property.

12.   The Court shall retain jurisdiction over the Fillmore Property to effectuate the terms of the sale and resolve any issues

1   or disputes that may arise regarding the interlocutory sale of the
2   property until the sale is concluded.

3

**SO STIPULATED AND REQUESTED.**
4

5   DATED: January <u>27</u>, 2020        NICOLA T. HANNA
                                          United States Attorney
6                                         BRANDON D. FOX
                                          Assistant United States Attorney
7                                         Chief, Criminal Division
                                          STEVEN R. WELK
8                                         Assistant United States Attorney
                                          Chief, Asset Forfeiture Section
9

10                                        /s/John J. Kucera
                                          JOHN J. KUCERA
11                                        Assistant United States Attorney

12                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
13

14   DATED: July 17, 2019
                                          PAUL S. CAMBRIA
15                                        ERIN E. McCAMPBELL
                                          Liptsitz Green Scime Cambria LLP
16

17                                        Attorneys for Titleholder
                                          Casa Bahia for San Francisco, LLC.
18

19   DATED: July August 5, 2019
                                          JILL ANDERSON
20                                        Pro Se Claimant

21

22

23

24

25

26

27

28

6