1  BARTON, KLUGMAN & OETTING LLP
   John K. Rubiner (SBN 155208)
2  350 South Grand Avenue
   Suite 2200
3  Los Angeles, CA 90071-3454
   Telephone:  213-621-4000
4  Facsimile:  213-625-1832
   E-mail:      jrubiner@bkolaw.com
5
   Attorneys for Claimants
6  KATHLEEN D. LARKIN, JOHN C. LARKIN, QUINN M. LARKIN, ROSE L.
   LARKIN AND ANNE HAWKINS, AS TRUSTEE FOR THE OAXACA TRUST,
7  PUEBLA TRUST, CUERNAVACA TRUST, AND CHIAPAS TRUST

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11  UNITED STATES OF AMERICA          Case No. 2:18-CV-08420-RGK(PJW)

12              Plaintiff,            **KATHLEEN D. LARKIN, JOHN C.**
                                      **LARKIN, QUINN M. LARKIN,**
13        v.                          **ROSE L. LARKIN AND ANNE**
                                      **HAWKINS' NOTICE OF JOINDER**
14  Approximately 2.70447488 Bitcoin and  **IN MOTION TO DISMISS**
    Approximately 3.54986077 Bitcoin      **CONSOLIDATED MASTER**
15  Cash Previously Held In Bitstamp       **VERIFIED COMPLAINT FOR**
    Account Number 559092120831,          **FORFEITURE**
16
                Defendants.
17

18

19  TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:

20        PLEASE TAKE NOTICE that Claimants Kathleen D. Larkin, John C.

21  Larkin, Quinn M. Larkin, and Rose L. Larkin, as beneficiaries, and Anne Hawkins,

22  as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas

23  Trust, Join in Claimant's Motion to Dismiss Consolidated Master Verified

24  Complaint for Forfeiture ("Complaint") under Rule 12(b)(6) of the Federal Rules

25  of Civil Procedure and Rule G(8)(b)(i) of the Supplemental Rules for Asset

26  Forfeiture Actions, on grounds that the Complaint fails to state a claim on which

27  relief can be granted due to the preclusive effect of Section 230 of the

28  Communications Decency Act("CDA"), 47 U.S.C. § 230.

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

1

1   Claimants' Joinder in this Motion is based upon Claimants Michael Lacey,

2   James Larkin, John Brunst, and Scott Spear's Notice of Motion and attached

3   Memorandum of Points and Authorities, the Complaint's allegations, the reply, if

4   any, and the papers and files on record with this Court.

5

6   DATED:  February 4, 2020                    BARTON, KLUGMAN & OETTING LLP

7

8                                               By:  ___/s/ John K. Rubiner_____

9                                                    John K. Rubiner
                                                     Attorneys for Claimants
10                                                   KATHLEEN D. LARKIN, JOHN C.
                                                     LARKIN, QUINN M. LARKIN, ROSE
11                                                   L. LARKIN AND ANNE HAWKINS,
                                                     AS TRUSTEE FOR THE OAXACA
12                                                   TRUST, PUEBLA TRUST,
                                                     CUERNAVACA TRUST, AND
13                                                   CHIAPAS TRUST

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE (213) 621-4000

CLAIMANTS' NOTICE OF JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED
COMPLAINT FOR FORFEITURE

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that on the 4th day of February, 2020, I electronically
transmitted this Notice to the Clerk of the Court via the CM/ECF system whose
4      transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the
Federal Rules of Civil and Criminal Procedure, to the following CM/ECF
5      registrants:

6

**CM/ECF Registrants:**
7      John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
8      David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
9      Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
10     John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
11     Erin E. McCampbell, emccampbell@lglaw.com
Bruce Feder, bf@federlawpa.com
12     Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com
13     Janey Henze Cook, janey@henzecookmurphy.com

14

15

16

17                                          By:  */s/ John K. Rubiner*

18

19

20

21

22

23

24

25

26

27

28

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE (213) 621-4000

CLAIMANTS' NOTICE OF JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED
COMPLAINT FOR FORFEITURE