BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Claimant
Alyson Talley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, *et al.*,<br><br>              Defendants. | Case No. 18-cv-08420-RGK-PJW<br><br>**JOINDER IN [CORRECTED] MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>Hearing Information<br>Date: March 9, 2020<br>Time: 9:00 a.m.<br>Place:  Courtroom 850<br>            255 E. Temple Street, 7th Fl.<br>            Los Angeles, CA 90012 |

//
//
//
//
//
//
//
//
//

1  TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Claimant Alyson Talley hereby joins in the [Corrected] Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture filed by Claimants Michael Lacey, James Larkin *et al*. (Dkt. 82.)

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.  For all the reasons set forth in the Motion to Dismiss, Ms. Talley respectfully requests the Court dismiss the Master Verified Complaint.

Dated:  February 5, 2020

BOERSCH & ILLOVSKY LLP

 /s/Martha Boersch
Martha Boersch

Attorney for Alyson Talley