ORIGINAL                    FILED

1  JILL ANDERSON, *Pro Se*
   2201 North Central Avenue #6A                    2020 FEB -4  AM 11: 30
2  Phoenix, Arizona 85004
   Telephone: (602) 616-7117
3  Jillkristena@gmail.com

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,          )   Case No. 18-8420 RGK (PJWx)
                                      )
12              Plaintiff,            )   **ANSWER TO CONSOLIDATED**
                                      )   **MASTER VERIFIED COMPLAINT**
13       vs.                          )   **FOR FORFEITURE AND DEMAND**
                                      )   **FOR JURY TRIAL**
14 $1,546,076.35 IN BANK FUNDS SEIZED )
   FROM REPUBLIC BANK OF ARIZONA      )
15 ACCOUNT '1889, ET AL.,             )
                                      )
16              Defendants.           )
   _____)
17                                    )
   JILL ANDERSON,                     )
18                                    )
                Claimant.             )
19 _____)

20      COMES NOW the Claimant, JILL ANDERSON, *Pro Se*, and in answer to Plaintiff's

21 Consolidated Master Verified Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads

22 as follows:

23      1.      Claimant admits the allegations set forth in Paragraph 1. of the Consolidated Master

24 Verified Complaint for Forfeiture.

25      2.      Claimant admits the allegations set forth in Paragraph 2. of the Consolidated Master

26 Verified Complaint.

27      3.      Claimant admits the allegations set forth in Paragraphs 3. through 17. of the Consolidated

28 Master Verified Complaint for Forfeiture.

                                        1

4.      Answering Paragraphs 18. through 99. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

5.      Answering Paragraph 100. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

6.      Claimant denies each and every allegation set forth in Paragraph 101. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

7.      Claimant denies each and every allegation set forth in Paragraph 102. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

8.      Claimant admits the allegations set forth in Paragraph 103. of the Consolidated Master Verified Complaint for Forfeiture.

9.      Claimant denies each and every allegation set forth in Paragraph 104. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

10.     Claimant denies each and every allegation set forth in Paragraph 105. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

11.     Answering Paragraphs 106. through 117. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

12.     Answering Paragraphs 118. through 124. of the Consolidated Master Verified Complaint Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

13.     Answering Paragraphs 125(a). through (e). of the Consolidated Master Verified Claimant for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

2

1  contained therein, and basing her denial on that ground, denies each and every allegation contained

2  therein in the conjunctive as well as the disjunctive.

3      14.     Answering Paragraph 126(a). through (d). of the Consolidated Master Verified Complaint

4  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

5  contained therein, and basing her denial on that ground, denies each and every allegation contained

6  therein in the conjunctive as well as the disjunctive.

7      15.     Answering Paragraph 127(a). through (I). of the Consolidated Master Verified Complaint

8  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

9  contained therein, and basing her denial on that ground, denies each and every allegation contained

10  therein in the conjunctive as well as the disjunctive.

11      16.     Answering Paragraph 128(a). through (c). of the Consolidated Master Verified Complaint

12  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

13  contained therein, and basing her denial on that ground, denies each and every allegation contained

14  therein in the conjunctive as well as the disjunctive.

15      17.     Answering Paragraph 129(a). through (c). of the Consolidated Master Verified Complaint

16  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

17  contained therein, and basing her denial on that ground, denies each and every allegation contained

18  therein in the conjunctive as well as the disjunctive.

19      18.     Answering Paragraph 130. through 132. of the Consolidated Master Verified Complaint

20  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

21  contained therein, and basing her denial on that ground, denies each and every allegation contained

22  therein in the conjunctive as well as the disjunctive.

23      19.     Answering Paragraph 133(a). through (d). of the Consolidated Master Verified Complaint

24  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

25  contained therein, and basing her denial on that ground, denies each and every allegation contained

26  therein in the conjunctive as well as the disjunctive.

27      20.     Answering Paragraph 134(a). through (b). of the Consolidated Master Verified Complaint

28  for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

1   contained therein, and basing her denial on that ground, denies each and every allegation contained

2   therein in the conjunctive as well as the disjunctive.

3        21.    Answering Paragraph 135(a). through (f). of the Consolidated Master Verified Complaint

4   for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

5   contained therein, and basing her denial on that ground, denies each and every allegation contained

6   therein in the conjunctive as well as the disjunctive.

7        22.    Answering Paragraph 136. of the Consolidated Master Verified Complaint for Forfeiture,

8   claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

9   and basing her denial on that ground, denies each and every allegation contained therein in the

10   conjunctive as well as the disjunctive.

11        23.    Answering Paragraph 137(a). through (i)(a-d). of the Consolidated Master Verified

12   Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the

13   allegations contained therein, and basing her denial on that ground, denies each and every allegation

14   contained therein in the conjunctive as well as the disjunctive.

15        24.    Answering Paragraph 138. through 140. of the Consolidated Master Verified Complaint

16   for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

17   contained therein, and basing her denial on that ground, denies each and every allegation contained

18   therein in the conjunctive as well as the disjunctive.

19        25.    Answering Paragraph 141(a). through (d). of the Consolidated Master Verified Complaint

20   for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

21   contained therein, and basing her denial on that ground, denies each and every allegation contained

22   therein in the conjunctive as well as the disjunctive.

23        26.    Answering Paragraph 142(a). through (d). of the Consolidated Master Verified Complaint

24   for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations

25   contained therein, and basing her denial on that ground, denies each and every allegation contained

26   therein in the conjunctive as well as the disjunctive.

27        27.    Answering Paragraph 143. of the Consolidated Master Verified Complaint for Forfeiture,

28   claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

28.     Answering Paragraph 144(a). through (d). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

29.     Claimant denies each and every allegation set forth in Paragraph 145. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

30.     Claimant denies each and every allegation set forth in Paragraph 146. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

31.     Claimant denies each and every allegation set forth in Paragraph 147. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

32.     Answering Paragraph 148. through 154. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

33.     Claimant denies each and every allegation set forth in Paragraph 155. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

34.     Claimant denies each and every allegation set forth in Paragraph 156. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

35.     Answering Paragraph 156(a). through(e). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

36.     Claimant denies each and every allegation set forth in Paragraph 157. and 157(a) of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

37.     Claimant denies each and every allegation set forth in Paragraph 158. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

38.     Claimant denies each and every allegation set forth in Paragraph 159(a). through (c). of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

39.     Answering Paragraph 156(a). through(e). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

40.     Claimant denies each and every allegation set forth in Paragraph 160. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

41.     Claimant denies each and every allegation set forth in Paragraph 161. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

42.     Answering Paragraph 162. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

43.     Answering Paragraph 163. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

44.     Claimant denies each and every allegation set forth in Paragraph 164. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

45.     Answering Paragraph 165. and 165(a). through (c). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

46.     Claimant denies each and every allegation set forth in Paragraph 166. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

47.     Answering Paragraph 167. of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

6

1  and basing her denial on that ground, denies each and every allegation contained therein in the

2  conjunctive as well as the disjunctive.

3       48.     Answering Paragraph 168. of the Consolidated Master Verified Complaint for Forfeiture,

4  claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

5  and basing her denial on that ground, denies each and every allegation contained therein in the

6  conjunctive as well as the disjunctive.

7       49.     Answering Paragraph 169. of the Consolidated Master Verified Complaint for Forfeiture,

8  claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

9  and basing her denial on that ground, denies each and every allegation contained therein in the

10  conjunctive as well as the disjunctive.

11       50.     Answering Paragraph 170. of the Consolidated Master Verified Complaint for Forfeiture,

12  claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

13  and basing her denial on that ground, denies each and every allegation contained therein in the

14  conjunctive as well as the disjunctive.

15       51.     Claimant denies each and every allegation set forth in Paragraph 171. of the Consolidated

16  Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

17       52.     Claimant denies each and every allegation set forth in Paragraph 172. of the Consolidated

18  Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

19       53.     Claimant denies each and every allegation set forth in Paragraph 173. of the Consolidated

20  Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

21       54.     Answering Paragraph 174. of the Consolidated Master Verified Complaint for Forfeiture,

22  claimant has no information or belief sufficient to enable her to answer the allegations contained therein,

23  and basing her denial on that ground, denies each and every allegation contained therein in the

24  conjunctive as well as the disjunctive.

25       55.     Claimant denies each and every allegation set forth in Paragraph 175. of the Consolidated

26  Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

27       56.     Answering Paragraph 176. through 170(a). and (b). of the Consolidated Master Verified

28  Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the

allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

57.     Answering Paragraph 177. through 199(a). and (b). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

58.     Claimant denies each and every allegation set forth in Paragraph 200. of the Consolidated Master Verified Complaint for Forfeiture in the conjunctive as well as the disjunctive.

59.     Answering Paragraph 201. through 201(f). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

60.     Answering Paragraph 202. through 219. of the Consolidated Master Verified Complaint for Forfeiture,  claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

61.     Answering Paragraph 220. through 225(d). of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

62.     Answering Paragraph 226. through 238(d).   of the Consolidated Master Verified Complaint for Forfeiture, claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

63.     Claimant denies each and every allegation set forth in Paragraph 239. of the Consolidated Master Verified  Complaint for Forfeiture in the conjunctive as well as the disjunctive.

64.     Claimant denies each and every allegation set forth in Paragraph 240. of the Consolidated Master Verified  Complaint for Forfeiture in the conjunctive as well as the disjunctive.

1    65.    Claimant denies each and every allegation set forth in Paragraph 241. of the Consolidated

2 Master Verified  Complaint for Forfeiture in the conjunctive as well as the disjunctive.

3                              **AFFIRMATIVE DEFENSE(S)**

4                              **FIRST AFFIRMATIVE DEFENSE**

5         For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as

6 pled fails to state facts sufficient to constitute a cause of action against the defendant property.

7                              **SECOND AFFIRMATIVE DEFENSE**

8         For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable

9 cause for the institution of this forfeiture action.

10                              **THIRD AFFIRMATIVE DEFENSE**

11        For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this

12 case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

13                              **FOURTH AFFIRMATIVE DEFENSE**

14        For a further and separate answer to the Complaint, Claimant allege Claimant's ownership

15 interest (legal and/or beneficial) is not forfeitable in the property by reason that any and all acts

16 or omissions alleged as the basis for forfeiture have been committed or omitted without the knowledge

17 or consent of Claimant (i.e. Claimant was and is what is commonly referred to as an innocent owner).

18                              **FIFTH AFFIRMATIVE DEFENSE**

19        For a further and separate answer to the Complaint, Claimant alleges that the searches which led

20 to the seizure of the defendant currency violated the Fourth Amendment to the United States

21 Constitution.

22                              **JURY DEMAND**

23        Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimant

24 demands a trial by jury in connection with the subject action.

25        WHEREFORE, claimant prays for judgment as follows:

26    1.  That the Complaint be dismissed with prejudice;

27    2.  That the subject property be returned to Claimant;

28    3.  For reasonable attorney's fees herein and costs of suit; and

4. For such other and further relief as the Court may deem just.

DATED: February 3, 2020

Jill Anderson, Pro Se
Claimant

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on February 4, 2020, I deposited in the United States Mail, in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage a copy of Claimant Jill Anderson's Answer to Consolidated Master Complaint for Forfeiture and Demand for Jury Trial to the office of the following individuals:

John K. Kucera
Assistant United States Attorney
Office of the United States Attorney
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of February, 2020, at San Diego, California.

Richard M. Barnett