John R. Becker,
Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014
7025 East Greenway Parkway, Suite 800
Scottsdale, Arizona 85254
480-240-4020
480-240-4021 (fax)

Claimant



FILED
CLERK, U.S. DISTRICT COURT
FEB - 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; et al.,<br><br>Defendants. | Case No. 2:18-CV-8420 RGK (PJWx)<br><br>**JOINDER TO MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>Hearing Information<br>Date: March 2, 2020<br>Time: 9:00 am<br>Place: Courtroom 850<br>255 East Temple Street, 7th Floor<br>Lost Angeles, CA 90012 |

TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that Claimant John R. Becker ("Claimant Becker") joins in claimants Michael Lacey, James Larkin, John Brunst, Scott Spear, Mary Ann Brunst, Medalist Holdings, Inc. Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, The Brunst Family Trust's (collectively, "Claimants'") motion to dismiss consolidated master verified complaint for forfeiture (Doc. 76.) pursuant to Rule 12(g)(1) of the Federal Rules of Civil Procedure (F.R.C.P.)

For all the reasons stated in the Claimants' motion to dismiss, Claimant Becker respectfully moves this court to dismiss under Rule 12(b)(6), F.R.C.P., and Rule G(8)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions, on the grounds that the Complaint fails to State a claim on which

relief can be granted and fails to sufficiently detailed facts to support a reasonable belief the government can prevail, due to the preclusive effect of Section 230 of the Communications Decedent Act, 47 U.S.C § 230.

DATED: February 4, 2020.    By: /s/

John R. Becker, Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014

## PROOF OF SERVICE

I, John R. Becker, certify that on this 4th day of February, 2020, I emailed and mailed the foregoing Joinder to Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture to the Parties listed below.

*[signature]*

John R. Becker, Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014

John J. Kucera
**U.S. Attorney's Office**
312 North Spring Street 14th Floor
Los Angeles, CA 90012
john.kucera@usdoj.gov
Attorneys for Plaintiffs

Daniel G. Boyle
**U.S. Attorney's Office**
312 North Spring Street, Suite 1400
Los Angeles, CA 90012
daniel.boyle2@usdoj.gov
Attorneys for Plaintiffs

David W. Wiechert
**Wiechert Munk and Goldstein PC**
27136 Paseo Espada Suite B1123
San Juan Capistrano, CA 92675
dwiechert@aol.com
*Attorneys for John Brunst, Marry Ann Brunst, And the Brunst Family Trust*

///

///

1  Martha Boersch
2  **Boersch and Illovsky LLP**
   1611 Telegraph Avenue Suite 806
3  Oakland, CA 94612
4  martha@boersch-illovsky.com
   *Attorneys for Alyson Talley*
5
6  John K. Rubiner
   **Barton, Klugman and Oetting LLP**
7  250 South Grand Avenue
8  Suite 2200
   Los Angeles, California 90071
9  Jrubiner@bkolaw.com

10
   Daniel J Quigley
11 **Daniel J Quigley PC**
12 5425 East Broadway Boulevard, Suite 352
   Tucson, Arizona 85711
13 quigley@djqplc.com
14 *Attorneys for Medalist Holdings, Inc.*
   *Leeward Holdings, LLC, Camarillo Holdings, LLC*
15 *Vermillion Holdings, LLC, Cereus Properties, LLC, and*
16 *Shearwater Investments, LLC*

17 Janey Henze Cook
18 **Henze Cook Murphy, PLLC**
   722 E Osborn Road, Suite 120,
19 Phoenix, Arizona 85014
20 janey@henzecookmurphy.com

21 Gary S. Lincenberg
22 Gopi K. Panchapakesan
   Ariel Neuman
23 **Bird Marella Boxer Wolpert Nessim Drooks**
24 **Lincenberg and Rhow**
   1875 Century Park East 23rd Floor
25 Los Angeles, CA 90067-2561
26 glincenberg@birdmarella.com
   gpanchapakesan@birdmarella.com
27 aneuman@birdmarella.com
28

4

JOINDER TO MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE OF CLAIMANT JOHN BECKER

| | |
|---|---|
| 1 | John K. Rubiner |
| 2 | **Barton Klugman and Oetting LLP** |
|   | 350 South Grand Avenue Suite 2200 |
| 3 | Los Angeles, CA 90071-3454 |
| 4 | jrubiner@bkolaw.com |
|   | *Attorneys for Scott Spear* |
| 5 | |
| 6 | Paul J. Cambria, Jr. |
|   | Erin E. McCampbell |
| 7 | **Lipsitz Green Scime Cambria LLP** |
| 8 | 42 Delaware Avenue Suite 120 |
|   | Buffalo, NY 14202 |
| 9 | pcambria@lglaw.com |
| 10 | emccampbel@lglaw.com |
|    | *Attorneys for Michael Lacey* |
| 11 | |
| 12 | Bruce Feder |
|    | **Feder Law Office, P.A.** |
| 13 | 2930 E Camelback Road, Suite 205, |
| 14 | Phoenix, AZ 85016 |
|    | bf@federlawpa.com |
| 15 | |
| 16 | Whitney Z. Bernstein |
|    | **Bienert Katzman PC** |
| 17 | CalEdison Building |
| 18 | 601 West 5th Street, Suite 720 |
|    | Los Angeles, CA 90071 |
| 19 | wbernstein@bienertkatzman.com |
| 20 | *Attorneys for James Larkin* |
| 21 | **Robert Corn-Revere** |
| 22 | Davis Wright Tremaine LLP |
|    | 1919 Pennsylvania Avenue NW Suite 800 |
| 23 | Washington, DC 20006 |
| 24 | *Attorneys for James Larkin* |
| 25 | Janey Henze Cook |
| 26 | **Henze Cook Murphy, PLLC** |
|    | 722 E Osborn Road, Suite 120, |
| 27 | Phoenix, Arizona 85014 |
| 28 | janey@henzecookmurphy.com |

P:\_Clients\Lacey, Michael\PLED\Joinder to MTD Consolidated Master, etc..docx