1  TROY LARKIN                    RAMON LARKIN
2  122 Kent Street, Apt. 2        1023 W. 70th Ter.
   Brooklyn, NY 11222             Kansas City, MO 64113
3  Tel.: (917) 749-1209           Tel.: (816) 832-9785
4  Email: troy.larkin@gmail.com   Email: ramonlarkin@gmail.com

5  Claimants in Pro Per

FILED BY FAX
2020 FEB -4 AM 11:58

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br>v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*,<br><br>              Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**RAMON LARKIN AND TROY LARKIN'S JOINDER TO MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br><u>Hearing Information</u><br>**Date:** March 2, 2020<br>**Time:** 9:00 a.m.<br>**Place:**<br>    255 East Temple St. 7th Floor<br>    Los Angeles, CA 90012 |

    Ramon Larkin and Troy Larkin hereby join the Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (Doc. 76) filed on behalf of Michael Lacey, James Larkin, John Brunst, Scott Spear and affiliated parties and entities ("Claimants"). Ramon Larkin and Troy Larkin adopt the positions set forth in the Motion to Dismiss

as if fully set forth herein. The issues raised by the Claimants in the Motion to Dismiss apply with equal force to Ramon Larkin and Troy Larkin.

Dated: February 4, 2020                    Respectfully submitted,

_____
Troy Larkin
Claimant in Pro Per

_____
Ramon Larkin
Claimant in Pro Per

1  as if fully set forth herein. The issues raised by the Claimants in the Motion to Dismiss
2  apply with equal force to Ramon Larkin and Troy Larkin.

3
4
5
6
7  Dated: February 4, 2020                    Respectfully submitted,
8
9                                             _____
10                                            Troy Larkin
11                                            Claimant in Pro Per
12
13
14                                            _____
                                              Ramon Larkin
15                                            Claimant in Pro Per
16
17
18
19
20
21
22
23
24
25
26
27
28

1

RAMON LARKIN AND TROY LARKIN'S JOINDER TO THE MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

Scanned with CamScanner

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in New York; that my address is 122 Kent Street, Apt. 2 Brooklyn, New York 11222; I am over the age of 18.

I am a *pro se* claimant and I directed ASAP Legal Services to file the following document with the Clerk of the Court for the Central District of California, Los Angeles. **TROY LARKIN AND RAMON LARKIN'S JOINDER TO MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE** on all interested parties as follows:

[X]  BY ELECTRONIC TRANSMISSION: CM/ECF registered cases participants will be served with the document once accepted and scanned by the clerk via the Central District of California's CM/ECF notification System which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct Executed on February 4, 2020 at Brooklyn, New York.

_____
Troy Larkin
Claimant in Pro Per