WALTER F. BROWN, JR. (SBN 130248)
wbrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Margaret Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*,<br><br>             Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**MARGARET LARKIN'S JOINDER TO CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>**Hearing Information**<br>**Date:** March 9, 2020<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 850<br>           255 East Temple St. 7th Floor<br>           Los Angeles, CA 90012 |

Margaret Larkin, by and through her undersigned counsel, hereby joins the Corrected Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (Doc. 82) filed on behalf of Michael Lacey, James Larkin, John Brunst, Scott Spear and affiliated parties and entities ("Claimants"). Mrs. Larkin adopts the legal positions and

---

MARGARET LARKIN'S JOINDER TO CORRECTED MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

bases set forth in the Motion as if fully set forth herein.

The issues raised by the Claimants in the Corrected Motion to Dismiss apply with equal force to Margaret Larkin.

Dated: February 7, 2020						Respectfully submitted,

/s/ *Walter F. Brown, Jr.*
WALTER F. BROWN, JR.
Orrick, Herrington & Sutcliffe LLP

*Attorneys for Margaret Larkin*