Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimants John Brunst,
Mary Ann Brunst, and The Brunst Family
Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants.<br><br>JOHN BRUNST, MARY ANN BRUNST, AND THE BRUNST FAMILY TRUST,<br><br>    Claimants. | CASE NO. 2:18-cv-08420-RGK-PJW<br><br>**CLAIMANTS JOHN BRUNST, MARY ANN BRUNST, AND THE BRUNST FAMILY TRUST'S JOINDER IN CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>Date:    March 9, 2020<br>Date:    9:30 A.M.<br>Ctrm.:   850<br><br>Assigned to Hon. R. Gary Klausner |

3634017.1

JOHN BRUNST, MARY ANN BRUNST, AND THE BRUNST FAMILY TRUST'S JOINDER IN CORRECTED
MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

Claimants John Brunst, Mary Ann Brunst, and The Brunst Family Trust ("Claimants"), by and through their undersigned counsel, hereby join in the Corrected Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (the "Motion") [Dkt. 82]. Claimants adopt the legal positions and bases set forth in the Motion as if fully set forth herein.

DATED:  February 7, 2020            Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Gopi K. Panchapakesan*
          Gopi K. Panchapakesan
Attorneys for Claimants John Brunst, Mary Ann Brunst, and The Brunst Family Trust

3634017.1

2

JOHN BRUNST, MARY ANN BRUNST, AND THE BRUNST FAMILY TRUST'S JOINDER IN CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE