Robert Corn-Revere (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
Telephone:  202-973-4200
Facsimile:  202-973-4499
Email: bobcornrevere@dwt.com

James C. Grant (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
950 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone:  206-622-3150
Facsimile:   206-757-7700
Email: jamesgrant@dwt.com

*Attorneys for James Larkin and Michael Lacey*

Additional Counsel listed following caption

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, *ET AL.*,<br><br>Defendants. | No. 2:18-CV-8420 RGK (PJWx)<br><br>**ERRATA TO [CORRECTED] MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br><u>Hearing Information</u><br>Date: March 9, 2020<br>Time: 9:00 a.m.<br>Place:   Courtroom 850<br>            255 E. Temple Street, 7th Fl.<br>            Los Angeles, CA 90012 |

Thomas H. Bienert, Jr., (CA State Bar No. 135311)
Whitney Z. Bernstein, (CA State Bar No. 304917)
**BIENERT KATZMAN PC**
903 Calle Amanacer, Suite 350
San Clemente, CA 92673
Telephone: 949-369-3700
Facsimile: 949-369-3701
Email: tbienert@bienertkatzman.com
  wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

Gary S. Lincenberg (CA State Bar No. 123058)
Ariel A. Neuman (CA State Bar. No. 241594)
Gopi K. Panchapakesan (CA State Bar No. 279586)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
  aneuman@birdmarella.com
  gpanchapakesan@birdmarella.com
*Attorneys for John Brunst, Mary Ann Brunst,
and The Brunst Family Trust*

Paul J. Cambria, Jr. (CA State Bar No. 177957)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite #120 Buffalo, NY 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com
*Attorneys for Michael Lacey*

John K. Rubiner (CA State Bar No. 155208)
**BARTON, KLUGMAN & OETTING LLP**
350 South Grand Avenue, Suite 220
Los Angeles, CA 90071-3454
Telephone (213) 621-4000
Facsimile (213) 625-1832
Email: jrubiner@bkolaw.com

Bruce Feder (AZ State Bar No. 004832)
**FEDER LAW OFFICE, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, AZ 85016
Telephone: (602) 257-0135
Facsimile: (602) 954-8737
Email: bf@federlawpa.com
*Attorneys for Scott Spear*

David W. Wiechert, SBN 94607
**WIECHERT, MUNK & GOLDSTEIN, PC**
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com

Daniel J. Quigley (admitted *pro hac vice*)
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
Tel: (520) 867-4450
Email: quigley@djqplc.com
*Attorneys for Attorneys for Medalist*
*Holdings, Inc., Leeward Holdings, LLC,*
*Camarillo Holdings, LLC, Vermillion*
*Holdings, LLC, Cereus Properties, LLC,*
*and Shearwater Investments, LLC*

      Undersigned counsel file this errata in connection with the Corrected Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture filed February 5, 2020. When effecting the February 5 filing using the ECF login of Mr. Corn-Revere, due to a clerical error, it incorrectly appeared that Robert Corn-Revere represented Claimants James Larkin, Michael Lacey, John Brunst, Mary Ann Brunst, The Brunst Family Trust, Scott Spear, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC. This is not the case. Mr. Corn-Revere, like James Grant, represents only James Larkin and Michael Lacey. As indicated on the first page of both the Corrected Motion to Dismiss and this Errata ("Additional counsel listed following

caption"), other claimants are represented by the counsel as listed above. We apologize for this error and ask that PACER be corrected to reflect the proper representation of the Claimants listed above.

DATED: February 7, 2020    Robert Corn-Revere
James C. Grant
DAVIS WRIGHT TREMAINE LLP
By: /s/Robert Corn-Revere
    Robert Corn-Revere
    Attorneys for James Larkin
    and Michael Lacey

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2020, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

  /s/ Robert Corn-Revere
  Robert Corn-Revere

**CM/ECF Registrants:**

John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Bruce Feder, bf@federlawpa.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com
Janey Henze Cook, janey@henzecookmurphy.com