BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:   213-625-1832
E-mail:       jrubiner@bkolaw.com

Attorneys for Claimants
Trustee Anne Hawkins, and
Claimants Kathleen Larkin, John Larkin,
Quinn Larkin, and Rose Larkin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      Defendants. | Case No. 2:18-CV-08420-RGK(PJW)<br><br>**TRUSTEE ANNE HAWKINS, CLAIMANTS KATHLEEN LARKIN, JOHN LARKIN, QUINN LARKIN, AND ROSE LARKIN'S JOINDER TO CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>**Hearing Information**<br>**Date:** March 9, 2020<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 850<br>          255 East Temple St. 7th Floor<br>          **LOS ANGELES, CA 90012** |

Anne Hawkins, Kathleen Larkin, John Larkin, Quinn Larkin, and Rose Larkin by and through their undersigned counsel, hereby join the Corrected Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (Doc. 82) filed on behalf of Michael Lacey, James Larkin, John Brunst, Scott Spear and affiliated parties and entities ("Claimants"). Mrs. Larkin adopts the legal positions and bases set forth in the Motion as if fully set forth herein. The issues raised by the Claimants in the Motion to Dismiss apply with equal force to Anne Hawkins,

1 | Kathleen Larkin, John Larkin, Quinn Larkin, and Rose Larkin.

3 | DATED: February 7, 2020  BARTON, KLUGMAN & OETTING LLP

By:   */s/ John K. Rubiner*
     John K. Rubiner
     Attorneys for Claimants
     Trustee Anne Hawkins, and
     Claimants Kathleen Larkin, John
     Larkin, Quinn Larkin, and Rose Larkin

**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

2
TRUSTEE AND CLAIMANTS' JOINDER TO CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2020, I electronically transmitted this Notice to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**CM/ECF Registrants:**
John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Bruce Feder, bf@federlawpa.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com
Janey Henze Cook, janey@henzecookmurphy.com

By: */s/ John K. Rubiner*