BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: jrubiner@bkolaw.com

Attorneys for Claimants
NATASHA AND ELLON SPEAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., <br><br> Defendants. | Case No. 2:18-CV-08420-RGK(PJW) <br><br> **NATASHA AND ELLON SPEAR'S NOTICE OF JOINDER TO CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE** <br><br> **Hearing Information** <br> **Date:** March 9, 2020 <br> **Time:** 9:00 a.m. <br> **Place:** Courtroom 850 <br> 255 East Temple St. 7th Floor <br> **LOS ANGELES, CA 90012** |

TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that Claimants Natasha and Ellon Spear Join in Claimant's [Corrected] Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture ("Complaint") under Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule G(8)(b)(i) of the Supplemental Rules for Asset Forfeiture Actions, on grounds that the Complaint fails to state a claim on which relief can be granted due to the preclusive effect of Section 230 of the Communications Decency Act("CDA"), 47 U.S.C. § 230.

1

NATASHA AND ELLON SPEAR'S NOTICE OF JOINDER TO CORRECTED MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

1    Claimants' Joinder is This Motion is based upon Claimants Michael Lacey,

2   James Larkin, John Brunst, and Scott Spear's Notice of Motion and attached

3   Memorandum of Points and Authorities, the Complaint's allegations, the reply, if

4   any, and the papers and files on record with this Court.

5

6   DATED:  February 7, 2020                    BARTON, KLUGMAN & OETTING LLP

7

8                                              By:  ___/s/ John K. Rubiner_____

9                                                    John K. Rubiner
                                                     Attorneys for Claimants
10                                                   NATASHA AND ELLON SPEAR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NATASHA AND ELLON SPEAR'S NOTICE OF JOINDER TO CORRECTED MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2020, I electronically transmitted this Notice to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**CM/ECF Registrants:**
John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Bruce Feder, bf@federlawpa.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com
Janey Henze Cook, janey@henzecookmurphy.com


By:  */s/ John K. Rubiner*

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3454
TELEPHONE (213) 621-4000

NATASHA AND ELLON SPEAR'S NOTICE OF JOINDER TO CORRECTED MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE