David W. Wiechert, SBN 94607
WIECHERT, MUNK & GOLDSTIEN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com

Daniel J. Quigley (*pro hac vice*)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
Tel: (520) 867-4450
Email: quigley@djqplc.com

Attorneys for Attorneys for Claimants
Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>$1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, *et al.*,<br><br>    Defendants. | Case 2:18-cv-08420-RGK-PJW<br>Honorable R. Gary Klausner<br><br>**JOINDER IN [CORRECTED] MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>(Re Case Nos. 18-CV-8566, 18-CV-8569, 18-CV-8570, 18-CV-8577, 18-CV-8578, 18-CV-8588, 18-CV-8592, 18-CV-8747, 18-CV-8748, 18-CV-8749, 18-CV-8750, 18-CV-8753, 18-CV-8754, 19-CV-7039, 19-CV-7044, 19-CV-7048, 19-CV-9949)<br><br>Hearing Information<br>Date: March 9, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>      255 E. Temple Street, 7th Fl.<br>      Los Angeles, CA 90012 |

Claimants Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC ("Claimants") hereby join in the [Corrected] Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (the "Motion") [Dkt. 82]. For the reasons set forth in the Motion, the Consolidated Master Verified Complaint for Forfeiture fails to state a claim on which relief can be granted and fails to sufficiently allege detailed facts to support a reasonable belief the government can prevail, due to the preclusive effect of Section 230 of the Communications Decency Act, 47 U.S.C. § 230. Claimants adopt the legal positions and bases set forth in the Motion as if fully set forth herein.

Dated: February 11, 2020

        *s/ Daniel J. Quigley*
        Daniel J. Quigley
        DANIEL J. QUIGLEY, PLC
        5425 E. Broadway Blvd., Suite 352
        Tucson, Arizona 85711

        David W. Wiechert
        WIECHERT, MUNK & GOLDSTIEN, PC
        27136 Paseo Espada, Suite B1123
        San Juan Capistrano, CA 92675

        Attorneys for Claimants
        Medalist Holdings, Inc.
        Leeward Holdings, LLC
        Camarillo Holdings, LLC
        Vermillion Holdings, LLC
        Cereus Properties, LLC
        Shearwater Investments, LLC