TROY LARKIN
122 Kent Street, Apt. 2
Brooklyn, NY 11222
Tel.: (917) 749-1209
Email: troy.larkin@gmail.com

RAMON LARKIN
1023 W. 70th Ter.
Kansas City, MO 64113
Tel.: (816) 832-9785
Email: ramonlarkin@gmail.com

Claimants in Pro Per

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

2020 FEB 10 PM 3: 21

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>          v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*,<br><br>                     Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**RAMON LARKIN AND TROY LARKIN'S JOINDER TO CORRECTED MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE**<br><br>**Hearing Information**<br>**Date:** March 9, 2020<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 850<br>          255 East Temple St. 7th Floor<br>          Los Angeles, CA 90012 |

        Ramon Larkin and Troy Larkin hereby join the Corrected Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture (Doc. 82) filed on behalf of Michael Lacey, James Larkin, John Brunst, Scott Spear and affiliated parties and entities ("Claimants"). Ramon Larkin and Troy Larkin adopt the positions set forth in the

---

1 | Motion to Dismiss as if fully set forth herein.  The issues raised by the Claimants in
2 | the Motion to Dismiss apply with equal force to Ramon Larkin and Troy Larkin.
3
4
5
6
7 | Dated: February 10, 2020                    Respectfully submitted,
8
9
10 |                                             Troy Larkin
11 |                                             Claimant in Pro Per
12
13
14 |                                             Ramon Larkin
15 |                                             Claimant in Pro Per
16
17
18
19
20
21
22
23
24
25
26
27
28

1

RAMON LARKIN AND TROY LARKIN'S JOINDER TO THE CORRECTED MOTION
TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE

Scanned with CamScanner

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in New York; that my address is 122 Kent Street, Apt. 2 Brooklyn, New York 11222; I am over the age of 18.

I am a *pro se* claimant and I directed ASAP Legal Services to file the following document with the Clerk of the Court for the Central District of California, Los Angeles. **TROY LARKIN AND RAMON LARKIN'S JOINDER TO MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED COMPLAINT FOR FORFEITURE** on all interested parties as follows:

[X] BY ELECTRONIC TRANSMISSION: CM/ECF registered cases participants will be served with the document once accepted and scanned by the clerk via the Central District of California's CM/ECF notification System which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct Executed on February 10, 2020 at Brooklyn, New York.

Troy Larkin
Claimant in Pro Per

CERTIFICATE OF SERVICE

Scanned with CamScanner