UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW | Date | March 4, 2020 |
|---|---|---|---|
| Title | Related cases to *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Motion to Dismiss Consolidated Master Verified Complaint for Forfeiture [DE 82]**

These related civil forfeiture actions arise from charges in the ongoing criminal proceeding *United States v. Lacey*, No. 18-CR-422-PHX-SPL (D. Ariz.).

On January 14, 2020, Plaintiff United States of America ("government") filed a consolidated master complaint (ECF No. 66.) On February 5, 2020, Claimants Michael Lacey and James Larkin filed a Motion to Dismiss that Complaint in which numerous others have joined. (ECF No. 82.) On February 5, 2020, the government filed an Opposition, in which it asserts that Claimants' Motion is premature and should therefore be denied without prejudice. (ECF No. 93.)

Under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), the government has the right to serve special interrogatories in an asset forfeiture action in order to verify a claimant's identity and relationship to the defendant property. Supp. R. G(6)(a). Where Claimants have filed a motion to dismiss the civil forfeiture complaint, the government must serve the interrogatories within 21 days, and the government is then relieved from responding to the motion until 21 days after claimant responds to its interrogatories. Supp. R. G(6)(c).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW | Date | March 4, 2020 |
|---|---|---|---|
| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

Here, the government served its interrogatories on Claimant Michael Lacey on February 12, 2020. The Court therefore **DENIES** Claimants' motion **without prejudice**. Claimants may re-file following their response to the government's interrogatories in accordance with Supplemental Rule G(6).

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____