UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>              V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>        DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**ORDER GRANTING LEAVE TO FILE A FIRST AMENDED CONSOLIDATED MASTER COMPLAINT FOR FORFEITURE** |

   The United States of America has applied to this court for leave to file a First Amended Consolidated Master Complaint for Forfeiture in this action.  Upon consideration of this application, the accompanying Declaration of Dan G. Boyle, and the entire record herein, and pursuant to Federal Rule of Civil Procedure 15(a), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

   1.   The government shall file a First Amended Consolidated Master Complaint for Forfeiture in this matter no later than May 15,

2020.

2. All claimants shall respond to the First Amended Consolidated Master Complaint for Forfeiture within 30 days of the filing of the same.

3. In consideration of General Order 20-02, relating to the Coronavirus public health emergency, government counsel shall work in good faith to arrive at an agreeable proposed schedule for claimants to resubmit claims and responsive pleadings as necessary, as well as claimants' responses to the government's Rule G interrogatories.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

       /s/
_____
DAN G. BOYLE
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA