UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    DEFENDANTS.<br>_____<br>MICHAEL LACEY,<br>JILL ANDERSON,<br><br>    CLAIMANTS. | No. CV 18-08420-RGK (PJWx)<br><br>[~~PROPOSED~~]<br>**PARTIAL CONSENT JUDGMENT AS TO $375,188.24 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2485 AND $75,835.31 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1897 ONLY – NOT CASE DISPOSITIVE** |

    Plaintiff, the United States of America (the "government"), and Michael Lacey, by and through his counsel of record, and Jill Anderson, appearing *pro se* (collectively with Lacey, "Claimants"), have stipulated and requested that the Court enter this partial consent judgment for forfeiture to carry into effect the terms of the stipulation as to two of the defendants in this action, namely

$515,899.85 in Bank Funds Seized from Republic Bank of Arizona Account '2485 and $75,188.24 in Bank Funds Seized from Republic Bank of Arizona Account '1897 (the "Defendant Funds"), which is not dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimants, no other claims or answers have been filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendant Funds. The government has agreed to the return of a portion of the Defendant Funds (hereinafter the "Returned Funds"). Any potential claimants to the Returned Funds other than Claimants are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants. This consent judgment does not operate as a release of claims, actions or rights with respect to the seizure or retention of any funds or assets other than the Returned Funds, nor should this consent judgment be admitted in any criminal proceeding against Claimants to prove any of the facts relied upon to establish reasonable cause for the seizure of either the Defendant Funds or the Returned Funds.

2. The government shall return $375,188.24 of the $515,899.85 seized from Republic Bank of Arizona Account '2485 and the full

2

$75,188.24 seized from Republic Bank of Arizona Account '1897, without interest, to Lacey through his counsel.

3. Jill Anderson shall withdraw her claims to the Returned Funds prior to the disbursement of funds to Lacey.

4. This judgment resolves Claimants' motion for return of certain funds (ECF No. 105, 2:18-cv-06742-RGK-PJW) and the December 20, 2019, Order to conduct discovery (ECF No. 131, 2:18-cv-06742-RGK-PJW), the latter of which is hereby vacated.

5. If the government elects to make the payment of the Returned Funds by check, the check shall be payable to the Client Trust account of Lipsitz Green Scime Cambria LLP (the "LGSC Client Trust Account"), and mailed to Lacey in care of his attorney, Paul J. Cambria, Jr., at Lipsitz Green Scime Cambria LLP, 42 Delaware Avenue #120, Buffalo, New York 14202. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the LGSC Client Trust Account. Upon request from the government, Lacey, through his attorney, shall provide the necessary bank account information for the LGSC Client Trust Account to complete the transfer.

//

//

//

6. Each of the parties shall bear its own fees and costs incurred in connection with the Returned Funds.

IT IS SO ORDERED.

Dated: March 20, 2020        *Gary Klausner*
                             THE HONORABLE R. GARY KLAUSNER
                             UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

      /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA