# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08420-RGK-PJW | Date | March 20, 2020 |
| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Re: Plaintiff's Motion to Amend Consolidated Complaint [DE 98]**

On March 18, 2020, the government filed a motion to amend their Consolidated Master Complaint. (ECF No. 98.)

In the accompanying declaration of Dan Boyle, the government indicated that several claimants oppose the motion. (Boyle Decl. ¶ 12.)

The government did not select a hearing date for the motion. The court therefore sets the date for hearing on the government's motion for May 4 at 9:00 am.

Any additional briefing may be submitted in accordance with the requirements of Local Rule 6-1 and this Court's Standing Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer