# "Exhibit A"

## **DECLARATION OF WHITNEY Z. BERNSTEIN**

Whitney Z. Bernstein declares as follows:

1. I am an attorney with the firm of Bienert | Katzman PC, counsel for Claimant James Larkin in this action. I make this declaration based on personal knowledge and am competent to testify to the matters stated herein.

2. I understand that on or about February 21, 2020, counsel for the government (John Kucera) spoke with counsel for other Claimants and indicated that the government proposed to amend the Consolidated Master Complaint in this action to make minor technical revisions.

3. In an exchange of emails from March 17-18, 2020, the government's counsel requested Claimants' views about the government's proposal, and I responded on behalf of Claimants. Attached as **Exhibit B** is a true and correct copy of this email exchange. I responded that Claimants were amenable to considering the request if the government would (a) provide a redlined version of the Master Complaint showing the proposed revisions; (b) discuss the Rule G interrogatories and whether the government actually needed any information to assess standing (to prevent further delays); and (c) agree that, because of the additional delays being sought, the government and Claimants would jointly seek to postpone the criminal trial in Arizona, to allow time to hear and decide Claimants' challenges in the forfeiture cases. *Id.*

4. Counsel for the government (Dan Boyle) responded that they disagreed with Claimants' positions. *Id.* The government did not initiate any L.R. 7-3 conference of counsel and did not communicate further about the issues before filing its motion.

I declare under penalty of perjury of the laws of the United States of American that the foregoing is true and correct. Executed this 13th of April in Carlsbad, California.

*s/Whitney Z. Bernstein*
Whitney Z. Bernstein