Log # 2360
JDIS # (K08)

RECEIVED C/CA
U.S MARSHALS SERVICE

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

2020 FEB 10 PM 3:50

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 18-8420-RGK (PJWx) |
| DEFENDANT | TYPE OF PROCESS |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al. | Execute Consent Judgment |

**SERVE AT** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

FILED
CLERK, U.S. DISTRICT COURT
5/28/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CP DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA John Kucera
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

CATS ID: 18-USP-001112 ; Pursuant to the consent judgment, $206,156.00, shall be returned to James Larkin through his counsel, Thomas Bienert, Jr., Tel.: 949-369-3700

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| [signature] ☒ PLAINTIFF ☐ DEFENDANT | 213-894-3391 | 2/10/2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 8 | [signature] | 2/10/2020 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below. [handwritten: USMS DIA2 3/24/2020]

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 3-9-20 | 4:43 ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | 8.00 | 73.00 | | |

REMARKS

Complete.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18