NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391/2426
    Facsimile: (213) 894-0142
    E-mail:  john.kucera@usdoj.gov
           daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants. | NO. CV 18-8420-RGK (AGRx)<br><br>**NOTICE OF ERRATA RE: FIRST AMENDED CONSOLIDATED MASTER COMPLAINT** |

    Plaintiff United States of America hereby gives notice regarding the following non-material errors in the government's First Amended Consolidated Master Complaint (Dkt. No. 108), filed on June 1, 2020:

    1.    Appearing on pg. 3, under the heading, "PERSONS AND ENTITIES", "U. Paradise Valley Property 2", should reference page 59 instead of "Error! Bookmark not defined."

    2.    The reference at page 6, line 16, to defendant #4 ("$515,899.85 in bank funds seized from Republic Bank of Arizona

Account No. '3620, held in the name of Michael Lacey ("Lacey")"), should include a notation that the government and Lacey, who was and is the sole claimant to that asset, stipulated to the entry of a partial consent judgment that was entered on March 30, 2020 (Dkt. No. 99). Said partial consent judgment ordered the return of $375,188.24 to Lacey, leaving a total amount of $140,711.61 as defendant #4.

3.   The reference at page 11, line 24, to defendant #31 ("Approximately $5,848,729.00 in securities and/or investment funds seized from Alliance Bernstein L.P. Account No. '6878"), erroneously identifies the account holder as the "John Brunst Family Trust." The correct name of the account holder is the "Brunst Family Trust."

4.   The reference at page 16, line 19, to defendant #56 ("An unknown amount of bank funds on deposit in Bank Frick (Liechtenstein) Account No. '001K") erroneously lists the last four digits of the defendant account as "'001K". The correct digits are "'001E."

5.   The reference at pg. 20, line 17, to defendant #78 ("Approximately 411.00019 Bitcoins seized on or about April 13, 2018, from a Backpage controlled wallet") misidentifies the circumstances of the original seizure of the asset. The defendant is accurately described, but was surrendered on or about April 13, 2018, from GoCoin."

//

//

6. The reference at page 21, line 15, to defendant #89 ("$518,172.92 in bank funds seized from Wells Fargo Bank Account No. '4455"), identifies the wrong bank where the account was held. The parenthetical abbreviation of the defendant should read "WF '4455 Funds" (referencing Wells Fargo Bank), instead of "BofA '4455."

DATED: June 10, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 */s/ John J. Kucera*
JOHN J. KUCERA
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **June 11, 2020**, I electronically filed a PDF version of: **NOTICE OF ERRATA RE: GOVERNMENT'S FIRST AMENDED CONSOLIDATED MASTER COMPLAINT** to the Clerk of the Court, using the CM/ECF System, to transmit a Notice of Electronic Filing to the following CM/ECF registrants listed below at the place shown below following our ordinary office practices.

**TO:** Whitney Bernstein, wbernstein@bienertkatzman.com
Robert Corn-Revere, bobcornrevere@dwt.com
Thomas Bienert, Jr., tbienert@bienertkatzman.com
Walter Francis Brown, Jr., wbrown@orrick.com
Daniel Quigley, quigley@djqplc.com
David Wiechert, dwiechert@aol.com
Paul Cambria, pcambria@lglaw.com
John Rubiner, jrubiner@bkolaw.com
Martha Boersch, martha@boersch-illovsky.com
Ariel Neuman, aneuman@birdmarella.com
Gary Lincenberg, glincenberg@birdmarella.com
Gopi Panchapakesan, gpanchapakesan@birdmarella.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 11, 2020** in Los Angeles, California.

*/S/ K. SOR*
**Krystie Sor**
Senior Paralegal