FILED
CLERK, U.S. DISTRICT COURT
6/26/20
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

Log # 2407
JDIS: 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 18-8420-RGK (PJWx) |
| DEFENDANT | TYPE OF PROCESS |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al. | Execute Consent Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA John Kucera
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please see Memorandum that is attached as Attachment A.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ John Kucera | ☒ PLAINTIFF ☐ DEFENDANT | 213-894-3391 | 4/10/2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 8 | Patricia Romig | 04/10/2020 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| | 05/04/2020 | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Patricia Romig |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | $8.00 | $73.00 | | |

REMARKS

Complete.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# *Memorandum*

| Subject:<br>18-USP-001112 | Date:<br>April 8, 2020 |
|---|---|
| To:<br>United States Marshals Service<br>Central District of California<br>Asset Forfeiture Unit | From:<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br><br>JOHN J. KUCERA<br>Assistant United States Attorney<br>Asset Forfeiture Section |

On January 13, 2020, the court issued a consent judgment requiring the government to return, without interest, $206,156.00 in bank funds seized from Republic Bank of Arizona ("RBA") account no. '1938 (18-USP-001112).

We have since determined that the consent judgment contains a typographical error, incorrectly stating an amount to be returned that is different from the amount reflected in CATS, which shows a total of $206,163.88 in bank funds in RBA '1938, not $206,156.00. To achieve the intended result of the consent judgment, the full amount seized, without interest, should be returned to James Larkin ("Larkin") through his counsel, Thomas Bienert at Bienert | Katzman PLC at 903 Calle Amanecer, Suite 350, San Clemente, CA 92673.

On March 16, 2020, the government submitted a form USM-285 instructing the USMS to return the amount stated in the consent judgment. By this memo, we are instructing you that the remaining amount in RBA '1938 – that is, $7.88, without interest - also be returned to Larkin through his counsel, disposing of the asset in its entirety.

Please let me know if you have any questions or need any further information. I apologize for the confusion.

ATTACHMENT A