BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Claimant
Alyson Talley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, *et al.*,<br><br>           Defendants. | Case No. 18-cv-08420-RGK-PJW<br><br>**JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED FIRST AMENDED COMPLAINT FOR FORFEITURE**<br><br>Hearing Information<br>Date: August 17, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>         255 E. Temple Street, 7th Fl.<br>         Los Angeles, CA 90012 |

//
//
//
//
//
//
//
//

1

JOINDER IN MOTION TO DISMISS
CONSOLIDATED MASTER VERIFIED
FIRST AMENDED COMPLAINT
Case No.: 18-cv-08420-RGK-PJW

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Claimant Alyson Talley hereby joins in the following motions to dismiss:

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture filed by Claimants James Larkin, *et al*. (Dkt. 111);
- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts filed by Claimant James Larkin, *et al.* (Dkt. 112).

Claimant Talley has filed a claim of interest in the property described in the First Amended Consolidated Master Verified Complaint for Forfeiture ("FACMC") as "San Francisco Property 1." *See* FACMC ¶¶ 12, 164, 165.  For the reasons stated in the two motions to dismiss, the FACMC forfeiture allegations as to San Francisco Property 1 (as well as all other properties) should be dismissed.

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.  For all the reasons set forth in the Motions to Dismiss, Ms. Talley respectfully requests the Court dismiss the First Amended Consolidated Master Verified Complaint for Forfeiture in its entirety or, alternatively, that the forfeiture allegation as to San Francisco Property 1 be dismissed..

Dated:  July 2, 2020

BOERSCH & ILLOVSKY LLP

 */s/Martha Boersch*
Martha Boersch

Attorney for Alyson Talley