1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK (Cal. State Bar No. 149886)
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JOHN J. KUCERA (Cal. Bar No. 274184)
   DAN G. BOYLE (Cal. Bar No. Pending)
6  Assistant United States Attorneys
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-3391/2426
9       Facsimile:  (213) 894-0142
        E-mail:  John.Kucera@usdoj.gov
10               Daniel.Boyle2@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISON

15 UNITED STATES OF AMERICA,        No. CV 18-8420-RGK (AGRx)

16        Plaintiff,

17        v.                        **STIPULATION AND REQUEST FOR ORDER
                                    REGARDING PREVIOUSLY FILED
18                                  VERIFIED CLAIMS**

19 $1,546,076.35 IN BANK FUNDS
   SEIZED FROM REPUBLIC BANK OF
20 ARIZONA ACCOUNT '1889;
   $1,001,731.18 IN BANK FUNDS
21 SEIZED FROM REPUBLIC BANK OF
   ARIZONA ACCOUNT '2592, et
22 al.,

23        Defendants.

24

25      Plaintiff United States of America (the "government") and

26 claimants James Larkin, Margaret Larkin, Coyocan Family Trust,

27 Ocotillo Family Trust, Anne Hawkins, Oaxaca Trust, Puebla Trust,

28 Cuernavaca Trust, Chiapas Trust, Troy Larkin, Ramon Larkin, John

1  Larkin, Kathleen Larkin, Rose Larkin, Quinn Larkin, Michael Lacey,

2  Casa Bahia, LLC, Creek Hideaway, LLC, Finca Manzana for Sebastopol,

3  LLC, John Becker and Trustee of the MGL Two Year Retained Annuity

4  Trust Dated 21 November 2014, Alyson Tally, John Brunst, Mary Ann

5  Brunst, the Brunst Family Trust, Scott Spear, Elona Spear, Natasha

6  Spear, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo

7  Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC,

8  Shearwater Investments, LLC, and Broadway Capital Corp., LLC

9  ("Claimants"), stipulate as follows:

10      1.    Commencing on September 28, 2018, the government filed a

11 series of thirty-two related civil forfeiture complaints against

12 numerous assets identified in the thirty-two complaints (the

13 "Forfeiture Complaints").

14      2.    On December 18, 2019, the Court ordered the government to

15 file a single, consolidated complaint against all the assets

16 identified in the thirty-two complaints (Doc. #50).

17      3.    Thereafter, on January 14, 2020, the government filed a

18 consolidated complaint against all the assets identified in the

19 thirty-two complaints.  In addition to consolidating the thirty-two

20 separate complaints, the consolidated complaint made various

21 technical corrections in the allegations relating to and description

22 of some of the defendant assets (Doc. #66).

23      4.    On June 1, 2020, the government, with leave of this Court,

24 filed its First Amended Consolidated Complaint against the same

25 defendant assets (the "FACC") (Doc. #108). The FACC also made

26 various technical corrections in the allegations relating to and

27 description of some of the defendant assets.

28

1       5.   On June 11, 2020, the government filed a Notice of Errata

2   regarding the FACC (Doc. #109) against the same defendant assets,

3   making additional technical corrections.

4       6.   In response to the Forfeiture Complaints, and before the

5   filing of the original consolidated complaint, Claimants filed

6   claims asserting their respective interests in the various defendant

7   assets.

8       7.   The government and Claimants request that the Court enter

9   an order treating all the claims Claimants filed in response to the

10  Forfeiture Complaints as if they had been filed in response to the

11  FACC and giving the original claims the same force and effect as

12  though each such claim had been filed in response to the FACC.  The

13  government and Claimants also request that the order provide that

14  the claims be deemed amended to reflect any technical corrections

15  made by the original consolidated complaint, the FACC, and the

16  Notice of Errata.

17      8.   By way of this stipulation, the government and Claimants

18  request that the Court sign the proposed order contemporaneously

19  lodged herewith, treating Claimants' already-filed claims as if they

20  had been filed in response to the FACC, and not requiring filing of

21  amended claims.

22      SO STIPULATED

23

24

25

26

27

28

1

Dated: July 7, 2020                    Respectfully submitted,

2

3                                      NICOLA T. HANNA
                                       United States Attorney
4                                      BRANDON D. FOX
                                       Assistant United States Attorney
5                                      Chief, Criminal Division
                                       STEVEN R. WELK
6                                      Assistant United States
                                       Chief, Asset Forfeiture Section
7
                                              /s/
8                                      _____
                                       DAN G. BOYLE
9                                      Assistant United States Attorney

10                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

11                                     [signatures continued on next page]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

2      Thomas H. Bienert, Jr.
       Whitney Z. Bernstein
3      BIENERT | KATZMAN PC

4      */s/ Whitney Z. Bernstein*
       Whitney Z. Bernstein
5      Attorneys for Claimant James Larkin

6

7      Walter F. Brown
       ORRICK, HERRINGTON & SUTCLIFFE
8
       */s/ Walter F. Brown*
9      Walter F. Brown
       Attorneys for Claimants Margaret
10     Larkin, Coyocan Family Trust,
       Ocotillo Family Trust
11

12

13     John K. Rubiner
       FREEMAN MATHIS & GARY, LLP
14
       */s/ John K. Rubiner*
15     John K. Rubiner
       Attorneys for Claimants Anne Hawkins,
16     Oaxaca Trust, Puebla Trust,
       Cuernavaca Trust, Chiapas Trust, John
17     Larkin, Kathleen Larkin, Rose Larkin,
       Quinn Larkin, Elona Spear, Natasha
18     Spear

19

20

21     Troy Larkin
       PRO PER
22
       */s/ Troy Larkin*
23     Troy Larkin

24

25     Ramon Larkin
       PRO PER
26
       */s/ Ramon Larkin*
27     Ramon Larkin

28

       [signatures continued on next page]

                        5

Paul J. Cambria, Jr.
Erin E. McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

*/s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Attorneys for Claimants Michael
Lacey, Casa Bahia, LLC, Creek
Hideaway, LLC, Finca Manzana for
Sebastopol, LLC


Martha Boersch
BOERSCH & ILLOVSKY LLP

*/s/ Martha Boersch*
Martha Boersch
Attorney for Claimant Alyson Talley


John R. Becker, Trustee
PRO PER

*/s/ John R. Becker*
John R. Becker, Trustee
John R. Becker, Trustee of the MGL
Two Year Retained Annuity Trust Dated
21 November 2014


Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW,
P.C.

*/s/ Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Claimants John Brunst,
Mary Ann Brunst, the Brunst Family
Trust


[signatures continued on next page]

6

1

2   John K. Rubiner
    FREEMAN MATHIS & GARY, LLP
3   Bruce Feder
    FEDER LAW OFFICE, P.A.
4
    */s/ Bruce Feder*
5   Bruce Feder
    Attorneys for Claimant Scott Spear
6

7

8   David W. Wiechert
    WIECHERT, MUNK & GOLDSTIEN, PC
9   Daniel J. Quigley
    DANIEL J. QUIGLEY, PLC
10
    */s/ Daniel J. Quigley*
11  Daniel J. Quigley
    Attorneys for Medalist Holdings,
12  Inc., Leeward Holdings, LLC,
    Camarillo Holdings, LLC, Vermillion
13  Holdings, LLC, Cereus Properties,
    LLC, Shearwater Investments, LLC, and
14  Broadway Capital Corp., LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28