UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>      V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**<u>ORDER REGARDING PREVIOUSLY FILED</u>**<br>**<u>VERIFIED CLAIMS</u>** |

    Upon consideration of the stipulation filed by plaintiff United States of America and all claimants in this consolidated action on July 7, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    All claims filed by claimants in this consolidated action shall be treated as if filed in response to the First Amended Consolidated Complaint for Forfeiture ("FACC") filed on June 1, 2020, and the errata to the same filed on June 11, 2020, giving such original claims the same force and effect as though each such claim had been

filed in response to the FACC. All previously-filed claims are deemed amended to reflect any technical corrections made in the consolidated complaint, the FACC, and the June 11, 2020 errata to the same.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

\_\_\_\_\_/s_____
DAN G. BOYLE
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA