UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>      V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>[~~PROPOSED~~]<br>**ORDER REGARDING PREVIOUSLY FILED VERIFIED CLAIMS** |

    Upon consideration of the stipulation filed by plaintiff United States of America and all claimants in this consolidated action on July 7, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    All claims filed by claimants in this consolidated action shall be treated as if filed in response to the First Amended Consolidated Complaint for Forfeiture ("FACC") filed on June 1, 2020, and the errata to the same filed on June 11, 2020, giving such original claims the same force and effect as though each such claim had been

1  filed in response to the FACC. All previously-filed claims are deemed
2  amended to reflect any technical corrections made in the consolidated
3  complaint, the FACC, and the June 11, 2020 errata to the same.
4  IT IS SO ORDERED.

6  Dated: ___July 8___, 2020     *Gary Klausner* (signature)
                                  THE HONORABLE R. GARY KLAUSNER
7                                 UNITED STATES DISTRICT JUDGE

8  Presented by:

9  NICOLA T. HANNA
10 United States Attorney
   BRANDON D. FOX
11 Assistant United States Attorney
   Chief, Criminal Division
12 STEVEN R. WELK
   Chief, Asset Forfeiture Section
13

14        /s
   _____
   DAN G. BOYLE
15 JOHN J. KUCERA
16 Assistant United States Attorney

17 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
18