1  WALTER F. BROWN, JR. (SBN 130248)
2  wbrown@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone: (415) 773-5700
6  Facsimile: (415) 773-5759
   *Counsel for Margaret Larkin*
7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br>   v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*,<br><br>               Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**MARGARET LARKIN'S JOINDER TO MOTIONS TO DISMISS**<br><br>Hearing Information<br>Date: August 17, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>       255 East Temple St. 7th Floor<br>       Los Angeles, CA 90012 |

MARGARET LARKIN'S JOINDER TO MOTIONS TO DISMISS

PLEASE TAKE NOTICE THAT Margaret Larkin ("M. Larkin"), by and through her undersigned counsel, hereby joins the following Motions to Dismiss (the "Motions"):

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture filed by Claimants James Larkin, *et al.* (Dkt. 111); and

- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts filed by Claimants James Larkin, *et al.* (Dkt. 112).

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.

The issues raised by Claimants in their Motions apply with equal force to M. Larkin. Therefore M. Larkin adopts the legal positions and bases set forth in the Motions as it fully set forth therein.

Dated: July 10, 2020
                                        WALTER F. BROWN, JR.
                                        Orrick, Herrington & Sutcliffe LLP

                                        By:    */s/ Walter F. Brown, Jr.*
                                                  WALTER F. BROWN, JR.

                                        Attorneys for Margaret Larkin