NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (Cal. State Bar No. 149886)
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorneys
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3391/2426
    Facsimile:  (213) 894-0142
    E-mail:   John.Kucera@usdoj.gov
             Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; $1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592, et al.,<br><br>      Defendants. | No. CV 18-8420-RGK (PJWx)<br><br>**STIPULATION AND REQUEST FOR ORDER REGARDING MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE** |

    Plaintiff United States of America (the "government") and claimants James Larkin, Margaret Larkin, Coyocan Family Trust, Ocotillo Family Trust, Anne Hawkins, Oaxaca Trust, Puebla Trust, Cuernavaca Trust, Chiapas Trust, Troy Larkin, Ramon Larkin, John

Larkin, Kathleen Larkin, Rose Larkin, Quinn Larkin, Michael Lacey, Casa Bahia, LLC, Creek Hideaway, LLC, Finca Manzana for Sebastopol, LLC, John Becker as Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014, Alyson Tally, John Brunst, Mary Ann Brunst, the Brunst Family Trust, Scott Spear, Elona Spear, Natasha Spear, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC ("Claimants"), stipulate as follows:

1. Claimants filed motions to dismiss the First Amended Consolidated Complaint (the "FACC") (Doc. #108) under Rule 12 on July 1, 2020 in accordance with the Court's Order (Doc. #106). *See* Doc. #111, 112).

2. Under Supplemental Rule G(6)(c), the government's response to the Rule 12 motions is deferred until 21 days following interrogatory responses.

3. The government and Claimants agree that Claimants' responses to the government's interrogatories served under Supp. Rule G(6)(a) will be returned to the government on July 31, 2020.

4. Accordingly, under Supp. Rule G(6)(c), the government and Claimants agree that the government's response to the motions to dismiss under Rule 12 (Doc. # 111, 112) are due to the Court on August 21, 2020.

5. Claimants' replies in support of its motions to dismiss under Rule 12 are due to the Court on September 4, 2020.

6. Therefore, the government and Claimants agree to move the previously noticed August 17, 2020 hearing on the motions to dismiss under Rule 12 to the Court's September 21, 2020 calendar at 9:00 a.m.

7. The government and Claimants request that the Court enter an order accepting this briefing schedule under Supp. Rule G and resetting the hearing on the motions to dismiss under Rule 12 for September 21, 2020 at 9:00 a.m.

SO STIPULATED.

Dated: July 10, 2020                    Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney
                                        BRANDON D. FOX
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        STEVEN R. WELK
                                        Assistant United States
                                        Chief, Asset Forfeiture Section

                                             /s/
                                        ─────────────────────────────
                                        Dan G. Boyle
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

*Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

                                        Thomas H. Bienert, Jr.
                                        Whitney Z. Bernstein
                                        BIENERT | KATZMAN PC

                                        */s/ Whitney Z. Bernstein*
                                        ─────────────────────────────
                                        Whitney Z. Bernstein
                                        Attorneys for Claimant James Larkin


                                        Walter F. Brown
                                        ORRICK, HERRINGTON & SUTCLIFFE

                                        */s/ Walter F. Brown*
                                        ─────────────────────────────
                                        Walter F. Brown
                                        Attorneys for Claimants Margaret
                                        Larkin, Coyocan Family Trust,
                                        Ocotillo Family Trust

3

```
John K. Rubiner
FREEMAN MATHIS & GARY, LLP

/s/ John K. Rubiner
John K. Rubiner
Attorneys for Claimants Anne Hawkins,
Oaxaca Trust, Puebla Trust,
Cuernavaca Trust, Chiapas Trust, John
Larkin, Kathleen Larkin, Rose Larkin,
Quinn Larkin, Elona Spear, Natasha
Spear


Troy Larkin
PRO PER

/s/ Troy Larkin
Troy Larkin


Ramon Larkin
PRO PER

/s/ Ramon Larkin
Ramon Larkin


Paul J. Cambria, Jr.
Erin E. McCampbell
LIPSITZ GREEN SCIME CAMBRIA LLP

/s/ Paul J. Cambria, Jr.
Paul J. Cambria, Jr.
Attorneys for Claimants Michael
Lacey, Casa Bahia, LLC, Creek
Hideaway, LLC, Finca Manzana for
Sebastopol, LLC


Martha Boersch
BOERSCH & ILLOVSKY LLP

/s/ Martha Boersch
Martha Boersch
Attorney for Claimant Alyson Talley
```

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | John R. Becker, Trustee                                         |
| 2  | PRO PER                                                         |
| 3  | /s/ John R. Becker                                              |
|    | John R. Becker, Trustee                                         |
| 4  | John R. Becker, Trustee of the MGL                              |
| 5  | Two Year Retained Annuity Trust Dated 21 November 2014          |
| 6  |                                                                 |
| 7  | Gary S. Lincenberg                                              |
| 8  | Ariel A. Neuman                                                 |
|    | Gopi K. Panchapakesan                                           |
| 9  | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW,|
| 10 | P.C.                                                            |
| 11 | /s/ Ariel A. Neuman                                             |
| 12 | Ariel A. Neuman                                                 |
|    | Attorneys for Claimants John Brunst,                            |
| 13 | Mary Ann Brunst, the Brunst Family                              |
| 14 | Trust                                                           |
| 15 |                                                                 |
| 16 | John K. Rubiner                                                 |
|    | FREEMAN MATHIS & GARY, LLP                                      |
| 17 | Bruce Feder                                                     |
| 18 | FEDER LAW OFFICE, P.A.                                          |
| 19 | /s/ Bruce Feder                                                 |
|    | Bruce Feder                                                     |
| 20 | Attorneys for Claimant Scott Spear                              |
| 21 |                                                                 |
| 22 | David W. Wiechert                                               |
|    | WIECHERT, MUNK & GOLDSTIEN, PC                                  |
| 23 | Daniel J. Quigley                                               |
| 24 | DANIEL J. QUIGLEY, PLC                                          |
| 25 | /s/ Daniel J. Quigley                                           |
|    | Daniel J. Quigley                                               |
| 26 | Attorneys for Medalist Holdings,                                |
| 27 | Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion|
| 28 | Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and |
|    | Broadway Capital Corp., LLC                                     |

5