UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>      V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>      DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>[~~PROPOSED~~]<br><u>**ORDER REGARDING MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE**</u> |

    Upon consideration of the stipulation filed by plaintiff United States of America and all Claimants in this consolidated action on July 10, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

/ / /

/ / /

/ / /

/ / /

/ / /

The government's response to Claimants' motions to dismiss under Rule 12 (Doc. #111, 112) are due to the Court on August 21, 2020; Claimants' replies in support of its motions to dismiss are due to the Court on September 4, 2020; and the hearing on the motions to dismiss is reset to September 21, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 15, 2020

*[signature: Gary Klausner]*

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

       /s
DAN G. BOYLE
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA