Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Claimants*

UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FRROM REPUBLIC BANK OF ARIZONA ACCOUNT ‑1889, *et al.*,<br><br>                    Defendants. | Case No. 18-cv-08420-RGK-PJW<br><br>**JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED FIRST AMENDED COMPLAINT FOR FORFEITURE**<br><br>Hearing Information<br>Date:   September 21, 2020<br>Time:  9:00 a.m.<br>Place:  Courtroom 850<br>            255 E. Temple Street, 7th Fl.<br>            Los Angeles, CA 90012 |

//

//

//

//

//

1

JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED FIRST
AMENDED COMPLAINT FOR FORFEITURE

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Claimants Casa Bahia for San Francisco, LLC; Finca Manzana for Sebastopol, LLC; and Creek Hideaway, LLC (collectively, "Claimants") hereby join in the following motions to dismiss:

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture by Claimants James Larkin, *et al*. (Dkt. 111);

- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts filed by Claimant James Larkin, *et al*. (Dkt. 112).

Claimant Casa Bahia for San Francisco, LLC has filed a claim of interest in the property described in the First Amended Consolidated Master Verified Complaint for Forfeiture ("FACMC") as "San Francisco Property 2." *See* FACMC ¶ 13.  Claimant Finca Manzana for Sebastopol, LLC has filed a claim of interest in the property described in the FACMC as "Sebastopol Property." *See* FACMC ¶ 11.  Claimant Creek Hideaway, LLC has filed a claim of interest in the property described in the FACMC as "Sedona Property." *See* FACMC ¶ 15.  For the reasons stated in the two motions to dismiss, the FACMC forfeiture allegations as to San Francisco Property 2, Sebastopol Property, and Sedona Property (as well as all other Defendant Assets) should be dismissed.

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.  For all the reasons set forth in the Motions to Dismiss, Claimants respectfully request that the Court dismiss the FACMC in its entirety or, alternatively, that the forfeiture allegation as to San Francisco Property 2, Sebastopol Property, and Sedona Property be dismissed.

JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED FIRST AMENDED COMPLAINT FOR FORFEITURE

Dated:     July 23, 2020              Respectfully submitted,

                                      _/s/_      _Paul J. Cambria, Jr._
                                      Paul J. Cambria, Jr.
                                      Counsel for Claimants
                                      Casa Bahia for San Francisco, LLC;
                                      Finca Manzana for Sebastopol, LLC; and
                                      Creek Hideaway, LLC

JOINDER IN MOTION TO DISMISS CONSOLIDATED MASTER VERIFIED FIRST
AMENDED COMPLAINT FOR FORFEITURE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on July 23, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
   Assistant U.S. Attorney
   U.S. Attorney's Office
   Asset Forfeiture Section
   312 North Spring Street
   Los Angeles, CA 90012

Dated:   Buffalo, New York
        July 23, 2020

4