IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 18-8420-RGK-PJW |
| | ) | |
| $1,546,076.53 in Bank Funds Seized from | ) | |
| Republic Bank of Arizona Account '1889, | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days, beginning on June 22, 2020,

as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the

notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement

Certification Report, which documents that the notice was posted on the www.forfeiture.gov

website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

July 23, 2020, at Los Angeles, CA.

_Beverly Luu_____

Beverly Luu

Records Examiner

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: CV 18-8420; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$484,745.72 in bank funds seized from SF Fire Credit Union Account #4S10 held in the name of Michael G. Lacey and Jean K. Warren(18-USP-001107) which was seized from Michael Lacey on April 06, 2018 at 3201 California St., located in San Francisco, CA

$689,884.48 in bank funds seized from First Federal Savings & Loan of San Rafael Account #3620 held in the name of Michael Lacey(18-USP-001108) which was seized from Michael Lacey on April 06, 2018 at 2400 Chestnut Street, located in San Francisco, CA

$1,925.80 in bank funds seized from National Bank of Arizona Account #0151 held in the name of Scott and Ellona Spear (18-USP-001109) which was seized from Scott Spear on April 06, 2018 at 6001 N 24th St., located in Phoenix, AZ

$613,573.28 in bank funds seized from National Bank of Arizona Account #3645 held in the name of Scott G. Spear and Ellona Spear Family Trust (18-USP-001110) which was seized from Scott Spear on April 06, 2018 at 6001 N. 24th St., located in Phoenix, AZ

$404,374.12 in bank funds seized From National Bank of Arizona Account #0178 held in the name of Scott Spear (18-USP-001111) which was seized from Scott Spear on April 06, 2018 at 6001 N 24th St., located in Phoenix, AZ

$1,546,076.35 in bank funds seized from Republic Bank of Arizona Account #1889 held in the name of James Larkin (18-USP-001113), which was seized from James Larkin on April 06, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$1,001,731.18 in bank funds seized from Republic Bank of Arizona Account #2592 held in the name of James Larkin (18-USP-001114), which was seized from James Larkin on April 06, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$621,832.06 in bank funds seized from Perkins Coie Trust Company Account #0012 held in the name of Margaret G. Larkin (18-USP-001115) which was seized from Margaret Larkin on April 06, 2018 at 601 Union Street, Suite 3600, located in Seattle, WA

Approximately 6 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet (18-USP-001116) which was seized from Carl Ferrer on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 199.99995716 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet (18-USP-001117) which was seized from Carl Ferrer on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 404.99984122 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet (18-USP-001118) which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$699,940.00 in bank funds seized from ING Bank (Netherlands) Account #7684 held in the name of Payment Solutions BV (18-USP-001119), which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$3,374,918.61 in bank funds seized from Prosperity Bank Account #7188 held in the name of Posting Solutions LLC (18-USP-001122) which was seized from Posting Solutions LLC on April 06, 2018 at 1615 Little Road, located in Houston, TX

$106,988.41 in bank funds seized from ING Bank (Netherlands) Account #2071 held in the name of Payment Solutions BV (18-USP-001426) which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$499,910.01 in bank funds seized from US Bank Account #0239 held in the name of Affordable Bail Bonds LLC (18-USP-001427) which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$56,902.99 in bank funds seized From Ascensus Broker Dealer Services Account #8001 held in the name of Natasha Spear (18-USP-001431) which was seized from Spear, Natasha on April 06, 2018 at 95 Wells Avenue, Suite 160, located in Newton, MA

$64,552.82 in bank funds seized from Ascensus Broker Dealer Services Account #4301 held in the name of Natasha Spear (18-USP-001432) which was seized from Natasha Spear on April 06, 2018 at 95 Wells Avenue, Suite 160, located in Newton, MA

$260,283.40 in bank funds seized from Live Oak Bank Account #6910 held in the name of the Scott Gary Spear and Ellona Spear Family Trust (18-USP-001433) which was seized from Scott Spear on April 06, 2018 at 1741 Tiburon Drive, located in Wilmington, NC

$50,000.00 in bank funds seized from Enterprise Bank and Trust Account #7177 held in the name of Global Trading Solutions LLC (18-USP-001434) which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 2,673.59306905 Bitcoin Cash surrendered on or about April 26, 2018 from a Backpage controlled wallet (18-USP-001435) which was seized from Backpage.com LLC on April 26, 2018 at 13601 Preston Rd., Suite 801, located in Dallas, TX

Approximately 16,310.79413202 Litecoins surrendered on or about April 26, 2018, from a Backpage controlled wallet (18-USP-001436) which was seized from Backpage on April 26, 2018 at 13601 Preston Rd., Suite 801, located in Dallas, TX

Approximately 173.97319 Bitcoin surrendered on or about April 26, 2018, from a Backpage controlled wallet (18-USP-001437) which was seized from Backpage on April 26, 2018 at 13601 Preston Rd., Suite 801, located in Dallas, TX

$500,000.00 in bank funds seized from Republic Bank of Arizona Account #3126 held in the name of Michael Lacey (18-USP-001513) which was seized from Michael Lacey on April 27, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$515,899.85 in bank funds seized from Republic Bank of Arizona Account #2485 held in the name of Michael Lacey (18-USP-001514), which was seized from Michael Lacey on April 27, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$1,038.42 in bank funds seized from Bank of America Account #7054 held in the name of Ramon Larkin (18-USP-001517) which was seized from Ramon Larkin on April 06, 2018 at PO Box 15047, located in Wilmington, DE

$278.73 in bank funds seized from Bank of America Account #8225 held in the name of Troy C. Larkin (18-USP-001518) which was seized from Troy Larkin on April 06, 2018 at PO Box 15047, located in Wilmington, DE

Approximately $9,882,828.72 in Securities and/or Investment Funds seized from Perkins Coie Trust Company Account #0012 held in the name of Margaret G. Larkin (18-USP-001519)

Approximately $5,848,729.00 in securities and/or investment funds seized from Alliance Bernstein L.P. Account #6878 held in the name of the Brunst Family Trust (18-USP-001520)

Approximately $372,878.00 in securities and/or investment funds seized from Alliance Bernstein L.P. Account #4954 held in the name of the Brunst Family Trust (18-USP-001521)

Approximately $342,596.00 in securities and/or investment funds seized from Alliance Bernstein Account L.P. Account #7982 held in the name of the Brunst Family Trust (18-USP-001522)

Approximately $306,277.00 in securities and/or investment funds Seized from Alliance Bernstein L.P. Account #7889 held in the name of the Brunst Family Trust

(18-USP-001523)

Approximately $275,328.00 in securities and/or investment funds seized from Alliance Bernstein L.P. Account #7888 held in the name of the Brunst Family Trust (18-USP-001524)

Approximately $527,624.00 in securities and/or investment funds seized from Alliance Bernstein L.P. Account #6485 held in the name of the Brunst Family Trust (18-USP-001525)

$501,248.14 in bank funds seized from Republic Bank of Arizona Account #8103 held in the name of John Larkin (18-USP-001526) which was seized from John Larkin on May 18, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$251,436.93 in bank funds seized from Republic Bank of Arizona Account #8162 held in the name of James Larkin (18-USP-001527) which was seized from James Larkin on August 16, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$253,639.96 in bank funds seized from Republic Bank of Arizona Account #8189 held in the name of James A. Larkin (18-USP-001528) which was seized from Backpage.com LLC on June 06, 2019 at 13601 Preston Rd., Suite 801, located in Dallas, TX

$601,827.10 in bank funds seized from Republic Bank of Arizona CDARS Account #8316 held in the name of Michael Lacey (18-USP-001529) which was seized from Michael Lacey on May 18, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$302,177.57 in bank funds seized from Republic of Bank of Arizona CDARS Account #8324 held in the name of Michael Lacey (18-USP-001530) which was seized from Michael Lacey on August 16, 2018 at 909 East Missouri Avenue, located in Phoenix, AZ

$305,127.89 in bank funds seized from Republic Bank of Arizona CDARS Account #8332 held in the name of Michael Lacey (18-USP-001531) which was seized from Backpage.com LLC on May 14, 2019 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 55.50826185 Bitcoin Cash surrendered on or about May 3, 2018, from a Backpage controlled wallet (18-USP-001532) which was seized from Ferrer, Carl on May 03, 2018 at ███████████████ located in Frisco, TX

$248,970.00 in bank funds seized from Citibank NA Account #0457 held in the name of Paul Hastings LLP (18-USP-001542) which was seized from Backpage.com LLC on May 11, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$5,462,027.17 in bank funds seized from BBVA Compass Bank Account #3873 held in the name of Cereus Properties, LLC (18-USP-001543) which was seized

from Cereus Properties on April 06, 2018 at 15 South 20th Street, Ste. 1802, located in Birmingham, AL

$359,527.06 in bank funds seized from BBVA Compass Bank Account #3825 held in the name of the John Brunst Family Trust (18-USP-001544) which was seized from John Brunst on April 06, 2018 at 15 South 20th Street Ste. 1802, located in Birmingham, AL

Domain names associated with Backpage.com (18-USP-001554), including the following items: 1 Admoderation.com (Versio); 1 Admoderators.com (Versio); 1 adnet.ws (NetNames); 1 adplace24.com (Versio); 1 adplaces24.com (Versio); 1 adpost24.com (Versio); 1 adpost24.cz (GoDaddy); 1 adquick365.com (Versio); 1 adreputation.com (NetNames); 1 ads-posted-mp.com (Versio); 1 adsplace24.com (Versio); 1 adspot24.com (Versio); 1 adsspot24.com (Versio); 1 adsspots24.com (Versio); 1 adtechbv.co.nl (NetNames); 1 adtechbv.com (NetNames); 1 adtechbv.nl (NetNames); 1 advert-ep.com (Versio); 1 adverts-mp.com (Versio); 1 axme.com (GoDaddy); 1 back0age.com (NetNames); 1 backpa.ge (NetNames); 1 backpaee.com (NetNames); 1 backpage-insider.com (NetNames); 1 backpage.adult (NetNames); 1 backpage.ae (NetNames); 1 backpage.at (NetNames); 1 backpage.ax (NetNames); 1 backpage.be (NetNames); 1 backpage.bg (European domains); 1 backpage.bg (NetNames); 1 backpage.ca (NetNames); 1 backpage.cl (NetNames); 1 backpage.cn (European domains); 1 backpage.cn (NetNames); 1 backpage.co.id (NetNames); 1 backpage.co.nl (European domains); 1 backpage.co.nl (NetNames); 1 backpage.co.nz (NetNames); 1 backpage.co.uk (NetNames); 1 backpage.co.ve (NetNames); 1 backpage.co.za (NetNames); 1 backpage.com (NetNames); 1 backpage.com.ar; 1 backpage.com.au (NetNames); 1 backpage.com.ph (NetNames); 1 backpage.cz (NetNames); 1 backpage.dk (NetNames); 1 backpage.ec (NetNames); 1 backpage.ee (European domains); 1 backpage.ee (NetNames); 1 backpage.es (NetNames); 1 backpage.fi (European domains); 1 backpage.fi (NetNames); 1 backpage.fr (European domains); 1 backpage.fr (NetNames); 1 backpage.gr (European domains); 1 backpage.gr (NetNames); 1 backpage.hk (European domains); 1 backpage.hk (NetNames); 1 backpage.hu (European domains); 1 backpage.hu (NetNames); 1 backpage.ie (NetNames); 1 backpage.in (NetNames); 1 backpage.it (NetNames); 1 backpage.jp (NetNames); 1 backpage.kr (NetNames); 1 backpage.lt (NetNames); 1 backpage.lv (European domains); 1 backpage.lv (NetNames); 1 backpage.me (NetNames); 1 backpage.mx (NetNames); 1 backpage.my (NetNames); 1 backpage.net (NetNames); 1 backpage.nl (NetNames); 1 backpage.no (European domains); 1 backpage.no (NetNames); 1 backpage.nz (NetNames); 1 backpage.pe (NetNames); 1 backpage.ph (NetNames); 1 backpage.pk (NetNames); 1 backpage.pl (NetNames); 1 backpage.porn (NetNames); 1 backpage.pt (NetNames); 1 backpage.ro (European domains); 1 backpage.ro (NetNames); 1 backpage.se (NetNames); 1 backpage.sex (NetNames); 1 backpage.sg (NetNames); 1 backpage.si (European domains); 1 backpage.si (NetNames); 1 backpage.sk (European domains); 1 backpage.sk (NetNames); 1 backpage.sucks (NetNames); 1 backpage.tw (NetNames); 1 bakcpage.uk (NetNames); 1 backpage.uk.com (NetNames); 1 backpage.us (NetNames); 1 backpage.vn (NetNames); 1 backpage.xxx (NetNames); 1 backpage.xyz (NetNames); 1 backpagecompimp.com (NetNames); 1 backpagecompimps.com (NetNames); 1 backpagepimp.com

(NetNames); 1 backpagepimps.com (NetNames); 1 backpagg.com (NetNames); 1 backpaoe.com (NetNames); 1 backpagm.com (NetNames); 1 backpagu.com (NetNames); 1 backpaoe.com (NetNames); 1 backpawe.com (NetNames); 1 backqage.com (NetNames); 1 backrage.com (NetNames); 1 backxage.com (NetNames); 1 bakkpage.com (NetNames); 1 bcklistings.com (NetNames); 1 bestofbackpage.com (NetNames); 1 bestofbigcity.com (NetNames); 1 bickpage.com (NetNames); 1 bigcity.com (NetNames); 1 bpclassified.com (NetNames); 1 bpclassifieds.com (NetNames); 1 carlferrer.com (NetNames); 1 clasificadosymas.com (NetNames); 1 clasificadosymas.net (NetNames); 1 clasificadosymas.org (NetNames); 1 classifiedsolutions.co.uk (NetNames); 1 classifiedsolutions.net (NetNames); 1 classyadultads.com (Versio); 1 columbusbackpackage.com (NetNames); 1 conneticutbackpackage.com (NetNames); 1 cracker.co.id (NetNames); 1 cracker.com (NetNames); 1 cracker.com.au (NetNames); 1 cracker.id (NetNames); 1 cracker.net.au (NetNames); 1 crackers.com.au (NetNames); 1 crackers.net.au (NetNames); 1 ctbackpage.com (NetNames); 1 dallasbackpage.com (NetNames); 1 denverbackpage.com (NetNames); 1 easypost123.com (Versio); 1 easyposts123.com (Versio); 1 emais.com.pt (NetNames); 1 evilempire.com (NetNames); 1 ezpost123.com (Versio); 1 fackpage.com (NetNames); 1 fastadboard.com (Versio); 1 guliettagroup.nl (Versio); 1 htpp.org (NetNames); 1 ichold.com (NetNames); 1 internetspeechfoundation.com (nameisp); 1 internetspeechfoundation.org (nameisp); 1 loads2drive.com (NetNames); 1 loadstodrive.com (NetNames); 1 loadtodrive.com (NetNames); 1 losangelesbackpage.com (NetNames); 1 mediafilecloud.com (NetNames); 1 miamibackpage.com (NetNames); 1 minneapolisbackpage.com (NetNames); 1 mobileposting.com (Versio); 1 mobilepostings.com (Versio); 1 mobilepostlist.com (Versio); 1 mobilposting.com (Versio); 1 naked.city (NetNames); 1 nakedcity.com (NetNames); 1 newyorkbackpage.com (NetNames); 1 paidbyhour.com (NetNames); 1 petseekr.com (NetNames); 1 petsfindr.com (NetNames); 1 phoenixbackpage.com (NetNames); 1 posteasy123.com (Versio); 1 postfaster.com (NetNames); 1 postfastly.com (NetNames); 1 postfastr.com (NetNames); 1 postonlinewith.com (Versio); 1 postonlinewith.me (Versio); 1 posteasy123.com (Versio); 1 postsol.com (GoDaddy); 1 postszone24.com (Versio); 1 postzone24.com (Versio); 1 postzones24.com (Versio); 1 rentseekr.com (NetNames); 1 results911.com (NetNames); 1 sandiegobackpage.com (NetNames); 1 sanfranciscobackpage.com (NetNames); 1 seattlebackpage.com (NetNames); 1 sellyostuffonline.com (Versio); 1 sfbackpage.com (NetNames); 1 simplepost24.com (Versio); 1 simpleposts24.com (Versio); 1 svc.ws (NetNames); 1 truckrjobs.com (NetNames); 1 ugctechgroup.com (NetNames); 1 universads.nl (Versio); 1 villagevoicepimps.com (GoDaddy); 1 websitetechnologies.co.uk (NetNames); 1 websitetechnologies.com (NetNames); 1 websitetechnologies.net (NetNames); 1 websitetechnologies.nl (NetNames); 1 websitetechnologies.org (NetNames); 1 weprocessmoney.com (GoDaddy); 1 wst.ws (NetNames); 1 xn--yms-fla.com (NetNames); 1 ymas.ar.com (European domains); 1 ymas.br.com (European domains); 1 ymas.br.com (NetNames); 1 ymas.bz (European domains); 1 ymas.bz (NetNames); 1 ymas.cl (European domains); 1 ymas.cl (NetNames); 1 ymas.co.bz (European domains); 1 ymas.co.bz (NetNames); 1 ymas.co.cr (European domains); 1 ymas.co.cr (NetNames); 1 ymas.co.ni (European domains); 1 ymas.co.ni (NetNames); 1 ymas.co.ve (European domains); 1 ymas.co.ve (NetNames); 1 ymas.com (NetNames); 1 ymas.com.br (European domains); 1 ymas.co.br (NetNames); 1 ymas.com.bz

(European domains); 1 ymas.com.bz (NetNames); 1 ymas.com.co (European domains); 1 ymas.com.co (NetNames); 1 ymas.com.do (European domains); 1 ymas.com.do (NetNames); 1 ymas.com.ec (European domains); 1 ymas.com.ec (NetNames); 1 ymas.com.es (European domains); 1 ymas.com.es (NetNames); 1 ymas.com.gt (European domains); 1 ymas.com.gt(NetNames); 1 ymas.com.hn (European domains); 1 ymas.com.hn (NetNames); 1 ymas.com.mx (NetNames); 1 ymas.com.ni (European domains); 1 ymas.com.ni (NetNames); 1 ymas.com.pe (European domains); 1 ymas.com.pe (NetNames); 1 ymas.com.pr (European domains); 1 ymas.com.pr (NetNames); 1 ymas.com.pt (NetNames); 1 ymas.com.uy (European domains); 1 ymas.com.uy (NetNames); 1 ymas.com.ve (European domains); 1 ymas.com.ve (NetNames); 1 ymas.cr (European domains); 1 ymas.cr (NetNames); 1 ymas.do (European domains); 1 ymas.do (NetNames); 1 ymas.ec (European domains); 1 ymas.ec (NetNames); 1 ymas.es (European domains); 1 ymas.es (NetNames); 1 ymas.org (NetNames); 1 ymas.pe (European domains); 1 ymas.pe (NetNames); 1 ymas.pt (NetNames); 1 ymas.us (European domains); 1 ymas.us (NetNames); 1 ymas.uy (European domains); 1 ymas.uy (NetNames); 1 ymas.uy.com (European domains); 1 atlantabackpage.com; 1 backpage.com.br; 1 backpage-insider.com; 1 chicagobackpage.com; 1 tampabackpage.com which was seized from Backpage.com LLC on April 06, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 2.00069333 Bitcoins surrendered on or about May 7, 2018, from a Backpage controlled wallet (18-USP-001706) which was seized from Backpage.com LLC on May 07, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 411.00019 Bitcoins seized on or about April 13, 2018, from GoCoin (18-USP-001707) which was seized from Backpage.com LLC on April 13, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately $34,149,280.00 in securities and/or investment funds seized from Acacia Conservation Fund LP Account #2020 held in the name of the Ocotillo Family Trust (18-USP-001708)

Approximately 136.6544695 Bitcoins surrendered on or about June 15, 2018, from a Backpage controlled wallet (18-USP-001713) which was seized from Backpage.com LLC on June 15, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 73.62522241 Bitcoin Cash surrendered on or about June 15, 2018, from a Backpage controlled wallet (18-USP-001714) which was seized from Backpage.com LLC on June 15, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 783.9735116 Litecoins surrendered on or about June 15,2018, from a Backpage controlled wallet (18-USP-001715) which was seized from Backpage.com LLC on June 15, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 509.81904619 Bitcoin Gold surrendered on or about June 21, 2018, from a Backpage controlled wallet (18-USP-001716) which was seized from Backpage.com LLC on June 21, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$52,500.00 in bank funds seized from Enterprise Bank and Trust Account #7177 held in the name of Global Trading Solutions LLC (18-USP-001720) which was seized from Backpage.com LLC on June 25, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$40,000.00 in bank funds seized from Enterprise Bank and Trust Account #7177 held in the name of Global Trading Solutions, LLC (18-USP-001727) which was seized from Backpage on July 16, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 52.65 GBP in bank funds seized from FIO Banka (Czech Republic) Account #4198 held in the name of Protecctio SRO (18-USP-001816)

Approximately 3,213,937.82 EUR in bank funds seized from Fio Banka (Czech Republic) Account #4194 held in the name of Protecctio SRO (18-USP-001817)

Approximately $52.90 in bank funds seized from FIO Banka (Czech Republic) Account #4196 held in the name of the Protecctio SRO (18-USP-001818)

Approximately 1,680,028.85 EUR in bank funds seized from FIO Banka (Czech Republic) Account #2226 held in the name of Gold Leaf SRO (18-USP-001819)

Approximately 60.98 GBP in bank funds seized from FIO Banka (Czech Republic) Account #2231 held in the name of Gold Leaf SRO (18-USP-001820)

Approximately $72.87 in bank funds seized from FIO Banka (Czech Republic) Account #2230 held in the name of Gold Leaf SRO (18-USP-001821)

Approximately 605,976.95 EUR in bank funds seized from FIO Banka (Czech Republic) Account #8083 held in the name of Varicok Company SRO (18-USP-001822)

Approximately 458.99 GBP in bank funds seized from FIO Banka (Czech Republic) Account #8086 held in the name of Varicok Company SRO (18-USP-001823)

Approximately $48.10 in bank funds seized from FIO Banka (Czech Republic) Account #8080 held in the name of Varicok Company SRO (18-USP-001824)

An unknown amount of bank funds on deposit in Bank Frick (Liechtenstein) Account #000K held in the name of Ad Tech BV (18-USP-001826)

An unknown amount of bank funds on deposit in Bank Frick (Liechtenstein) Account #000U held in the name of Ad Tech BV (18-USP-001827)

An unknown amount of bank funds on deposit in Bank Frick (Liechtenstein) Account #000E held in the name of Ad Tech BV (18-USP-001828)

An unknown amount of bank funds on deposit in Bank Frick (Liechtenstein) Account #001E held in the name of Ad Tech BV (18-USP-001829)

An unknown amount of bank funds on deposit in Knab Bank (Netherlands) Account #7664 held in the name of Procop Services BV (18-USP-001830)

An unknown amount of bank funds on deposit in Rabo Bank (Netherlands) Account #2452 held in the name of the Gulietta Group BV (18-USP-001831)

An unknown amount of bank funds on deposit in Rabo Bank (Netherlands) Account #4721 held in the name of the UniversAds BV (18-USP-001832)

Real Property located at ███████████████, Sebastopol, CA 95472 (18-USP-001877), which was posted on November 14, 2018

Real Property located at ███████████████, San Francisco, CA 94109 (18-USP-001878) which was posted on November 14, 2018

Real Property located at ██████████████, San Francisco, CA 94115 (18-USP-001879), which was posted on November 14, 2018

Real Property located at ███████████████, Sedona, AZ 86336 (18-USP-001880), which was posted on November 27, 2018

Real Property located at ███████████████, Paradise Valley, AZ 85253 (18-USP-001881), which was posted on November 27, 2018

Real Property located at ███████████████ Chicago, IL 60637 (18-USP-001882)

Real Property located at ██████████████, San Francisco, CA 94123 (18-USP-001883), which was posted on November 14, 2018

Real Property located at ███████████████, Paradise Valley, AZ 85253 (18-USP-001884), which was posted on November 27, 2018

Real Property located at █████████████, St. Helena, CA 94574 (18-USP-001885), which was posted on November 15, 2018

$65,000.00 in bank funds seized from Enterprise Bank and Trust Account #7177 held in the name of Global Trading Solutions LLC (18-USP-001895), which was seized from Backpage.com LLC on July 18, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$5,534.54 in bank funds seized from Enterprise Bank and Trust Account #7177 held in the name of Global Trading Solutions LLC (18-USP-001980), which was

seized from Backpage.com LLC on August 09, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$1,876.36 in bank funds seized from ING Bank (Netherlands) Account #2071 held in the name of Payment Solutions BV (18-USP-001985) which was seized from Backpage.com LLC on August 23, 2018 at 13601 Preston Rd., Suite 801, located in Dallas, TX

$50,357.35 in bank funds seized from ING Bank (Netherlands) Account #7684 held in the name of Payment Solutions BV (18-USP-001986) which was seized from Backpage.com LLC on August 24, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$407,686.14 in bank funds seized from BBVA Compass Bank Account #4862 held in the name of Cereus Properties, LLC (18-USP-002085) which was seized from Spear, Scott on July 19, 2018 at 15 South 20th Street, located in Birmingham, AL

$2,412,785.47 in bank funds seized from Money Gram having originated from Midfirst Bank Account #4139 held in the name of attorney, "J.B." for the benefit of Michael Lacey (18-USP-002203) which was seized from Michael Lacey on July 19, 2018 at 3000 Internet Blvd., Ste 300 LB 13, located in Frisco, TX

Approximately $16,500,000.00 in bank funds seized from K&H Bank Account #1210 held in the name of Primus Trust (19-USP-000268)

Approximately 747,664.15 GBP seized from SAXO Payments (United Kingdom) Account #1262 held in the name of Cashflows Europe Limited (19-USP-000269)

An unknown amount of bank funds on deposit in LHV Pank (Estonia) Account #4431 held in the name of Olist OU (19-USP-000277)

$182,182.50 in bank funds seized from Amro Bank N.V. (Netherlands) Account #6352 held in the name of Ad Tech BV with Stichting Zencotrust(19-USP-000280) which was seized from Backpage LLC on October 30, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$23,175.00 in bank funds seized from Plains Capital Bank Account #3939 held in the name of Scheef & Stone, LLP (19-USP-000286) which was seized from Backpage.com LLC on November 13, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$1,422,147.37 in bank funds seized from USAA Savings Bank Account #1507 held in the name of Anne Hawkins (19-USP-000515) which was seized from Backpage.com LLC on November 08, 2018 at 10750 McDermott Fwy, located in San Antonio, TX

$1,502,927.74 in bank funds seized from USAA Savings Bank Account #2058 held in the name of Anne Hawkins (19-USP-000516) which was seized from Backpage.com LLC on November 08, 2018 at 10750 McDermott Fwy, located in

San Antonio, TX

$1,412,085.94 in bank funds seized from USAA Savings Bank Account #2155 held in the name of Anne Hawkins (19-USP-000517) which was seized from Backpage.com LLC on November 08, 2018 at 10750 McDermott Fwy, located in San Antonio, TX

$1,453,008.51 in bank funds seized from USAA Savings Bank Account #2171 held in the name of Anne Hawkins (19-USP-000518) which was seized from Backpage.com LLC on November 08, 2018 at 10750 McDermott Fwy, located in San Antonio, TX

$518,172.92 in bank funds seized from Wells Fargo Bank Account #4455 held in the name of Cardquiry, Inc. (19-USP-000547) which was seized from Backpage.com LLC on December 11, 2018 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

$11,802.76 in bank funds seized From Citibank Account #6973 held in the name of Schiff Hardin, LLP (19-USP-000560) which was seized from Backpage.com LLC on January 10, 2019 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 2.70447488 Bitcoins seized from Bitstamp Account #0831 (19-USP-001363) which was seized from Backpage.com LLC on June 11, 2019 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

Approximately 3.54986077 Bitcoin Cash seized from Bitstamp Account #0831 (19-USP-001364) which was seized from Backpage.com LLC on June 11, 2019 at 13601 Preston Rd., Suite 801, East Building, located in Dallas, TX

The custodian of the property is the United States Marshals Service, located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (June 22, 2020) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 255 East Temple Street, Room 180, Los Angeles, CA  90012, and copies of each served upon Assistant United States Attorney Daniel Boyle, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description

of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Daniel Boyle, 312 N. Spring St., 14th Floor, Los Angeles, CA  90012.  This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Attachment 2



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 22, 2020 and July 21, 2020.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $1,546,076.53 in Bank Funds Seized from RepublicBank of Arizona Account '1889, et al.

**Court Case No:**       CV 18-8420
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/22/2020 | 24.0 | Verified |
| 2 | 06/23/2020 | 24.0 | Verified |
| 3 | 06/24/2020 | 24.0 | Verified |
| 4 | 06/25/2020 | 24.0 | Verified |
| 5 | 06/26/2020 | 24.0 | Verified |
| 6 | 06/27/2020 | 24.0 | Verified |
| 7 | 06/28/2020 | 24.0 | Verified |
| 8 | 06/29/2020 | 24.0 | Verified |
| 9 | 06/30/2020 | 24.0 | Verified |
| 10 | 07/01/2020 | 24.0 | Verified |
| 11 | 07/02/2020 | 24.0 | Verified |
| 12 | 07/03/2020 | 24.0 | Verified |
| 13 | 07/04/2020 | 24.0 | Verified |
| 14 | 07/05/2020 | 24.0 | Verified |
| 15 | 07/06/2020 | 24.0 | Verified |
| 16 | 07/07/2020 | 24.0 | Verified |
| 17 | 07/08/2020 | 24.0 | Verified |
| 18 | 07/09/2020 | 24.0 | Verified |
| 19 | 07/10/2020 | 24.0 | Verified |
| 20 | 07/11/2020 | 24.0 | Verified |
| 21 | 07/12/2020 | 24.0 | Verified |
| 22 | 07/13/2020 | 24.0 | Verified |
| 23 | 07/14/2020 | 24.0 | Verified |
| 24 | 07/15/2020 | 24.0 | Verified |
| 25 | 07/16/2020 | 24.0 | Verified |
| 26 | 07/17/2020 | 24.0 | Verified |
| 27 | 07/18/2020 | 24.0 | Verified |
| 28 | 07/19/2020 | 24.0 | Verified |
| 29 | 07/20/2020 | 24.0 | Verified |
| 30 | 07/21/2020 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.