FILED

2020 JUL 21  PM 3:40

RAMON LARKIN
1023 W. 7th Ter.
Kansas City, MO 64113
Tel.: (816) 832-9785
Email: ramonlarkin@gmail.com

Claimant in Pro Per

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|---|---|
| Plaintiff, | **RAMON LARKIN'S JOINDER TO MOTIONS TO DISMISS** |
| vs. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*, | **Hearing Information** |
| Defendants. | Date:  September 21, 2020<br>Time:  9:00 a.m.<br>Place: Courtroom 850<br>          255 East Temple St. 7th Floor<br>          Los Angeles, CA 90012 |

PLEASE TAKE NOTICE THAT Ramon Larkin ("R. Larkin"), hereby joins the following Motions to Dismiss (the "Motions"):

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture filed by Claimants James Larkin, *et al.* (Dkt. 111); and

- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts filed by Claimants James Larkin, *et al.* (Dkt. 112).

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.

The issues raised by Claimants in their Motions apply with equal force to R. Larkin. Therefore R. Larkin adopts the legal positions and bases set forth in the Motions as it fully set forth therein.

Dated: July 14, 2020

By: /s/ Ron

RAMON LARKIN
Claimant in Pro Per

3
RAMON LARKIN'S JOINDER TO MOTIONS TO DISMISS

## Certificate of Service

I declare that I am a citizen of the United States and I am a resident and employed in Kansas City; and my address is 1023 W. 7th Ter. Kansas City, MO 64113; I am over the age of 18

I am a pro se claimant and I directed ASAP Legal Services to file the following document with the Clerk of the Court for the Central District of California Los Angeles. JOINDER TO MOTIONS TO DISMISS.

**[X] BY ELECTRONIC TRANSMISSION:** CM/ECF registered cases participants will be served with the document once accepted and scanned by the clerk via the Central District of California's CM/ECF notification System which electronically notifies all parties in this case

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2020.

*/s/ Ramon*
Ramon Larkin