FILED

2020 JUL 21  PM 3: 40



BY FAX

ORIGINAL

1 TROY LARKIN
122 Kent Street, Apt. 2
2 Brooklyn, NY 11222
3 Tel.: (917) 749-1209
Email: troy.larkin@gmail.com
4
5 Claimant in Pro Per
6
7
8
9 UNITED STATES DISTRICT COURT
10 FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12 United States of America,            Case No. 2:18-cv-08420-RGK (PJW)
13                 Plaintiff,           **TROY LARKIN'S JOINDER TO**
14 vs.                                  **MOTIONS TO DISMISS**
15 $1,546,076.35 In Bank Funds Seized   <u>Hearing Information</u>
16 From Republic Bank Of Arizona Account
'1889, et al.,                         **Date:** September 21, 2020
17                 Defendants.          **Time:** 9:00 a.m.
18                                       **Place:** Courtroom 850
19                                                 255 East Temple St. 7th Floor
                                                  Los Angeles, CA 90012
20
21
22
23
24
25
26
27
28

TROY LARKIN'S JOINDER TO MOTIONS TO DISMISS

1    PLEASE TAKE NOTICE THAT Troy Larkin ("T. Larkin"), hereby joins the

2  following Motions to Dismiss (the "Motions"):

3       •     Motion to Dismiss Consolidated Master Verified First Amended

4             Complaint for Forfeiture filed by Claimants James Larkin, et al. (Dkt. 111);

5             and

6       •     Motion to Dismiss First Amended Consolidated Master Verified

7             Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts

8             filed by Claimants James Larkin, et al. (Dkt. 112).

9        This joinder is based upon this Notice of Joinder, the pleadings and complete

10  files and records in this action, and any additional material and arguments that may be

11  considered by the Court.

12       The issues raised by Claimants in their Motions apply with equal force to T.

13  Larkin. Therefore T. Larkin adopts the legal positions and bases set forth in the

14  Motions as it fully set forth therein

15

16

17  Dated: July 14, 2020

18

19                                                        

20                                               By:
                                                     TROY LARKIN
                                                     Claimant in Pro Per
21

22

23

24

25

26

27

28

                                    2
TROY LARKIN'S JOINDER TO MOTIONS TO DISMISS

Scanned with CamScanner

<u>Certificate of Service</u>

I declare that I am a citizen of the United States and I am a resident and employed in New York; and my address is 122 Kent Street Apt. 2 Brooklyn, New York 11222; I am over the age of 18

I am a pro se claimant and I directed ASAP Legal Services to file the following document with the Clerk of the Court for the Central District of California Los Angeles. JOINDER TO MOTIONS TO DISMISS.

[X] **BY ELECTRONIC TRANSMISSION:** CM/ECF registered cases participants will be served with the document once accepted and scanned by the clerk via the Central District of California's CM/ECF notification System which electronically notifies all parties in this case

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 21, 2020.

Troy Larkin

JOINDER TO MOTIONS TO DISMISS

Scanned with CamScanner