JILL ANDERSON, *Pro Se*
2201 North Central Avenue #6A
Phoenix, Arizona 85004
Telephone: (602) 616-7117
Jillkristena@gmail.com



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants.<br><br>JILL ANDERSON,<br><br>    Claimant. | Case No. 2:18-cv-8420-RGK(PJWx)<br><br>CLAIMANT JILL ANDERSON'S JOINDER IN MOTIONS TO DISMISS<br><br>Hearing Information<br>Date: September 21, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>       255 E. Temple St, 7th Fl.<br>       Los Angeles, CA 90012 |

PLEASE TAKE NOTICE THAT CLAIMANT Jill Anderson, by and through her undersigned counsel, hereby joins the following Motions to Dismiss (the "Motions"):

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture filed by Claimants James Larkin, *et al.*(Dkt. 111); and
- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Facts filed by Claimants James Larkin, *et al.* (Dkt. 112).

This Joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.

1

1 | Court.
2 |     The issues raised by Claimants in their Motions apply with equal force to Claimant Jill
3 | Anderson. Therefore Claimant Jill Anderson adopts the legal positions and bases set forth in the
4 | Motions as it fully set forth therein.
5 | DATED: August 3, 2020

Jill Anderson, Claimant
In Pro Per

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on August 4, 2020, I deposited in the United States Mail, in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage a copy of Claimant Jill Anderson's Joinder To Motions To Dismiss to the office of the following individuals:

John K. Kucera
Assistant United States Attorney
Office of the United States Attorney
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of August, 2020, at San Diego, California.

Richard M. Barnett