Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:   (716) 855-1580

*Attorneys for Claimant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|               Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| vs. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*, | |
|           Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Michael Lacey, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Michael Lacey | Claimant |
| John Brunst | Potential Claimant |
| James Larkin | Potential Claimant |
| Scott Spear | Potential Claimant |
| Troy Larkin | Potential Claimant |
| Ramon Larkin | Potential Claimant |
| Margaret Larkin | Potential Claimant |
| Medalist Holdings, Inc. | Potential Claimant |
| Leeward Holdings, LLC | Potential Claimant |
| Camarillo Holdings, LLC | Potential Claimant |
| Vermillion Holdings, LLC | Potential Claimant |
| Cereus Properties, LLC | Potential Claimant |
| Shearwater Investments, LLC | Potential Claimant |

Dated: August 6, 2020               Respectfully submitted,


                                    */s/  Paul J. Cambria, Jr.*
                                    Paul J. Cambria, Jr.
                                    Counsel for Claimant Michael Lacey

MICHAEL LACEY'S
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on August 6, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN J. KUCERA
DANIEL BOYLE
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Lost Angeles, California 90012

<u>*s/Kristina Drewery*</u>
Kristina Drewery

MICHAEL LACEY'S
CERTIFICATION AND NOTICE OF INTERESTED PARTIES