## VERIFICATION OF CLAIM

I, Michael Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug 5 2020

Michael Lacey