**FREEMAN MATHIS & GARY, LLP**
John K. Rubiner (SBN 155208)
550 South Hope Street
Suite 2200
Los Angeles, CA 90071-2631
Telephone:  213-615-7060
E-mail:   JRubiner@fmglaw.com
*Attorney for Scott Spear*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:18-CV-08420-RGK(PJW) |
| Plaintiff, | |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; $1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592; $206,156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938; $501,248.14 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8103; $251,436.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8162; ANY AND ALL FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8189; $621,832.06 IN U.S. CURRENCY SEIZED FROM PERKINS COIE TRUST COMPANY ACCOUNT '0012; $9,882,828.72 IN INVESTMENT FUNDS SEIZED FROM PERKINS COIE TRUST COMPANY; $34,149,280 IN INVESTMENT FUNDS SEIZED FROM ACACIA CONSERVATION FUND LP; $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225; AND $1,038.42 IN BANK FUNDS SEIZED FROM | **SCOTT SPEAR'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

BANK OF AMERICA ACCOUNT '7054,

Defendants.

## SCOTT SPEAR'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

Pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Scott Spear submits his Verified Claim asserting an ownership interest in the below listed seized funds.

On October 5, 2018, the United States filed a Verified Complaint for Forfeiture in the United States District Court for the Central District of California, Western District, seeking forfeiture of various assets (DKT. 9). On June 1, 2020, a First Amended Consolidated Master Verified Complaint for Forfeiture (hereinafter "FACMVCF") (DKT. 108) was filed, seeking forfeiture of the following (collectively referred to as the "subject funds"). The following claims are being filed at this time, in accordance with the government's July 2, 2020 letter of direct notice of the filing of its FACMVCF, and its assertion that any further claims should be filed on or before August 6, 2020.

**DEFENDANT ASSETS:**

- **Approximately 6 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet.** (paragraph 74 of the FACMVCF)

- **Approximately 404.99984122 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet.** (paragraph 75 of the FACMVCF)

- **Approximately 199.99995716 Bitcoins surrendered on or about April 6, 2018, from a Backpage controlled wallet.** (paragraph 76 of the FACMVCF)

- **Approximately 173.97319 Bitcoins surrendered on or about April 26, 2018, from a Backpage controlled wallet.** (paragraph 77 of the FACMVCF)

- **Approximately 411.00019 Bitcoins seized on or about April 13, 2018, from a Backpage controlled wallet.** (paragraph 78 of the FACMVCF)

- **Approximately 2.00069333 Bitcoins surrendered on or about May 7, 2018, from a Backpage controlled wallet.** (paragraph 79 of the FACMVCF)
- **Approximately 136.6544695 Bitcoins surrendered on or about June 15, 2018, from a Backpage controlled wallet.** (paragraph 80 of the FACMVCF)
- **Approximately 2,673.59306905 Bitcoin Cash surrendered on or about April 26, 2018, from a Backpage controlled wallet.** (paragraph 81 of the FACMVCF)
- **Approximately 55.50826185 Bitcoin Cash surrendered on or about May 3, 2018, from a Backpage controlled wallet.** (paragraph 82 of the FACMVCF)
- **Approximately 73.62522241 Bitcoin Cash surrendered on or about June 15, 2018, from a Backpage controlled wallet.** (paragraph 83 of the FACMVCF)
- **Approximately 16,310.79413202 Litecoins surrendered on or about April 26, 2018, from a Backpage controlled wallet.** (paragraph 84 of the FACMVCF)
- **Approximately 783.9735116 Litecoins surrendered on or about June 15, 2018, from a Backpage controlled wallet.** (paragraph 85 of the FACMVCF)
- **Approximately 509.81904619 Bitcoin Gold surrendered on or about June 21, 2018, from a Backpage controlled wallet.** (paragraph 86 of the FACMVCF)

(The Bitcoin/Litecoin claims are in addition to the claims for assets previously made by claimant in 2:18-CV 8588, DKT 37).

- **$3,374,918.61 in bank funds seized from Prosperity Bank Account No. '7188 ("Prosperity '7188 Funds" or "Account 1") held in the name of Posting Solutions, LLC.** (paragraph 97 of the FACMVCF)

**ASSETS:**

- **Davis Wright Tremaine, LLC Account '3414 from Bank of America, $3,713,121.03 held in the name of Davis Wright Tremaine, LLC into the government holding account.** (paragraph 231 of the FACMVCF)

Claimant Spear does not believe that the Asset is a defendant asset in the Complaint, but, because the Complaint includes certain allegations pertaining to the Asset, Claimant Spear files a claim to the Asset out of an abundance of caution.

3

Claimant hereby submits this Verified Claim asserting his ownership interest in the entirety of the Subject Funds. Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"). Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to the Claimant is a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

4

DATED: August 6, 2020.  **FREEMAN, MATHIS & GARY, LLP**

By: */s/ John K. Rubiner*
 John Rubiner
 Attorney for Scott Spear

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2020, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

John J. Kucera
AUSA - Office of US Attorney
Asset Forfeiture Section
Email: john.kucera@usdoj.gov
*Attorney for United States*

Dan G. Boyle
AUSA - Office of US Attorney
Asset Forfeiture Section
Email: Daniel.Boyle2@usdoj.gov
*Attorney for United States*

By: */s/ John K. Rubiner*

6

## VERIFICATION OF CLAIM

I, Scott Spear, pursuant to U.S.C. 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 5, 2020        *Scott G Spear*
                                    Scott Spear