**FREEMAN MATHIS & GARY, LLP**
John K. Rubiner (SBN 155208)
550 South Hope Street
Suite 2200
Los Angeles, CA 90071-2631
Telephone:  213-615-7060
E-mail:      JRubiner@fmglaw.com
*Attorney for Scott Spear*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:18-CV-08420-RGK(PJW) |
| Plaintiff, | |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; $1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592; $206,156.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1938; $501,248.14 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8103; $251,436.00 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8162; ANY AND ALL FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '8189; $621,832.06 IN U.S. CURRENCY SEIZED FROM PERKINS COIE TRUST COMPANY ACCOUNT '0012; $9,882,828.72 IN INVESTMENT FUNDS SEIZED FROM PERKINS COIE TRUST COMPANY; $34,149,280 IN INVESTMENT FUNDS SEIZED FROM ACACIA CONSERVATION FUND LP; $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225; AND $1,038.42 IN BANK FUNDS SEIZED FROM | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |

1

BANK OF AMERICA ACCOUNT '7054,

      Defendants.

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for Claimant Scott Spear certifies that the following parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| James Larkin | Potential Claimant |
| John Brunst | Potential Claimant |
| Michael Lacey | Potential Claimant |
| Scott Spear | Claimant |
| Troy Larkin | Potential Claimant |
| Ramon Larkin | Potential Claimant |
| Margaret Larkin | Potential Claimant |
| Medalist Holdings, Inc. | Potential Claimant |
| Leeward Holdings, LLC | Potential Claimant |
| Camarillo Holdings, LLC | Potential Claimant |
| Vermillion Holdings, LLC | Potential Claimant |
| Cereus Properties, LLC | Potential Claimant |
| Shearwater Investments, LLC | Potential Claimant |

DATED: August 6, 2020.     **FREEMAN MATHIS & GARY, LLP**

By: */s/ John K. Rubiner*
     John Rubiner
     Attorney for Scott Spear

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2020, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

John J. Kucera
AUSA - Office of US Attorney
Asset Forfeiture Section
Email: john.kucera@usdoj.gov
*Attorney for United States*

Dan G. Boyle
AUSA - Office of US Attorney
Asset Forfeiture Section
Email: Daniel.Boyle2@usdoj.gov
*Attorney for United States*

By: */s/ John K. Rubiner*