Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant John Brunst

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>            Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

3664340.1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for John Brunst, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| John Brunst | Claimant |
| Michael Lacey | Potential Claimant |
| James Larkin | Potential Claimant |
| Scott Spear | Potential Claimant |
| Troy Larkin | Potential Claimant |
| Ramon Larkin | Potential Claimant |
| Margaret Larkin | Potential Claimant |
| Medalist Holdings, Inc. | Potential Claimant |
| Leeward Holdings, LLC | Potential Claimant |
| Camarillo Holdings, LLC | Potential Claimant |
| Vermillion Holdings, LLC | Potential Claimant |
| Cereus Properties, LLC | Potential Claimant |
| Shearwater Investments, LLC | Potential Claimant |

DATED: August 6, 2020

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: ___*/s/ Gopi K. Panchapakesan*___
        Gopi K. Panchapakesan
Attorneys for John Brunst