FREEMAN MATHIS & GARY
John K. Rubiner (155208)
550 South Hope Street
22nd Floor
Los Angeles, CA 90071
Telephone: 213-615-7000
E-mail: jrubiner@fmglaw.com

Attorneys for Claimants Anne Hawkins as Trustee for the Oaxaca Trust,
Puebla Trust, Cuernavaca Trust, and Chiapas Trusts, John Larkin, Kathleen
Larkin, Rose Larkin, and Quinn Larkin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona count '1889, *et al.*,<br><br>          Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**CLAIMANTS ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUELBLA TRUST, CUERNAVACA TRUST, AND CHIAPAS TRUSTS, JOHN LARKIN, KATHLEEN LARKIN, ROSE LARKIN, AND QUINN LARKIN'S JOINDER TO MOTIONS TO DISMISS** |

PLEASE TAKE NOTICE THAT Claimants Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas Trusts, John Larkin, Kathleen Larkin, Rose Larkin, and Quinn Larkin, by and through their undersigned counsel, hereby joins the following Motions to Dismiss (the "Motions"):

- Motion to Dismiss Consolidated Master Verified First Amended Complaint for Forfeiture filed by Claimants James Larkin, *et al.* (Dkt. 111); and

- Motion to Dismiss First Amended Consolidated Master Verified Complaint for Forfeiture for Failing to State Sufficiently Detailed Motion to Dismiss First Amended Consolidated Master Verified Facts filed by Claimants James Larkin, *et al.* (Dkt. 112).

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional material and arguments that may be considered by the Court.

The issues raised by Claimants in their Motions apply with equal force to Claimants Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas Trusts, John Larkin, Kathleen Larkin, Rose Larkin, and Quinn Larkin.  Therefore Claimants Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas Trusts, John Larkin, Kathleen Larkin, Rose Larkin, and Quinn Larkin adopt the legal positions and bases set forth in the Motions as it fully set forth therein.

1    Dated:  August 18, 2020

2

3                               FREEMAN MATHIS & GARY

4                           By:*/s/ John K. Rubiner*

5                           Attorneys for Claimants Anne Hawkins as
                              Trustee for the Oaxaca Trust, Puebla Trust,

6                           Cuernavaca Trust, and Chiapas Trusts, John
                              Larkin, Kathleen Larkin, Rose Larkin, and

7                           Quinn Larkin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on this 18th date of August, 2020, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

By: */s/ John K. Rubiner*
JOHN K. RUBINER

**CM/ECF Registrants:**

John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Bruce Feder, bf@federlawpa.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com
Janey Henze Cook, janey@henzecookmurphy.com

CLAIMANTS ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUELBLA TRUST, CUERNAVACA TRUST, AND CHIAPAS TRUSTS, JOHN LARKIN, KATHLEEN LARKIN, ROSE LARKIN, AND QUINN LARKIN'S JOINDER TO MOTIONS TO DISMISS