NICOLA T. HANNA
United States Attorney
BRANDON G. FOX
Assistant United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3314
   Facsimile: (213) 894-0142
   E-mail:

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-08420-RGK(PJWx) |
|---|---|
| Plaintiff, | PROOF OF SERVICE OF PLAINTIFF'S NOTICE OF APPEARANCE |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT 1889, ET AL. | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiff, United States of America hereby served a copy of Plaintiff's NOTICE OF APPEARANCE, filed on August 17, 2020, ECF Document No. 133, on Jill Anderson, John R. Becker, Ramon Larkin and Troy Larkin.

Plaintiff now files the proof of service attached as Exhibit A.

Dated: August 18, 2020          Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA