## CERTIFICATE OF SERVICE

I, DEENA R. BOWMAN, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on August 18, 2020, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

## NOTICE OF APPEARANCE

and that service was:

- ☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:
- ☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

- ☐ By hand delivery, addressed as follows:
- ☐ By facsimile, as follows:

- ☐ By messenger, as follows:
- ☐ By Federal Express, as follows:

Jill Anderson
~~[redacted]~~
Phoenix, AZ ~~[redacted]~~

John R Becker
~~[redacted]~~
Scottsdale, AZ ~~[redacted]~~

Ramon Larkin
~~[redacted]~~
Kansas City, MO ~~[redacted]~~

Troy Larkin
~~[redacted]~~
Brooklyn, NY ~~[redacted]~~

at their last known addresses, at which place there is a delivery service by United States mail.

**EXHIBIT A**

3

This Certificate is executed on August 18, 2020, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

                                                   /s/
                                                Deena R. Bowman
                                                Paralegal (FSA Contract)

**EXHIBIT A**