UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 18-08420-RGK (PJWx) |
|---|---|
| PLAINTIFF, | **[PROPOSED]** <br> **ORDER REGARDING BRIEFING AND** <br> **HEARING SCHEDULE** |
| V. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| DEFENDANTS. | |

The United States of America has applied to this court ex parte for an Order setting a briefing schedule on a motion to strike certain claims asserted by claimants in this consolidated action, and suspending the previously-set briefing schedule on claimants' motion to dismiss this action. [ECF No. 119].

Upon consideration of this application, the accompanying Declaration of Dan G. Boyle, and the entire record herein, and good cause appearing therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The government shall file its motion to strike no later than September 28, 2020.

2. Claimants shall file any opposition to the motion to strike no later than October 26, 2020.

3. The government shall file any reply no later than November 9, 2020.

4. A hearing on the motion shall be set for December 7, at 9:00 a.m.

5. The briefing schedule set forth in this Court's Order dated July 15, 2020 [ECF No. 119] is suspended pending further order of the Court.

6. The motion hearing presently-scheduled for September 21, 2020 is continued pending further order of the Court.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

     /s
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2