WALTER F. BROWN, JR. (SBN 130248)
wbrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
*Counsel for Margaret Larkin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**MARGARET LARKIN'S NOTICE OF JOINDER AND JOINDER TO CLAIMANTS' OPPOSITION TO GOVERNMENT'S *EX PARTE* APPLICATION**<br><br>Honorable R. Gary Klausner |

1   PLEASE TAKE NOTICE that Margaret Larkin ("M. Larkin"), by and through her undersigned counsel, hereby joins Claimants' Opposition to Government's *Ex Parte* Application and Request to Set a Briefing Schedule and Suspend Current Briefing regarding Motion to Dismiss (the "Opposition"), Dkt. 137.

This joinder is based upon this Notice of Joinder, the pleadings and complete files and records in this action, and any additional materials and arguments that may be considered by the Court.

The issues raised by Claimants in their Opposition applies with equal force to M. Larkin. Therefore M. Larkin adopts the legal positions and bases set forth in the Opposition as it fully set forth therein.

Dated:  August 20, 2020

WALTER F. BROWN, JR.
Orrick, Herrington & Sutcliffe LLP


By:      */s/ Walter F. Brown, Jr.*
         WALTER F. BROWN, JR.

Attorneys for Margaret Larkin

---

MARGARET LARKIN'S JOINDER TO CLAIMANTS' OPPOSITION TO GOVERNMENT'S *EX PARTE* APPLICATION