NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>       Defendants.<br>MICHAEL LACEY, ET AL.,<br><br>       Claimants. | No. 2:18-cv-08420-RGK-PJW<br><br>**NOTICE OF FILING PROOF OF SERVICE** |

//

//

//

PLEASE TAKE NOTICE that the government served pro se claimants with a Plaintiff's Opposition to Claimants' Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF Nos. 82, 11] (Dkt. 140) and a Plaintiff's Opposition to Claimants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF Nos. 112] (Dkt. 141).  Attached hereto are Exhibits "A" and "B" copies of the proof of services for these documents.

Dated: August 24, 2020              Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney
                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                       /s/ Dan G. Boyle
                                    DAN G. BOYLE
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2