## PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On August 24, 2020, I served a PLAINTIFF'S OPPOSITION TO CLAIMANTS' MOTION TO DISMISS PURSUANT TO FED. R CIV. P. 12(b)(6) [ECF No. 112] on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:        SEE ATTACHED SERVICE LIST

 X  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: August 24, 2020 at Los Angeles, California.


/s/ Gabriela Arciniega
**Gabriela Arciniega**


**EXHIBIT B**

5

**SERVICE LIST**

Jill Anderson
2201 North Central Ave., No. 6A
Phoenix, AZ   85004

John R. Becker
7025 East Greenway Pkwy, Suite 800
Scottsdale, AZ   85254

Troy Larkin
122 Kent Street, Apt. 2
Brooklyn, NY   11222

Ramon Larkin
1023 W. 70th Ter
Kansas City, MO   64113