**U.S. Department of Justice**
United States Marshals Service

Log # 2408
JDIS: 2

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | LEAD CASE NUMBER CV 18-8420-RGK (PJWx) |
|---|---|
| UNITED STATES OF AMERICA | MEMBER CASE NUMBER CV 18-8579-RGK (PJWx) |
| DEFENDANT | TYPE OF PROCESS |
| $689,884.48 Seized from First Federal Savings and Loan of San Rafael Account -3620, et al. | Consent Judgment |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA John Kucera<br>312 N. Spring Street, 14th FL.<br>Los Angeles, CA 90012<br>john.kucera@usdoj.gov | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Please see the Memorandum that is attached as Attachment A.

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| /s/John Kucera | 213-894-3319 | 4/10/2020 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 12 | PATRICIA NUGENT — Digitally signed by PATRICIA NUGENT Date: 2020.04.10 15:12:01 -07'00' | 04/10/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 8/27/20 | 12:23 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | PATRICIA NUGENT — Digitally signed by PATRICIA NUGENT Date: 2020.08.27 12:23:54 -07'00' |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 |

REMARKS

Returned $375,188.24 without interest (18-USP-001514) on 7/13/20.
Returned $75,835.31 without interest (18-USP-001439) on 7/13/20.




2020 SEP -2 PM 3:55 FILED

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# *Memorandum*



| Subject: | Date: |
|---|---|
| 18-USP-001439 | April 8, 2020 |

| To: | From: |
|---|---|
| United States Marshals Service<br>Central District of California<br>Asset Forfeiture Unit | STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section<br><br>JOHN J. KUCERA<br>Assistant United States Attorney<br>Asset Forfeiture Section |

On March 30, 2020, the court issued a partial consent judgment requiring the government to return, without interest, $375,188.24 of the $515,899.85 in bank funds seized from Republic Bank of Arizona ("RBA") account no. '2485 (18-USP-001514); and the full $75,188.24 in bank funds seized from RBA account no. '1897 (18-USP-001439).

We have since determined that the partial consent judgment contains a typographical error, incorrectly stating an amount to be returned that is different from the amount reflected in CATS, which shows that there is actually $75,835.31 in bank funds in RBA '1897 (18-USP-001439), not $75,188.24. To achieve the intended result of the partial consent judgment, the full amount seized, without interest, should be returned to Michael Lacey ("Lacey") through his counsel, Paul J. Cambria, Jr., at Lipsitz Green Scime Cambria LLP., 42 Delaware Avenue #120, Buffalo, New York 14202.

On April 2, 2020, the government submitted a form USM-285 instructing the USMS to return the amount stated in the partial consent judgment. . By this memo, we are instructing you that the remaining amount in RBA '1897 – that is, $647.07, without interest - should be returned to Lacey through his counsel, disposing of the asset in its entirety.

Please let me know if you have any questions or need any further information. I apologize for the confusion.

ATTACHMENT A