# APPENDIX A

# APPENDIX A-1

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>$16,500,00.00 IN BANK FUNDS SEIZED FROM K&H ACCOUNT '1210,<br><br>     Defendant. | Case No. 2:18-cv-08565-RGK-PJW<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY**<br><br>Assigned to Hon. R. Gary. Klausner<br>Courtroom 850 |

This Verified Claim is being filed at this time in accordance with this Court's May 10, 2019 order. (Doc. 32.) This case is stayed pursuant to this Court's October 23, 2018 stay order (Doc. 13), and April 30, 2019 order (Doc. 25). This Court's issuance of the same stay order in a related case in this District, C.D.

1

Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit appeal (Ninth Circuit Docket No. 18-56455).  Given the pending appeal of the stay order in that case and the active stay of this case, Claimant Michael Lacey ("Claimant") respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 32), Claimant submits this Verified Claim asserting an ownership interest in seized property.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of the following:

(a)  $16,500,000.00 in bank funds seized from K&H Account '1210 ("Defendant Asset")

(*See* Doc. 1, *see also* attachment A to Doc. 1.)

Claimant hereby submits this Verified Claim asserting an ownership interest in the entirety of the seized Defendant Asset.  Claimant is the Settlor (Creator) of an irrevocable trust ("Binghamton Trust") for the benefit of his two children.  The Trustee of Binghamton Trust is Primus Trust Corporation in Hungary.  The Defendant Asset is owned by the Binghamton Trust for the benefit of the Claimant's children.  Claimant, as the Settlor of the Binghamton Trust, has a legally recognizable interest in the entirety of the funds in the account.  Claimant has a superior right, title, and interest in the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defendant his claim.

2

APPENDIX_A_003

Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimant hereby claims ownership in the Defendant Asset and asserts a superior right, title, and interest in the Defendant Asset.

DATED:    May 24, 2019       Respectfully submitted,

                                 */s/  Paul J. Cambria, Jr.*
                                 Paul J. Cambria, Jr.
                                 Counsel for Claimant Michael Lacey

3

APPENDIX_A_004

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on May 24, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      Buffalo, New York
            May 24, 2019

                    /s/ Rachel Skrzypek
                    Rachel Skrzypek

4

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_005

# VERIFICATION OF CLAIM

I, Michael Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury

that the foregoing is true and correct.

Executed on ___May 23 2019___ _____

Michael Lacey



By Fax

2019 MAY 24  PM 4:21

FILED



1  Jill Anderson, *Pro Se*
2  3300 East Stella Lane
   Paradise Valley, Arizona 85253
3  Telephone: (602) 616-7117
4
5
6          IN THE UNITED STATES DISTRICT COURT
7        FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
9                                    Case No. 2:18-cv-08565-RGK-PJW
10 UNITED STATES OF AMERICA,
                                     **JILL ANDERSON'S VERIFIED**
11        Plaintiff,                 **CLAIM AND STATEMENT OF**
                                     **INTEREST IN CERTAIN**
12                                   **DEFENDANT PROPERTY**
13 v.
14 $16,500,00.00 IN BANK FUNDS       Assigned to Hon. R. Gary. Klausner
15 SEIZED FROM K&H ACCOUNT           Courtroom 850
   '1210,
16
17        Defendant.
18
19
20        This Verified Claim is being filed at this time in accordance with this
21 Court's May 10, 2019 order.  (Doc. 32.)  This case is stayed pursuant to this
22 Court's October 23, 2018 stay order (Doc. 13), and April 30, 2019 order (Doc. 25).
23 This Court's issuance of the same stay order in a related case in this District, C.D.
24 Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit
25 appeal (Ninth Circuit Docket No. 18-56455).  Given the pending appeal of the stay
26 order in that case and the active stay of this case, Claimant Jill Anderson
27
28
                                    1

   JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
                IN CERTAIN DEFENDANT PROPERTY

("Claimant") respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 32), Claimant submits this Verified Claim asserting an ownership interest in seized property.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of the following:

(a)     $16,500,000.00 in bank funds seized from K&H Account '1210 ("Defendant Asset")

(*See* Doc. 1, *see also* attachment A to Doc. 1.)

Claimant hereby submits this Verified Claim asserting an interest in the entirety of the seized Defendant Asset. Claimant is the spouse of Michael Lacey, who is the Settlor (Creator) of an irrevocable trust ("Binghamton Trust") for the benefit of his two children. The Trustee of Binghamton Trust is Primus Trust Corporation in Hungary. The Defendant Asset is owned by the Binghamton Trust for the benefit of the Michael Lacey's children. Claimant has a legally recognizable interest in the funds in the account. Claimant has a superior right, title, and interest in the Defendant Asset over any and all interests asserted by the government in the Defendant Asset.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits her appearance to asserting and defendant her claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

2

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

Claimant hereby claims ownership in the Defendant Asset and asserts a superior right, title, and interest in the Defendant Asset.    I, Jill Anderson, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED: May 24, 2019.


_____

Jill Anderson, Pro Se
Claimant

3

APPENDIX_A_009

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      May 24, 2019.

_____
Jill Anderson, Pro Se

4

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_010

Jill Anderson, *Pro Se*
3300 East Stella Lane
Paradise Valley, Arizona 85253
Telephone: (602) 616-7117

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. 2:18-cv-08565-RGK-PJW |
| UNITED STATES OF AMERICA, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Plaintiff, | |
| v. | Assigned to Hon. R. Gary. Klausner Courtroom 850 |
| $16,500,00.00 IN BANK FUNDS SEIZED FROM K&H ACCOUNT '1210, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Jill Anderson certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection / Interest** |
|---|---|
| Michael Lacey | Claimant |
| Primus Trust Corporation, Trustee for Binghamton Trust | Potential Claimant |

1

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

APPENDIX_A_011

Jill K. Anderson                    Claimant

Roarke Lacey                        Potential Claimant

Colin Lacey                         Potential Claimant


RESPECTFULLY SUBMITTED: May 24, 2019.


_____

Jill Anderson, Pro Se
Claimant

2

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

APPENDIX_A_012

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:        May 24, 2019.

_____
Jill Anderson, Pro Se

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

APPENDIX_A_013

# APPENDIX A-2

APPENDIX_A_014

1 | Gary S. Lincenberg – State Bar No. 123058
    glincenberg@birdmarella.com
2 | Ariel A. Neuman – State Bar No. 241594
    aneuman@birdmarella.com
3 | Gopi K. Panchapakesan – State Bar No. 279586
    gpanchapakesan@birdmarella.com
4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
5 | 1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6 | Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

Attorneys for Claimant John Brunst

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       vs.<br><br>$5,462,027.17 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '3873; AND $407,686.14 IN BANK FUNDS SEIZED FROM COMPASS BANK ACCOUNT '4862,<br><br>        Defendants. | CASE NO. 2:18-cv-08566-RGK-PJW<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JOHN BRUNST**<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850 |

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JOHN BRUNST

Pursuant to 18 U.S.C § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant John Brunst hereby submits this Verified Claim asserting an ownership interest in the entirety of the following seized funds (collectively referred to as the "Subject Funds"):

- $5,462,027.17 seized from Compass Bank Account '3873; and
- $407,686.14 seized from Compass Bank Account '4862

The seized accounts are held by Cereus Properties, LLC, which is ultimately owned by Medalist Holdings, Inc. Brunst is a shareholder of Medalist Holdings, Inc. and therefore has a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

DATED: May 23, 2019      Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:     */s/ Ariel A. Neuman*
         Ariel A. Neuman
     Attorneys for Claimant John Brunst

1

# **VERIFICATION OF CLAIM**

2          I declare under penalty of perjury under the laws of the United States of

3    America that the foregoing is true and correct.

4          Executed May 23, 2019, at Phoenix, Arizona.

5

6

7                                    _____
                                     John Brunst
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3581868.1                                                    APPENDIX_A_017

VERIFICATION

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>$5,462,027.17 In Bank Funds Seized From Compass Bank Account '3873; And $407,686.14 In Bank Funds Seized From Compass Bank Account '4862,<br><br>       Defendants. | Case No. 2:18-cv-08566-RGK (PJW)<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

      This Verified Claim is being filed at this time in accordance with this Court's May 10, 2019 order (Doc. 31). This case is stayed pursuant to this Court's October 23, 2018 stay order (Doc. 14) and April 30, 2019 order (Doc. 22). The Court's issuance of the same stay order in a related case in this District, C.D. Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit appeal (Ninth Circuit Docket No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

      Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 31),

Claimant Michael Lacey ("Claimant") hereby submits this Verified Claim asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $5,462,027.17 In Bank Funds Seized From Compass Bank Account '3873; and

- $407,686.14 In Bank Funds Seized From Compass Bank Account '4862.

(*See* Doc. 1.)

Claimant hereby asserts his interests in the entirety of the Subject Funds. The seized accounts are held by Cereus Properties, LLC, which is ultimately owned by Medalist Holdings, Inc. Claimant is a shareholder of Medalist Holdings, Inc. and therefore has a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds. Accordingly, Claimant has a superior right, title, and interest in the Subject Funds over any and all interest asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

Dated: May 24, 2019        Respectfully submitted,

           */s/ Paul J. Cambria, Jr.*
           Paul J. Cambria, Jr.
           Counsel for Claimant Michael Lacey

2

APPENDIX_A_019

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on May 24, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      Buffalo, New York
            May 24, 2019


                      */s/ Rachel Skrzypek*
                      Rachel Skrzypek

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_020

Case 2:18-cv-08420-RGK-JC   Document 149-2   Filed 09/22/20   Page 22 of 81   Page ID
#:1510
Case 2:18-cv-08906-RGK-PJW   Document 41-1   Filed 05/24/19   Page 1 of 1   Page ID #:224

## <u>VERIFICATION OF CLAIM</u>

I, Michael Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury

that the foregoing is true and correct.

Executed on _____   _____

Michael Lacey

1  Thomas H. Bienert, Jr. (CA State Bar No. 135311)
2  Whitney Z. Bernstein (CA State Bar No. 304917)
   **BIENERT | KATZMAN PC**
3  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
4  Telephone: (949) 369-3700
5  Facsimile:  (949) 369-3701
   Email: tbienert@bienertkatzman.com
6          wbernstein@bienertkatzman.com
7  *Counsel for James Larkin*

8                 UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  UNITED STATES OF AMERICA,          Case No. 2:18-cv-08566-RGK (PJW)

12                     Plaintiff,
                                       **JAMES LARKIN, TROY**
13        v.                           **LARKIN, AND RAMON**
                                       **LARKIN'S VERIFIED CLAIM**
14  $5,462,027.17 In Bank Funds Seized From   **AND STATEMENT OF**
    Compass Bank Account '3873; And   **INTEREST IN CERTAIN**
15  $407,686.14 In Bank Funds Seized From   **DEFENDANT PROPERTY**
    Compass Bank Account '4862,
16
17                     Defendant.

18

19  **JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED**
    **CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN**
20                 **DEFENDANT PROPERTY**

21

22         These Verified Claims are being filed at this time in accordance with this Court's

23  May 10, 2019 order (Dkt. 31).  This case is stayed pursuant to this Court's October 23,

24  2018 order (Dkt. 14) and April 30, 2019 order (Dkt. 22).  The Court's issuance of the

25  same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing

26  Ninth Circuit appeal (No. 18-56455).  Given the pending appeal of the stay order in

27  that case and the active stay of this case, Claimants respectfully request that these

28  Verified Claims be held in abeyance until such time as the stay is lifted.

Case 2:18-cv-08420-RGK-JC Document 148-2 Filed 09/22/20 Page 24 of 81 Page ID
Case 2:18-cv-08306-RGK-PJW Document 36-1 Filed 05/28/19 Page 2 of 7 Page ID #:193
#:1512

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 31), Claimants James Larkin ("Larkin"), Troy Larkin ("T. Larkin"), and Ramon Larkin ("R. Larkin") (collectively, the "Claimants") hereby submit these Verified Claims asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $5,462,027.17 In Bank Funds Seized From Compass Bank Account '3873; and

- $407,686.14 In Bank Funds Seized From Compass Bank Account '4862.

Dkt. 1.

Claimants hereby assert their interests in the entirety of the Subject Funds. The seized accounts are held by Cereus Properties, LLC, which is ultimately owned by Medalist Holdings, Inc. Claimants are shareholders of Medalist Holdings, Inc. and therefore have a legally recognizable interest in the Subject Funds, giving Claimants a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds. Under any applicable community property principles, Claimant James Larkin's legal spouse, Margaret Larkin, also assert a superior right, title, and interest in the Subject Funds superior to the government's interest. Accordingly, Claimants, and Margaret Larkin where applicable, have a superior right, title, and interest in the Subject Funds over any and all interest asserted by the government in such funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimants expressly limit their appearance to asserting and defending their claims.

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND
STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_023

1    Claimants reserve all rights to challenge the *in rem* jurisdiction of this Court and the

2    propriety of venue of this action.

3

4    Dated: May 23, 2019                              Respectfully submitted,

5                                                     s/*Whitney Z. Bernstein*

6                                                     Whitney Z. Bernstein

7                                                     Thomas H. Bienert, Jr.

8                                                     BIENERT | KATZMAN PC
                                                      Attorneys for James Larkin
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND
STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_024

1

## <u>VERIFICATION OF CLAIM</u>

2  I, James Larkin, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the

3  foregoing is true and correct.

4  Executed on ~~May 17, 2019~~

5  James Larkin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION OF CLAIM**

I, Troy Larkin, pursuant to 18 U.S.C. § 1746 and the laws of the United States of America, declare under penalty of perjury that the foregoing is true and correct.

Executed on _5-23-19_                    _____
                                          Troy Larkin

5

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND
STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_026

1    **VERIFICATION OF CLAIM**

2        I, Ramon Larkin, pursuant to 18 U.S.C. § 1746 and the laws of the United States

3    of America, declare under penalty of perjury that the foregoing is true and correct.

4

5    Executed on _____**5/23/2019**_____        _____

6                                              Ramon Larkin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND
STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_027

Case 2:18-cv-08420-RGK-JC Document 148-2 Filed 09/22/20 Page 29 of 81 Page ID
#:1517
Case 2:18-cv-08866-RGK-PJW Document 36-1 Filed 05/23/19 Page 9 of 9 Page ID #:298

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in San Clemente, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY** on all interested parties as follows:

**[X]** **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2019 at San Clemente, California.

*/s/ Garrison Giali*
Garrison Giali

JAMES LARKIN, TROY LARKIN, AND RAMON LARKIN'S VERIFIED CLAIMS AND
STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_028

BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:  213-621-4000
Facsimile:   213-625-1832
E-mail:      jrubiner@bkolaw.com

Attorney for Scott Spear

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CV 18-8566-RGK(PJW) |
| Plaintiff, | |
| v. | |
| $5,462,027.17 In Bank Funds Seized From Compass Bank Account '3873; And $407,686.14 In Bank Funds Seized From Compass Bank Account '4862, | **SCOTT SPEAR'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |
| Defendants. | |

## <u>SCOTT SPEAR'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY</u>

These Verified Claims are being filed at this time in accordance with this Court's May 10, 2019 order (Dkt. 31).  This case is stayed pursuant to this Court's October 23, 2018 order (Dkt. 14) and April 30, 2019 order (Dkt. 22).  The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the subject of an ongoing Ninth Circuit appeal (No. 18-56455).  Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully requests that these Verified Claims be held in abeyance until such time as the stay is lifted.

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

APPENDIX_A_029

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Dkt. 31), Claimant Scott Spear hereby submits these Verified Claims asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- $5,462,027.17 In Bank Funds Seized From Compass Bank Account '3873; and

- $407,686.14 In Bank Funds Seized From Compass Bank Account '4862.

Dkt. 1.

Claimant hereby asserts his interests in the entirety of the Subject Funds. The seized accounts are held by Cereus Properties, LLC, which is ultimately owned by Medalist Holdings, Inc. Claimant is a shareholder of Medalist Holdings, Inc. and therefore has a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claims. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

DATED: May 23, 2019

BARTON, KLUGMAN & OETTING LLP

By: ___*/s/ John K. Rubiner*___
John Rubiner
Attorney for Scott Spear

APPENDIX_A_030

## VERIFICATION OF CLAIM

I, **Scott Spear**, pursuant to Title 18, United States Code Section 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/22/19

Scott Spear

Case 2:18-cv-08420-RGK-JC Document 148-2 Filed 08/22/20 Page 33 of 81 Page ID
Case 2:18-cv-08866-RGK-PJW Document 38-1 Filed 05/28/19 Page 4 of 4 Page ID #:125
#:1521

# CERTIFICATE OF SERVICE

     I hereby certify that on the 23rd day of May, 2019, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
Email: john.kucera@usdoj.gov
*Attorney for United States*

**Kenneth Miller** kmiller@bmkattorneys.com
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Bienert Miller and Katzman PLC**
*Attorney for James Larkin*

**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Bird Marella Boxer Wolpert Nessim, et al**
*Attorneys for John Brunst*

**Erin McCampbell** emcampbell@lglaw.com
**Paul Cambria** pcambria@lglaw.com
**Lipsitz Green Scime Cambria**
**Janey Henze Cook** janey@henzecookmurphy.com
**Henze Cook Murphy PLLC**
*Attorneys for Michael Lacey*

**Robert Corn-Revere** bobcornrevere@dwt.com
**Scott Commerson** scottcommerson@dwt.com

By: */s/Leeanne Barney*

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

3

APPENDIX_A_032

# APPENDIX A-3

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>$689,884.48 SEIZED FROM FIRST FEDERAL SAVINGS & LOAN OF SAN RAFAEL ACCT. '3620; *et. al.*,<br><br>     Defendant. | Case No. 2:18-cv-08579-RGK-PJW<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY**<br><br>Assigned to Hon. R. Gary. Klausner<br>Courtroom 850 |

     This Verified Claim is being filed at this time in accordance with this Court's May 10, 2019 order. (Doc. 26.) This case is stayed pursuant to this Court's October 23, 2018 stay order (Doc. 13), and April 30, 2019 order (Doc. 19).

1

APPENDIX_A_034

This Court's issuance of the same stay order in a related case in this District, C.D. Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit appeal (Ninth Circuit Docket No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant Michael Lacey ("Claimant") respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 26), Claimant submits this Verified Claim asserting an ownership interest in seized property.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of the following assets (collectively, to be referred to as the "Defendant Assets"):

(a) $689,884.48 seized from First Federal Savings & Loan of San Rafael Acct. '3620;

(b) $515,899.85 seized from Republic Bank of Arizona Acct. '2485;

(c) $75,835.31 seized from Republic Bank of Arizona Acct. '1897;

(d) $500,000.00 seized from Republic Bank of Arizona Acct. '3126;

(e) $600,000.00 seized from or frozen in Republic Bank of Arizona CDARS Acct. '8316;

(f) $302,177.57 seized from or frozen in Republic Bank of Arizona CDARS Acct. '8324;

(g) $300,000.00 seize from or frozen in Republic Bank of Arizona CDARS Acct. '8332;

(h) $734,603.70 seized from or frozen in San Francisco Fire Credit Union Acct. '2523; and

2

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_035

(i)    $2,412,785.47 seized from Money Gram Funds.

(*See* Doc. 1, *see also* attachment A to Doc. 1.)

Claimant hereby submits this Verified Claim asserting an ownership interest in the entirety of the seized Defendant Assets. Claimant is the owner of the accounts holding the seized Defendant Assets and therefore has a legally recognizable interest in the entirety of the funds in all accounts. Claimant has a superior right, title, and interest in the Defendant Assets over any and all interests asserted by the government in the Defendant Assets.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defendant his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimant hereby claims ownership in the Defendant Assets and asserts a superior right, title, and interest in the Defendant Assets.

DATED:    May 24, 2019              Respectfully submitted,


                                   */s/  Paul J. Cambria, Jr.*
                                   Paul J. Cambria, Jr.
                                   Counsel for Claimant Michael Lacey

3

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_036

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on May 24, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      Buffalo, New York
            May 24, 2019

_/s/ Rachel Skrzypek_
Rachel Skrzypek

4

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

Case 2:18-cv-08420-RGK-JC   Document 149-2   Filed 09/22/20   Page 39 of 81   Page ID
#:1527
Case 2:23-cv-08979-RGK-PJW   Document 291-2   Filed 05/24/13   Page 1 of 1   Page ID #:281

## VERIFICATION OF CLAIM

I, Michael Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury

that the foregoing is true and correct.

Executed on ___May 23 2019___ _____

Michael Lacey

# ORIGINAL

By Fax



2019 MAY 24 PM 4:20

FILED

1  Jill Anderson, *Pro Se*
2  3300 East Stella Lane
3  Paradise Valley, Arizona 85253
   Telephone: (602) 616-7117
4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10                                          Case No. 2:18-cv-08579-RGK-PJW

11  UNITED STATES OF AMERICA,
                                            **JILL ANDERSON'S VERIFIED**
12        Plaintiff,                        **CLAIM AND STATEMENT OF**
                                            **INTEREST IN CERTAIN**
13                                          **DEFENDANT PROPERTY**
    v.
14

15  $689,884.48 SEIZED FROM FIRST
    FEDERAL SAVINGS & LOAN OF              Assigned to Hon. R. Gary. Klausner
16  SAN RAFAEL ACCT. '3620; *et. al.*,     Courtroom 850
17
        Defendant.
18

19

20

21        This Verified Claim is being filed at this time in accordance with this

22  Court's May 10, 2019 order. (Doc. 26.) This case is stayed pursuant to this

23  Court's October 23, 2018 stay order (Doc. 13), and April 30, 2019 order (Doc. 19).

24  This Court's issuance of the same stay order in a related case in this District, C.D.

25  Cal. Docket No. 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit

26  appeal (Ninth Circuit Docket No. 18-56455). Given the pending appeal of the stay

27  order in that case and the active stay of this case, Claimant Jill Anderson

28

                                          1

          JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
                     IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_039

("Claimant") respectfully requests that this Verified Claim be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 26), Claimant submits this Verified Claim asserting an ownership interest in seized property.

On October 5, 2018, a Verified Complaint for Forfeiture ("Complaint") was filed in this District by the United States of America seeking the forfeiture of the following assets (collectively, to be referred to as the "Defendant Assets"):

(a) $689,884.48 seized from First Federal Savings & Loan of San Rafael Acct. '3620;

(b) $515,899.85 seized from Republic Bank of Arizona Acct. '2485;

(c) $75,835.31 seized from Republic Bank of Arizona Acct. '1897;

(d) $500,000.00 seized from Republic Bank of Arizona Acct. '3126;

(e) $600,000.00 seized from or frozen in Republic Bank of Arizona CDARS Acct. '8316;

(f) $302,177.57 seized from or frozen in Republic Bank of Arizona CDARS Acct. '8324;

(g) $300,000.00 seize from or frozen in Republic Bank of Arizona CDARS Acct. '8332;

(h) $734,603.70 seized from or frozen in San Francisco Fire Credit Union Acct. '2523; and

(i) $2,412,785.47 seized from Money Gram Funds.

(*See* Doc. 1, *see also* attachment A to Doc. 1.)

Claimant hereby submits this Verified Claim asserting an ownership interest in the entirety of the seized Defendant Assets. Claimant is the spouse of Michale

2

---

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

Lacey, who is the owner of the accounts holding the seized Defendant Assets and therefore has a legally recognizable interest in the entirety of the funds in all accounts. Claimant has a superior right, title, and interest in the Defendant Assets over any and all interests asserted by the government in the Defendant Assets.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits her appearance to asserting and defendant her claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

Claimant hereby claims ownership in the Defendant Assets and asserts a superior right, title, and interest in the Defendant Assets. I, Jill Anderson, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED: May 24, 2019.

Jill Anderson, Pro Se
Claimant

3

JILL ANDERSON'S VERIFIED CLAIM AND STATEMENT OF INTEREST
IN CERTAIN DEFENDANT PROPERTY

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:     May 24, 2019.

_____
Jill Anderson, Pro Se

4

Jill Anderson, *Pro Se*
3300 East Stella Lane
Paradise Valley, Arizona 85253
Telephone: (602) 616-7117

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | Case No. 2:18-cv-08579-RGK-PJW |
| UNITED STATES OF AMERICA, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Plaintiff, | |
| v. | Assigned to Hon. R. Gary. Klausner Courtroom 850 |
| $689,884.48 SEIZED FROM FIRST FEDERAL SAVINGS & LOAN OF SAN RAFAEL ACCT. '3620; *et. al.*, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Jill Anderson certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection / Interest** |
|---|---|
| Michael Lacey | Claimant |
| Jill K. Anderson | Claimant |
| Roarke Lacey | Potential Claimant |

1

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Colin Lacey                                        Potential Claimant

RESPECTFULLY SUBMITTED: May 24, 2019.


_____

Jill Anderson, Pro Se
Claimant

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California in person.

I hereby certify that on May 24, 2019, a copy of the foregoing was also mailed delivered to:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:        May 24, 2019.

_____
Jill Anderson, Pro Se

JILL ANDERSON'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

APPENDIX_A_045



FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1   John R. Becker,
2   Trustee of the MGL Two Year Retained
      Annuity Trust Dated 21 November 2014
    7025 East Greenway Parkway, Suite 800
3   Scottsdale, Arizona 85254
    480-240-4020
4   480-240-4021 (fax)

5   Claimant

6               **UNITED STATES DISTRICT COURT**

7      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

8

9   UNITED STATES OF AMERICA,      Case No. 2:18-cv-08579 RGK (PJWx)

10          Plaintiff,          **VERIFIED CLAIM AND STATEMENT OF INTEREST OF**

11         vs.            **CLAIMANT JOHN R. BECKER**

12   $689,884.48 SEIZED FROM FIRST   Assigned to Hon. R. Gary Klausner,
    FEDERAL SAVINGS & LOAN OF   Courtroom 850
13   SAN RAFAEL ACCOUNT '3620; et
    al.,
14
           Defendants.
15

16        This Verified Claim is being filed at this time in accordance with this Court's
17
18 May 10, 2019 order. (Doc. 26.) This case is stayed pursuant to this Court's October

19 23, 2018 stay order (Doc. 13), and April 30, 2019 order (Doc. 19). This Court's

20 issuance of the same stay order in a related case in this District, C.D. Cal. Docket No.

21 18-CV-6742-RGK, is the subject of an ongoing Ninth Circuit appeal (Ninth Circuit

22 Docket No. 18-56455). Given the pending appeal of the stay order in that case and

23 the active stay of this case, Claimant John R. Becker ("Claimant"), as Trustee of the

24 MGL Two Year Retained Annuity Trust Dated 21 November 2014 (the "Trust"),

25 respectfully requests that this Verified Claim be held in abeyance until such time as

26 the stay is lifted.

27       On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was

28 filed in the United States District Court for the Central District of California, Western

1  Division, by the United States of America seeking the forfeiture of the following:

2  • $2,412,785.47 seized from Money Gram, having originated at MidFirst
3    Bank Account '4139 (the "Subject Funds")

4  (*See* Doc. 1, *see also* attachment A to Doc. 1.)

5  Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the
6  Federal Rules of Civil Procedure, and this Court's May 10, 2019 order (Doc. 26),
7  Claimant, on behalf of the Trust, hereby submits this Verified Claim asserting an
8  ownership interest in seized property, namely the Subject Funds.

9  Claimant, on behalf of the Trust, is the owner of the Subject Funds and
10 therefore has a legally recognizable interest in the Subject Funds. The cashier's check
11 in the amount of $2,412,785.47 made payable from the MidFirst Account '4139 to
12 John R. Becker, as Trustee of the Trust, was issued due to the closure of the MidFirst
13 account, but the funds remain property of the Trust regardless of whether the cashier's
14 check was ever delivered or tendered. As such, Claimant has a superior right, title,
15 and interest in the Subject Funds over any and all interest asserted by the government
16 in such funds.

17 Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure,
18 Claimant expressly limits his appearance to asserting and defending his claim.
19 Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the
20 propriety of venue of this action.

21 Claimant hereby claims ownership in the Subject Funds and asserts a right,
22 title, and interest in the Subject Funds.

23 Executed May 24, 2019, at Scottsdale,
24 Arizona.

25
26 John R. Becker, Trustee of the MGL Two
   Year Retained Annuity Trust Dated 21
27 November 2014

28

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JOHN R. BECKER   APPENDIX A 047

1

2

## VERIFICATION OF CLAIM

3      I, John R. Becker, pursuant to Title 18, United States Code Section 1746,

4

declare under penalty of perjury under the laws of the United States of America that

5

the foregoing is true and correct.

6

7

8      Executed on May 24, 2019.

_____

9                                              John R. Becker, Trustee of the MGL
                                               Two Year Retained Annuity Trust
10                                             Dated 21 November 2014

11

P:\__Clients\Lacey, Michael\PLED\Verified Claim and Statement of Interest - JRB $2.4mm DOCX

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JOHN R. BECKER

APPENDIX 048

# APPENDIX A-4

| | CLAIM FILED IN CASE NO. | DEFENDANT ASSET | CLAIMS TO BE STRUCK |
|---|---|---|---|
| 1 | CV 18-8569 | 1,680,028.85 EUROS In Bank Funds Seized from FIO Account -2226 held in the name of the Gold Leaf SRO | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 2 | CV 18-8569 | 60.98 POUNDS in Bank Funds Seized from FIO Account -2231 held in the name of the Gold Leaf SRO | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 3 | CV 18-8569 | 72.87 USD in Bank Funds Seized from FIO Account -2230 held in the name of Gold Leaf SRO | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 4 | CV 18-8570 | Any and all funds seized from Bank Frick account 'K000 K on or about June 1, 2018 held in the name of Ad Tech BV | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |

| 5 | CV 18-8570 | Any and all funds seized from Bank Frick account 'K000 U on or about June 1, 2018 held in the name of Ad Tech BV | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 6 | CV 18-8570 | Any and all funds seized from Bank Frick account 'K000 E on or about June 1, 2018 held in the name of Ad Tech BV | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 7 | CV 18-8570 | Any and all funds seized from Bank Frick account 'K001 K on or about June 1, 2018 held in the name of Ad Tech BV | James Larkin (ECF No. 39)<br>Troy Larkin(ECF No. 39)<br>Ramon Larkin (ECF No. 39)<br>John Brunst (ECF No. 40)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 8 | CV 18-8577 | 52.65 POUNDS in Bank Funds seized from FIO Account -4198 held in the name of the Protecctio SRO | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |

| 9 | CV 18-8577 | 3,213,937.82 Euros Seized from Fio account 4194 held in the name of the Protecctio SRO | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 10 | CV 18-8577 | 52.90 USD in Bank Funds seized from FIO Account -4196 held in the name of the Protecctio SRO | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 44)<br>Scott Spear (ECF No. 41)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 11 | CV 18-8578 | $3,374,918.61 in Bank Funds Seized From Prosperity Bank Acct '7188 | James Larkin (ECF No. 37)<br>Troy Larkin(ECF No. 37)<br>Ramon Larkin (ECF No. 37)<br>John Brunst (ECF No. 38)<br>Michael Lacey (ECF No. 42)<br>Scott Spear (ECF No. 40)<br>Medalist Holdings (ECF No. 46)<br>Leeward Holdings (ECF No. 46)<br>Camarillo Holdings (ECF No. 46)<br>Vermillion Holdings (ECF No. 46)<br>Cereus Properties (ECF No. 46)<br>Shearwater Investments (ECF No. 46)<br>Broadway Capital  (ECF No. 46) |
| 12 | CV 18-8588 | $699,940.00 in Bank Funds from ING Bank '7684 held in the name of Payment Solutions BV | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |

| 13 | CV 18-8588 | $106,988.41 in Bank Funds from ING Bank '2071 held in the name of Payment Solutions BV | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
|---|---|---|---|
| 14 | CV 18-8588 | $499,910.01 in Bank Funds from US Bank '0239 held in the name of Affordable Bail Bonds LLC | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 15 | CV 18-8588 | $50,000.00 in Bank Funds from Enterprise Bank and Trust '7177 held in the name of Global Trading Solutions LLC | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 16 | CV 18-8588 | $248,970.00 in Bank Funds from Citibank NA '0457, held in the name of Paul Hastings LLP | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |

| 17 | CV 18-8588 | $52,500.00 in Bank Funds from Enterprise Bank and Trust '7177, held in the name of Global Trading Solutions LLC. | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 18 | CV 18-8588 | $40,000.00 in Funds from Crypto Capital | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 19 | CV 18-8588 | $65,000.00 in Bank Funds from Enterprise Bank and Trust '7177, held in the name of Global Trading Solutions LLC | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 20 | CV 18-8588 | $5,534.54 from Enterprise Bank and Trust '7177 held in the name of Global Trading Solutions LLC | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |

| 21 | CV 18-8588 | $1,876.36 in Bank Funds from ING Bank '2071 held in the name of Payment Solutions BV | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 22 | CV 18-8588 | $50,357.35 in Bank Funds from ING Bank '7684 held in the name of Payment Solutions BV | James Larkin (ECF No. 35)<br>Troy Larkin(ECF No. 35)<br>Ramon Larkin (ECF No. 35)<br>John Brunst (ECF No. 36)<br>Michael Lacey (ECF No. 40)<br>Scott Spear (ECF No. 37)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 23 | CV 18-8592 | Various Internet Domain Names | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 43)<br>Scott Spear (ECF No. 40)<br>Medalist Holdings (ECF No. 48)<br>Leeward Holdings (ECF No. 48)<br>Camarillo Holdings (ECF No. 48)<br>Vermillion Holdings (ECF No. 48)<br>Cereus Properties (ECF No. 48)<br>Shearwater Investments (ECF No. 48)<br>Broadway Capital  (ECF No. 48) |
| 24 | CV 18-8747 | 605,976.95 EUROS in Bank Funds Seized from FIO Account -8083 held in the name of the Varicok Company SRO | James Larkin (ECF No. 36)<br>Troy Larkin(ECF No. 36)<br>Ramon Larkin (ECF No. 36)<br>John Brunst (ECF No. 37)<br>Michael Lacey (ECF No. 41)<br>Scott Spear (ECF No. 38)<br>Medalist Holdings (ECF No. 45)<br>Leeward Holdings (ECF No. 45)<br>Camarillo Holdings (ECF No. 45)<br>Vermillion Holdings (ECF No. 45)<br>Cereus Properties (ECF No. 45)<br>Shearwater Investments (ECF No. 45)<br>Broadway Capital  (ECF No. 45) |

| 25 | CV 18-8747 | 458.99 POUNDS Seized from FIO Account -8086 held in the name of the Varicok Company SRO | James Larkin (ECF No. 36)<br>Troy Larkin(ECF No. 36)<br>Ramon Larkin (ECF No. 36)<br>John Brunst (ECF No. 37)<br>Michael Lacey (ECF No. 41)<br>Scott Spear (ECF No. 38)<br>Medalist Holdings (ECF No. 45)<br>Leeward Holdings (ECF No. 45)<br>Camarillo Holdings (ECF No. 45)<br>Vermillion Holdings (ECF No. 45)<br>Cereus Properties (ECF No. 45)<br>Shearwater Investments (ECF No. 45)<br>Broadway Capital  (ECF No. 45) |
| 26 | CV 18-8747 | 48.10 USD Seized from FIO Account -8080 held in the name of the Varicok Company SRO | James Larkin (ECF No. 36)<br>Troy Larkin(ECF No. 36)<br>Ramon Larkin(ECF No. 36)<br>John Brunst (ECF No. 37)<br>Michael Lacey (ECF No. 41)<br>Scott Spear (ECF No. 38)<br>Medalist Holdings (ECF No. 45)<br>Leeward Holdings (ECF No. 45)<br>Camarillo Holdings (ECF No. 45)<br>Vermillion Holdings (ECF No. 45)<br>Cereus Properties (ECF No. 45)<br>Shearwater Investments (ECF No. 45)<br>Broadway Capital  (ECF No. 45) |
| 27 | CV 18-8748 | Any and All Funds Seized from Knab Bank Account -7664 held in the name of Procop Services BV | James Larkin (ECF No. 36)<br>Troy Larkin(ECF No. 36)<br>Ramon Larkin (ECF No. 36)<br>John Brunst (ECF No. 37)<br>Michael Lacey (ECF No. 41)<br>Scott Spear (ECF No. 38)<br>Medalist Holdings (ECF No. 44)<br>Leeward Holdings (ECF No. 44)<br>Camarillo Holdings (ECF No. 44)<br>Vermillion Holdings (ECF No. 44)<br>Cereus Properties (ECF No. 44)<br>Shearwater Investments (ECF No. 44)<br>Broadway Capital  (ECF No. 44) |
| 28 | CV 18-8749 | Any and All Funds Seized from Rabo Bank Account 2452 held in the name of the Gulietta Group BV | James Larkin (ECF No. 37)<br>Troy Larkin(ECF No. 37)<br>Ramon Larkin (ECF No. 37)<br>John Brunst (ECF No. 38)<br>Michael Lacey (ECF No. 42)<br>Scott Spear (ECF No. 39)<br>Medalist Holdings (ECF No. 46)<br>Leeward Holdings (ECF No. 46)<br>Camarillo Holdings (ECF No. 46)<br>Vermillion Holdings (ECF No. 46)<br>Cereus Properties (ECF No. 46)<br>Shearwater Investments (ECF No. 46)<br>Broadway Capital  (ECF No. 46) |

| | | | |
|---|---|---|---|
| 29 | CV 18-8750 | Any And All Funds Seized From Rabo Bank Acct. '4721 held in the name of the UniversAds BV | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 43)<br>Scott Spear (ECF No. 40)<br>Medalist Holdings (ECF No. 47)<br>Leeward Holdings (ECF No. 47)<br>Camarillo Holdings (ECF No. 47)<br>Vermillion Holdings (ECF No. 47)<br>Cereus Properties (ECF No. 47)<br>Shearwater Investments (ECF No. 47)<br>Broadway Capital  (ECF No. 47) |
| 30 | CV 18-8753 | 747,664.15 POUNDS from SAXO Payments Account '1262 held in the name of Cashflows Europe Limited | James Larkin (ECF No. 38)<br>Troy Larkin(ECF No. 38)<br>Ramon Larkin (ECF No. 38)<br>John Brunst (ECF No. 39)<br>Michael Lacey (ECF No. 43)<br>Scott Spear (ECF No. 40)<br>Medalist Holdings (ECF No. 47)<br>Leeward Holdings (ECF No. 47)<br>Camarillo Holdings (ECF No. 47)<br>Vermillion Holdings (ECF No. 47)<br>Cereus Properties (ECF No. 47)<br>Shearwater Investments (ECF No. 47)<br>Broadway Capital  (ECF No. 47) |
| 31 | CV 18-8754 | Any and All Funds Seized from LHV Pank Account 4431 held in the name of Olist Ou | James Larkin (ECF No. 37)<br>Troy Larkin(ECF No. 37)<br>Ramon Larkin (ECF No. 37)<br>John Brunst (ECF No. 38)<br>Michael Lacey (ECF No. 43)<br>Scott Spear (ECF No. 39)<br>Medalist Holdings (ECF No. 47)<br>Leeward Holdings (ECF No. 47)<br>Camarillo Holdings (ECF No. 47)<br>Vermillion Holdings (ECF No. 47)<br>Cereus Properties (ECF No. 47)<br>Shearwater Investments (ECF No. 47)<br>Broadway Capital  (ECF No. 47) |
| 32 | CV 19-7039 | Approximately $182,182.50 seized from Amro Bank N.V. Account 6352 held in the name of Ad Tech BV with Stichting Zencotrust | James Larkin (ECF No. 24)<br>Troy Larkin(ECF No. 24)<br>Ramon Larkin (ECF No. 24)<br>John Brunst (ECF No. 24)<br>Michael Lacey (ECF No. 18)<br>Scott Spear (ECF No. 15)<br>Medalist Holdings (ECF No. 23)<br>Leeward Holdings (ECF No. 23)<br>Camarillo Holdings (ECF No. 23)<br>Vermillion Holdings (ECF No. 23)<br>Cereus Properties (ECF No. 23)<br>Shearwater Investments (ECF No. 23)<br>Broadway Capital  (ECF No. 23) |

| | | | |
|---|---|---|---|
| 33 | CV 19-7039 | Approximately $23,175.00 in Bank Funds Seized from Plains Capital Bank Account '3939 held in the name of Scheef & Stone, LLP | James Larkin (ECF No. 24)<br>Troy Larkin(ECF No. 24)<br>Ramon Larkin (ECF No. 24)<br>John Brunst (ECF No. 20)<br>Michael Lacey (ECF No. 18)<br>Scott Spear (ECF No. 15)<br>Medalist Holdings (ECF No. 23)<br>Leeward Holdings (ECF No. 23)<br>Camarillo Holdings (ECF No. 23)<br>Vermillion Holdings (ECF No. 23)<br>Cereus Properties (ECF No. 23)<br>Shearwater Investments (ECF No. 23)<br>Broadway Capital  (ECF No. 23) |
| 34 | CV 19-7044 | Approximately $11,802.76 in Bank Funds Seized From Citibank Account '6973 held in the name of Schiff Hardin LLP | James Larkin (ECF No. 20)<br>Troy Larkin(ECF No. 20)<br>Ramon Larkin (ECF No. 20)<br>Michael Lacey (ECF No. 18)<br>Scott Spear (ECF No. 15)<br>Medalist Holdings (ECF No. 23)<br>Leeward Holdings (ECF No. 23)<br>Camarillo Holdings (ECF No. 23)<br>Vermillion Holdings (ECF No. 23)<br>Cereus Properties (ECF No. 23)<br>Shearwater Investments (ECF No. 23)<br>Broadway Capital  (ECF No. 23) |
| 35 | CV 19-7048 | Approximately $518,172.92 seized from Wells Fargo Bank Account 4455 held in the name of Cardquiry | James Larkin (ECF No. 19)<br>Troy Larkin(ECF No. 19)<br>Ramon Larkin (ECF No. 19)<br>John Brunst (ECF No. 15)<br>Michael Lacey (ECF No. 17)<br>Scott Spear (ECF No. 14)<br>Medalist Holdings (ECF No. 22)<br>Leeward Holdings (ECF No. 22)<br>Camarillo Holdings (ECF No. 22)<br>Vermillion Holdings (ECF No. 22)<br>Cereus Properties (ECF No. 22)<br>Shearwater Investments (ECF No. 22)<br>Broadway Capital  (ECF No. 22) |
| 36 | CV 18-8420 | Approximately 2.70447488 Bitcoin held in Bitstamp account number 559092120831 | James Larkin (ECF No. 63)<br>Troy Larkin(ECF No. 63)<br>Ramon Larkin (ECF No. 63)<br>Michael Lacey (ECF No. 57)<br>Scott Spear (ECF No. 59)<br>Medalist Holdings (ECF No. 62)<br>Leeward Holdings (ECF No. 62)<br>Camarillo Holdings (ECF No. 62)<br>Vermillion Holdings (ECF No. 62)<br>Cereus Properties (ECF No. 62)<br>Shearwater Investments (ECF No. 62)<br>Broadway Capital  (ECF No. 62) |
| 37 | CV 18-8420 | Approximately 3.54986077 Bitcoin Cash Previously Held in Bitstamp Account 559092120831 | James Larkin (ECF No. 63)<br>Troy Larkin(ECF No. 63)<br>Ramon Larkin (ECF No. 63)<br>Michael Lacey (ECF No. 57)<br>Scott Spear (ECF No. 59)<br>Medalist Holdings (ECF No. 62)<br>Leeward Holdings (ECF No. 62)<br>Camarillo Holdings (ECF No. 62)<br>Vermillion Holdings (ECF No. 62)<br>Cereus Properties (ECF No. 62)<br>Shearwater Investments (ECF No. 62)<br>Broadway Capital  (ECF No. 62) |

| 38 | CV 18-8420 | 6 Bitcoin surrendered on or about April 6, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 39 | CV 18-8420 | 199.99995716 Bitcoin surrendered on or about April 6, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 40 | CV 18-8420 | 404.99984122 Bitcoin surrendered on or about April 6, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 41 | CV 18-8420 | 2,673.59306905 Bitcoin Cash surrendered on or about April 26, 2018 | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 42 | CV 18-8420 | 16,310.79413202 Litecoins surrendered on or about April 26, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |

| 43 | CV 18-8420 | 173.97319 Bitcoin surrendered on or about April 26, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 44 | CV 18-8420 | 55.50826185 Bitcoin Cash surrendered on or about May 3, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 45 | CV 18-8420 | 2.00069333 Bitcoin surrendered on or about May 7, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 46 | CV 18-8420 | 411.00019 Bitcoin surrendered on or about April 13, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 47 | CV 18-8420 | 136.6544695 Bitcoin surrendered on or about June 15, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |

| 48 | CV 18-8420 | 73.62522241 Bitcoin Cash surrendered on or about June 15, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 49 | CV 18-8420 | 783.9735116 Litecoins surrendered on or about June 15,2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |
| 50 | CV 18-8420 | 509.81904619 Bitcoin Gold surrendered on or about June 21, 2018, from a Backpage controlled wallet | James Larkin (ECF No. 128)<br>Troy Larkin(ECF No. 128)<br>Ramon Larkin (ECF No. 128)<br>John Brunst (ECF No. 131)<br>Michael Lacey (ECF No. 126)<br>Scott Spear (ECF No. 129)<br>Medalist Holdings (ECF No. 127)<br>Leeward Holdings (ECF No. 127)<br>Camarillo Holdings (ECF No. 127)<br>Vermillion Holdings (ECF No. 127)<br>Cereus Properties (ECF No. 127)<br>Shearwater Investments (ECF No. 127)<br>Broadway Capital  (ECF No. 127) |

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

*Attorneys for Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Approximately 2.70447488 Bitcoin and Approximately 3.54986077 Bitcoin Cash Previously Held In Bitstamp Account Number 559092120831,<br><br>          Defendant. | Case No. 2:18-cv-8420-RGK (PJW)<br><br>Assets previously restrained in Case No. 2:19-cv-9949-RGK (PJW), since consolidated to 2:18-cv-8420-RGK (PJW)<br><br>**MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Claimant Michael Lacey ("Claimant") hereby submits this Verified Claim asserting ownership interests in seized funds.

On November 20, 2019, a Verified Complaint for Forfeiture ("Complaint") was filed by the United States of America in the United States District Court for the Central District of California, Western Division, under docket number 19-CV-9949-RGK (PJW), which has since been consolidated to 18-CV-8420-RGK (PJW), seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

- Approximately 2.70447488 Bitcoin; and
- Approximately 3.54986077 Bitcoin Cash Previously Held in Bitstamp Account Number 559092120831.

(*See* Doc. 1.)

Claimant hereby asserts his ownership interests in the entirety of the Subject Funds. Claimant is a stockholder in Medalist Holdings, Inc., a Delaware corporation ("Medalist"), whose wholly-owned subsidiaries include Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC.

Claimant is a third-party beneficiary of a series of contracts entered into in April 2015 among the Medalist subsidiaries and: Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") (collectively, "Borrowers"); numerous affiliates of Borrowers, including Backpage.com, LLC (collectively, "Pledgors"); and Carl A. Ferrer and other affiliates of Borrowers (collectively, "Guarantors"), as set forth in greater detail in the claim filed by Medalist and its subsidiaries. Claimant has the right to advancement and indemnification from ABC and UGC under those agreements, which advancement and indemnification obligations are guaranteed by Pledgors and Guarantors. Those obligations are secured by security interests in the assets of Pledgors (the "Collateral"). On information and belief, the Subject Funds are a part of the Collateral. On information and belief, the sums owed for advancement and indemnification exceed the value of the Collateral.

The security interests in the Collateral securing the obligations to Claimant is a legally recognizable interest in the Subject Funds, giving Claimant a superior right, title, and interest in the Subject Funds over any and all interests asserted by the government in the Subject Funds. Accordingly, Claimant has a superior right, title, and interest in the Subject Funds over any and all interest asserted by the

2

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_063

government in such funds.

      Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimant expressly limits his appearance to asserting and defending his claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

Dated:  January 13, 2020          Respectfully submitted,


                            */s/  Paul J. Cambria, Jr.*
                            Paul J. Cambria, Jr.
                            Counsel for Claimant Michael Lacey

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY

APPENDIX_A_064

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 13, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN J. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated: Buffalo, New York
    January 13, 2020

        */s/ Kristina Drewery*
        Kristina Drewery

4

MICHAEL LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN
DEFENDANT PROPERTY

## <u>VERIFICATION OF CLAIM</u>

I, Michael Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.


Executed on __1/10/2020_____          _____

                                          Michael Lacey

David W. Wiechert, SBN 94607
WIECHERT, MUNK & GOLDSTIEN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel: (949) 361-2822
Email: dwiechert@aol.com

Daniel J. Quigley (*pro hac vice*)
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Blvd., Suite 352
Tucson, Arizona 85711
Tel: (520) 867-4450
Email: quigley@djqplc.com

Attorneys for Attorneys for Claimants
Medalist Holdings, Inc., Leeward Holdings,
LLC, Camarillo Holdings, LLC,
Vermillion Holdings, LLC, Cereus
Properties, LLC, and Shearwater Investments,
LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case 2:18-cv-08420-RGK-PJW |
|---|---|
| Plaintiff, | Honorable R. Gary Klausner |
| v. | **VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN DEFENDANT ASSETS** |
| $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, *et al.*, | **(Relating to the Defendant Assets in Consolidated Case No. CV 19-9949)** |
| Defendants. | |

Claimant Medalist Holdings, Inc. is a Delaware corporation and Claimants Leeward

Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties,

LLC, and Shearwater Investments, LLC are Delaware limited liability companies and

wholly-owned subsidiaries of Medalist.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Federal

Rules of Civil Procedure, Claimants submit these Verified Claims and Statements of Interest asserting an interest in the following: approximately 2.70447488 Bitcoin and approximately 3.54986077 Bitcoin Cash previously held in Bitstamp account number 559092120831 (collectively, the "Defendant Assets").

On November 20, 2019, the United States of America filed its Verified Complaint for Forfeiture (the "Complaint") in the United States District Court for the Central District of California, Western Division, Case 2:19-cv-09949, seeking the forfeiture of the Defendant Assets. Pursuant to its Orders dated December 18, 2019 (Doc. 14 in Case 2:19-cv-09949), the Court consolidated Case 2:19-cv-09949 with Case 2:18-cv-8420.

On information and belief, claimant Shearwater holds promissory notes initially made on or about April 22, 2015, by Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC"). The notes have been subsequently amended. On information and belief, the notes are secured by liens arising under security agreements, executed on or about April 22, 2015, encumbering, among other things, the assets of ABC and UGC ("Borrowers") and the assets of Ad Tech Holdings GP BV, Ad Tech Cooperatief UA, Ad Tech BV, Classified Solutions Ltd., Classified Strategies Cooperatief UA, Payment Solutions, BV, Dartmoor Holdings, LLC, Website Technologies, LLC, Posting Solutions LLC, Postfaster, LLC, IC Holdings, LLC, and Backpage.com, LLC (collectively, "Pledgors").

The security agreements state that they encumber the following assets of Borrowers and Pledgors (the "Collateral"): "all personal and property of every kind and nature including without limitation all goods (including inventory, equipment and any accessions thereto), fixtures, instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any other contract rights or rights to the payment of money, insurance claims and proceeds, all general intangibles (including all payment

APPENDIX_A_068

intangibles), the IP Collateral (as defined in the following paragraph), and all products and proceeds of all of the foregoing property."

The security agreements define IP Collateral as: "(i) all patents, patent applications and utility models, all inventions and improvements claimed therein and the right to claim any inventions disclosed but unclaimed therein; (ii) all trademarks, service marks, domain names, trade dress, logos, designs, slogans, trade names, business names, corporate names and other source identifiers, whether registered or unregistered, together, in each case, with the goodwill of the business connected with the use thereof and symbolized thereby; (iii) all copyrights, including, without limitation, copyrights in computer software, internet web sites and the content thereof, whether registered or unregistered; (iv) all registrations and applications for registration for any of the foregoing; (v) all agreements, permits, consents, orders, leases, licenses and franchises relating to the license, development, use or disclosure of any of the foregoing to which such Grantor, now or hereafter, is a party or a beneficiary; (vi) all reissues, divisions, continuations, continuations-in-part, extensions, renewals and reexaminations of any of the foregoing, all rights in the foregoing provided by international treaties or conventions, all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Grantor accruing thereunder or pertaining thereto; (vii) any and all claims for damages, other payments and/or injunctive relief for past, present and future infringement, dilution, misappropriation, violation, misuse or breach with respect to any of the foregoing, with the right, but not the obligation, to sue for and collect, or otherwise recover, such damages, payments or other relief; and (viii) any and all proceeds of, collateral for, income, royalties and other payments now or hereafter due and/or payable with respect to, and supporting obligations relating to, any and all of the foregoing, and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing."

On information and belief, financing statements were filed in April 2015 with the

Delaware Secretary of State, the Recorder of Deeds in the District of Columbia, and the Texas Secretary of State to perfect security interests in the Collateral.  The security agreements encumbering the Collateral also secure the obligations of ABC and UGC under purchase agreements and loan agreements executed on or about April 22, 2015, and the obligations of Pledgors, Carl A. Ferrer, Amstel River Holdings, LLC, Kickapoo River Investments LLC, Lupine Holdings LLC, CF Holdings GP LLC, and CF Acquisitions LLC under guarantees executed on or about April 22, 2015.

Claimants have the right to advancement and indemnification from ABC and UGC under the purchase agreements and loan agreements, which advancement and indemnification obligations are guaranteed by Pledgors, Carl A. Ferrer, Amstel River Holdings, LLC, Kickapoo River Investments LLC, Lupine Holdings LLC, CF Holdings GP LLC, CF Acquisitions LLC and also secured by the security interests in the Collateral.

On information and belief, the interests of Borrowers, Pledgors, Carl A. Ferrer, Amstel River Holdings, LLC, Kickapoo River Investments LLC, Lupine Holdings LLC, CF Holdings GP LLC, and CF Acquisitions LLC in the Defendant Assets are part of the Collateral, in which claimant Shearwater has a first-priority security interest dating to April 2015 securing the obligations under the promissory notes, security agreements, and purchase agreements and loan agreements, including the advancement and indemnification obligations.

The security interests in the Collateral securing the obligations to Claimants are legally recognizable interests in the Defendant Assets, giving Claimants a superior right, title, and interest in the Defendant Assets over any and all interests asserted by the government in the Defendant Assets.  The unpaid balance of the notes, and the sums owed for advancement and indemnification, secured by the security agreements greatly exceed the value of the Defendant Assets.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimants expressly limit their appearance to asserting and defending their claims to the Defendant Assets.  Claimants reserve all rights to challenge the *in rem* jurisdiction of this

Court and the propriety of venue in this action.

Dated:  January 13, 2020                                    s/*David W. Wiechert*
                                                           David W. Wiechert

# **VERIFICATION OF CLAIM**

Daniel J. Quigley declares under penalty of perjury under the laws of the United States of America:

I am an agent of Claimants Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC authorized to sign these Verified Claims and Statements of Interest for Claimants. I have read the foregoing Verified Claims and Statements of Interest and its contents are true and correct to the best of my own knowledge, except for matters stated on information and belief, which I believe to be true.

Dated: January 10, 2020

_____
Daniel J. Quigley
Authorized Agent for Claimants Medalist
Holdings, Inc., Leeward Holdings, LLC,
Camarillo Holdings, LLC, Vermillion
Holdings, LLC, Cereus Properties, LLC, and
Shearwater Investments, LLC

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On January 13, 2020, I served the forgoing documents, described as **VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN DEFENDANT ASSETS** on all interested parties as follows:

[ ]   **BY MAIL:**  I caused such envelope(s) to be deposited in the mail at San Juan Capistrano, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for the parties.

[ ]   **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on January 13, 2020, at San Juan Capistrano, California.

s/*Danielle Dragotta*
Danielle Dragotta

APPENDIX A 073

# APPENDIX A-5

APPENDIX_A_074

BARTON, KLUGMAN & OETTING LLP
John K. Rubiner (SBN 155208)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone: 213-621-4000
Facsimile: 213-625-1832
E-mail: jrubiner@bkolaw.com

Attorney for Scott Spear

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>$404,374.12 In Bank Funds Seized From National Bank Of Arizona Account '0178; $1,925.80 In Bank Funds Seized From National Bank Of Arizona Account '0151; $613,573.28 In Bank Funds Seized From National Bank Of Arizona Account '3645; $260,283.40 In Bank Funds Seized From National Bank Of Arizona Account '6910; $64,552.82 In Bank Funds Seized From Or Frozen In Ascensus Broker Services '4301; And $56,902.00 In Bank Funds Seized From Or Frozen In Ascensus Broker Services '8001<br><br>    Defendants. | Case No. CV 18-08423-RGK(PJWx)<br><br>**SCOTT SPEAR'S AND NATASHA SPEAR'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN PROPERTY** |

## SCOTT SPEAR'S AND NATASHA SPEAR'S VERIFIED CLAIMS AND STATEMENTS OF INTEREST IN CERTAIN DEFENDANT PROPERTY

These Verified Claims are being filed at this time in accordance with this Court's May 10, 2019 order [DE 25]. This case is stayed pursuant to this Court's October 23, 2018 order [DE 14] and April 30, 2019 order [DE19]. The Court's issuance of the same stay order in C.D. Cal. case no. 18-CV-6742-RGK is the

APPENDIX_A_075

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

subject of an ongoing Ninth Circuit appeal (No. 18-56455). Given the pending appeal of the stay order in that case and the active stay of this case, Claimant respectfully requests that these Verified Claims be held in abeyance until such time as the stay is lifted.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, and this Court's May 10, 2019 order [DE25], Claimant Scott Spear hereby submits these Verified Claims asserting ownership interests in seized funds.

On October 5, 2018, a Verified Complaint for Forfeiture (the "Complaint") was filed in the United States District Court for the Central District of California, Western Division, by the United States of America seeking the forfeiture of the following (collectively referred to as the "Subject Funds"):

1. $404,374.12 seized from National Bank of Arizona, Account '0178 ("NBA '0178 Funds" or "Account 31") held in the name of Scott Spear;

2. $1,925.80 seized from National Bank of Arizona, Account '0151 ("NBA '0151 Funds" or "Account 32) held in the name of Scott Spear and Ellona Spear;

3. $613,573.28 seized from National Bank of Arizona, Account '3645 ("NBA '3645 Funds" or Account 33"), held in the name of Scott Spear and Ellona Spear Family Trust;

4. $260,283.40 seized from National Bank of Arizona, Account '6910 ("NBA '6910 Funds" or "Account 34") held in the name of Scott Spear and Ellona Spear Family Trust;

5. $64,552.82 seized from or frozen in Ascensus Broker Services, Account '4301 ("ABS '4301 Funds" or "Account 35") held in the name of Natasha Spear;

6. $56,902.99 seized from or frozen in Ascensus Broker Services, Account '8001 ("ABS '8001 Funds" or "Account 36"0 held in the name of Natasha Spear.

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

APPENDIX_A_076

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

The seized accounts asserted to be held by National Bank of Arizona, are ultimately owned by Scott Spear and, therefore he has a legally recognizable interest in the Subject Funds.

The seized accounts asserted to be held by Ascensus Broker Services, are ultimately owned by Scott Spear and Natasha Spear, therefore they have a legally recognizable interest in the Subject Funds.

Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, Claimants expressly limit their appearance to asserting and defending their claim. Claimants reserve all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue of this action.

DATED:  May 23, 2019                    BARTON, KLUGMAN & OETTING LLP


By:  ___*/s/ John K. Rubiner*_____
                    John Rubiner
                    Attorney for Scott Spear

3

# VERIFICATION OF CLAIM

I, **Scott Spear**, pursuant to Title 18, United States Code Section 1746, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/22/19

Scott Spear

Case 2:18-cv-08420-RGK-JC Document 148-2 Filed 09/22/20 Page 80 of 81 Page ID
Case 2:18-cv-08423-RGK-PJW Document 26-1 Filed 05/28/19 Page 5 of 6 Page ID #:211
#:1568

# VERIFICATION OF CLAIM

I, **Natasha Spear**, pursuant to Title 18, United States Code Section 1746,
declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Date: _05/22/2019_ _____

**Natasha Spear**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2019, I electronically transmitted this Claim to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
Email: john.kucera@usdoj.gov
*Attorney for United States*

**Kenneth Miller** kmiller@bmkattorneys.com
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Bienert Miller and Katzman PLC**
*Attorney for James Larkin*

**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Bird Marella Boxer Wolpert Nessim, et al**
*Attorneys for John Brunst*

**Erin McCampbell** emccampbell@lglaw.com
**Paul Cambria** pcambria@lglaw.com
**Lipsitz Green Scime Cambria**
**Janey Henze Cook** janey@henzecookmurphy.com
**Henze Cook Murphy PLLC**
*Attorneys for Michael Lacey*

**Robert Corn-Revere** bobcornrevere@dwt.com
**Scott Commerson** scottcommerson@dwt.com

By: ___/s/ Leanne Barney___

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

APPENDIX_A_080