UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>          V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>      DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**ORDER STRIKING CLAIMS** |

    The United States of America moved this Court on September 22, 2020 for an Order striking certain claims in this consolidated civil forfeiture action, identified in Appendix A to the United States' motion. Upon consideration of this motion, the accompanying Declaration of Dan G. Boyle, and the entire record herein, and pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The claims identified in Appendix A to the United States' Motion are stricken.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

     /s
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2