NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>          v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>       Defendants.<br>MICHAEL LACEY, ET AL.,<br><br>       Claimants. | No. 2:18-cv-08420-RGK-PJW<br><br>**NOTICE OF FILING PROOF OF SERVICE** |

//

//

//

1    PLEASE TAKE NOTICE that the government served pro se claimants
2 with a Notice of Motion and Motion to Strike Claims Pursuant to Rule
3 G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims
4 and Asset Forfeiture Actions; Memorandum of Points and Authorities;
5 and Declaration of AUSA Dan Boyle (Dkts. 148, 148-1, 148-2), along
6 with attachments and Proposed Order Striking Claims (Dkt. 148-3).
7 Attached hereto are Exhibits "A" and "B" are copies of the proof of
8 services for these documents.

9  Dated: September 22, 2020            Respectfully submitted,

10                                       NICOLA T. HANNA
                                         United States Attorney
11                                       BRANDON D. FOX
                                         Assistant United States Attorney
12                                       Chief, Criminal Division
                                         STEVEN R. WELK
13                                       Assistant United States Attorney
                                         Chief, Asset Forfeiture Section
14

15                                         /s/ Dan G. Boyle
                                         DAN G. BOYLE
16                                       Assistant United States Attorney

17                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA