Thomas H. Bienert, Jr. – State Bar No. 135311
  tbienert@bienertkatzman.com
Whitney Z. Bernstein – State Bar No. 304917
  wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanacer, Suite 350
San Clemente, CA  92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
*Attorneys for James Larkin*

*[Additional counsel listed on next two pages]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**NOTICE OF FILING CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | Gary S. Lincenberg – State Bar No. 123058 |
| 2 | glincenberg@birdmarella.com |
| | Ariel A. Neuman – State Bar No. 241594 |
| 3 | aneuman@birdmarella.com |
| 4 | Gopi K. Panchapakesan – State Bar No. 279586 |
| | gpanchapakesan@birdmarella.com |
| 5 | BIRD, MARELLA, BOXER, WOLPERT, |
| 6 | NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 7 | 1875 Century Park East, 23rd Floor |
| 8 | Los Angeles, California 90067-2561 |
| | Telephone: (310) 201-2100 |
| 9 | Facsimile: (310) 201-2110 |
| 10 | *Attorneys for John Brunst* |
| 11 | |
| 12 | Paul J. Cambria, Jr. – State Bar No. 177957 |
| | pcambria@lglaw.com |
| 13 | LIPSITZ GREEN SCIME CAMBRIA LLP |
| 14 | 42 Delaware Avenue, Suite #120 |
| | Buffalo, NY 14202 |
| 15 | Telephone: (716) 849-1333 |
| | Facsimile: (716) 855-1580 |
| 16 | *Attorneys for Michael Lacey* |
| 17 | |
| 18 | John K. Rubiner – State Bar No. 155208 |
| 19 | jrubiner@fmglaw.com |
| | FREEMAN, MATHIS & GARY LLP |
| 20 | 550 S. Hope Street, Suite 2200 |
| 21 | Los Angeles, CA 90071 |
| | Telephone: (213) 615-7000 |
| 22 | |
| 23 | Bruce Feder *(admitted pro hac vice)* |
| | bf@federlawpa.com |
| 24 | FEDER LAW OFFICE, P.A. |
| 25 | 2930 E. Camelback Road, Suite 160 |
| | Phoenix, AZ 85016 |
| 26 | Telephone: (602) 257-0135 |
| 27 | Facsimile: (602) 954-8737 |
| 28 | *Attorneys for Scott Spear* |

1  David W. Wiechert – State Bar No. 94607
2       dwiechert@aol.com
   WIECHERT, MUNK & GOLDSTEIN, PC
3  27136 Paseo Espada, Suite B1123
4  San Juan Capistrano, CA 92675
   Telephone: (949) 361-2822
5
6  Daniel J. Quigley *(admitted pro hac vice)*
        quigley@djqplc.com
7  DANIEL J. QUIGLEY, PLC
   5425 E. Broadway Blvd., Suite 352
8  Tucson, Arizona 85711
9  Telephone: (520) 867-4450

10 *Attorneys for Attorneys for Medalist*
11 *Holdings, Inc., Leeward Holdings, LLC,*
   *Camarillo Holdings, LLC, Vermillion*
12 *Holdings, LLC, Cereus Properties, LLC,*
13 *Shearwater Investments, LLC, and*
   *Broadway Capital Corp., LLC*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF FILING CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Claimants served pro se claimants in this matter with Claimants' Oppostition to Motion to Strike Claims and Exhibit A to Claimants' Opposition to Motion to Strike Claims (Doc. No. 153 and Doc. No. 153-1) Attached hereto is Exhibit "A" copy of the certificate of service for this document.

Dated: October 12, 2020

*Local Rule 5-4.3.4(a)(2)(i) Compliance: Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

DATED: October 12, 2020

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT KATZMAN PC

By:     */s/ Whitney Z. Bernstein*
    Whitney Z. Bernstein
    Attorneys for James Larkin

DATED: October 12, 2020

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By:     */s/ Gary S. Lincenberg*
    Gary S. Lincenberg
    Attorneys for John Brunst

NOTICE OF FILING CERTIFICATE OF SERVICE

| | |
|---|---|
| DATED:  October 12, 2020 | LIPSITZ GREEN SCIME CAMBRIA LLP |
| | By: _/s/ Paul J. Cambria, Jr._<br>Paul J. Cambria, Jr.<br>Attorneys for Michael Lacey |
| DATED:  October 12, 2020 | FREEMAN, MATHIS & GARY LLP |
| | By: _/s/ John K. Rubiner_<br>John K. Rubiner |
| | FEDER LAW OFFICE, P.A. |
| | By: _/s/ Bruce Feder_<br>Bruce Feder |
| | Attorneys for Scott Spear |
| DATED:  October 12, 2020 | WIECHERT, MUNK & GOLDSTEIN, PC |
| | By: _/s/ David W. Wiechert_<br>David W. Weichert |
| | DANIEL J. QUIGLEY, PLC |
| | By: _/s/ Daniel J. Quigley_<br>Daniel J. Quigley |
| | Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC |