# Exhibit A

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 903 Calle Amanacer, Suite 350 San Clemente, CA 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **CLAIMANTS' OPPOSITION TO MOTION TO STRIKE and EXHIBIT "A" (DKTS. 153 & 153-1)** on all interested parties as follows:

**[X] BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

**[X] BY ELECTRONIC TRANSMISSION:** by sending a copy of the filed documents in PDF format to pro se parties who have agreed to electronic service

| **Troy Larkin** | **Ramon Larkin** |
|---|---|
| troy.larkin@gmail.com | ramonlarkin@gmail.com |

**[X] BY FIRST CLASS MAIL:** by placing a copy of the filed documents in a sealed envelope with postage fully paid and addressing the envelope to the following pro se parties:

| **Jill Anderson** | **John R. Becker** |
|---|---|
| 2201 North Central Ave. No. 6A | 7025 East Greenway Pkwy, Suite 800 |
| Phoenix, AZ 85004 | Scottsdale, AZ 85254 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2020 at San Clemente, California.

*/s/ Toni Thomas*
Toni Thomas