Paul J. Cambria, Jr. (CA 177957)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com
emccampbell@lglaw.com
*Attorneys for Claimant*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING CERTIFICATE OF SERVICE** |
| $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*, | |
| Defendants. | |

  PLEASE TAKE NOTICE that Claimant served pro se claimants in this matter with Claimant's Opposition to the Government's Motion to Strike (Doc No. 152.)  Attached hereto as Exhibit "A" is a copy of the Certificate of Service for this document.

Dated: October 16, 2020    Respectfully Submitted,

            *s/ Paul J. Cambria, Jr.*_____
            Paul J. Cambria, Jr.
            Lipsitz, Green, Scime, Cambria, LLP
            Attorneys for Michael Lacey