# EXHIBIT A

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Buffalo, New York; that my business address is 42 Delaware Avenue, Suite 120, Buffalo, New York, 14202; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I cause service of the foregoing document entitled **MICHAEL LACEY'S OPPOSITION TO THE GOVERNMENT'S MOTION TO STRIKE** on all interested parties as follows:

**[X] BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

**[X] BY ELECTRONIC TRANSMISSION:** by sending a copy of the filed document in PDF format to pro se parties who have agreed to electronic service:

| | |
|---|---|
| **Troy Larkin** | **Ramon Larkin** |
| troy.larkin@gmail.com | ramonlarkin@gmail.com |

**John R. Becker**
andrea@beckerandhouse.com

**[X] BY FIRST CLASS MAIL:** by placing a copy of the filed document in a sealed envelope with postage fully paid and address the envelope to the following pro se parties:

**Jill Anderson**
2201 North Central Ave. No. 6A
Phoenix, AZ 95004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2020 in Buffalo, New York.

*/s/ Alexander E. Basinski*
Alexander E. Basinski