# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJWx | Date | November 2, 2020 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 In Bank Funds | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE SCHEDULING CONFERENCE

The Court sets the following dates:

| | |
|---|---|
| Jury Trial (est. 14 days): | September 7, 2021 at 9:00 a.m. |
| Pretrial Conference: | August 23, 2021 at 9:00 a.m. |
| Motion Cut-Off Date (last day to file): | June 23, 2021 |
| Discovery Cut-Off Date: | June 8, 2021 |

Last day to amend the complaint or add parties is February 25, 2021 The parties shall participate in ADR Settlement Procedure No. 3.

**IT IS SO ORDERED.**

                                                                              :

Initials of Preparer    jre