# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in San Diego, California; that my business address is 964 Fifth Ave., Suite 214 San Diego, CA 92101; that I am over the age of 18 and not a party to the above-entitled action. I am a member of the United States District Court for the Central District of California, and I caused service of the foregoing document entitled:

(1) NOTICE OF APPEARANCE;

(2) NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE CLAIMS TO CERTAIN TRUST PROPERTY PURSUANT TO SUPPLEMENTAL RULE G AND THIS COURT'S SCHEDULING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION WITH EXHIBITS AND PROPOSED CLAIMS AND DECLARATION; and

(3) CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

on all interested parties as follows:

[X] BY ELECTRONIC TRANSMISSION: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

[X] BY ELECTRONIC TRANSMISSION: by sending a copy of the filed documents in PDF format to pro se parties who have agreed to electronic service

| | |
|---|---|
| Troy Larkin | Ramon Larkin |
| troy.larkin@gmail.com | ramonlarkin@gmail.com |

[X] BY FIRST CLASS MAIL: by placing a copy of the filed documents in a sealed envelope with postage fully paid and addressing the envelope to the following *pro se* parties:

| | |
|---|---|
| Jill Anderson | John R. Becker |
| 2201 North Central Ave. No. 6A | 7025 East Greenway Pkwy, Suite 800 |
| Phoenix, AZ 85004 | Scottsdale, AZ 85254 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2020 at San Diego, California.

s/ *Benjamin P. Lechman*
**BENJAMIN P. LECHMAN**
Attorneys for Proposed Claimants Roarke and Colin Lacey