# EXHIBIT A

1  Benjamin P. Lechman (CA-185729)
2  benlechman@hotmail.com
   964 Fifth Avenue, #964
3  San Diego, CA 92101
4  Telephone: (619) 733-9789
   Facsimile: (888) 525-5789
5
6  Steven L. Kessler, *pro hac vice pending*
   kesslerlawnyc@gmail.com
7  LAW OFFICES OF STEVEN L. KESSLER
   747 Third Avenue, 20th Floor
8  New York, N.Y. 10017
9  Telephone: (212) 661-1500
   Facsimile: (914) 740-3365
10

11 *Attorneys for Proposed Claimant Roarke Lacey*
12 *As Beneficiary of the Binghamton Trust*

13

14              UNITED STATES DISTRICT COURT

15        FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

16

| 17 | United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|---|---|---|
| 18 | Plaintiff, | **ROARKE LACEY'S VERIFIED CLAIM AND STATEMENT OF INTEREST** |
| 19 | vs. | |
| 20 | | |
| 21 | $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*, | |
| 22 | | |
| 23 | Defendants. | |

24              **ROARKE LACEY'S VERIFIED CLAIM
                AND STATEMENT OF INTEREST**
25
26       Pursuant to 18 U.S.C. § 983(a)(4)(A), Rule G(5) of the Supplemental Rules

27 for Admiralty or Maritime Claims and Asset Forfeiture Actions and this Court's

28 May 8, 2020 Order (Doc. 106), Claimant Roarke Lacey ("Claimant") submits this

Amended Verified Claim asserting an ownership interest in seized property.

On June 1, 2020, the government filed a First Amended Consolidated Master Verified Complaint for Forfeiture (Doc. 108) ("Amended Complaint") seeking the forfeiture of, *inter alia*, $16,500,000.00 in bank funds seized from K&H Account `1210 ("Defendant Asset") (*see* Doc. 108, ¶¶ 43, 100, 101(a)-(c), 200, 201(a)-(e)), on the ground that the Defendant Asset is alleged to be subject to forfeiture as proceeds of and/or involved in, alleged criminal activity.

Claimant hereby submits this Verified Claim asserting legal, beneficial, and equitable interests in the entirety of the seized Defendant Asset.  Claimant is one of the Beneficiaries of an irrevocable trust ("Binghamton Trust").  The Settlor and the United States owner of the Binghamton Trust is Claimant Michael Lacey.  The Trustee of Binghamton Trust is Primus Trust in Hungary.  The Defendant Asset is owned by Binghamton Trust for the Claimant's benefit.

Claimant, as one of the Beneficiaries of the Binghamton Trust, has a legal, beneficial, and equitable interest in the entirety of the Defendant Asset. Supporting documents, evidencing this interest, including the trust documents, were produced to the government as part of Claimant's Rule 16 Reciprocal Disclosures in the underlying criminal case pending in the District of Arizona (*United States v. Lacey*, 18-CR-422-PHX-DLR) on or about March 4, 2019.  In addition, on May 24, 2019, in a Certificate and Notice of Interested Parties, filed in connection with his Claim to the Defendant Asset, Claimant Michael Lacey identified Roarke Lacey and Colin Lacey as "Potential Claimants."

Further, Claimant asserts that all or part of the Defendant Asset is not subject to forfeiture because and/or to the extent that it is not the proceeds of specified unlawful activity or the proceeds of or involved in money laundering. Further, the forfeiture of all or part of the Defendant Asset would constitute an Excessive Fine in violation of the Eighth Amendment of the United States

Constitution as recognized in, *inter alia*, *United States v. Bajakajian*, 524 U.S. 321 (1998).

     Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant expressly limits his appearance to asserting and defending his Claim. Claimant reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action. Claimant hereby claims a legal interest in the Defendant Asset "sufficient . . . to create a case or controversy" within the meaning of Article III of the United States Constitution. *E.g.*, *United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1140 (9th Cir. 2008).

Dated: November 17, 2020           Respectfully submitted,

*/s/ Benjamin P. Lechman*
Benjamin P. Lechman

Steven L. Kessler, *pro hac vice pending*

*Attorneys for Claimant Roarke Lacey*

3
ROARKE LACEY'S VERIFIED CLAIM
AND STATEMENT OF INTEREST

## VERIFICATION OF CLAIM

I, Roarke Lacey, pursuant to 18 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2020

Roarke Lacey