# EXHIBIT D

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>$16,500,00.00 IN BANK FUNDS SEIZED FROM K&H ACCOUNT '1210,<br><br>      Defendant. | Case No. 2:18-cv-08565-RGK-PJW<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Assigned to Hon. R. Gary. Klausner<br>Courtroom 850 |

1

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Michael Lacey, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection / Interest** |
|---|---|
| Michael Lacey | Claimant |
| Primus Trust Corporation, Trustee for Binghamton Trust | Potential Claimant |
| Jill K. Anderson | Potential Claimant |
| Roarke Lacey | Potential Claimant |
| Colin Lacey | Potential Claimant |

DATED:     May 24, 2019          Respectfully submitted,


*/s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Counsel for Claimant Michael Lacey

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on May 24, 2019, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:     Buffalo, New York
           May 24, 2019


                              */s/ Rachel Skrzypek*
                              Rachel Skrzypek

3