Benjamin P. Lechman (CA-185729)
benlechman@hotmail.com
964 Fifth Avenue, #964
San Diego, CA 92101
Telephone: (619) 733-9789
Facsimile: (888) 525-5789

Steven L. Kessler, *pro hac vice pending*
kesslerlawnyc@gmail.com
LAW OFFICES OF STEVEN L. KESSLER
747 Third Avenue, 20th Floor
New York, N.Y. 10017
Telephone: (212) 661-1500
Facsimile: (914) 740-3365

*Attorneys for Proposed Claimants*
*Roarke Lacey and Colin Lacey*
*As Beneficiaries of the Binghamton Trust*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*,<br><br>              Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>NOTICE OF MOTION AND MOTION TO STRIKE DOC. 165-3 AND TO REPLACE IT WITH A REDACTED VERSION OF DOC. 165-3<br><br>DATE:  December 21, 2020<br>TIME:   9:00 A.M.<br>LOCATION:  Courtroom of the Honorable R. Gary Klausner |

PLEASE TAKE NOTICE that on December 21, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable R. Gary

Klausner, United States District Court, Courtroom 850, 255 Temple Street, 7th Floor, Los Angeles, CA 90012, Proposed Claimants Roarke Lacey and Colin Lacey will move for an Order striking Document 165-3 from the public docket and replacing it with a version of the same docket that redacts personal identifying information inadvertently filed on the public docket.

This motion is unopposed.

This motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; and all pleadings and papers on file in this action.

Dated: November 19, 2020                  Respectfully submitted,


                                          *s/ Benjamin P. Lechman.*
                                          Benjamin P. Lechman
                                          Counsel for Proposed Claimants

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On November 17, 2020, Proposed Claimants Roarke and Colin Lacey ("Proposed Claimants") filed a Notice of Motion and Motion for Leave to File Claims to Certain Trust Property Pursuant to Supplemental Rule G and this Court's Scheduling Order ("Motion").  (*See* Doc. 165).  The Motion was accompanied by four exhibits, A-D.  (*See* Docs. 165-1 through 165-4.)  Exhibit C contained personal identifying information that inadvertently was filed on the public docket, rather than redacted.  (*See* Ex. C, Doc. 165-3.)  Proposed Claimants respectfully request that this Court strike Document 165-3 from the docket because it contains personal identifying information.

Additionally, Proposed Claimants request that this Court replace stricken Exhibit C with an identical version of Exhibit C that redacts only the personal identifying information, which is attached hereto as "Exhibit C (redacted)."

Dated: November 19, 2020                    Respectfully submitted,


                                        *s/ Benjamin P. Lechman.*
                                        Benjamin P. Lechman
                                        Counsel for Proposed Claimants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on November 19, 2020, a copy of the foregoing was also delivered to the following via CM/ECF:


DANIEL BOYLE
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Lost Angeles, California 90012


*/s/ Benjamin P. Lechman*
Benjamin P. Lechman

MOTION TO STRIKE DOC. 165-3 FROM THE PUBLIC DOCKET