NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (Cal. State Bar No. 149886)
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorneys
Asset Forfeiture Section
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:  (213) 894-2426
        Facsimile:  (213) 894-0142
        E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 18-8420-RGK (PJWx) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND REQUEST FOR ORDER REGARDING MOTION TO FILE CLAIMS BRIEFING AND HEARING SCHEDULE** |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; et al., | |
| Defendants. | |

        Plaintiff United States of America (the "government") and

movants Colin Lacey and Roarke Lacey ("Movants"), stipulate as

follows:

        1.   Movants filed a motion seeking leave to file claims on

November 17, 2020 (the "Motion"). See ECF No. 165.

2.    Pursuant to the Local Rules, the government's response to the Motion is currently due December 1, 2020.

3.    Movants' reply in support of their Motion is currently due on December 7, 2020.

4.    Movants noticed a hearing date of December 21, 2020 on their Motion.

5.    In light of the impending Thanksgiving and Christmas holidays, counsel have agreed to modify the present schedule in consideration of counsels' previously-scheduled travel and matters. Specifically, the government and Movants agree that the government's opposition to the Motion shall now be due no later than December 8, 2020, that Movant's reply shall be due no later than December 22, 2020, and to move the previously noticed December 21, 2020 hearing on the Motion to the Court's January 4, 2021 calendar at 9:00 a.m.

//

//

//

6.   The government and Movants request that the Court enter an order accepting this briefing schedule under Local Rules and resetting the hearing on the Motion to the Court's January 4, 2021 calendar at 9:00 a.m.

SO STIPULATED.

Dated: November 23, 2020       Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States
Chief, Asset Forfeiture Section

_____/s/_____
Dan G. Boyle
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*Local Rule 5-4.3.4(a)(2)(i) Compliance:  Filer attests that all other signatories listed concur in the filing's content and have authorized this filing.*

/s/ (e-mail authorization 11/22/20)
Benjamin P. Lechman
Attorney for Movants Roarke Lacey &
Colin Lacey