NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorneys
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>             V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>         DEFENDANTS.<br>RAMON LARKIN,<br>TROY LARKIN,<br><br>         CLAIMANTS. | No. CV 18-08420-RGK(PJWx)<br><br>**STIPULATION AND REQUEST FOR ENTRY OF PARTIAL CONSENT JUDGMENT AS TO $1,038.42 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '7054 AND $278.73 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '8225 ONLY**<br><br>[The [PROPOSED] Consent Judgment Lodged Contemporaneously Herewith Resolves Two Defendants, but is Not Dispositive of This Action] |

///

Plaintiff United States of America ("Plaintiff" or the "government") and Ramon Larkin and Troy Larkin (collectively the "Claimants"), by and through their counsel of record or appearing *pro se*, stipulate and request that the Court enter the proposed partial consent judgment for forfeiture lodged contemporaneously herewith, to carry into effect the terms of this stipulation relating only to defendants $1,038.42 in Bank Funds Seized from Bank of America Account '7054 and $278.73 in Bank Funds Seized from Bank of America Account '8225 (the "Defendant Assets"), which is neither dispositive of this action, nor of any assets in controversy in this action other than the Defendant Assets.

The parties stipulate and request as follows:

1. On September 28, 2018, the government commenced a forfeiture action involving various assets, including the Defendant Assets. See ECF No. 1.

2. On or about May 22, 2019, Claimants filed claims for the Defendant Assets.

3. On January 14, 2020, by order of this Court, the government filed a Consolidated Master Complaint for Forfeiture in this action. See ECF No. 66.

4. Notice has been given and published regarding the Defendant Assets as required by law and the Local Rules of this Court. Other than those by Claimants, no other claims or answers were filed as to the Defendant Assets, and the time for filing such claims has expired.

5. This Court has jurisdiction over this action and the parties pursuant to 28 U.S.C. §§ 1346 and 1355.

6. The government contends that the Consolidated Master Complaint states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C).

7. The proposed partial consent judgment provides that the Defendant Assets, without interest, shall be returned to Claimants Troy Larkin and Ramon Larkin, through counsel for claimant James Larkin (hereinafter, the "Returned Funds").

8. Claimant Troy Larkin will withdraw his claims to all other defendant assets in this consolidated action other than the Returned Funds, and will not contest forfeiture of such assets in any other proceeding, including, but not limited to, in any ancillary proceedings in pending criminal actions in the District of Arizona.

9. Claimant Ramon Larkin will withdraw his claims to all other defendant assets in this consolidated action other than the Returned Funds, and will not contest forfeiture of such assets in any other proceeding, including, but not limited to, in any ancillary proceedings in pending criminal actions in the District of Arizona.

10. If the government elects to make the payment of the Returned Funds by check, the check shall be payable to the Client Trust account of Bienert Katzman PLC (the "BK Client Trust Account"), and mailed in care of attorney Thomas H. Bienert, Jr., at Bienert Katzman PLC, CalEdison Building, 601 W. 5th Street, Suite 720, Los Angeles, CA, 90071. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the BK Client Trust Account. Upon request from the government, Ramon Larkin and Troy Larkin shall provide any necessary bank account information for the BK Client Trust Account to complete the transfer.

11. Nothing contained in this stipulation or the proposed consent judgment is intended or should be interpreted as an admission of fault, guilt, liability and/or any form of wrongdoing by Claimants, or any of them.

12. This stipulation and the proposed partial consent judgment are not dispositive of this action.

13. Claimants, and each of them, release the United States of America, its attorneys, agencies, agents, and officers, including employees and agents of the United States Department of Justice, United States Postal Inspection Service and Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the Returned Funds and the commencement of this action as it relates to the Returned Funds, including any claim for attorneys' fees or costs which may be asserted on behalf of Claimants, or either of them, against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this paragraph and Stipulation is intended or shall operate as a release of claims, actions or rights with respect to seizure or retention of any funds or assets other than the Returned Funds, and Claimants expressly reserve all claims, actions and rights with respect to any such other funds or assets.

//
//
//

14. The Parties further stipulate and agree that the Court's entry of the proposed partial consent judgment shall constitute final and complete satisfaction of all claims asserted by the government and Claimants, and each of them, to the Returned Funds. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Returned Funds.

Dated: November 28, 2020         Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                   /s/*Dan G. Boyle*
                                 DAN G. BOYLE
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: November __, 2020         _____
                                 RAMON LARKIN, *pro se*


Dated: November __, 2020         _____
                                 TROY LARKIN, *pro se*

14. The Parties further stipulate and agree that the Court's entry of the proposed partial consent judgment shall constitute final and complete satisfaction of all claims asserted by the government and Claimants, and each of them, to the Returned Funds. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Returned Funds.

Dated: November __, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 28, 2020

_____
RAMON LARKIN, *pro se*

Dated: November 28, 2020

_____
TROY LARKIN, *pro se*

Scanned with CamScanner