UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           PLAINTIFF,<br><br>                V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>           DEFENDANTS.<br><br>RAMON LARKIN,<br>TROY LARKIN,<br>JAMES LARKIN,<br><br>           CLAIMANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**<u>STIPULATION AND REQUEST FOR ENTRY</u>**<br>**<u>OF PARTIAL CONSENT JUDGMENT AS TO</u>**<br>**<u>$1,038.42 IN BANK FUNDS SEIZED FROM</u>**<br>**<u>BANK OF AMERICA ACCOUNT '7054 AND</u>**<br>**<u>$278.73 IN BANK FUNDS SEIZED FROM</u>**<br>**<u>BANK OF AMERICA ACCOUNT '8225</u>**<br>**<u>ONLY – NOT CASE DISPOSITIVE</u>** |

    Plaintiff, the United States of America (the "government"), and Ramon Larkin and Troy Larkin (collectively the "Claimants"), appearing *pro se*, have stipulated and requested that the Court enter this partial consent judgment for forfeiture to carry into effect the terms of the stipulation as to two of the defendants in this

consolidated action (the "Stipulation"), namely defendants $1,038.42 in Bank Funds Seized from Bank of America Account '7054 and $278.73 in Bank Funds Seized from Bank of America Account '8225 (the "Defendant Assets"), which is not dispositive of this consolidated action.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.    The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimants, no other claims or answers have been filed, and the time for filing claims and answers has expired.  This Court has jurisdiction over the parties and the Defendant Assets.  The government has agreed to the return of the Defendant Assets (hereinafter the "Returned Funds"). Any potential claimants to the Returned Funds other than Claimants are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants. This consent judgment does not operate as a release of claims, actions or rights with respect to the seizure or retention of any funds or assets other than the Returned Funds, except insofar as stated in the Stipulation, nor should this consent judgment be admitted in any criminal proceeding against Claimants to prove any of the facts relied upon to establish reasonable cause for the seizure of the Returned Funds.

    2.   The government shall return $1,038.42 in Bank Funds Seized from Bank of America Account '7054 and $278.73 in Bank Funds Seized from Bank of America Account '8225, without interest, to Claimants Ramon Larkin and Troy Larkin, through counsel for James Larkin.

    3.   Claimant Troy Larkin will withdraw his claims to all other defendant assets in this consolidated action other than the Returned Funds.

    4.   Claimant Ramon Larkin will withdraw his claims to all other defendant assets in this consolidated action other than the Returned Funds.

    5.   If the government elects to make the payment of the Returned Funds by check, the check shall be payable to the Client Trust account of Bienert Katzman PLC (the "BK Client Trust Account"), and mailed in care of attorney Thomas H. Bienert, Jr., at Bienert Katzman PLC, CalEdison Building, 601 W. 5th Street, Suite 720, Los Angeles, CA, 90071.  If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the BK Client Trust Account.  Upon request from the government, Ramon Larkin and Troy Larkin shall provide any necessary bank account information for the BK Client Trust Account to complete the transfer.

//
//

6. Each of the parties shall bear its own fees and costs incurred in connection with the Returned Funds.

IT IS SO ORDERED.

Dated: _____, 2020

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

    /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA