# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff(s), <br><br> v. <br><br> $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT 1889, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:18−cv−08420−RGK−PJW <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/3/2020 | 171 | APPLICATION of Non−Resident Attorney Steven L. Kessler to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is stricken for the reasons indicated on the Notice to Filer of Deficiencies [173]. Counsel should file a corrected application if admission is still desired.

Clerk, U.S. District Court

Dated: December 4, 2020        By: /s/ *Joseph Remigio*
                                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*