Name and address:

Steven L. Kessler
747 Third Avenue
20th Floor
New York, New York 10017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s), | Case No. 2:18-cv-08420-RGK (PJW) |
| v. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Kessler, Steven L
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Law Offices of Steven L. Kessler
*Firm/Agency Name*

747 Third Avenue                              212-661-1500                  212-758-2809
20th Floor                                    *Telephone Number*            *Fax Number*
*Street Address*

New York, New York 10017                      KesslerLawNYC@gmail.com
*City, State, Zip Code*                       *E-mail Address*

**I have been retained to represent the following parties:**

| Roarke Lacey | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Claimant |
| Colin Lacey | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Claimant |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | Jan 17, 1983 | Yes |
| Connecticut | Apr 8, 1991 | Yes |
| United States Supreme Court | Nov 13, 1990 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[                                                                                      ]

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  November 19, 2020

Steven Leigh Kessler
*Applicant's Name (please type or print)*

/s/ Steven Kessler
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

___Benjamin P. Lechman___
*Designee's Name (Last Name, First Name & Middle Initial)*

___Lechman Law Group___
*Firm/Agency Name*

___4140 Workman Mill Road. #98___
___Whittier CA 90601___
*Street Address*

___& 964 Fifth Ave. #214 San Diego, CA 92101___
*City, State, Zip Code*

___619-733-9789___
*Telephone Number*

___888-525-5789___
*Fax Number*

___benlechman@hotmail.com___
*E-mail Address*

___185729___
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated ___12/07/20___

___Benjamin P. Lechman___
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Court Admissions (Active Member in Good Standing):
USCA for the First Circuit - May 23, 2000
USCA for the Second Circuit - December 31, 1984
USCA for the Third Circuit - December 23, 2015
USCA for the Fifth Circuit - June 9, 2017
USCA for the Seventh Circuit- June 6, 2003

United States District Court for the Eastern District of New York - September 6, 1983
United States District Court for the Northern District of New York - September 24, 2013
United States District Court for the Southern District of New York - September 6, 1983
United States District Court for the Western District of New York - April 28, 1997
United States District Court for the District of Connecticut - September 5, 2003

Admissions Pro Hac Vice:
United States District Court for the Southern District of Florida
United States District Court for the Northern District of Illinois
United States District Court for the District of Maryland
United States District Court for the District of Massachusetts
United States District Court for the District of New Jersey
United States District Court for the District of New Mexico
United States District Court for the Eastern District of North Carolina
United States District Court for the Northern District of Texas
United States District Court for the District of Vermont
United States District Court for the District of West Virginia