Steven L. Kessler
747 Third Avenue
20th Floor
New York, New York 10017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | Case No. 2:18-cv-08420-RGK (PJW |
| v. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kessler, Steven L                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-661-1500                    212-758-2809

*Telephone Number*              *Fax Number*

KesslerLawNYC@gmail.com

*E-Mail Address*

> Law Offices of Steven L. Kessler
> 747 Third Avenue, 20th Floor
> New York, New York 10017
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Roarke Lacey - claimant

Colin Lacey - claimant

*Name(s) of Party(ies) Represented*                    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Claimants

**and designating as Local Counsel**

Benjamin P. Lechman                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

185729                    619-733-9789                    888-525-5789

*Designee's Cal. Bar No.*    *Telephone Number*        *Fax Number*

benlechman@hotmail.com

*E-Mail Address*

> Lechman Law Group
> 4140 Workman Mill Road #98
> Whittier, CA 90601
>
> *Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____        _____

**U.S. District Judge/U.S. Magistrate Judge**