**DENIED BY THE COURT**
No good cause shown for moving the haring date or briefing schedule.
By: *Gary Klausner*
Hon. R. Gary Klausner
Dated: December 7, 2020

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　PLAINTIFF,<br><br>　　　　V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>　　　　DEFENDANTS. | No. CV 18-08420-RGK (PJWx)<br><br>[PROPOSED]<br>ORDER REGARDING MOTION TO FILE CLAIM BRIEFING AND HEARING SCHEDULE<br><br>[168] |

　　Upon consideration of the stipulation filed by plaintiff United States of America and movants Roarke Lacey and Colin Lacey in this consolidated action on November 23, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

/ / /

/ / /

/ / /

/ / /

The government's response to Movants' motion to file claims (ECF No. 165) is due to the Court on or before December 8, 2020; Movants' replies in support of their motion are due to the Court on or before December 22, 2020; and the hearing on the motion is reset to January 4, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2020

DENIED BY THE COURT

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

      /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2