Steven L. Kessler
747 Third Avenue
20th Floor
New York, New York 10017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona<br><br>Defendant(s). | **CASE NUMBER**<br>Case No. 2:18-cv-08420-RGK (PJW<br><br>X (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*<br>[175] [177] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kessler, Steven L       of   Law Offices of Steven L. Kessler
*Applicant's Name (Last Name, First Name & Middle Initial)*       747 Third Avenue, 20th Floor
212-661-1500     212-758-2809         New York, New York 10017
*Telephone Number*  *Fax Number*

KesslerLawNYC@gmail.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Roarke Lacey - claimant
Colin Lacey - claimant

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Claimants

and designating as Local Counsel
Benjamin P. Lechman        of   Lechman Law Group
*Designee's Name (Last Name, First Name & Middle Initial)*   4140 Workman Mill Road #98
185729      619-733-9789    888-525-5789     Whittier, CA 90601
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

benlechman@hotmail.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   December 7, 2020         /s/ Gary Klausner
                    U.S. District Judge/XX8XMagistrateXJudge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1