1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA,

Case No. 2:18-cv-8420-RGK-PJWx

13 |                     Plaintiff,

**[PROPOSED] ORDER**

14 |            vs.

15 | $1,546,076.35 IN BANK FUNDS
   | SEIZED FROM REPUBLIC BANK
16 | OF ARIZONA ACCOUNT '1889,
17 | et al.,

18 |                     Defendants.

19

20   Upon the motion of Proposed Claimants Roarke Lacey and Colin Lacey, as beneficiaries

21   of the Binghamton Trust ("the Trust"), for leave to file Verified Claims to property

22   identified in paragraph 43 the Amended Verified Complaint (ECF No. 108) as "funds

23   seized from K&H Account No. '1210 held in the name of Primus Trust ("the Trust

24   Property"), and good cause shown therefore,

25   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

26       1.  The Proposed Verified Claims of Proposed Claimants Roarke Lacey and Colin

27           Lacey to the Trust Property submitted with the Motion may be filed within five

28           days of the date of this Order and shall be deemed timely pursuant to Rule G of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Local Admiralty Rules of this Court and this Court's Scheduling Order filed December 1, 2020.

2. Upon the filing of the Proposed Verified Claims, the government may not move to strike on the ground of untimeliness.

3. Proposed Claimants shall file their Verified Answers to the Amended Verified Complaint within the time required by Supplemental Rule G.

**Dated:_____, 2020**

_____
**The Honorable R. Gary Klausner**
**United States District Court Judge**