1  Benjamin P. Lechman (CA-185729)
2  benlechman@hotmail.com
   964 Fifth Avenue, #964
3  San Diego, CA 92101
   Telephone: (619) 733-9789
4  Facsimile:  (888) 525-5789
5
6  Steven L. Kessler, *admitted pro hac vice*
   kesslerlawnyc@gmail.com
7  LAW OFFICES OF STEVEN L. KESSLER
   747 Third Avenue, 20th Floor
8  New York, N.Y. 10017
   Telephone: (212) 661-1500
9
10
   *Attorneys for Claimants*
11 *Roarke Lacey and Colin Lacey*
   *As Beneficiaries of the Binghamton Trust*
12
13
14               UNITED STATES DISTRICT COURT
15     FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
16
17 United States of America,              Case No. 2:18-cv-08420-RGK (PJW)
18                       Plaintiff,
                                          **CERTIFICATION AND NOTICE
19 vs.                                    OF INTERESTED PARTIES**
20 $1,546,076.35 In Bank Funds Seized
21 From Republic Bank of Arizona Account
   '1889, *et al.*,
22                       Defendants.
23
24
25
26
27
28

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Colin Lacey, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Michael Lacey | Claimant |
| Roarke Lacey | Claimant |
| Primus Trust | Trustee, Potential Claimant |
| Jill Anderson | Potential Claimant |

Dated: January 7, 2021

Respectfully submitted,

*/s/ Benjamin P. Lechman*
Benjamin P. Lechman
Steven L. Kessler, *pro hac vice*
*Attorneys for Claimants*
*Roarke Lacey and Colin Lacey*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2021, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 7, 2021, a copy of the foregoing was also delivered to the following via CM/ECF:

DANIEL BOYLE
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, California 90012

*/s/ Benjamin P. Lechman*
Benjamin P. Lechman

COLIN LACEY
CERTIFICATION AND NOTICE OF INTERESTED PARTIES