Benjamin P. Lechman (CA-185729)
benlechman@hotmail.com
964 Fifth Avenue, #964
San Diego, CA 92101
Telephone: (619) 733-9789
Facsimile:  (888) 525-5789

Steven L. Kessler, *admitted pro hac vice*
kesslerlawnyc@gmail.com
LAW OFFICES OF STEVEN L. KESSLER
747 Third Avenue, 20th Floor
New York, N.Y. 10017
Telephone: (212) 661-1500

*Attorneys for Claimants*
*Roarke Lacey and Colin Lacey*
*As Beneficiaries of the Binghamton Trust*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Roarke Lacey, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Michael Lacey | Claimant |
| Colin Lacey | Claimant |
| Primus Trust | Trustee, Potential Claimant |
| Jill Anderson | Potential Claimant |

Dated: January 7, 2021                     Respectfully submitted,

*/s/ Benjamin P. Lechman*
Benjamin P. Lechman
Steven L. Kessler, *pro hac vice*
*Attorneys for Claimants*
*Roarke Lacey and Colin Lacey*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 7, 2021, a copy of the foregoing was also delivered to the following via CM/ECF:

DANIEL BOYLE
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, California 90012

          /s/ *Benjamin P. Lechman*
          Benjamin P. Lechman