TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889; $1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592, et al.,<br><br>    Defendants. | CV No. 18-8420-RGK<br><br><u>STIPULATION AND REQUEST TO STAY CIVIL FORFEITURE CASE</u> |

3691862.1

Plaintiff United States of America (the "government") and claimants James Larkin, Margaret Larkin, Coyocan Family Trust, Ocotillo Family Trust, Anne Hawkins, Oaxaca Trust, Puebla Trust, Cuernavaca Trust, Chiapas Trust, Troy Larkin, Ramon Larkin, John Larkin, Kathleen Larkin, Rose Larkin, Quinn Larkin, Michael Lacey, Casa Bahia, LLC, Creek Hideaway, LLC, Finca Manzana for Sebastopol, LLC, John Becker and Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014, Alyson Tally, John Brunst, Mary Ann Brunst, the Brunst Family Trust, Scott Spear, Elona Spear, Natasha Spear, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, Broadway Capital Corp., LLC, Roarke Lacey, and Colin Lacey (("Claimants") and, collectively with the government, the "Parties") stipulate as follows:

1. Commencing on September 28, 2018, the government filed a series of related civil forfeiture complaints against numerous assets identified therein (the "Forfeiture Complaints").

2. On December 18, 2019, the Court consolidated these forfeiture actions into this action (hereinafter, the "Consolidated Forfeiture Action"), and ordered the government to file a single, consolidated complaint against all defendant assets identified in the Forfeiture Complaints. ECF No. 50.

3. Thereafter, on January 14, 2020, the government filed a consolidated complaint against all the assets identified in the Forfeiture Complaints.  ECF No. 66.

4. On June 1, 2020, the government, with leave of the Court, filed a First Amended Consolidated Complaint in the Consolidated Forfeiture Action (the "FACC"). ECF No. 108.

5. The FACC generally alleges the defendant assets in this Consolidated Forfeiture Action are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

6. Claimants have presently filed claims in this Consolidated Forfeiture Action. See ECF No. 115.

7. The government contends that certain of the Claimants in this Consolidated Forfeiture Action are also defendants in an ongoing federal criminal prosecution before the Hon. Susan Brnovich of the United States District Court for the District of Arizona, captioned United States v. Lacey, et al., CR-18-422-PHX-SMB (D.Az) (the "Criminal Action"), and that Criminal Action and the instant Consolidated Forfeiture Action arise out of many of the same facts and will involve many of the same issues of fact and law. Furthermore, the Criminal Action is ongoing and the government contends that that civil discovery in this Consolidated Forfeiture Action at this time would adversely affect the government's ability to conduct the Criminal Action.

8. 18 U.S.C. § 981(g)(1) provides that upon the motion of the United States, a court shall stay a civil forfeiture proceeding if the court determines that civil discovery would adversely affect the ability of the Government to conduct a related criminal prosecution. Separately, 18 U.S.C. § 981(g)(2) provides that, upon the motion of a claimant, a court shall stay a civil forfeiture proceeding if the court determines that the claimant is the subject of a related criminal investigation or prosecution; that the claimant has standing to assert a claim in the civil forfeiture proceeding; and that continuation of the forfeiture proceeding would burden the right of

such a claimant against self-incrimination in the related prosecution.

9. By this stipulation, all Parties request an order staying the Consolidated Forfeiture Action. Such a stay, however, shall exclude: (1) any special interrogatories which may be served on Roarke Lacey and Colin Lacey pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), (2) any motion practice pursuant to Supplemental Rule G(8)(c) regarding Roarke Lacey's and Colin Lacey's claims (See ECF Nos. 165-1, 165-2), and (3) any motion by Claimants relating to the restraint and release of funds.

10. Within 120 days following the lifting of the stay in this action, Claimants shall answer the Complaint.

11. After the proposed order staying the Consolidated Forfeiture Action, lodged contemporaneously herewith, is signed by the Court and filed, the government will file a status report every 120 days regarding the status of the Criminal Action. If the Criminal Action is completed before a status report is due, the government will notify the court within 30 days of the completion of the Criminal Action.

12. Nothing in this stipulation shall constitute a waiver by any party, including, but not limited to, a waiver of any potential motions or arguments pursuant to Supplemental Rule G(8).

//
//
//

13. By way of this stipulation, the Parties request that the Court sign the proposed order contemporaneously lodged herewith.

SO STIPULATED

Dated: January 12, 2021           Respectfully submitted,

                                  TRACY L. WILKISON
                                  Acting United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                       /s/
                                  ─────────────────────────────────
                                  DAN G. BOYLE
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA



                                  [signatures continued on next page]

Thomas H. Bienert, Jr.
Whitney Z. Bernstein
BIENERT | KATZMAN PC

*/s/ (e-mail authorization 1-12-21)*
Whitney Z. Bernstein
Attorneys for Claimant James Larkin


Walter F. Brown
ORRICK, HERRINGTON & SUTCLIFFE

*/s/ (e-mail authorization 1-12-21)*
Walter F. Brown
Attorneys for Claimants Margaret Larkin, Coyocan Family Trust, Ocotillo Family Trust


John K. Rubiner
FREEMAN MATHIS & GARY, LLP

*/s/ (e-mail authorization 1-12-21)*
John K. Rubiner
Attorneys for Claimants Anne Hawkins, Oaxaca Trust, Puebla Trust, Cuernavaca Trust, Chiapas Trust, John Larkin, Kathleen Larkin, Rose Larkin, Quinn Larkin, Elona Spear, Natasha Spear


Troy Larkin
PRO PER

*/s/ (e-mail authorization 1-12-21)*
Troy Larkin


Ramon Larkin
PRO PER

*/s/ (e-mail authorization 1-12-21)*
Ramon Larkin


[signatures continued on next page]

```
                              Paul J. Cambria, Jr.
                              Erin E. McCampbell
                              LIPSITZ GREEN SCIME CAMBRIA LLP

                              /s/ (e-mail authorization 1-12-21)
                              Paul J. Cambria, Jr.
                              Attorneys for Claimants Michael Lacey,
                              Casa Bahia, LLC, Creek Hideaway, LLC,
                              Finca Manzana for Sebastopol, LLC



                              Martha Boersch
                              BOERSCH & ILLOVSKY LLP

                              /s/ (e-mail authorization 1-12-21)
                              Martha Boersch
                              Attorney for Claimant Alyson Talley



                              John R. Becker, Trustee
                              John R. Becker, Trustee of the MGL Two
                              Year Retained Annuity Trust Dated 21
                              November 2014



                              Gary S. Lincenberg
                              Ariel A. Neuman
                              Gopi K. Panchapakesan
                              BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
                              DROOKS, LINCENBERG & RHOW, P.C.

                              /s/ (e-mail authorization 1-12-21)
                              Ariel A. Neuman
                              Attorneys for Claimants John Brunst,
                              Mary Ann Brunst, the Brunst Family
                              Trust




                              [signatures continued on next page]
```

```
                            John K. Rubiner
                            FREEMAN MATHIS & GARY, LLP
                            Bruce Feder
                            FEDER LAW OFFICE, P.A.

                            /s/ (e-mail authorization 1-12-21)
                            Bruce Feder
                            Attorneys for Claimant Scott Spear


                            David W. Wiechert
                            WIECHERT, MUNK & GOLDSTIEN, PC
                            Daniel J. Quigley
                            DANIEL J. QUIGLEY, PLC

                            /s/ (e-mail authorization 1-12-21)
                            Daniel J. Quigley
                            Attorneys for Medalist Holdings, Inc.,
                            Leeward Holdings, LLC, Camarillo
                            Holdings, LLC, Vermillion Holdings,
                            LLC, Cereus Properties, LLC,
                            Shearwater Investments, LLC, and
                            Broadway Capital Corp., LLC


                            Steven L. Kessler
                            LAW OFFICES OF STEVEN L. KESSLER

                            /s/ (e-mail authorization 1-12-21)
                            Steven L. Kessler
                            Attorneys for Claimants Roarke Lacey &
                            Colin Lacey
```

3691862.1                           8