TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. Pending)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      PLAINTIFF,<br><br>          V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889;<br>$1,001,731.18 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '2592, et al.,<br><br>      Defendants. | CV No. 18-8420-RGK (AGRx)<br><br>[PROPOSED] ORDER STAYING CASE |

    Plaintiff United States of America (the "government") and claimants James Larkin, Margaret Larkin, Coyocan Family Trust, Ocotillo Family Trust, Anne Hawkins, Oaxaca Trust, Puebla Trust, Cuernavaca Trust, Chiapas Trust, Troy Larkin, Ramon Larkin, John Larkin, Kathleen Larkin, Rose Larkin, Quinn Larkin, Michael Lacey,

3691733.1

Casa Bahia, LLC, Creek Hideaway, LLC, Finca Manzana for Sebastopol, LLC, John Becker and Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014, Alyson Tally, John Brunst, Mary Ann Brunst, the Brunst Family Trust, Scott Spear, Elona Spear, Natasha Spear, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, Broadway Capital Corp., LLC, Roarke Lacey, and Colin Lacey ("Claimants"), by and through their counsel of record, have made a stipulated request to stay this action pending the resolution of a criminal action in the District of Arizona, <u>United States v. Lacey, et al.</u>, CR-18-422-PHX-SMB (D.Az) (the "Criminal Action"), excluding however, (1) any special interrogatories which may be served on Roarke Lacey and Colin Lacey pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), (2) any motion practice pursuant to Supplemental Rule G(8)(c) regarding Roarke Lacey's and Colin Lacey's proposed claims (ECF Nos. 165-1, 165-2), and (3) any motion by Claimants relating to the restraint and release of funds.

//
//
//

Good cause appearing therefor, and pursuant to 18 U.S.C. § 981(g), the request to stay this action is GRANTED. The government will file a status report every 120 days regarding the status of the Criminal Action. If the Criminal Action is completed before a status report is due, the government will notify the court within 30 days.

IT IS SO ORDERED.

_____        _____
DATE                                  HONORABLE R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

        /s/
_____
DAN G. BOYLE
Assistant United States Attorney