# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW | Date | January 20, 2021 |
|---|---|---|---|
| Title | *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.* | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Re: Stipulation and Request to Stay Civil Forfeiture Case [DE 188]**

Before the Court is the Stipulation and Request to Stay Civil Forfeiture Case ("Stipulation") (ECF No. 188) filed by the Government and agreed to by the various claimants in this consolidated civil forfeiture case. This case is related to an ongoing criminal matter that is currently pending in the United States District Court for the District of Arizona ("the criminal case"). *See USA v. Lacey, et al.*, 2:18-cr-00422-SMB.

Upon review of the Stipulation, the Court **STAYS** this case for 90 days, with the exception of: (1) any special interrogatories which may be served on Roarke Lacey and Colin Lacey pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"); (2) any motion practice pursuant to Supplemental Rule G(8)(c) regarding Roarke Lacey's and Colin Lacey's proposed claims (ECF Nos. 165-1, 165-2), and; (3) any motion by Claimants relating to the restraint and release of funds.

The Court further **ORDERS** that the Government shall file a status report every 90 days regarding the status of the criminal case. If the criminal case is completed before a status report is due, the Government shall notify the court within 7 days. Should any party request any further stay or continuance of the dates and deadlines in this case, the Court will consider such requests upon timely motion or stipulation.

**IT IS SO ORDERED.**

                                                                                                                                                     : _____