1  TROY LARKIN
2  201 Oakhurst Leaf Dr.
   Milton, GA 30004
3  Tel.: (917) 749-1209
   Email: troy.larkin@gmail.com
4
5  Claimant in *Pro Se*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889, *et al.*, <br> Defendants. | Case No. 2:18-cv-08420-RGK (PJW) <br><br> **TROY LARKIN'S NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES, PLEASE TAKE NOTICE THAT in accordance with Local Rule 41-6 *pro se* claimant Troy Larkin hereby submits to the Court his new address. Troy Larkin's new address is 201 Oakhurst Leaf Dr. Milton, GA 30004.

Dated: January 8, 2021

By: /s/ Troy Larkin

TROY LARKIN
Claimant in *Pro Se*

## Certificate of Service

I declare that I am a citizen of the United States and I am a resident and employed in Georgia; and my address is 201 Oakhurst Leaf Dr. Milton, GA 30004; I am over the age of 18. I am a *pro se* claimant and I directed ASAP Legal Services to file the following document with the Clerk of the Court for the Central District of California Los Angeles. **NOTICE OF CHANGE OF ADDRESS.**

[X] **BY ELECTRONIC TRANSMISSION:** CM/ECF registered cases participants will be served with the document once accepted and scanned by the clerk via the Central District of California's CM/ECF notification System which electronically notifies all parties in this case.

[X] **BY US MAIL:** A copy of the document was mailed to the following *pro se* litigants at the addresses listed below:

Jill Anderson
2201 North Central Ave., No. 6A
Phoenix, AZ 85004

John R. Becker
7025 East Greenway Pkwy, Suite 800
Scottsdale, AZ 85254

Ramon Larkin
1023 W. 70th Ter
Kansas City, MO 64113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2021

*/s/ Troy Larkin*
Troy Larkin

Scanned with CamScanner



GLS

1/12/2021

**Shipping Instructions**

1. Attach your tracking label.
2. Seal envelope completely.
3. Place envelope in drop box, or schedule a pickup by t www.gls-us.com.

...ut the West on the
...ce availability and details.

800-322-5555
www.gls-us.com

GLS

Tracking #: 551867008

RECEIVED COURT
CLERK, U.S. DISTRICT
JAN 1 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NPS
RGK
1st

**Ship From**
ASAP LEGAL SOLUTIONS
ANGEL CHAVEZ
404 W 4TH STREET #B
SANTA ANA, CA 92701

**Ship To**
USDC-ROYBAL CIVIL FILING WINDOW
USDC FILING CIVIL FILING CLERKS
255 E. TEMPLE ST
T-134
LOS ANGELES, CA 90012

**LOS ANGELES**

S90012A

34400092

NWK CA906-CA0

COD: $0.00
Weight: 0 lb(s)
Reference:

**Delivery Instructions:**

**Signature Type:** NOT REQUIRED

S AND CONDITIONS AND LIABILITY
IE FOREGOING, GLS' LIABILITY IN
ND DIRECT DAMAGES OR $100,
ER AUTHORIZED VALUE.

CS-35

Print Date: 1/12/2021 10:29 AM