# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona <br><br> DEFENDANT(S) | CASE NUMBER <br> 2:18-cv-08420-RGK (PJW) <br><br> APPLICATION FOR REFUND OF FEES; ORDER THEREON |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

## SECTION I

| | | Reason for refund request: |
|---|---|---|
| Name of Applicant: | Benjamin P. Lechman | ☒ Duplicate payment submitted |
| Amount Paid: | $ 1,500.00 | ☐ Fee paid even though none was required |
| Requested Refund Amount: | $ 1,000.00 | ☒ Overpayment of a required filing fee |
| Document Title and Docket #: | ~~application re: pro hac vice Docket #171 & 173~~ & 175 | ☐ Pro hac vice application denied (order attached) |
| | | ☐ Other: |
| Transaction Date: | 12/03/20 - 12/07/20 | I was unsuccessful in my first 2 of 3 attempts at filling a PHV application, but charged all 3 |
| Receipt Number: <br> (If paid by cash/check only) | | |

## SECTION II  (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

| | |
|---|---|
| Account Holder Name: | Benjamin P. Lechman/ Account Number: 4407103 |
| Pay.gov Tracking ID: | ACACDC-29337174/ ACACDC-29382519 |
| Agency Tracking ID: | |

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

### For Court Use Only

**Fiscal Department**

☑ Refund issued.

☐ Application for refund denied:
  ☐ Application seeks refund of fee that was not paid.
  ☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED   ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)      APPLICATION FOR REFUND OF FEES; ORDER THEREON

| | | |
|---|---|---|
| | | MOTION AND MOTION for Leave to file Claims to trust property *per Suppl. R. G/scheduling order* NOTICE OF MOTION AND MOTION to file claims 165 *(unopposed)* filed by proposed claimants Colin Lacey, Roarke Lacey. Motion set for hearing on 12/21/2020 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Exhibit C-lacey discovery (redacted)) (Lechman, Benjamin) (Entered: 11/19/2020) |
| 11/19/2020 | 167 | SCHEDULING NOTICE TO ALL PARTIES AND ORDER (IN CHAMBERS) by Judge R. Gary Klausner: Before the Court is the Motion to Strike docket entry 165-3 (ECF No. 166 ) filed by proposed claimants Colin Lacey and Roarke Lacey. The Court has sealed docket entry 165-3, and it shall remain sealed. If proposed claimants wish for the Court to consider the contents of docket entry 165-3 in redacted form, proposed claimants shall file the redacted document as a separate docket entry by no later than November 23, 2020. The hearing set for December 21, 2020 as to the Motion to Strike 166 is vacated and taken off-calendar. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY (Entered: 11/19/2020) |
| 11/23/2020 | 168 | STIPULATION for Extension of Time to File Response to Motion to File Claims as to NOTICE OF MOTION AND MOTION for Leave to file Claims to trust property *per Suppl. R. G/scheduling order* NOTICE OF MOTION AND MOTION to file claims 165 filed by Plaintiff United States of America. (Attachments: # 1 Proposed Order) (Boyle, Daniel) (Entered: 11/23/2020) |
| 12/01/2020 | 169 | OPPOSITION to NOTICE OF MOTION AND MOTION for Leave to file Claims to trust property *per Suppl. R. G/scheduling order* NOTICE OF MOTION AND MOTION to file claims 165 filed by Plaintiff United States of America. (Boyle, Daniel) (Entered: 12/01/2020) |
| 12/01/2020 | 170 | (IN CHAMBERS) Order Re: Claimants' Motions to Dismiss [DEs 111 and 112 ]; Plaintiff's Motion to Strike [DE 148 ] by Judge R. Gary Klausner: The Court GRANTS in part and DENIES in part the Government's Motion to Strike and DENIES both of Claimants' Motions to Dismiss. (SEE CIVIL MINUTES FOR FURTHER SPECIFICS). (jp) (Entered: 12/01/2020) |
| 12/03/2020 | 171 | APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29337174) filed by proposed claimants Colin Lacey, Roarke Lacey. (Attachments: # 1 Appendix A - cert. good standing CT, # 2 Appendix B - cert. good standing NY) (Lechman, Benjamin) (Entered: 12/03/2020) |
| 12/04/2020 | 172 | STIPULATION for Judgment as to filed by plaintiff United States of America. (Attachments: # 1 Proposed Order)(Boyle, Daniel) (Entered: 12/04/2020) |
| 12/04/2020 | 173 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29337174) 171 . The following error(s) was/were found: Local Rule 83-2.1.3.3(b) Proposed order not attached. Local Rule 83-2.1.3.4 Local counsel does not maintain an office within the District. (Thrasher, Lupe) (Entered: 12/04/2020) |

| 12/04/2020 | 174 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29337174) 171 by Judge R. Gary Klausner. The document is stricken for the reasons indicated on the Notice to Filer of Deficiencies 173 . Counsel should file a corrected application if admission is still desired. (jre) (Entered: 12/04/2020) |
|---|---|---|
| 12/07/2020 | 175 | EX PARTE APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29382519) filed by claimants Colin Lacey, Roarke Lacey. (Attachments: # 1 Appendix A- Cert. good standing CT, # 2 Appendix B- Cer. good standing NY, # 3 Proposed Order) (Lechman, Benjamin) (Entered: 12/07/2020) |
| 12/07/2020 | 176 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: EX PARTE APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29382519) 175 . The following error(s) was/were found: Incorrect event selected. Correct event is Appear Pro Hac Vice (G-64) Other error(s) with document(s): Document is an Application not an Ex Parte document. Proposed Order is not flattened. (Thrasher, Lupe) (Entered: 12/07/2020) |
| 12/07/2020 | 177 | APPLICATION of Non-Resident Attorney Steven L. Kessler to Appear Pro Hac Vice on behalf of Movants Colin Lacey, Roarke Lacey (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-29390391) filed by claimants Colin Lacey, Roarke Lacey. (Attachments: # 1 Appendix A- Cert. good standing CT, # 2 Affidavit B- Cert. good standing NY, # 3 Proposed Order) (Lechman, Benjamin) (Entered: 12/07/2020) |
| 12/07/2020 | 178 | ORDER DENIED REGARDING MOTION TO FILE CLAIM BRIEFING AND HEARING SCHEDULE 168 by Judge R. Gary Klausner. (lom) (Entered: 12/07/2020) |

### PACER Service Center

#### Transaction Receipt

12/07/2020 17:33:56

| PACER Login: | benjamin6gates | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:18-cv-08420-RGK-PJW End date: 12/7/2020 |
| Billable Pages: | 30 | Cost: | 3.00 |
| Exempt flag: | Not Exempt | Exempt reason: | Not Exempt |

