UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08420-RGK-PJW | Date | April 12, 2021 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order of Consolidation**

The Court is in receipt of the Joint Status Report filed by the parties to case number 2:18-cv-06742-RGK, whereby the parties request that the Court consolidate case number 2:18-cv-06742-RGK with this case.

Having considered the Joint Status Report, the Court **ORDERS** as follows:

- Pursuant to F.R.C.P. Rule 42(a)(2), the Court hereby **CONSOLIDATES** this case with case number 2:18-cv-06742-RGK under case number 2:18-cv-8420-RGK;

- Case No. 2:18-cv-06742 is now closed. Counsel are directed to file all further documents under Case No. 2:18-cv-8420-RGK only;

- The Court consolidates these cases under case number 2:18-cv-8420-RGK subject to the existing stay in case number 2:18-cv-8420-RGK.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____