**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America <br> Plaintiff(s) <br> v. <br> $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al. <br> Defendant(s) | CASE NUMBER <br> 2:18-cv-08420-RGK <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

James Larkin          ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

to substitute  Thomas H. Bienert, Jr., Bienert Katzman Littrell Williams LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

903 Calle Amanecer Suite 350
*Street Address*

San Clemente, CA 92673                         tbienert@bklwlaw.com
*City, State, Zip*                             *E-Mail Address*

949-369-3700              949-369-3701              135311
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Davis Wright Tremaine LLP, Robert Corn-Revere, James C. Grant, and Scott
*List **all** attorneys from same firm or agency who are withdrawing.*
R. Commerson, in this case and all related matters consolidated with this case,

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                            _____
                                                 U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**