**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-08420-RGK |
| v. | |
| $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Michael Lacey            ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

to substitute Paul J. Cambria, Jr., Lipsitz Green Scime Cambria LLP who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

42 Delaware Avenue Suite 120
*Street Address*

Buffalo, NY 14202                              pcambria@lglaw.com
*City, State, Zip*                              *E-Mail Address*

716-849-1333            716-855-1580            177957
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of Davis Wright Tremaine LLP, Robert Corn-Revere, James C. Grant, and Scott
*List **all** attorneys from same firm or agency who are withdrawing.*
R. Commerson, in this case and all related matters consolidated with this case,

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge