# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-08420-RGK |
| v. | |
| $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al  Defendant(s) | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Michael Lacey ☐ Plaintiff ☐ Defendant ☒ Other Claimant
*Name of Party*

to substitute Paul J. Cambria, Jr., Lipsitz Green Scime Cambria LLP who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

42 Delaware Avenue Suite 120
*Street Address*

Buffalo, NY 14202                          pcambria@lglaw.com
*City  State  Zip*                         *E-Mail Address*

716-849-1333           716-855-1580           177957
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of Davis Wright Tremaine LLP, Robert Corn-Revere, James C. Grant, and Scott R. Commerson, in this case and all related matters consolidated with this case,
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

*[signature: Gary Klausner]*

Dated  July 16, 2021

U. S. District Judge/U.S. Magistrate Judge

G 01 ORDER (09/17)         (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY