# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-08420-RGK |
| v. | |
| $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.<br><br>Defendant(s) | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

James Larkin    ☐ Plaintiff ☐ Defendant ☒ Other Claimant
*Name of Party*

to substitute Thomas H. Bienert, Jr., Bienert Katzman Littrell Williams LLP who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

903 Calle Amanecer Suite 350
*Street Address*

San Clemente, CA 92673        tbienert@bklwlaw.com
*City State Zip*              *E-Mail Address*

949-369-3700        949-369-3701        135311
*Telephone Number*   *Fax Number*        *State Bar Number*

as attorney of record instead of Davis Wright Tremaine LLP, Robert Corn-Revere, James C. Grant, and Scott R. Commerson, in this case and all related matters consolidated with this case,
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

*/s/ Gary Klausner*

Dated   July 16, 2021
        U. S. District Judge/U.S. Magistrate Judge

G 01 ORDER (09/17)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY