TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2426
        Facsimile: (213) 894-0142
        E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>          Defendants. | No. 2:18-cv-08420-RGK-PJW<br><br>**PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |
| JAMES LARKIN, ET AL.,<br><br>          Claimants. | |

    1.   On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona captioned <u>United States v. Michael Lacey, et al.</u>, No. CR 18-422-PHX-SMB (the "Lacey Action"), <u>United</u>

States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and
United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB
(the "Backpage Action"), each of which is pending before the Hon.
Susan M. Brnovich and is related to this consolidated action. [ECF
No. 189].  The stay order required the parties to report to the Court
regarding any developments occurring in the related criminal actions
that might justify modifying the stay.[1]

2.   Trial in the Lacey Action is currently set for September 1,
2021, and government counsel and counsel for certain of the Claimants
who are defendants in that action are in active trial preparation.
Trial in the Lacey Action is schedule to conclude in late November or
early December of 2021.

3.   In the Ferrer and Backpage Actions, a status conference on
ancillary proceedings regarding the potential criminal forfeiture of
some of the same assets in controversy here is set for January 11,
2022.

4.   The Lacey, Ferrer, and Backpage Actions arise from the same
general facts as this forfeiture action.  Given the impending trial
in the Lacey Action, and the ongoing nature of the ancillary
proceedings in the Ferrer and Backpage Actions, the parties[2] believe
that a stay continues to be warranted, pursuant to 18 U.S.C.
§ 981(g).

---

[1] In the Court's January 20, 2021 Order, this Court ordered that
plaintiff file a status report every 90 days, commencing April 20,
2021. Government counsel misread the Court's Order, and recognizes
that the government failed to file at least one timely status report
based on this mistaken reading of the Order. Government counsel
apologizes profusely for this error, which will not be repeated.

[2] Counsel for Claimants Larkin, Lacey, Spear, Brunst, and
Leeward Holdings, Camarillo Holdings, Vermillion Holdings, Cereus
Properties, Shearwater Investments, and Broadway Capital have stated
that they do not oppose a continued stay.

5.    Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party.

6.    Pursuant to the Court's Order filed on January 20, 2021, plaintiff will file a status report on the proceedings in the Lacey Action criminal trial no later than November 23, 2021.

7.    If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter.  Any party having filed an answer must do so within 30 days of the entry of an order lifting the stay.


Dated: August 25, 2021              Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney
                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    JONATHAN S. GALATZAN
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                     /s/ Dan G. Boyle
                                    DAN G. BOYLE
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

3