TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants.<br><br>JAMES LARKIN, ET AL.,<br><br>    Claimants. | No. 2:18-cv-08420-RGK-PJW<br><br>**PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |

    1.   On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona captioned United States v. Michael Lacey, et al., No. CR 18-422-PHX-SMB (the "Lacey Action"), United

1

States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is pending before the Hon. Susan M. Brnovich and is related to this consolidated action. [ECF No. 189].

2. The stay order required the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

3. Trial in the Lacey Action began on September 1, 2021. Following jury selection and opening statements, on September 14, 2021, the Court declared a mistrial in the Lacey Action and set a status conference to schedule a new trial date for October 5, 2021. A copy of the minute order granting the mistrial and setting the new status conference is attached as Exhibit A.

4. In the Ferrer and Backpage Actions, a status conference on ancillary proceedings regarding the potential criminal forfeiture of some of the same assets in controversy in this action remains set for January 11, 2022.

5. Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party.

6. Plaintiff will file a status report updating the Court on any new trial date set in the Lacey Action following the status conference presently set for October 5, 2021.

//
//
//

7. If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter. Any party having filed an answer must do so within 30 days of the entry of an order lifting the stay.

Dated: September 17, 2021        Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# Exhibit A

**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** September 14, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Margaret Perlmeter, Kevin Rapp, Reginald Jones and Daniel Boyle

**Defendant-1:** Michael Lacey, Released – Present
**Attorney for Defendant (1):** Paul Cambria, Jr., Retained
**Defendant-2:** James Larkin, Released – Present
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, Released-Present
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, Released-Present
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan, Retained
**Defendant-6:** Andrew Padilla, Released - Present
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, Released – Present
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment

## JURY TRIAL – DAY 8:

9:03 a.m. Court is in session. Counsel and defendants are present. The jury is not present. For reasons set forth on the record, the Defendants' oral motion for mistrial is granted. 9:09 a.m. Court is in recess.

9:16 a.m. Court reconvenes. Counsel and defendants are present. The jury is present. The jury is advised that a mistrial has been declared. 9:17 a.m. The jury is released from the admonition and is excused. Court remains in session. The Court states for the record that Defendants' impeachment exhibit IM 16, although not admitted into evidence, was marked for identification as Exhibit 6157.

**IT IS ORDERED** setting an in-person Status Hearing re: New Trial for October 5, 2021 at 11:00 a.m.

9:19 a.m. Court is adjourned.

| | |
|---|---|
| **Court Reporter** Christine Coley (AM) | **Total:** 9 mins |
| **Deputy Clerk** Elaine Garcia | **Start:** 9:03 AM |
| | **Stop:** 9:19 AM |