TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-08420-RGK-PJW |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| Defendants. | |
| JAMES LARKIN, ET AL., | |
| Claimants. | |

    1.   On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona captioned <u>United States v. Michael Lacey, et al.</u>, No. CR 18-422-PHX-SMB (the "Lacey Action"), <u>United</u>

1

States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is pending before the Hon. Susan M. Brnovich and is related to this consolidated action. [ECF No. 189].

2. The stay order required the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

3. Trial in the Lacey Action began on September 1, 2021. Following jury selection and opening statements, on September 14, 2021, the Court declared a mistrial in the Lacey Action and set a status conference to schedule a new trial date for October 5, 2021.

4. On October 5, 2021, the Court set a new trial date of February 22, 2022 in the Lacey Action. A copy of the minute order setting the new trial date is attached as Exhibit A.

5. In the Ferrer and Backpage Actions, a status conference on ancillary proceedings regarding the potential criminal forfeiture of some of the same assets in controversy in this action remains set for January 11, 2022.

6. Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party.

7. In accordance with the stay order, plaintiff will file a status report with the Court in 90 days, on January 13, 2022.

//
//
//

8. If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter. Any party not having filed an answer must do so within 30 days of the entry of an order lifting the stay.

Dated: October 15, 2021              Respectfully submitted,

                                     TRACY L. WILKISON
                                     Acting United States Attorney
                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     JONATHAN S. GALATZAN
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture Section


                                      /s/ Dan G. Boyle
                                     DAN G. BOYLE
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

# **EXHIBIT A**

**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** October 5, 2021 |
| **USA v. Lacey et al** | **Case Number:** CR-18-00422-PHX-SMB |

**Assistant U.S. Attorneys:** Andrew Stone, Peter Kozinets, Kevin Rapp, Margaret Perlmeter, and Reginald Jones

**Defendant-1:** Michael Lacey, present and released
**Attorney for Defendant (1):** Paul Cambria, Jr. and Erin McCampbell Paris (telephonic), Retained
**Defendant-2:** James Larkin, present and released
**Attorney for Defendant (2):** Thomas Bienert, Jr. and Whitney Bernstein, Retained
**Defendant-3:** Scott Spear, present and released
**Attorney for Defendant (3):** Bruce Feder, Retained
**Defendant-4:** John Brunst, present and released
**Attorney for Defendant (4):** Gary Lincenberg and Gopi Panchapakesan (telephonic), Retained
**Defendant-6:** Andrew Padilla, present and released
**Attorney for Defendant (6):** David Eisenberg, CJA Appointment
**Defendant-7:** Joye Vaught, not present and released (presence waived)
**Attorney for Defendant (7):** Joy Bertrand, CJA Appointment (telephonic)

**STATUS HEARING:**

This is the time set for Status Hearing. Discussion held regarding the Court's proposed trial schedule. The Government has no objections. Other than the conflicts stated on the record by Mr. Beinert and Mr. Lincenberg, Defendants do not object to the new schedule. Defendants waive time from now until the new trial date. The parties are directed to review the prior juror questionnaires and submit changes, if any, to the Court by not later than **October 12, 2021**. Defendant Spear's request for additional Motions in Limine is **DENIED**.

**IT IS ORDERED** that jury selection will begin on **February 9, 2022 at 9:00 a.m.** Trial will commence on **February 22, 2022**. All applicable time is excluded.

**IT IS FURTHER ORDERED** setting a Status Hearing re: Juror Questionnaires on **January 31, 2022 at 9:00 a.m**. to be held via ZOOM.

**LATER:** The parties raised the issue of funding for the defense and requested a briefing schedule. **IT IS ORDERED** that Defendants file a motion regarding release of funds for their defense by no later than **October 26, 2021.** The Government's response is due by **October 9, 2021** and Defendants reply by **November 16, 2021.**

| | |
|---|---|
| **Court Reporter** Christine Coaly | **SH: 22 mins** |
| **Deputy Clerk** Elaine Garcia | |
| | **Start: 11:02 AM** |
| | **Stop: 11:24 AM** |