Thomas H. Bienert, Jr. (State Bar No. 135311)
  tbienert@bklwlaw.com
Whitney Z. Bernstein (State Bar No. 304917)
  wbernstein@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanacer, Suite 350
San Clemente, CA  92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
*Attorneys for James Larkin*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>          Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**CLAIMANT'S RESPONSE TO GOVERNMENT'S STATUS REPORT AT DOC. NO. 204**<br><br>Assigned to Hon. R. Gary Klausner |

Per this Court's Order Re: Stipulation and Request to Stay Civil Forfeiture Case (Doc. No. 189) ("Stay Order"), the government filed a status report on October 15, 2021 at Doc. No. 204 ("Government Status Report"). The Government Status Report contained three inaccuracies. Minutes after the Government Status Report was filed, undersigned counsel met and conferred about these inaacuracies over email with the government through Assistant United States Attorney Dan Boyle. AUSA Boyle has no objection to this clarifying response.

Paragraph 2 of the Government Status Report states that "the stay order required the parties to report to the Court regarding any development occurring in the related criminal actions that might justify modifying the stay." Doc. No. 204 at 2, ¶ 2. To clarify, the Stay Order only directs the government—not the Claimants—to file status reports. *See* Doc. No. 189.

Paragraph 3 of the Government Status Report states that a mistrial was declared in the criminal case "[f]ollowing jury selection and opening statements." Doc. No. 204 at 2, ¶ 3. In fact, a mistrial was declared after not only jury selection and opening statements but also complete testimony from the first four government witnesses.

Paragraph 4 of the Government Status Report states that re-trial was set for February 22, 2022. Doc. No. 204 at 2, ¶ 4. But importantly, jury selection was set for February 9, 2022.

DATED: October 18, 2021                Respectfully submitted,

                                      Thomas H. Bienert, Jr.
                                      Whitney Z. Bernstein
                                      BIENERT KATZMAN LITTRELL
                                      WILLIAMS LLP

                                      By:  */s/ Whitney Z. Bernstein*
                                                 Whitney Z. Bernstein
                                                 Attorneys for James Larkin