UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; *et al*,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**[PROPOSED] ORDER RE MOTION TO RELEASE CERTAIN RESTRAINED ASSETS** |

**IT IS SO ORDERED** Claimant's Notice of Motion and Motion to Release Certain Restrained Assets is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:_____, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　United States District Judge