UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08420-RGK-PJW | Date | December 13, 2021 |
|---|---|---|---|
| Title | *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiff's Status Report re Stayed Case and Claimants' Motion for Relief from DE 203 [DEs 204 and 206]

Before the Court are: (1) a status report filed by Plaintiff United States of America; and (2) a motion filed by claimants in this case, requesting specific relief and/or clarification of the Court's Order of September 24, 2021. This case is related to an ongoing criminal matter that is currently pending in the United States District Court for the District of Arizona ("the criminal case"). *See USA v. Lacey, et al.*, 2:18-cr-00422-SMB.

The United States' status report, along with a response filed by Claimant James Larkin, indicate that a mistrial was declared in the criminal case, and that the following new dates have been set in that matter: (1) jury selection will occur on February 9, 2022; and (2) the jury trial will begin on February 22, 2022. In its status report, the United States requests that the stay continue in effect pending resolution of the related criminal cases, or upon motion of any party. The Court extends the stay, and **ORDERS** the case stayed until April 18, 2022. In accordance with the original stay order, the United States must file status reports with the Court every 90 days. (*See* ECF No. 189.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08420-RGK-PJW | Date | December 13, 2021 |
| Title | *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.* | | |

Having also considered Claimants' Motion for Relief, the Court further **ORDERS** as follows:

- Claimants' answers to the First Amended Consolidated Complaint will be due 21 days after the stay is lifted.
- Claimants may file motions relating to the restraint and release of funds, notwithstanding the stay.
- All parties may engage in discovery and file substantive motions after the answers are filed.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   _____