UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE MOTION TO RELEASE CERTAIN RESTRAINED ASSETS** |
| vs. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; *et al*, | |
| Defendant. | |

**IT IS SO ORDERED** Claimant's Notice of Motion and Motion to Release Certain Restrained Assets is hereby GRANTED.

**IT IS SO ORDERED.**


Dated:_____, 2021


_____
The Honorable R. Gary Klausner
United States District Judge