TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET. AL., <br><br> Defendants. <br><br> MICHAEL LACEY, <br><br> Claimant. | No. 2:18-CV-08420-RGK-PJW <br><br> **STIPULATION AND REQUEST TO CONTINUE DEADLINES AND HEARING ON MOTION TO RELEASE ASSETS** |

    Plaintiff United States of America ("the government") and claimant Michael Lacey ("claimant") hereby enter into this stipulation to continue deadlines and a hearing on claimant's motion to release certain restrained assets. [ECF No. 210].

On December 10, 2021, claimant Michael Lacey filed a motion to release assets (the "Motion"), which was set for hearing on January 10, 2022 at 9:00 a.m.[1] [ECF No. 210].

The parties hereby stipulate to continue the deadlines and motion hearing date on the Motion based on the upcoming holidays and counsels' schedules. The parties respectfully request that the opposition deadline be continued from December 20, 2021, to January 4, 2022; that any reply deadline be continued from December 27, 2021, to January 18, 2022; and that the hearing date be continued from January 10, 2022, to January 31, 2022.

IT IS SO STIPULATED.

Dated: December 14, 2021   Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 14, 2021   LAW OFFICES OF STEVEN L. KESSLER

  /s/(per email confirmation)
STEVEN L. KESSLER, ESQ.

Attorney for Claimant
MICHAEL LACEY

---

[1] On December 13, 2021, the Court struck the Motion pursuant to L.R. 11-3.6, but Lacey has filed a corrected Motion. [ECF No. 214]

2