UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET. AL.,<br><br>   Defendants. | No. 2:18-CV-08420-RGK-PJW<br><br>**[PROPOSED] ORDER CONTINUING ALL DEADLINES AND HEARING ON MOTION TO RELEASE ASSETS** |
| MICHAEL LACEY,<br><br>   Claimant. | |

  Pursuant to the stipulation between plaintiff United States of America and claimant Michael Lacey, and good cause appearing therefore, the hearing date for claimant's motion to release assets, ECF No. 214, is hereby continued to January 31, 2022.

//

//

//

The government's opposition to the motion is now due January 4, 2022, and any reply in further support of the motion is now due January 18, 2022.

_____     _____
DATE                            HONORABLE R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA