Steven L. Kessler, admitted *pro hac vice*
kesslerlawnyc@gmail.com
LAW OFFICES OF STEVEN L. KESSLER
P.O. Box 100, Wykagyl Station
New Rochelle, N.Y. 10804
Telephone: (212) 661-1500
Facsimile: (914) 740-3365

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
*Attorneys for Claimant Michael Lacey*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank Of Arizona Account '1889; *et al*,<br><br>　　　　　Defendant. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>**[PROPOSED] ORDER RE MOTION TO RELEASE CERTAIN RESTRAINED ASSETS** |

//

//

//

**IT IS SO ORDERED** Claimant's Notice of Motion and Motion to Release Certain Restrained Assets is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:_____, 2021

_____
The Honorable R. Gary Klausner
United States District Judge

[PROPOSED] ORDER RE MOTION TO RELEASE CERTAIN RESTRAINED ASSETS