TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2426
Facsimile: (213) 894-0141
E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT ‘1889, ET. AL.,<br><br>Defendants. | Case No. 2:18-cv-08420-RGK-PJW<br><br>**NOTICE OF WITHDRAWAL OF STIPULATION AND REQUEST TO CONTINUE DEADLINES AND HEARING ON MOTION TO RELEASE ASSETS** |

//

//

//

PLEASE TAKE NOTICE that the government hereby withdraws the Stipulation and Request to Continue Deadlines and Hearing on Motion to Release Assets filed on December 14, 2021 (ECF. No. 215) in the above-mentioned case (the "Stipulation"), for the following reasons:

In the Stipulation, the parties requested the Court continue the hearing date on claimant Michael Lacey's Motion to Release Assets (ECF No. 210) from January 10, 2022 to January 31, 2022.

On December 16, 2021, Claimant Lacey re-filed his Motion to Release Assets, requesting a new hearing date of January 31, 2022 (ECF No. 217), thus resetting all deadlines pursuant to L.R. 7-9 and L.R. 7-10.

Accordingly, the Stipulation is now moot, as the newly-noticed hearing date on the Motion is the same date as that requested in the Stipulation and resets all applicable deadlines, and thus there is no need for the Court to continue any dates or reset any deadlines.

Dated: December 17, 2021

Respectfully submitted

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Division

*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA