```
 1  ELIZABETH A. STRANGE
    First Assistant United States Attorney
 2  District of Arizona
    KEVIN M. RAPP (Ariz. Bar No. 14249),
 3  kevin.rapp@usdoj.gov
    MARGARET PERLMETER (Ariz. Bar No. 024805),
 4  margaret.perlmeter@usdoj.gov
    PETER S. KOZINETS (Ariz. Bar No. 019856),
 5  Peter.kozinets@usdoj.gov
    DOMINIC LANZA (Cal. Bar No. 225989),
 6  dominic.lanza@usdoj.gov
    Assistant U.S. Attorneys
 7  40 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-4408
 8  Telephone (602) 514-7500

 9  JOHN J. KUCERA (Cal. Bar No. 274184),
    john.kucera@usdoj.gov
10  Special Assistant U.S. Attorney
    312 N. Spring Street, Suite 1400
11  Los Angeles, CA 90012
    Telephone (213) 894-3391
12
    BRIAN BENCZKOWSKI
13  Assistant Attorney General
    Criminal Division, U.S. Department of Justice
14
    REGINALD E. JONES (Miss. Bar No. 102806),
15  reginald.jones4@usdoj.gov
    Senior Trial Attorney, U.S. Department of Justice
16  Child Exploitation and Obscenity Section
    950 Pennsylvania Ave N.W., Room 2116
17  Washington, D.C. 20530
    Telephone (202) 616-2807
18
    Attorneys for Plaintiff
19
                     UNITED STATES DISTRICT COURT
20
                 FOR THE CENTRAL DISTRICT OF ARIZONA
21
```

| | |
|---|---|
| United States of America, | No. CR 18-422-PHX-SPL (BSB) |
| Plaintiff, | NOTICE OF GOVERNMENT'S FILING OF RECORDED LIS PENDENS AS TO REAL PROPERTY LOCATED IN SAN FRANCISCO COUNTY, CALIFORNIA |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

35

**Exhibit 2**

Plaintiff United States of America gives notice that on July 2, 2018 it recorded the attached *Lis Pendens* with the San Francisco County Recorder under Doc. # 2018K635050, and sent copies of the recorded *Lis Pendens* to the titled owners and any known lienholders. A copy of the Lis Pendens is attached hereto as Exhibit "A".

DATED: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/John J. Kucera*
KEVIN RAPP
MARGARET PERLMETER
PETER S. KOZINETS
DOMINIC LANZA
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney

**CERTIFICATION**

I certify that on September 11, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Anne Chapman, Erin McCampbell, James Grant, Lee Stein, Paul Cambria, Robert Corn-Revere, Ronald London, Janey Henze Cook, John Littrell, Kenneth Miller, Thomas Bienart, Jr., Bruce Feder, Michael Kimerer, Rhonda Neff, KC Maxwell, David Wakukawa, Michael Piccarreta, Stephen Weiss.

By: *s/Krystie Sor*
U.S. Attorney's Office

2

COPY

RECORDING REQUEST BY

UNITED STATES

WHEN RECORDED MAIL TO

Name: Shannen Beckman
Senior Paralegal

MAILING ADDRESS: Shannen.beckman@usdoj.gov
 312 N. Spring St., 14th Floor
CITY, STATE: Los Angeles, CA
ZIP CODE: 90012

CONFORMED COPY of document recorded
**07/02/2018, 2018K635050**
on_____ with document no.___
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

### Recording of Lis Pendens

███████████████, **San Francisco, CA 94109**
**County of San Francisco**

### APN: Lot 008, Block No. 267

EXHIBIT A

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
DOMINIC LANZA (Cal. Bar No. 225989),
dominic.lanza@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR-18-00422-PHX-SPL |
|---|---|
| Plaintiff, | LIS PENDENS |
| v. | As To: ███████ |
| MICHAEL LACEY | San Francisco, California |
| Defendant. | Titled Owners: Michael G. Lacey |

1  NOTICE IS HEREBY GIVEN that the foregoing action has been
2  commenced and is now pending in the United States District Court for
3  the District of Arizona. The real property that is the subject of
4  this action is located in San Francisco, California and is more
5  particularly described as follows:

6    Apartment No. 700, as shown on plat attached to that
    certain document recorded May 19, 2004, Reel I641, Image
7    533, Official Records, of the improvements situated on the
    following described property:
8

9    Commencing at the point of intersection of the Northerly
    line of Union Street with the Westerly line of Leavenworth
10   Street and running thence Westerly along said line of Union
    Street 65 feet; thence at a right angle Northerly 137
11   feet and 6 inches to the Southerly line of Havens Street;
    thence Easterly along said line of Havens Street 65 feet
12   to the Westerly line of Leavenworth Street, and thence
    Southerly along said line of Leavenworth Street 137 feet, 6
13   inches to the Northerly line of Union Street and the point
    of commencement.
14

15  Being part of 50 Vara Block No. 267.
16
    APN: Lot 008, Block 0097
17

18   For further information concerning the forfeiture, reference may
19  be had to the records of the Clerk of the Court for the United States
20  / / /
21  / / /
22
23
24
25
26
27
28

**39** 2

EXHIBIT A

1 | District Court at Phoenix, Arizona. Title to the defendant property
2 | is held in the name of Michael G. Lacey, an Unmarried Man.
3 | Dated: May /0, 2018          Respectfully submitted,
4 |                              ELIZABETH A. STRANGE
5 |                              First Assistant United States Attorney
                                 District of Arizona
6 |
7 |                              JOHN P. CRONAN
                                 Acting Assistant Attorney General
8 |                              Criminal Division, U.S. Department of
                                 Justice
9 |
10|                              _____
                                 KEVIN RAPP
11|                              DOMINIC LANZA
                                 MARGARET PERLMETER
12|                              JOHN J. KUCERA
                                 Assistant U.S. Attorneys
13|
14|                              REGINALD JONES
                                 Senior Trial Attorney
15|
                                 Attorneys for Plaintiff
16|                              UNITED STATES OF AMERICA

**40**  3                                              EXHIBIT A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **May 24, 2018**, I served a copy of: **LIS PENDENS** ▮▮▮▮▮▮ ) upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: MICHAEL G. LACEY
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SAN FRANCISCO, CA 94109

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **May 24, 2018** at Los Angeles, California.

_/s/ Beckman_
SHANNEN BECKMAN

EXHIBIT A

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **September 11, 2018**, I served a copy of: **NOTICE OF FILING OF RECORDED LIS PENDENS** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: MICHAEL G. LACEY
~~[redacted]~~
SAN FRANCISCO, CA 94109

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 11, 2018** at Los Angeles, California.

KRYSTIE SOR

42