**EXHIBIT 3**

| | |
|---|---|
| **From:** | Boyle, Daniel (USACAC) |
| **To:** | Janey Henze Cook |
| **Cc:** | Erin McCampbell Paris; Paul Cambria; Sor, Krystie (USACAC); Kucera, John (USACAC) |
| **Subject:** | RE: Michael Lacey"s Response to Rule G Interrogatories |
| **Date:** | Wednesday, February 19, 2020 2:14:00 PM |
| **Attachments:** | image001.png |

Janey-

We'd like to discuss two transfers totaling $640,711.61 from the '4862 Account at Compass Bank (which I believe is Account 3 in the Consolidated Complaint) to the '2485 Account at Republic Bank of Arizona. The transfers are:

- $212,066.52 on or about 12/13/17, and
- $428,645.09 on or about 3/16/18

Note that neither of these transfers should touch on the '1897 Account, which is the subject of John's message regarding a possible consent judgment for the ~$75,853.31 currently held in that account.

Thanks,
Dan Boyle

**From:** Janey Henze Cook <Janey@henzecookmurphy.com>
**Sent:** Wednesday, February 19, 2020 1:47 PM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Erin McCampbell Paris <emccampbell@lglaw.com>; Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <KSor@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** Re: Michael Lacey's Response to Rule G Interrogatories

Hi john,
Erin & Paul have asked me to provide some banking history re: Mr Lacey. My understanding is that you would like them to get back to you as quickly as possible. Erin said you mentioned another deposit in 2018 that you are concerned with. Can you please provide the date of said deposit? This will greatly expedite my ability to get them what they need, and their ability to get back to you quickly. Please note: I wasn't on the call so if I have something wrong here, please just let me know.
Best,
Janey

**Janey Henze Cook**
722 E. Osborn Road, Ste 120
Phoenix, Arizona 85014
Direct: 602.956.1930
Cell: 602.402.9576
Main: 602.956.1730
Fax: 602.956.1220

www.henzecookmurphy.com

**EXHIBIT 3**

This email message contains information from the law firm of Henze Cook Murphy, PLLC.  The contents of this message and any attachments are intended solely for the addressee(s), and may contain confidential and/or privileged information that is legally protected from disclosure. If you are not the intended recipient of this message, or if you receive this message in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited

On Feb 19, 2020, at 1:26 PM, Kucera, John (USACAC) <John.Kucera@usdoj.gov> wrote:

Erin, Paul, and Janey,

Nice speaking with you, Paul and Erin, a few moments ago.  As we discussed, and related to the accounts subject to the alleged clerical error, the government will agree to release to your client the funds seized from Bank of Arizona account ending in -1897 as part of a stipulated consent regarding those funds (~$75,853.31).  If you are agreeable to this, later today or tomorrow, we will email you a draft stip and proposed consent judgment.

Also, the government intends to amend its complaint in order to, among other things, identify and trace allegedly tainted funds held in the other two accounts (Bank of Arizona accounts ending in -2485 and -3126) that have nothing to do with the alleged clerical error.  Prior to amending, however, we will discuss with you the theory that Paul described regarding whether additional funds should be released as part of the alleged clerical error.  We propose that the parties jointly file something with the Court regarding this proposal in order to comply with Judge Klausner's order regarding these accounts.

Finally, we will reach out to other defense counsel to explain and discuss our proposal to file an amended complaint that will be substantively similar to the original complaint (subject to the paragraph above) and to delay any responses to Rule G 'rogs and to refile any claims and motions to dismiss.  As Dan and I mentioned on the call, many of the claims inaccurately identify assets and contain other errors (like missing signatures) that can be rectified in subsequent filings.

Thanks, and please contact us with any questions or concerns.

-John

_____

42

**John Kucera | AUSA**
(213) 894-3391

**From:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Sent:** Tuesday, February 11, 2020 1:14 PM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <KSor@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

Hi John,

We are free tomorrow at 1:00 EST.  If that works, we will call you then.

Best wishes,

Erin



**Erin McCampbell Paris**
Attorney at Law

42 Delaware Ave | Suite 120 | Buffalo, NY 14202
**TEL** 716 849 1333 x323 | **FAX** 716 855 1580
email | profile | website | map | vCard

**NOTICE:** This message contains privileged and confidential information intended only for the use of the persons named above. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is prohibited.

**From:** Kucera, John (USACAC) [mailto:John.Kucera@usdoj.gov]
**Sent:** Tuesday, February 11, 2020 1:11 PM
**To:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <Krystie.Sor@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

43

Erin,

I think last week got away without touching base. Can we find a time to talk? Maybe sometime tomorrow?

Thanks,
John

_____

**John Kucera | AUSA**

(213) 894-3391

---

**From:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Sent:** Thursday, February 6, 2020 10:40 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <KSor@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

Thanks for responding. We will get back to you tomorrow with some dates/times for a call.

---

**From:** Kucera, John (USACAC) [mailto:John.Kucera@usdoj.gov]
**Sent:** Thursday, February 6, 2020 1:26 PM
**To:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <Krystie.Sor@usdoj.gov>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

Yes, I did. Sorry I didn't respond sooner.

I will likely move to compel, but perhaps we could get on a call to discuss before I do. Let me know if sometime early next week works for a call.

Thanks,
John

_____

**John Kucera | AUSA**

(213) 894-3391

**From:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Sent:** Thursday, February 6, 2020 6:12 AM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <KSor@usa.doj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

Hi John – did you receive our responses yesterday?

---

**From:** Erin McCampbell Paris
**Sent:** Wednesday, February 5, 2020 4:30 PM
**To:** 'Kucera, John (USACAC)' <John.Kucera@usdoj.gov>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <Krystie.Sor@usdoj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

John,

Thank you again for the extension. I have attached Mr. Lacey's Interrogatory Responses. Please confirm that you received the Response.

Best wishes,

Erin

---

**From:** Kucera, John (USACAC) [mailto:John.Kucera@usdoj.gov]
**Sent:** Thursday, January 30, 2020 4:55 PM
**To:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Cc:** Paul Cambria <pcambria@lglaw.com>; Sor, Krystie (USACAC) <Krystie.Sor@usdoj.gov>
**Subject:** RE: Michael Lacey's Response to Rule G Interrogatories

Erin,

Certainly. Let's make the deadline 2/5/2020 (also, we'll be flexible with the new deadline if you need).
I hope everything goes as well as possible with Janey.

Best,
John

45

_____

**John Kucera | AUSA**

(213) 894-3391

---

**From:** Erin McCampbell Paris <emccampbell@lglaw.com>
**Sent:** Thursday, January 30, 2020 1:20 PM
**To:** Kucera, John (USACAC) <jkucera@usa.doj.gov>
**Cc:** Paul Cambria <pcambria@lglaw.com>
**Subject:** Michael Lacey's Response to Rule G Interrogatories

Hi John,

I hope you are well.  I write to ask a brief extension of the deadline for our response to your Rule G Interrogatories.  Janey Henze Cook is assisting us in preparing the responses, and unfortunately, is dealing with an unexpected, very serious family matter.  Will  you agree to extend the deadline for our response from Friday (1/31/20) to Wednesday (2/5/20)?

Best wishes,

Erin