1   TRACY L. WILKISON
    United States Attorney
2   SCOTT M. GARRINGER
    Assistant United States Attorney
3   Chief, Criminal Division
    JONATHAN S. GALATZAN
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   DAN G. BOYLE (Cal. Bar No. 332518)
    Assistant United States Attorney
6   Asset Forfeiture Section
          1400 United States Courthouse
7         312 North Spring Street
          Los Angeles, California 90012
8         Telephone: (213) 894-2426
          Facsimile: (213) 894-0142
9         E-mail:   Daniel.Boyle2@usdoj.gov

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA

11

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15  UNITED STATES OF AMERICA,          No. 2:18-cv-08420-RGK-PJW

16          Plaintiff,                 **GOVERNMENT'S STATUS REPORT
                                        REGARDING STAYED CASE**
17              v.

18  $1,546,076.35 IN BANK FUNDS
    SEIZED FROM REPUBLIC BANK OF
19  ARIZONA ACCOUNT '1889, ET AL.,

20          Defendants.

21

22  JAMES LARKIN, et at.,

23          Claimants.

24

25          1.   On January 20, 2021, this Court ordered this consolidated

26  civil forfeiture action stayed pending the conclusion of a criminal

27  action in the District of Arizona, <u>United States v. Michael Lacey, et

28  al.</u>, No. CR 18-422-PHX-SMB (the "Lacey Action"), which is related to

                                    1

this consolidated action. [ECF No. 189].  In addition, two related ancillary proceeding are also pending in that District, United States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB (the "Backpage Action"). The stay order required the government to report to the Court every 90 days, including as to any developments that might justify modifying the stay.

2.    Trial in the Lacey Action was set for February 9, 2022, but on January 3, 2022, defendants there filed a notice of interlocutory appeal in the Lacey Action. On January 10, 2022, the Court in the Lacey Action continued trial pending resolution of this interlocutory appeal.

3.    In the Ferrer and Backpage Actions, a status conference on the ancillary proceedings regarding the potential criminal forfeiture of some of the same assets in controversy here is presently set for February 16, 2022.

4.    The Lacey, Ferrer, and Backpage Actions arise from the same general facts as this forfeiture action.  Given the pending trial in the Lacey Action, and the ongoing nature of the related ancillary proceedings in the Ferrer and Backpage Actions, a stay continues to be warranted pursuant to 18 U.S.C. § 981(g).

5.    Accordingly, the government requests that the stay in this case continue in effect pending the resolution of the Lacey Action, or upon motion of any party.  Pursuant to the Court's Order filed on January 20, 2021, the government will file a status report on the proceedings in the Lacey, Ferrer, and Backpage Actions no later than April 11, 2022.

6.    If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30

days of the completion of the criminal matter.  Any party having

filed an answer must do so within 30 days of the entry of an order

lifting the stay.

Dated: January 11, 2022          Respectfully submitted,

                                 TRACY L. WILKISON
                                 United States Attorney
                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 JONATHAN S. GALATZAN
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 */s/ Dan G. Boyle*
                                 DAN G. BOYLE
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA