UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

Case: 2:18cv08420  Doc: 208

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

NIXIE  326 5E 1  7212/19/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012353299  ZZ47N353183-03259

2 addresses

RGK

Case: 2:18cv08420 Doc: 208

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33007993@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/23/2021 at 2:09 PM PST and filed on 11/23/2021

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 208(No document attached) |

**Docket Text:**
**(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER by Judge R. Gary Klausner.** Claimants' Motion for Relief from Doc. 203 re Minutes of In Chambers Order [206], calendared for hearing on November 29, 2021, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The court will review the matter without hearing any further arguments in person or on paper. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sw) TEXT ONLY ENTRY

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Ariel A Neuman    aneuman@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com, rec@birdmarella.com
Benjamin P. Lechman    benlechman@hotmail.com
Daniel G. Boyle    daniel.boyle2@usdoj.gov, caseview.ecf@usdoj.gov, gabriela.arciniega@usdoj.gov, krystie.sor@usdoj.gov, Tarleen.Khauv@usdoj.gov, USACAC.Criminal@usdoj.gov
Daniel James Quigley    quigley@djqplc.com
David W. Wiechert    dwiechert@aol.com, danielle@wmgattorneys.com, jessica@wmgattorneys.com, William@wmgattorneys.com
Gary S Lincenberg    glincenberg@birdmarella.com, docket@birdmarella.com, juh@birdmarella.com
Gopi K Panchapakesan    gpanchapakesan@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, kmm@birdmarella.com

John K Rubiner   jrubiner@fmglaw.com, jrubiner@bkolaw.com
Martha Boersch   martha@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com
Paul J Cambria , Jr   pcambria@lglaw.com, emccampbell@lglaw.com, gpelletterie@lglaw.com, kdrewery@lglaw.com, tkornow@lglaw.com
Steven L. Kessler   kesslerlawnyc@gmail.com
Thomas H. Bienert , Jr   tbienert@bklwlaw.com, 4579179420@filings.docketbird.com, 7657482420@filings.docketbird.com, docket@bklwlaw.com, tthomas@bklwlaw.com
Walter F. Brown , Jr   wbrown@paulweiss.com, mao_fednational@paulweiss.com
Whitney Z. Bernstein   wbernstein@bklwlaw.com, 4579179420@filings.docketbird.com, docket@bklwlaw.com, medwards@bienertkatzman.com, tthomas@bienertkatzman.com

**2:18-cv-08420-RGK-PJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Jill Anderson
2201 North Central Avenue No. 6A
Phoenix, AZ 85004

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

Ramon Larkin
1023 W 70th Ter
Kansas City, MO 64113

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004