# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08420-RGK-PJW | Date | January 24, 2022 |
| Title | United States v. $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account 1889, et al. | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Plaintiff's *Ex Parte* Application for Leave to File Surreply [DE 225]

On December 16, 2021, Claimant Michael Lacey ("Claimant") filed a Motion for Release of Funds. (ECF No. 217.) After full briefing, Plaintiff United States of America ("Plaintiff") filed the instant application for leave, arguing that Claimant had included a new argument on reply and requesting permission to respond to that argument with a surreply. (*See* ECF No. 25.) Although Plaintiff stated in its application that Claimant would oppose the application, Claimant did not do so. Accordingly, the Court considers Claimant to have consented to the application pursuant to C.D. Cal. Local Rule 7-12, and **GRANTS** Plaintiff's request.[1] Plaintiff must file its surreply by January 25, 2022.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer     _____

---

[1] As Plaintiff notes in its application, new arguments may not be raised on reply. The Court's granting of this application does not necessarily imply that the Court will consider the allegedly new argument in Claimant's reply brief. The Court will address the issue further in its order on Claimant's Motion.