Steven L. Kessler, admitted *pro hac vice*
kesslerlawnyc@gmail.com
LAW OFFICES OF STEVEN L. KESSLER
P.O. Box 100, Wykagyl Station
New Rochelle, N.Y. 10804
Telephone: (212) 661-1500
Facsimile: (914) 740-3365

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
*Attorneys for Claimant Michael Lacey*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al*.,<br><br>            Defendants.<br><hr>Michael Lacey,<br><br>            Claimant. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>MOVANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SURREPLY IN FURTHER SUPPORT OF MOVANT'S MOTION FOR RELEASE OF ASSETS<br><br>Hearing Date: January 31, 2022<br><br>Time:   9:00 A.M. |

Movant Michael Lacey, by his counsel of record, Paul J. Cambria, Jr., and Steven L. Kessler, *pro hac vice*, hereby files *ex parte*[1] his Unopposed Application for Leave to File a Response to Plaintiff's Surreply in Further Opposition to Mr. Lacey's Motion to Release Certain Restrained Assets (ECF 225).

This Motion is based upon the attached Memorandum of Points and Authorities and such further evidence and argument as the Court may permit.

Dated: January 26, 2022

Respectfully submitted,

PAUL J. CAMBRIA, Jr.

*/s/ Paul J. Cambria, Jr.*

STEVEN L. KESSLER, *pro hac vice*

*Attorneys for Claimant
Michael Lacey*

---

[1] Pursuant to L.R. 7-19, counsel for Mr. Lacey contacted counsel for the government by email on January 25, 2022, and requested the government's position on this application. The government's counsel stated that the government did not oppose Mr. Lacey's filing a response to its Surreply so long as it does not exceed the length of the Surreply, although it disagreed with Mr. Lacey's position that the government's Surreply misrepresents the law and facts relating to a Stipulation (ECF 217).

1

# MEMORANDUM OF POINTS AND AUTHORITIES

On January 24, 2022, the government filed a Surreply in further opposition to Mr. Lacey's motion for release of Assets. See ECF 225. In its Surreply, the government contends for the first time that a Stipulation with the Claimants (ECF 217) for the release of 80% of the balance of Compass Bank account '4862, a Cereus newspaper account, has no effect on the allegations of the government's forfeiture complaint against Mr. Lacey's newspaper account '3126 at Republic Bank of Arizona. Yet, the government's sole basis for seeking to forfeit account '3126 is that it received funds from account '4862.

The government's assertion that the Stipulation has no effect on the allegations of the complaint is a new argument that necessitates the *ex parte* filing of Movant's Proposed Response. See *Martirosian v. JP Morgan Chase Bank NA*, No. 13-CV-02987-RGK (RZX), 2014 WL 12567790, at *1 (C.D. Cal. Mar. 12, 2014) ("The Court generally will not consider new facts or arguments raised in a party's reply brief, because doing so would deprive the non-moving party of fair notice and an opportunity to be heard." (citing *United States v. Gianelli*, 543 F.3d 1178, 1184 n.6 (9th Cir. 2008))).

Further, the government's assertion is legally incorrect, as demonstrated in the Proposed Response submitted herewith.

Mr. Lacey's proposed Response demonstrates that the facts necessarily conceded by the Stipulation confirm that Mr. Lacey's motion seeking to release his newspaper account '3126 should be granted.

Finally, the government has consented to Mr. Lacey filing the Proposed Response. As the government's consent acknowledges, Mr. Lacey's motion should be decided on its substance. *See*, *e.g.*, *Nippon Sigmax Co., Ltd v. Kranos Corp.*, No. 821CV00375DOCADSX, 2021 WL 2634823, at *5 ( C.D. Cal. June

25, 2021) ("The Federal Rules of Civil Procedure's overwhelming policy is that 'cases should be decided on their merits whenever reasonably possible'") (quoting *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986)). Acceptance and consideration of Mr. Lacey's proposed Response will further that important policy.

## CONCLUSION

For the above reasons, Mr. Lacey respectfully requests that the Court accept Mr. Lacey's proposed Response to the government's Surreply, in the form accompanying this application

Dated:  January 26, 2022

                                        Respectfully submitted,
                                        */s/ Paul J. Cambria, Jr.*
                                        Paul J. Cambria, Jr.

                                        Steven L. Kessler, *pro hac vice*

                                        *Attorneys for Claimant Michael Lacey*

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on January 26, 2022, a copy of the foregoing was also delivered to the following via CM/ECF:

DANIEL BOYLE
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, California 90012


*/s/ Kristina Drewery*
Kristina Drewery