Steven L. Kessler, admitted *pro hac vice*
kesslerlawnyc@gmail.com
LAW OFFICES OF STEVEN L. KESSLER
P.O. Box 100, Wykagyl Station
New Rochelle, N.Y. 10804
Telephone: (212) 661-1500
Facsimile: (914) 740-3365

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
*Attorneys for Claimant Michael Lacey*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889, *et al.*,<br><br>              Defendants.<br><br>―――――――――――――――<br>Michael Lacey,<br><br>              Claimant.<br>―――――――――――――――| Case No. 2:18-cv-08420-RGK (PJW)<br><br>[PROPOSED] ORDER GRANTING MOVANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SURREPLY IN FURTHER SUPPORT OF MOVANT'S MOTION FOR RELEASE OF ASSETS<br><br>Hearing Date:  January 31, 2022<br><br>Time:   9:00 A.M. |

1

1  Pursuant to the Movant Michael Lacey's unopposed ex parte application,
2  and good cause appearing, IT IS ORDERED that Movant's Unopposed
3  Application of Leave to File a Response To Plaintiff's Sur-reply In Further
4  Support of Movant's Motion for Release of Assets is granted.

Dated: _____, 2022

_____
Honorable R. Gary Klausner,
United States District Judge