Case: 2:18cv08420   Doc: 208



DR

UNDELIVERABLE MAIL

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

Case: 2:18cv08420   Doc: 208

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:18cv08420   Doc: 208

Troy  Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

FILED
DEC 27, 2020
Document #

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 2 7 2021

NSN

2 addresses

RGK

NIXIE    326    5E 1    7212/19/21