FILED
01/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:        TC        DEPUTY

Case: 2:18cv08420   Doc: 199

UNDELIVERABLE ADDRESS

Troy  Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

—

**OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RGK

