| U.S. Department of Justice | Log # 2767 | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | Capture # 012-2:2018-CV-08420-4 | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:18-cv-8420-RGK x |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACC | Consent Judgment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Dan Boyle
312 N. Spring St, 14th Floor
Los Angeles, CA 90012

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

CATS ID: 18-USP-0002085
Per the attached Consent Judgment, ~~$324,623~~ **$324,623.02 ←IF** of $407,686.14 is to be returned, and remaining $83,063.12 is to be forfeited.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Dan Boyle*
TELEPHONE NUMBER: 213-894-2426
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 2 | District of Origin No.: 12 | District to Serve No.: 12 | Signature of Authorized USMS Deputy or Clerk | Date: 12/17/2021 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 2/23/2022  Time: 3:06 pm

Signature of U.S. Marshal or Deputy

Address *(complete only different than shown above)*

Costs shown on attached USMS Cost Sheet>>

**REMARKS**

Forfeited $83,063.12 (18-USP-002085) on 12/14/21.
RETURNED $324,623.02 WITHOUT INTEREST ON 2/10/22.

Form USM-285
Rev. 01/21