**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
Case: 2:18cv08420   Doc: 228




John R Becker
7025 East Greenway Parkway,  Suite 800
Scottsdale, AZ 85254
```



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 1 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
FEB 1 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

NIXIE          851         SE 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33313846@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/26/2022 at 8:49 AM PST and filed on 1/26/2022

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 228(No document attached) |

**Docket Text:**
**(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER by Judge R. Gary Klausner. Claimant Michael Lacey's Motion for Release of Funds [217], calendared for hearing on January 31, 2022, has been taken under submission and off the motion calendar. No appearances by counsel are necessary. The court will review the matter without hearing any further arguments in person or on paper. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sw) TEXT ONLY ENTRY**

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Ariel A Neuman     aneuman@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com, rec@birdmarella.com
Benjamin P. Lechman     benlechman@hotmail.com
Daniel G. Boyle     daniel.boyle2@usdoj.gov, caseview.ecf@usdoj.gov, gabriela.arciniega@usdoj.gov, karine.aghababyan@usdoj.gov, krystie.sor@usdoj.gov, Tarleen.Khauv@usdoj.gov, USACAC.Criminal@usdoj.gov
Daniel James Quigley     quigley@djqplc.com
David W. Wiechert     dwiechert@aol.com, danielle@wmgattorneys.com, jessica@wmgattorneys.com, William@wmgattorneys.com
Gary S Lincenberg     glincenberg@birdmarella.com, docket@birdmarella.com, juh@birdmarella.com
Gopi K Panchapakesan     gpanchapakesan@birdmarella.com,