**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
Case: 2:18cv8420  Doc: 231




John R Becker
7025 East Greenway Parkway,  Suite 800
Scottsdale, AZ 85254
```



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY





FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33320279@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Order on Motion for Leave to File Document Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/26/2022 at 5:10 PM PST and filed on 1/26/2022

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 231 |

**Docket Text:**
ORDER by Judge R. Gary Klausner that Movant's Unopposed Application of Leave to File a Response To Plaintiff's Sur-reply In Further Support of Movant's Motion for Release of Assets [229] is granted. (jp)

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Steven L. Kessler     kesslerlawnyc@gmail.com
Ariel A Neuman     mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert     william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Daniel G. Boyle     krystie.sor@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, daniel.boyle2@usdoj.gov, karine.aghababyan@usdoj.gov
Whitney Z. Bernstein     medwards@bienertkatzman.com, docket@bklwlaw.com, tthomas@bienertkatzman.com, 4579179420@filings.docketbird.com, wbernstein@bklwlaw.com
John K Rubiner     jrubiner@fmglaw.com, jrubiner@bkolaw.com
Benjamin P. Lechman     benlechman@hotmail.com
Thomas H. Bienert     tbienert@bklwlaw.com, 7657482420@filings.docketbird.com, tthomas@bklwlaw.com, docket@bklwlaw.com, 4579179420@filings.docketbird.com