

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

2:18cv8420 RGK

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

-R-T-S- 300045507-1N 02/22/22
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:18cv8420  Doc: 220

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33234602@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Striking Electronically Filed Documents (G-106) Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/11/2022 at 11:31 AM PST and filed on 1/11/2022

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 220 |

**Docket Text:**
ORDER ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Opposition [219], for the following reasons: Memorandum of Points and Authorities exceeds this Court's 20-page limit. Counsel may properly refile the motion not later than 3:00 pm on 1/11/2022. (jp)

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Daniel G. Boyle    krystie.sor@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, daniel.boyle2@usdoj.gov
Whitney Z. Bernstein    medwards@bienertkatzman.com, docket@bklwlaw.com, tthomas@bienertkatzman.com, 4579179420@filings.docketbird.com, wbernstein@bklwlaw.com
John K Rubiner    jrubiner@fmglaw.com, jrubiner@bkolaw.com
Benjamin P. Lechman    benlechman@hotmail.com
Thomas H. Bienert    tbienert@bklwlaw.com, 7657482420@filings.docketbird.com,

tthomas@bklwlaw.com, docket@bklwlaw.com, 4579179420@filings.docketbird.com
Walter F. Brown     mao_fednational@paulweiss.com, wbrown@paulweiss.com
Paul J Cambria     pcambria@lglaw.com, emccampbell@lglaw.com, kdrewery@lglaw.com
Gary S Lincenberg     docket@birdmarella.com, juh@birdmarella.com, glincenberg@birdmarella.com

Martha Boersch     ecf@boersch-illovsky.com, martha@boersch-illovsky.com, roxanne@boersch-illovsky.com
Gopi K Panchapakesan     kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, gpanchapakesan@birdmarella.com
Daniel James Quigley     quigley@djqplc.com

**2:18-cv-08420-RGK-PJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale AZ 85254
US
Jill Anderson
2201 North Central Avenue No. 6A
Phoenix AZ 85004
US
Ramon Larkin
1023 W 70th Ter
Kansas City MO 64113
US
Troy Larkin
201 Oakhurst Leaf Drive
Milton GA 30004
US

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v.<br>$1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al<br>DEFENDANT(S). | 2:18-cv-08420-RGK-PJW<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 01/10/2022 | 219 | Opposition |
| | | |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Memorandum of Points and Authorities exceeds this Court's 20-page limit. Counsel may properly refile the motion not later than 3:00 pm on January 11, 2022.

Dated: January 11, 2022

By: *Gary Klausner*
U.S. District Judge / U.S. Magistrate Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)