# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08420-RGK-PJW | Date | April 11, 2021 |
| Title | *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Plaintiff's Status Report re Stayed Case

The Court has read and considered Plaintiff's Status Update, which states that the related District of Arizona criminal action (*United States v. Michael Lacey, et al*, No. CR 18-422-PHX-SMB) has been stayed pending the defendants' interlocutory appeal. Because the related criminal actions have yet to resolve, the Court agrees with the parties that a stay continues to be warranted under 18 U.S.C. § 981(g). The Court **ORDERS** that the stay be extended to **July 18, 2022**. In accordance with the Court's original stay order at Dkt. No. 189, Plaintiff is ordered to continue filing status reports every 90 days.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | jre / a |