# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW | Date | July 15, 2022 |
|---|---|---|---|
| Title | *United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS)** Order Re: Plaintiff's Status Report re Stayed Case

The Court has read and considered Plaintiff's Status Update, which notes that the related District of Arizona criminal action (*United States v. Michael Lacey, et al*, No. CR 18-422-PHX-SMB) continues to be stayed pending the defendants' interlocutory appeal. Because the related criminal actions have yet to resolve, the Court agrees with the parties that a stay continues to be warranted under 18 U.S.C. § 981(g). The Court **ORDERS** that the stay be extended to **October 17, 2022**. In accordance with the Court's original stay order at Dkt. No. 189, Plaintiff is ordered to continue filing status reports every 90 days.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer          jre/a