# Exhibit "1"

Monday, November 7, 2022 at 09:01:46 Pacific Standard Time

| | |
|---|---|
| **Subject:** | 18-CV-8420-RGK (C.D. Cal.) |
| **Date:** | Monday, November 7, 2022 at 8:37:17 AM Pacific Standard Time |
| **From:** | Whitney Bernstein |
| **To:** | kesslerlawnyc@gmail.com, Ariel A. Neuman, dwiechert, John Rubiner (JRubiner@fmglaw.com), Ben Lechman, wbrown@paulweiss.com, Paul John Cambria, Jr , glincenberg@birdmarella.com, martha@boersch-illovsky.com, gpanchapakesan@birdmarella.com, Daniel J. Quigley (quigley@djqplc.com), Boyle, Daniel (USACAC), Rapp, Kevin (USAAZ), Perlmeter, Margaret (USAAZ), Kozinets, Peter (USAAZ), Andrew Stone, Erin McCampbell Paris, Bruce Feder |
| **CC:** | Thomas H. Bienert, Toni Thomas |

Dear Counsel,

As required by L.R. 83-2.3.2 and L.R. 7-3, we are providing written notice to all parties who have appeared in this action of our firm's intent to file a motion to withdraw as retained counsel for James Larkin in this matter no later than next Friday, November 18. If anyone opposes this forthcoming motion, we are available anytime during PST working hours this week to meet and confer. In that event, please let us know a time you would like to speak.

Thanks,

Whitney

**Whitney Z. Bernstein**
**Partner** | Orange County
**Bienert Katzman Littrell Williams** LLP
Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700

The foregoing message is confidential and intended for the designated recipient only. The foregoing information may be protected by attorney-client and/or work product privileges. Accordingly, if you have received this message in error, please contact BIENERT KATZMAN LITTRELL WILLIAMS LLP immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.