Thomas H. Bienert, Jr. (CA Bar No.135311)
Whitney Z. Bernstein (CA Bar No. 304917)
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
tbienert@bklwlaw.com
wbernstein@bklwlaw.com
*Attorneys for James Larkin*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. 2:18-CV-08420-RGK (PJW) |
|---|---|
| Plaintiff, | **DECLARATION OF TONI THOMAS** |
| vs. | |
| $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account '1889 et al., | |
| Defendant. | |

## DECLARATION OF TONI THOMAS

I, Toni Thomas, declare as follows:

1. I am a paralegal at the law firm of Bienert Katzman Littrell Williams LLP ("BKLW"), counsel of record for James Larkin. I submit this declaration in support of BKLW's motion to withdraw as counsel for Mr. Larkin.

2. I submit this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify to this declaration under oath.

3. On November 5, 2022, Whitney Z. Bernstein sent an email to James Larkin confirming that BKLW would be moving to withdraw as counsel and asking him to review and sign an affidavit confirming that he had terminated our firm and did not oppose our motion to withdraw. Ms. Bernstein copied me on that email, and it is attached as Exhibit "A."

4. On November 7, 2022, Mr. Larkin sent an email to Whitney Z. Bernstein with the singed affidavit as an attachment. Mr. Larkin copied me on that email. Mr. Larkin's signed affidavit is attached as Exhibit "B."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 25, 2023            */s/Toni Thomas*
                                                    Toni Thomas

# Exhibit "A"

| | |
|---|---|
| **From:** | Whitney Bernstein |
| **To:** | Larkin, James |
| **Cc:** | Thomas H. Bienert; Toni Thomas |
| **Subject:** | Declarations to Sign |
| **Date:** | Saturday, November 5, 2022 2:41:31 PM |
| **Attachments:** | 221105 Larkin Decl ISO Mtn to Withdraw D. Ariz. 18CR464.pdf |
| | 221105 Larkin Decl ISO Mtn to Withdraw CDCA 18CV8420.pdf |
| | 221105 Larkin Decl ISO Mtn to Withdraw D. Ariz. 18CR465.pdf |

Hi Jim,

For our motions to withdraw from the ancillary hearing cases (US v. Ferrer and US v. Backpage) and the main Klausner forfeiture case, please sign and return the attached declarations that we will use as exhibits instead of attaching your and Tom's emails from last weekend.  Please return the signed copy of these to us as soon as you can.  Let us know if you have any questions.

Thanks,

Whitney


**Whitney Z. Bernstein**
**Partner** | Orange County

**Bienert Katzman Littrell Williams** LLP
Website | vCard | Profile

Los Angeles | 601 W. 5th Street, Suite 720 | Los Angeles, CA 90071 | (213) 528-3400
Orange County | 903 Calle Amanecer, Suite 350 | San Clemente, CA 92673 | (949) 369-3700

The foregoing message is confidential and intended for the designated recipient only.  The foregoing information may be protected by attorney-client and/or work product privileges.  Accordingly, if you have received this message in error, please contact BIENERT KATZMAN LITTRELL WILLIAMS LLP immediately, and delete the message without reviewing, copying, or making further use of the information contained herein.

# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-08420-RGK-PJW<br><br>**DECLARATION OF JAMES LARKIN** |

I, James Larkin, declare as follows:

1. I am a movant in the above-entitled matter.
2. I am currently represented in this matter by Bienert Katzman Littrell Williams LLP.
3. On October 29, 2022, I terminated Bienert Katzman Littrell Williams LLP as my counsel in this matter and others.
4. I join and concur in their motion to withdraw as my attorney.
5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed this ____ day of November, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES LARKIN

DECLARATION OF JAMES LARKIN