# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. 2:18-cv-08420-RGK (PJW) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING BIENERT KATZMAN LITTRELL WILLIMAS LLP'S MOTION TO WITHDRAW AS RETAINED COUNSEL ON BEHALF OF JAMES LARKIN** |
| vs. | |
| $1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889 et al., | |
| Defendants. | |

The Court, having reviewed Bienert Katzman Littrell Williams LLP's *Motion to Withdraw as Retained Counsel on Behalf of James Larkin* ("Motion to Withdraw") and good cause appearing,

**IT IS ORDERED** that the Motion to Withdraw is granted.

DATED this _____ day of _____, 2023.

_____
The Honorable R. Gary Klausner
United States District Court Judge