E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:    Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-08420-RGK-PJW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW** |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| Defendants. | |
| JAMES LARKIN, MARGARET LARKIN, MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, VERMILLION HOLDINGS, LLC, CEREUS PROPERTIES, LLC, SHEARWATER INVESTMENTS, LLC, BROADWAY CAPITAL, LLC, MICHAEL LACEY, SCOTT SPEAR, ALYSON TALLEY, JOHN BRUNST, MARY ANN BRUNST, THE BRUNST FAMILY TRUST, KATHLEEN D. LARKIN, JOHN C. LARKIN, QUINN M. LARKIN, ROSE L. LARKIN, ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUEBLA | |

1

| |
|---|
| TRUST, CUERNAVACA TRUST AND CHIAPAS TRUST, NATASHA SPEAR, ELLON SPEAR, LARKIN MARGARET, JILL ANDERSON, JOHN R. BECKER, TRUSTEE OF THE MGL TWO YEAR RETAINED ANNUITY TRUST, TROY LARKIN, RAMON LARKIN, CASA BAHIA FOR SAN FRANCISCO, LLC, AND COLIN LACEY, AS BENEFICIARY OF THE BINGHAMTON TRUST,<br><br>            Claimants. |

1. On January 25, 2023, Bienert Ktzman Littrell Williams LLP ("BKLW"), counsel to Claimant James Larkin in these consolidated proceedings, filed a motion to withdraw as counsel (the "Motion"). See ECF No. 247.

2. As noted in BKLW's Motion, BKLW contacted all parties on November 7, 2022, requesting that any party opposed to BKLW's withdrawal provide notice. See ECF No. 247-1.

3. The government responded to BKLW's email, stating "assuming that Judge Humetawa permits your firm to withdraw in the criminal case in D.Az, the government would not oppose withdrawal in any of the related civil cases."

4. On December 16, 2022, the Hon. Diane Humetawa granted BKLW's motion to withdraw in the criminal case in the District of Arizona captioned United States v. James Larkin, et al., D. Az. Case No. 2:18-cr-00422-DJH-2. See ECF No. 1512.

//
//

2

5. Accordingly, the government does not oppose BKLW's Motion to withdraw.[1]

Dated: February 10, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

          /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The government apologies for the delay in filing this notice of non-opposition. Lead government counsel was on extended parental leave when the Motion was filed and thus only able to review the Motion briefly and did not immediately realize that the government's non-opposition was not explicitly stated in the Motion. The government files this notice now to complete the record.

3