UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>$1,546,076.35 In Bank Funds Seized From Republic Bank of Arizona Account '1889 et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-08420-RGK (PJW)<br><br>[PROPOSED] ORDER GRANTING BIENERT KATZMAN LITTRELL WILLIMAS LLP'S MOTION TO WITHDRAW AS RETAINED COUNSEL ON BEHALF OF JAMES LARKIN   [247] |

The Court, having reviewed Bienert Katzman Littrell Williams LLP's *Motion to Withdraw as Retained Counsel on Behalf of James Larkin* ("Motion to Withdraw") and good cause appearing,

**IT IS ORDERED** that the Motion to Withdraw is granted.

DATED this   24th   day of   February  , 2023.

*Gary Klausner*
The Honorable R. Gary Klausner
United States District Court Judge