UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>             V.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>        DEFENDANTS.<br>_____<br>JOHN BRUNST, ET AL.,<br><br>        CLAIMANTS. | No. CV 18-08420-RGK (PJWx)<br><br>**[PROPOSED]**<br>**PARTIAL CONSENT JUDGMENT AS TO $5,848,729.00 SEIZED FROM ALLIANCE BERNSTEIN ACCOUNT '6878 ONLY – NOT CASE DISPOSITIVE** |

   Plaintiff, the United States of America (the "government"), and claimants John Brunst ("Brunst"), Mary Ann Brunst ("M. Brunst"), and The Brunst Family Trust (the "Trust"), by and through their counsel of record (collectively, "Claimants"), have stipulated and requested that the Court enter this partial consent judgment to carry into effect the terms of the stipulation as only to defendant

$5,848,729.00 seized from Alliance Bernstein Account '6878 (the "Defendant Funds"), which is not dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimants, no other claims or answers have been filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendant Funds. The government has agreed to the return of a portion of the Defendant Funds. Any potential claimants to the Defendant Funds other than Claimants are deemed to have admitted the allegations of the complaint. This consent judgment does not operate as a release of claims, actions or rights with respect to the seizure or retention of any funds or assets other than the Defendant Funds, nor should this consent judgment be admitted in any other proceeding against Claimants to prove any of the facts relied upon to establish reasonable cause for the seizure of either the Defendant Funds. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimants.

2. The government shall return $500,000 of the $5,848,729.00 seized from Alliance Bernstein Account '6878, without interest, to Brunst through his counsel (hereinafter the "Returned Funds").

3. M. Brunst and the Trust are deemed to have withdrawn their

2

1  claims to the Returned Funds.

2      4.   Claimants each maintain their claims as to the remaining
3  $5,348,729.00 of the Defendant Funds.

4      5.   If the government elects to make the payment of the
5  Returned Funds by check, the check shall be payable to the client
6  trust account of Bird, Marella, Boxer, Wolpert, Nessim, Drooks,
7  Lincenberg & Rhow, P.C. (the "Bird Marella Client Trust Account"),
8  and mailed to Brunst in care of his attorney, Gary Lincenberg at
9  Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow,
10 P.C., 1875 Century Park E #2300, Los Angeles, CA 90067.  If the
11 government elects to make the payment by wire transfer, the funds
12 shall be wire transferred to the Bird Marella Client Trust Account.
13 Upon request from the government, Brunst, through his counsel, shall
14 provide the necessary bank account information for the Bird Marella
15 Client Trust Account to complete the transfer.

16     6.   This judgment constitutes a certificate of reasonable cause
17 pursuant to 28 U.S.C. § 2465.

18 //
19 //
20 //

3

7. Each of the parties shall bear its own fees and costs incurred in connection with the Returned Funds.

IT IS SO ORDERED.

Dated: _____, 2023

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Chief, Asset Forfeiture & Recovery Section

     /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

4