UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08420-RGK-PJW | Date | March 13, 2023 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Plaintiff's Status Report re Stayed Case

The Court has read and considered Plaintiff's Status Update, which notes that the related District of Arizona criminal action (*United States v. Michael Lacey, et al*, No. CR 18-422-PHX-SMB) is set for trial on June 20, 2023. The other related criminal cases (*United States v. Ferrer*, No. CR 18-464-PHX-SMB and *United States v. Backpage.com, LLC, et al*, No. CR 18-465-PHX-SMB) are stayed pending resolution of the first. Because the related criminal actions have yet to resolve, the Court agrees that a stay continues to be warranted under 18 U.S.C. § 981(g). The Court **ORDERS** that the stay be extended to **April 17, 2023**. In accordance with the Court's original stay order at Dkt. No. 189, Plaintiff is ordered to continue filing status reports every 90 days.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ap |