UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:18cv8420   Doc: 252

**FILED**
CLERK, U.S. DISTRICT COURT
3/24/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE   DEPUTY

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

NIXIE   851  SE 1   03/21/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

RGK

NEOPOST
03/16/2023
US POSTAGE $001.50