E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cv-08420-RGK-PJW |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| Defendants. | |
| JAMES LARKIN, MARGARET LARKIN, MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, VERMILLION HOLDINGS, LLC, CEREUS PROPERTIES, LLC, SHEARWATER INVESTMENTS, LLC, BROADWAY CAPITAL, LLC, MICHAEL LACEY, SCOTT SPEAR, ALYSON TALLEY, JOHN BRUNST, MARY ANN BRUNST, THE BRUNST FAMILY TRUST, KATHLEEN D. LARKIN, JOHN C. LARKIN, QUINN M. LARKIN, ROSE L. LARKIN, ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUEBLA | |

TRUST, CUERNAVACA TRUST AND CHIAPAS TRUST, NATASHA SPEAR, ELLON SPEAR, LARKIN MARGARET, JILL ANDERSON, JOHN R. BECKER, TRUSTEE OF THE MGL TWO YEAR RETAINED ANNUITY TRUST, TROY LARKIN, RAMON LARKIN, CASA BAHIA FOR SAN FRANCISCO, LLC, AND COLIN LACEY, AS BENEFICIARY OF THE BINGHAMTON TRUST,

        Claimants.

1. On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona <u>United States v. Michael Lacey, et al.</u>, No. CR 18-422-PHX-SMB (the "Lacey Action"), <u>United States v. Ferrer</u>, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and <u>United States v. Backpage.com, LLC, et al.</u>, No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is related to this consolidated action. [ECF No. 189]. The stay order required the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

2. Trial in the Lacey Action was set for February 9, 2022, but on January 3, 2022, defendants there filed a notice of interlocutory appeal in the Lacey Action. On January 10, 2022, the Court in the Lacey Action continued trial pending resolution of the interlocutory appeal. On September 21, 2022, the 9th Circuit Court of Appeals, affirmed the District Court's decision. Trial is set in the Lacey Action for August 8, 2023.

3. In the Ferrer and Backpage Actions, the cases are stayed until the resolution of the Lacey Action.

2

4. The Lacey, Ferrer, and Backpage Actions arise from the same general facts as this forfeiture action. Given the impending trial in the Lacey Action, and the ongoing nature of the related ancillary proceedings in the Ferrer and Backpage Actions, the parties believe that a stay continues to be warranted pursuant to 18 U.S.C. § 981(g).

5. Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party. Pursuant to the Court's Order filed on January 20, 2021, plaintiff will file a status report on the proceedings in the Lacey Action criminal trial no later than July 17, 2023.

6. If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter. Any party having filed an answer must do so within 30 days of the entry of an order lifting the stay.

Dated: April 12, 2023				Respectfully submitted,

						E. MARTIN ESTRADA
						United States Attorney
						MACK E. JENKINS
						Assistant United States Attorney
						Chief, Criminal Division
						JONATHAN S. GALATZAN
						Assistant United States Attorney
						Chief, Asset Forfeiture Section


						      */s/*
						DAN G. BOYLE
						Assistant United States Attorney

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA