UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
5/2/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

Case: 2:18cv8420  Doc: 256

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

NIXIE   851  48  1            0104/22/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333299          2104M11ZZZ4-00727

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 2 - 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY