LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone:  (310) 699-8051
Fax:  (310) 943-2220

Attorney for Claimant
Margaret Larkin, Personal Representative
for the Estate of James A. Larkin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-08420-RGK-PJW |
| Plaintiff, | |
| v. | STIPULATION TO SUBSTITUTE PERSONAL REPRESENTATIVE MARGARET LARKIN FOR PARTY CLAIMANT JAMES LARKIN; EXHIBIT |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCT '1189, ET ALS, | |
| Defendants. | |
| MARGARET LARKIN, PERSONAL REPRESENTATIVE OF ESTATE OF JAMES LARKIN, ET ALS, | |
| Claimants. | |

Plaintiff United States of America and Margaret Larkin, as Personal Representative for the Estate of James Larkin, hereby stipulate as follows:

1.  On May 22-23, 2019 James Larkin filed ownership claims to personal and real property in these consolidated cases. *See* Docket No. 31 in CV Case No. 18-8420; Docket No. 27 in CV Case No. 18-8759; Docket No. 26 in CV Case No. 18-8764; and Docket No. 26 in CV Case No. 18-8760.

2. On August 29, 2023, as a result of Claimant's death on July 31, 2023, the Superior Court for the County of Maricopa, State of Arizona, appointed Margaret G. Larkin as personal representative of the Estate of James A. Larkin. *See* attached Exhibit A, Letters Testamentary in Case No. PB2023-3192.

3. Federal Rule of Civil Procedure 25(a)(1) provides that if a party dies and the claim is not extinguished, the court may order substitution of the proper party.

4. Margaret Larkin, the Estate's personal representative, is said proper party. *See* Exhibit A.

5. Fed. R.Civ. P. 25(a)(2) further provides that after a party's death, this action does not abate against the remaining parties, and that the death should be noted on the record.

6. Therefore, Plaintiff and Margaret Larkin hereby stipulate that Margaret Larkin, as the Estate's personal representative, be substituted for James Larkin to represent the interests asserted in his Claims noted above.

7. By way of this Stipulation, the parties hereto request that the Court sign the proposed order contemporaneously lodged herewith. See attached proposed order.

Dated: September 8, 2023          Respectfully submitted,

                                  LAW OFFICE OF ERIC HONIG

                                  */s/ Eric Honig*

                                  ERIC HONIG
                                  Attorney for Claimant
                                  MARGARET LARKIN, Personal
                                  Representative for the Estate of James Larkin


                                  [signatures continued on next page]

| | | |
|---|---|---|
| 1 | Dated: September 8, 2023 | E. MARTIN ESTRADA<br>United States Attorney<br>MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division<br>JONATHAN S. GALATZAN<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |

*/s/ Dan G. Boyle*

_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA