EXHIBIT A

**CERTIFIED COPY**

FILED
AUG 2 9 2023 10:35 AM
K. Valdes, Deputy

1  GUST ROSENFELD P.L.C.
   One East Washington, Suite 1600
2  Phoenix, Arizona 85004-2553
   Telephone: (602) 257-7422
3  Michael H. Bate – 005697
   Email: mhbate@gustlaw.com
4  Attorneys for Personal Representative

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

In the Matter of the Estate of

James A. Larkin,

Deceased.

No. PB2023-003192

LETTERS TESTAMENTARY
(Without Restriction)

Margaret G. Larkin is appointed as personal representative of this estate under the will of the above-named decedent.

Dated __AUG 2 9 2023__.

JEFF FINE, CLERK

JEFF FINE
Clerk of the Superior Court

By _____
Deputy Clerk

K. Valdes
Deputy Clerk

The foregoing instrument is a full, true and correct copy of the original on file in this office. I further certify that the Order/Statement appointing the ☒Personal Representative ☐Guardian ☐Conservator ☐Special Administrator was signed on 8-29-23 and that these letters have not been revoked.
Attest 8-29-23             20___
JEFF FINE, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
By _____, Deputy

4911585.1