UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCT '1189, ET ALS,<br><br>  Defendants.<br><br>MARGARET LARKIN, PERSONAL REPRESENTATIVE OF ESTATE OF JAMES LARKIN, ET ALS,<br><br>  Claimants. | Case No. 2:18-cv-08420-RGK-PJW<br><br>[PROPOSED]<br>ORDER SUBSTITUTING PERSONAL REPRESENTATIVE MARGARET LARKIN FOR PARTY CLAIMANT JAMES LARKIN [262] |

Considering the stipulation of the Plaintiff United States of America and Margaret Larkin, Personal Representative for the Estate of James Larkin, to substitute Mrs. Larkin for Claimant James Larkin pursuant to Fed.R.Civ.P. 25(1),

IT IS ORDERED that Margaret Larkin, as the Estate of James Larkin's personal representative, is hereby substituted for James Larkin to represent the interests asserted in his Claims filed in these consolidated actions; and

IT IS FURTHER ORDERED that James Larkin's claims do not abate against the remaining parties, and that his death should be noted on the record.

DATED: 9/8/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE