Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimants John Brunst and
The Brunst Family Trust

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>          Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**DECLARATION OF CLAIMANT JOHN BRUNST IN SUPPORT OF HIS MOTION FOR RELEASE OF FUNDS**<br><br>Date:   November 13, 2023<br>Time:   9:00 A.M.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

3894569.1

**DECLARATION OF JOHN BRUNST**

I, John Brunst, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of my Summary of Available Assets and Summary of Seized/Liened Assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 10, 2023, at Phoenix, AZ.

_/s/ John Brunst_____
John Brunst