# EXHIBIT A

## TO DECLARATION OF JOHN BRUNST

### PUBLIC – REDACTED VERSION

### PROPOSED TO BE FILED UNDER SEAL