Gary S. Lincenberg – State Bar No. 123058
 glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
 aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimants John Brunst and
The Brunst Family Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**DECLARATION OF GARY S. LINCENBERG IN SUPPORT OF CLAIMANT JOHN BRUNST'S MOTION FOR RELEASE OF FUNDS**<br><br>Date: November 13, 2023<br>Time: 9:00 A.M.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

**PUBLIC – REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

3894643.1

DECLARATION OF GARY S. LINCENBERG IN SUPPORT OF BRUNST MOTION FOR RELEASE OF FUNDS

## DECLARATION OF GARY S. LINCENBERG

I, Gary S. Lincenberg, declare as follows:

1. I am an active member of the Bar of the State of California and a principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, a professional corporation, attorneys of record for Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") in this action. I make this declaration in support of Claimant John Brunst's Motion for Release of Funds. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. As of the date of this filing, my firm is owed over ▮▮▮▮▮▮ in attorney's fees and costs, with a zero balance remaining in the retainer.

3. My client seeks the release of $1.5 million in seized funds to pay for legal expenses, ▮▮▮▮▮▮ of which has already been incurred. This amount relates to work on a trial of the related criminal case in the District of Arizona ("Criminal Case") that started on August 29, 2023, and is anticipated to last through November 9, 2023.[1] Myself, a junior partner, Gopi Panchapakesan, and paralegal Pamela Moore have been working long hours on the case throughout the trial. I estimate my firm will incur at least an additional ▮▮▮▮▮▮ in fees and costs for the remainder of trial, jury deliberations, and extensive post-trial work, if that becomes necessary. This does not include work on the instant forfeiture case pending in the Central District of California.

4. Attached as **Exhibit A** is a true and correct copy of excerpts from transcripts of testimony from the Government's chief witness, Carl Ferrer, from the trial in the Criminal Case where Mr. Ferrer testified about the Government permitting him to use allegedly tainted funds to pay his attorney's fees and costs.

---

[1] This estimate does not include any legal fees and costs that may be incurred in the instant civil forfeiture case.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that I executed this declaration
3  on October 10, 2023, at Los Angeles, California.

           /s/ Gary S. Lincenberg
           Gary S. Lincenberg