# EXHIBIT A

## TO DECLARATION OF GARY S. LINCENBERG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

```
United States of America,        )
                                 )
               Plaintiff,        )
vs.                              )
                                 )   2:18-cr-00422-DJH
Michael Lacey, et al.,           )
                                 )
               Defendants.       )
                                 )   September 21, 2023
                                 )   12:57 p.m.
_____)
```

**BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

JURY TRIAL - DAY 10 P.M.

Official Court Reporter:
**Elaine Cropper, RDR, CRR, CCP**
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC 35
Phoenix, Arizona  85003-2151
elaine_cropper@azd.uscourts.gov

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

United States District Court

CARL FERRER - Direct

| | | |
|---|---|---|
| 1 | Q.   And if you know, what did Cereus Properties do? | 03:58:31 |
| 2 | A.   Cereus Properties collected the interest and debt payments | |
| 3 | from the $600 million loan. | |
| 4 | Q.   And so can you just explain how Backpage money went to | |
| 5 | Cereus Properties?  We've looked at some emails but can you | 03:58:50 |
| 6 | explain for the jury so they have an understanding of that? | |
| 7 | A.   So payments would be made to Cereus Properties and we made | |
| 8 | those payments from U.S. banks and European banks.  We would | |
| 9 | make a payment on the interest or the principal of the loan | |
| 10 | that was for Europe and then interest payments for the loan in | 03:59:15 |
| 11 | the U.S., the big loan for $500 million.  So those payments | |
| 12 | could come from any number of banks because we had -- we tried | |
| 13 | to have banking spread out around the world. | |
| 14 | Q.   All right.  But the money that went to Cereus Properties, | |
| 15 | what was the source of that money? | 03:59:40 |
| 16 | A.   The source of that money was the prostitution ads posted | |
| 17 | on Backpage and/or Cracker. | |
| 18 | Q.   All right.  And you have referenced this entity Ad Tech | |
| 19 | B.V.  But can you explain to the jury exactly what that is? | |
| 20 | A.   So Ad Tech B.V. is the main company in Europe and at times | 04:00:08 |
| 21 | 50 percent of the revenue would get credited to Ad Tech B.V. | |
| 22 | The other half being the U.S. company Website Technologies.  So | |
| 23 | there's two companies mainly, Website Technologies in the U.S. | |
| 24 | and Ad Tech B.V. in Europe, but they are both serving U.S. | |
| 25 | customers at times. | 04:00:40 |

CARL FERRER - Direct

| | | |
|---|---|---|
| 1 | Q.   Okay.  And just so we're clear, what was its ultimate | 04:00:41 |
| 2 | purpose?  What was the ultimate purpose of Ad Tech BV? | |
| 3 | A.   The purpose of Ad Tech B.V. was to be in Europe, to get | |
| 4 | European banks to handle European processing.  And also it was | |
| 5 | a strategy to -- it was a strategy that was set up after the | 04:01:07 |
| 6 | sale to avoid having to pay U.S. taxes on revenue in European | |
| 7 | banks. | |
| 8 | Q.   All right. | |
| 9 |         MR. FEDER:  Objection.  404(b). | |
| 10 |         THE COURT:  Overruled. | 04:01:33 |
| 11 |         MR. FEDER:  Objection.  404(b). | |
| 12 |         THE COURT:  Yes.  Overruled. | |
| 13 | BY MR. RAPP: | |
| 14 | Q.   How did the Backpage money flow through Ad Tech B.V.? | |
| 15 | A.   Processors would send payments to Ad Tech B.V.'s bank | 04:01:47 |
| 16 | accounts.  Some of those bank accounts were, like, in the Czech | |
| 17 | Republic, for example, and then funds from the Czech Republic | |
| 18 | would then be paid to Cereus Properties. | |
| 19 | Q.   All right.  And the money that was deposited into Ad Tech | |
| 20 | B.V. what was the source of that money?  Where did it come | 04:02:17 |
| 21 | from? | |
| 22 | A.   So the source of that money is both U.S. and non-U.S. | |
| 23 | postings in the Adult section, primarily Female Escorts. | |
| 24 | ==Q.   All right.  And then would Backpage money flow from== | |
| 25 | ==Website Technologies to Cereus Properties?== | 04:02:44 |

```
 1   A.   Yes.                                                    04:02:52
 2   Q.   Why?
 3   A.   If we had funds deposited into any bank account at Website
 4   Technologies, we would then make payments to the sellers from
 5   there.  But I have to tell you, there's just so many banks --  04:02:59
 6   we went through so many of them it's hard to keep them all
 7   straight, especially with the many different companies that we
 8   had.
 9   Q.   Would Backpage money flow from Ad Tech B.V. to Cereus
10   Properties?                                                   04:03:14
11   A.   Yes.
12   Q.   Why?
13   A.   A user could pay for a post on Backpage.  They may use a
14   European bank.  It would go -- the funds would then be
15   deposited into our Ad Tech B.V. account in Czech Republic and 04:03:37
16   then sent to Cereus Properties.  So it could be a U.S. poster
17   buying credits; but if they use a European bank, those funds
18   will end up being transferred from, like, a bank in the Czech
19   Republic to Cereus Properties.
20   Q.   And what was the purpose to go from Ad Tech B.V. to Cereus 04:04:08
21   Properties?
22   A.   It was to make interest and principal payments on the
23   smaller note.
24   Q.   All right.  Now at some point did Backpage begin accepting
25   cryptocurrency for purchasing ads on Backpage?                04:04:28
```

1

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. 2:18-cr-00422-DJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 26, 2023 |
| Michael Lacey, et al. | ) | 8:51 a.m. |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TRIAL - DAY 12 - A.M. SESSION

Official Court Reporter:
Hilda Elizabeth Lopez, RMR, FCRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 30
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   Q.  And you had many conversations with them; correct?
 2   A.  I did.  I had agreed to cooperate.
 3   Q.  Have you had any conversations with the prosecutors after
 4   April 24th of 2020?
 5   A.  Yes.                                                              09:05:25
 6   Q.  How many -- I know it might be difficult to give an exact
 7   number, I am talking about give me an estimate.
 8   A.  It's just many.
 9   Q.  A hundred?
10   A.  I don't think it was a hundred, but it was a lot.                 09:05:38
11   Q.  About 50 to 100?
12   A.  Maybe 36 to maybe 30.
13   Q.  Well, 36 is a pretty exact number, is that a number that
14   sticks out for you?
15   A.  Well, I'm going to say -- "many" is the answer that is            09:06:00
16   best, but if you want a range, well, it's difficult for me.
17   Many is --
18   Q.  A range would be --
19   A.  A couple of dozen.
20            THE COURT:  Don't speak over one another, please.            09:06:18
21   BY MR. FEDER:
22   Q.  Sorry, Mr. Ferrer, continue.  Sorry, finish your answer.
23   A.  It's been -- this case has been going on since 2018.  There
24   was stops for Covid.  There are thousands and thousands of
25   exhibits, so there were several proffers and meetings to go          09:06:39
```

1  Q.  And just to be clear, the money, the Backpage money that's
2  being used to pay your lawyers for the last five years, have
3  you been -- have you been paying those bills or has somebody
4  else been paying those bills?
5  A.  So the balance that's being used to pay my lawyers,                   09:21:59
6  whatever is left over will be forfeited.
7  Q.  Have you been writing the checks, Mr. Ferrer, to your
8  lawyers or somebody else?
9  A.  I'm not writing the checks.
10 Q.  Who is?                                                               09:22:32
11 A.  It's like a prepaid account.  Like a -- I forget the --
12 Q.  A retainer?
13 A.  It's really not a retainer, but, yes.  You're the lawyer,
14 you know the terms better than I do.
15 Q.  Sometimes, yes.                                                       09:22:54
16 A.  There is a balance, and when this case is over, whatever is
17 left I have agreed to forfeit.
18 Q.  And that balance is in your lawyer's trust account, is that
19 what you're saying?
20 A.  Yes.                                                                  09:23:13
21 Q.  And you don't know how much it is?
22 A.  I don't.
23 Q.  And you don't know how much has been charged; right?
24 A.  I haven't been paying very close attention to it, no.  That
25 said, I do get billings, but I just really don't look at them.           09:23:34

1  Q. Truthful or untruthful; correct?
2          MR. RAPP: Objection; vague.
3          THE COURT: Sustained.
4  BY MR. FEDER:
5  Q. And as part, also part of your plea, your agreement with   11:30:32
6  the government, you have been allowed to keep certain assets;
7  is that right?
8  A. Yes.
9  Q. Assets that were purchased with money that you made from
10 Backpage?   11:30:51
11 A. No.
12 Q. No. So your testimony is that nothing that you have been
13 allowed to keep by the government was paid for in any way by
14 Backpage proceeds?
15 A. No. You had asked earlier a different question and I'm   11:31:07
16 saying that the house that I was allowed to keep was purchased
17 without Backpage money.
18 Q. What about the house that was purchased for your now
19 ex-wife, wasn't Backpage money used for that?
20 A. Well, I gave up any ownership in that house as part of this   11:31:30
21 plea deal.
22 Q. But your wife has been able to keep it; right?
23 A. Well, I think so. Well, she was able to keep it, yes.
24 Q. And that house was paid for with Backpage money that you
25 made; right?   11:31:58

1  A.  Some funds were commingled.  I would say that some funds
2  were Backpage funds.
3  Q.  How much is that house worth today, if you know?
4  A.  Well, I don't know.  She sold the house.
5  Q.  For how much, if you know?                                    11:32:20
6          MR. RAPP:  Objection; relevance and then foundation.
7          THE COURT:  Sustained.
8  BY MR. FEDER:
9  Q.  Did you purchase a Mercedes automobile right before you
10 entered into this plea?                                           11:32:33
11 A.  I did.  That's the Mercedes now with a hundred thousand
12 miles on it.
13 Q.  Five years ago how many miles on it did it have when you
14 bought it?
15 A.  I think it was like the year-old model, so a couple           11:32:48
16 thousand, maybe 1000 miles.
17 Q.  How much did you pay for that?
18 A.  I don't remember the number, the exact number.
19 Q.  Give us an approximation, if you can?
20 A.  I'm going to say something around 60,000 or less.             11:33:08
21 Q.  That was paid for with money that you made at Backpage?
22 A.  Yes.
23 Q.  Still have that car?
24 A.  I do.  It's the car with the 100,000 miles on it.
25 Q.  And have you been allowed, according to your agreement with   11:33:29

```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA

                    _____



United States of America,    )
                             )
               Plaintiff,    )  NO. 2:18-cr-00422-DJH
v.                           )
                             )  Phoenix, Arizona
Michael Lacey, et al.,       )  September 28, 2023
                             )  1:01 p.m.
               Defendants.   )
_____)



          BEFORE:  THE HONORABLE DIANE J. HUMETEWA, JUDGE

             REPORTER'S TRANSCRIPT OF PROCEEDINGS


                       JURY TRIAL DAY 14
                         P.M. SESSION
```

Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251


Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

                       UNITED STATES DISTRICT COURT

```
01:24p   1  A.   Which is tell the truth.
         2  Q.   And another very small part of your motivation was that
         3  by cooperating you had very lenient bail conditions so that
         4  you can travel, for example, wherever you want?
01:24p   5  A.   That's absolutely not the case.  I wore an ankle bracelet
         6  and then my travel is restricted.
         7  Q.   Okay.  So you believe that your bail conditions would
         8  have been the same regardless?
         9  A.   Well, I can't speculate to that.
01:24p  10  Q.   Okay, fair enough.  And fair to say that avoiding the
        11  life-changing stress of sitting through a trial as a criminal
        12  defendant was part of your motivation for cutting this deal?
        13  A.   What was that question again?
        14  Q.   Yeah.  Was part of your motivation for cutting this deal,
01:25p  15  this leniency agreement, being able to avoid sitting through a
        16  life-changing stressful federal criminal trial?
        17  A.   Well, this is -- my main -- my main motive -- was it part
        18  of my motivation?  I didn't really understand it.  I agreed --
        19  Q.   The only question is:  Was it part of your motivation,
01:25p  20  "yes" or "no"?
        21  A.   No, my main motivation was to cooperate.
        22  Q.   Sir, you're going to have plenty of time to talk about
        23  whatever other motivations you want to talk about.  Try to
        24  confine yourself to the questions I'm asking you.
01:25p  25       Was part of your motivation being able to retain
```

UNITED STATES DISTRICT COURT

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
|       | 1  | money that was from Backpage to pay the large attorneys'                  |
|       | 2  | fees that you spoke about the other day during your                       |
|       | 3  | examination?                                                              |
|       | 4  | MR. RAPP:  Objection, asked and answered.                                 |
|01:26p | 5  | THE COURT:  Overruled.                                                    |
|       | 6  | THE WITNESS:  Did you say attorney fees?                                  |
|       | 7  | MR. LINCENBERG:  Yes.                                                     |
|       | 8  | BY MR. LINCENBERG:                                                        |
|       | 9  | Q.   Was that part of your motivation, being able to have that            |
|01:26p | 10 | money to be able to pay -- I believe you said -- my memory is             |
|       | 11 | upwards of a million dollars that was used -- that Backpage               |
|       | 12 | money was used to pay for?                                                |
|       | 13 | A.   It -- it is a benefit.                                               |
|       | 14 | Q.   And was at the same time limiting how much money you                 |
|01:26p | 15 | would have to spend to defend yourself part of your motivation            |
|       | 16 | for this agreement you entered into with the Government?                  |
|       | 17 | A.   Limiting the amount of money I would have to spend by                |
|       | 18 | cooperating?  I think I really -- I don't think I considered              |
|       | 19 | that.                                                                     |
|01:26p | 20 | Q.   Was part of your motivation getting out from under the               |
|       | 21 | loan obligations?                                                         |
|       | 22 | A.   Oh, absolutely not.  That loan's uncollectible.                      |
|       | 23 | Q.   Now, sir, you've testified for about ten days in this                |
|       | 24 | matter.  We've heard at various times about prior testimony               |
|01:27p | 25 | and declarations under oath that you've given over the years,             |