# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cv-8420-RGK-PJWx |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING CLAIMANT JOHN BRUNST'S MOTION FOR RELEASE OF FUNDS** |
| vs. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al., | Date: November 13, 2023<br>Time: 9:00 A.M.<br>Crtrm.: 850 |
| Defendants. | Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

3894540.1

ORDER

# ORDER

The Court, having read and considered the Motion for Release of Funds ("Motion") submitted by Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") and the supporting declarations and exhibits, and good cause shown,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**, and the Government is ordered to release $1.5 million in funds from the Brunst Seized Accounts (as defined in the Motion) to Brunst.

**IT IS SO ORDERED.**

DATED:

                                  Hon. R. Gary Klausner
                                  United States District Judge