Gary S. Lincenberg – State Bar No. 123058
   glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
   aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
   gkp@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimants John Brunst and
The Brunst Family Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>    Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**CLAIMANT JOHN BRUNST'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>*[Filed concurrently with REDACTED Notice of Motion and Motion for Release of Funds; REDACTED Ex. A to Brunst Declaration; REDACTED Lincenberg Declaration; and [Proposed] Order]*<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

Pursuant to Local Rule 79-5.2.2, Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") file this Application, requesting leave from this Court for an order directing the following documents be filed under seal:

1. Portions of Brunst's Motion for Release of Funds (Dkt. 264);
2. Exhibit A to the Declaration of John Brunst in Support of the Motion for Release of Funds; and
3. Portions of the Declaration of Gary S. Lincenberg in Support of the Motion for Release of Funds.

This Application is based on the separately-filed Sealed Declaration of Gopi K. Panchapakesan ("Sealed Panchapakesan Declaration"). The unredacted versions of the foregoing-listed documents are attached to the Sealed Panchapakesan Declaration in support of this Application. In accordance with Local Rule 79-5-2.2(a), counsel for Brunst has conferred with the Government in an effort to minimize the number of documents submitted under seal in this matter. In response, the Government indicated that it has no objection at this time to the sealing of the aforementioned documents, but reserves the right to change its position after reviewing the substance of the documents.

As set forth more fully in the Sealed Panchapakesan Declaration and discussed below:

- Exhibit A to the Brunst Declaration contains personal financial information, namely a summary of Brunst's available assets (including bank account information and balances, monthly expense detail, and real estate information). *See Richter v. Oracle Am., Inc.*, No. 22-CV-04795-BLF, 2023 WL 5663217, at *2 (N.D. Cal. Aug. 30, 2023) ("District courts within the Ninth Circuit have found that a party's legitimate interest in ensuring the privacy of personal information outweighs the public's interest in access to court filings.") (granting sealing of declarations containing personal financial information).

- The Lincenberg Declaration identifies the amount that counsel (1) is currently owed in terms of attorney's fees and (2) expects to incur going forward. The public redacted version of the declaration redacts only those two figures. *See Columbia Sportswear N. Am., Inc. v. Seirus Innovative Accessories, Inc.*, No. 20-CV-709 JLS (JLB), 2022 WL 2798399, at *2 (S.D. Cal. Apr. 13, 2022) (permitting narrow redactions to law firm billing information).

- The Motion for Release of Funds cites the figures contained in the Brunst and Lincenberg declarations. Those figures are redacted in the public redacted version of the Motion.

For the foregoing reasons, Brunst believes that this Application is required under Local Rule 79-5.2.2 and that good cause exists to grant the Application to Seal the above-specified documents, as set forth in more detail in the Panchapakesan Sealing Declaration.

DATED: October 10, 2023          Respectfully submitted,

                                                 Gary S. Lincenberg
                                                 Ariel A. Neuman
                                                 Gopi K. Panchapakesan
                                                 Bird, Marella, Boxer, Wolpert, Nessim,
                                                 Drooks, Lincenberg & Rhow, P.C.

                                      By:     */s/ Gary S. Lincenberg*
                                                    Gary S. Lincenberg
                                                 Attorneys for Claimants John Brunst and
                                                 The Brunst Family Trust