# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cv-8420-RGK-PJWx |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| vs. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al., | Assigned to Hon. R. Gary Klausner Courtroom 850 |
| Defendants. | |

3894423.1

ORDER

# ORDER

The Court having read and considered the Application for Leave to Seal ("Application") submitted by Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") and the Declaration of Gopi K. Panchapakesan, and good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED,** and Brunst is directed to file the following documents under seal:

    a) Motion for the Release of Funds

    b) Exhibit A to the Declaration of John Brunst

    c) Declaration of Gary S. Lincenberg

2. In accordance with Local Rule 79-5.2.2(a), Brunst shall file the documents ordered sealed pursuant to the protocol outlined in Local Rule 79-5.2.2(c). The Clerk will not convert the proposed sealed documents submitted with the Application into a new filing.

**IT IS SO ORDERED.**

DATED:

Hon. R. Gary Klausner
United States District Judge

3894423.1

ORDER