Gary S. Lincenberg – State Bar No. 123058
    glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
    aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
    gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst, Mary Ann Brunst, and The Brunst Family Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>    Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**PROOF OF SERVICE**<br><br>Date: November 13, 2023<br>Time: 9:00 A.M.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner<br>Courtroom 850 |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On October 10, 2023, I served the following **UNREDACTED** document(s) described as:

    **1.**    **NEF [266]**

3894662.1

2. **[266] DECLARATION OF GOPI K. PANCHAPAKESAN IN SUPPORT OF CLAIMANT JOHN BRUNST'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL;**

3. **[266-1] CLAIMANT JOHN BRUNST'S NOTICE OF MOTION AND MOTION FOR RELEASE OF FUNDS**

4. **[266-2] EXHIBIT A TO DECLARATION OF JOHN BRUNST IN SUPPORT;** and

5. **[266-3] DECLARATION OF GARY S. LINCENBERG IN SUPPORT OF CLAIMANT JOHN BRUNST'S MOTION FOR RELEASE OF FUNDS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kminutelli@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 10, 2023, at Los Angeles, California.

*/s/ Karen M. Minutelli*
Karen M. Minutelli

# SERVICE LIST

Dan G. Boyle
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-2426
Email: daniel.boyle2@usdoj.gov
**Counsel for Plaintiff United States of America**

Benjamin P. Lechman
Lechman Law Group
4140 Workman Mill Road #98
Whittier, CA 90601
Telephone: (619) 733-9789
Email: benlechman@hotmail.com
**Counsel for Claimants Roarke Lacey and Colin Lacey as beneficiaries of the Binghamton Trust**

Steven L. Kessler
Law Offices of Steven L. Kessler
747 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 661-1500
Email: kesslerlawnyc@gmail.com
**Counsel for Claimants Roarke Lacey and Colin Lacey**

Paul J. Cambria Jr.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
Telephone: (716) 849-1333
Email: pcambria@lglaw.com
**Counsel for Claimant Michael Lacey**

Walter F. Brown, Jr.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
943 Steiner Street
San Francisco, CA 94117
Telephone: (628) 432-5111
Email: wbrown@paulweiss.com
**Counsel for Claimant Margaret Larkin**

Eric Honig
Law Office of Eric Honig, APLC
PO Box 10327
Marina del Rey, CA 90295
Telephone: (310) 669-8051
**Counsel for Margaret Larkin**