E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental and Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:18-cv-08420-RGK-PJW |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE OPPOSITION AND REPLY DEADLINES FOR HEARING ON MOTION FOR RELEASE OF FUNDS** |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al., | Hearing: November 13, 2023 |
| Defendant. | |
| JOHN BRUNST, | |
| Claimant. | |

//

//

On October 10, 2023, Claimant John Brunst filed a Notice of Motion and Motion for Release of Funds with the hearing date scheduled for November 13, 2023. Plaintiff's opposition is presently due on October 23, 2023. Plaintiff's counsel is scheduled to be conducting depositions in another matter on or about the present opposition date, and accordingly, Plaintiff and Claimant Brunst hereby stipulate and request that the Court sign the accompanying Proposed Order continuing the Opposition and Reply dates to the following schedule:

- Opposition deadline: Friday, October 30, 2023; and
- Reply deadline: Friday, November 6, 2023.

Dated: October 12, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 12, 2023

/s/[1]
GARY S. LINCENBERG, ESQ.
GOPI K. PANCHAPAKESAN, ESQ.

Attorneys for Claimant
JOHN BRUNST

---

[1] Pursuant to C.D.Cal. LR 5-4.3.4(a)(2)(ii), AUSA Dan G. Boyle attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content, and have authorized this filing.

2