UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>    Defendant.<br><br>JOHN BRUNST,<br><br>    Claimant. | Case No. 2:18-cv-08420-RGK-PJW<br><br>**[PROPOSED] ORDER CONTINUING OPPOSITION AND REPLY DEADLINES FOR HEARING ON MOTION FOR RELEASE OF FUNDS** |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the stipulation and request to continue the opposition and reply dates is GRANTED.

//

//

The new deadlines are as follows:

- Opposition deadline: Friday, October 30, 2023; and
- Reply deadline: Friday, November 6, 2023.

IT IS SO ORDERED.

_____          _____
DATE                                 HON. R. GARY KLAUSNER
                                     UNITED STATES DISTRICT JUDGE


Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section


*/s/ Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2