EXHIBIT A

2:18-cr-00422-DJH, September 21, 2023 P.M.

1                    **UNITED STATES DISTRICT COURT**                    12:00:59

2                   **FOR THE DISTRICT OF ARIZONA**

3                        _____

4

   **United States of America**,              )

5                                             )                          12:00:59
                              Plaintiff,      )

6        vs.                                  )
                                              )   2:18-cr-00422-DJH

7        **Michael Lacey, et al.**,           )
                                              )

8                              Defendants.    )
                                              )   September 21, 2023

9    _____ )       12:57 p.m.

10                                                                       12:00:59

11

12            **BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

13               <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

14                     JURY TRIAL - DAY 10 P.M.

15                                                                       12:00:59

16

17

18

19

20                                                                       12:00:59

21   Official Court Reporter:
     **Elaine Cropper, RDR, CRR, CCP**

22   Sandra Day O'Connor U.S. Courthouse, Suite 312
     401 West Washington Street, SPC 35

23   Phoenix, Arizona  85003-2151
     elaine_cropper@azd.uscourts.gov

24

     Proceedings Reported by Stenographic Court Reporter

25   Transcript Prepared by Computer-Aided Transcription                 12:00:59

                          United States District Court

CARL FERRER - Direct

1   Q.   And if you know, what did Cereus Properties do?          03:58:31

2   A.   Cereus Properties collected the interest and debt payments

3   from the $600 million loan.

4   Q.   And so can you just explain how Backpage money went to

5   Cereus Properties?  We've looked at some emails but can you      03:58:50

6   explain for the jury so they have an understanding of that?

7   A.   So payments would be made to Cereus Properties and we made

8   those payments from U.S. banks and European banks.  We would

9   make a payment on the interest or the principal of the loan

10  that was for Europe and then interest payments for the loan in   03:59:15

11  the U.S., the big loan for $500 million.  So those payments

12  could come from any number of banks because we had -- we tried

13  to have banking spread out around the world.

14  Q.   All right.  But the money that went to Cereus Properties,

15  what was the source of that money?                               03:59:40

16  A.   The source of that money was the prostitution ads posted

17  on Backpage and/or Cracker.

18  Q.   All right.  And you have referenced this entity Ad Tech

19  B.V.  But can you explain to the jury exactly what that is?

20  A.   So Ad Tech B.V. is the main company in Europe and at times  04:00:08

21  50 percent of the revenue would get credited to Ad Tech B.V.

22  The other half being the U.S. company Website Technologies.  So

23  there's two companies mainly, Website Technologies in the U.S.

24  and Ad Tech B.V. in Europe, but they are both serving U.S.

25  customers at times.                                              04:00:40

United States District Court

92

CARL FERRER - Direct

1   Q.   Okay.  And just so we're clear, what was its ultimate          04:00:41

2   purpose?  What was the ultimate purpose of Ad Tech BV?

3   A.   The purpose of Ad Tech B.V. was to be in Europe, to get

4   European banks to handle European processing.  And also it was

5   a strategy to -- it was a strategy that was set up after the       04:01:07

6   sale to avoid having to pay U.S. taxes on revenue in European

7   banks.

8   Q.   All right.

9           MR. FEDER:  Objection.  404(b).

10           THE COURT:  Overruled.                                      04:01:33

11           MR. FEDER:  Objection.  404(b).

12           THE COURT:  Yes.  Overruled.

13   BY MR. RAPP:

14   Q.   How did the Backpage money flow through Ad Tech B.V.?

15   A.   Processors would send payments to Ad Tech B.V.'s bank        04:01:47

16   accounts.  Some of those bank accounts were, like, in the Czech

17   Republic, for example, and then funds from the Czech Republic

18   would then be paid to Cereus Properties.

19   Q.   All right.  And the money that was deposited into Ad Tech

20   B.V. what was the source of that money?  Where did it come       04:02:17

21   from?

22   A.   So the source of that money is both U.S. and non-U.S.

23   postings in the Adult section, primarily Female Escorts.

24   Q.   All right.  And then would Backpage money flow from

25   Website Technologies to Cereus Properties?                        04:02:44

United States District Court

CARL FERRER - Direct

1    A.    Yes.                                                              04:02:52

2    Q.    Why?

3    A.    If we had funds deposited into any bank account at Website

4    Technologies, we would then make payments to the sellers from

5    there.   But I have to tell you, there's just so many banks --          04:02:59

6    we went through so many of them it's hard to keep them all

7    straight, especially with the many different companies that we

8    had.

9    Q.    Would Backpage money flow from Ad Tech B.V. to Cereus

10   Properties?                                                             04:03:14

11   A.    Yes.

12   Q.    Why?

13   A.    A user could pay for a post on Backpage.   They may use a

14   European bank.   It would go -- the funds would then be

15   deposited into our Ad Tech B.V. account in Czech Republic and           04:03:37

16   then sent to Cereus Properties.   So it could be a U.S. poster

17   buying credits; but if they use a European bank, those funds

18   will end up being transferred from, like, a bank in the Czech

19   Republic to Cereus Properties.

20   Q.    And what was the purpose to go from Ad Tech B.V. to Cereus         04:04:08

21   Properties?

22   A.    It was to make interest and principal payments on the

23   smaller note.

24   Q.    All right.   Now at some point did Backpage begin accepting

25   cryptocurrency for purchasing ads on Backpage?                          04:04:28

United States District Court

1

1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

_____

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. 2:18-cr-00422-DJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | September 26, 2023 |
| Michael Lacey, et al. | ) | 8:51 a.m. |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**TRIAL - DAY 12 - A.M. SESSION**

Official Court Reporter:
Hilda Elizabeth Lopez, RMR, FCRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 30
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   Q.  And you had many conversations with them; correct?

 2   A.  I did.  I had agreed to cooperate.

 3   Q.  Have you had any conversations with the prosecutors after

 4   April 24th of 2020?

 5   A.  Yes.                                                       09:05:25

 6   Q.  How many -- I know it might be difficult to give an exact

 7   number, I am talking about give me an estimate.

 8   A.  It's just many.

 9   Q.  A hundred?

10   A.  I don't think it was a hundred, but it was a lot.          09:05:38

11   Q.  About 50 to 100?

12   A.  Maybe 36 to maybe 30.

13   Q.  Well, 36 is a pretty exact number, is that a number that

14   sticks out for you?

15   A.  Well, I'm going to say -- "many" is the answer that is     09:06:00

16   best, but if you want a range, well, it's difficult for me.

17   Many is --

18   Q.  A range would be --

19   A.  A couple of dozen.

20         THE COURT:  Don't speak over one another, please.        09:06:18

21   BY MR. FEDER:

22   Q.  Sorry, Mr. Ferrer, continue.  Sorry, finish your answer.

23   A.  It's been -- this case has been going on since 2018.  There

24   was stops for Covid.  There are thousands and thousands of

25   exhibits, so there were several proffers and meetings to go     09:06:39
```

UNITED STATES DISTRICT COURT

1  Q.  And just to be clear, the money, the Backpage money that's

2  being used to pay your lawyers for the last five years, have

3  you been -- have you been paying those bills or has somebody

4  else been paying those bills?

5  A.  So the balance that's being used to pay my lawyers,                09:21:59

6  whatever is left over will be forfeited.

7  Q.  Have you been writing the checks, Mr. Ferrer, to your

8  lawyers or somebody else?

9  A.  I'm not writing the checks.

10 Q.  Who is?                                                            09:22:32

11 A.  It's like a prepaid account.  Like a -- I forget the --

12 Q.  A retainer?

13 A.  It's really not a retainer, but, yes.  You're the lawyer,

14 you know the terms better than I do.

15 Q.  Sometimes, yes.                                                    09:22:54

16 A.  There is a balance, and when this case is over, whatever is

17 left I have agreed to forfeit.

18 Q.  And that balance is in your lawyer's trust account, is that

19 what you're saying?

20 A.  Yes.                                                               09:23:13

21 Q.  And you don't know how much it is?

22 A.  I don't.

23 Q.  And you don't know how much has been charged; right?

24 A.  I haven't been paying very close attention to it, no.  That

25 said, I do get billings, but I just really don't look at them.        09:23:34

```
 1   Q.  Truthful or untruthful; correct?
 2           MR. RAPP:  Objection; vague.
 3           THE COURT:  Sustained.
 4   BY MR. FEDER:
 5   Q.  And as part, also part of your plea, your agreement with     11:30:32
 6   the government, you have been allowed to keep certain assets;
 7   is that right?
 8   A.  Yes.
 9   Q.  Assets that were purchased with money that you made from
10   Backpage?                                                        11:30:51
11   A.  No.
12   Q.  No.  So your testimony is that nothing that you have been
13   allowed to keep by the government was paid for in any way by
14   Backpage proceeds?
15   A.  No.  You had asked earlier a different question and I'm     11:31:07
16   saying that the house that I was allowed to keep was purchased
17   without Backpage money.
18   Q.  What about the house that was purchased for your now
19   ex-wife, wasn't Backpage money used for that?
20   A.  Well, I gave up any ownership in that house as part of this 11:31:30
21   plea deal.
22   Q.  But your wife has been able to keep it; right?
23   A.  Well, I think so.  Well, she was able to keep it, yes.
24   Q.  And that house was paid for with Backpage money that you
25   made; right?                                                     11:31:58
```

```
1    A.   Some funds were commingled.  I would say that some funds
2    were Backpage funds.
3    Q.   How much is that house worth today, if you know?
4    A.   Well, I don't know.  She sold the house.
5    Q.   For how much, if you know?                                   11:32:20
6            MR. RAPP:  Objection; relevance and then foundation.
7            THE COURT:  Sustained.
8    BY MR. FEDER:
9    Q.   Did you purchase a Mercedes automobile right before you
10   entered into this plea?                                           11:32:33
11   A.   I did.  That's the Mercedes now with a hundred thousand
12   miles on it.
13   Q.   Five years ago how many miles on it did it have when you
14   bought it?
15   A.   I think it was like the year-old model, so a couple         11:32:48
16   thousand, maybe 1000 miles.
17   Q.   How much did you pay for that?
18   A.   I don't remember the number, the exact number.
19   Q.   Give us an approximation, if you can?
20   A.   I'm going to say something around 60,000 or less.           11:33:08
21   Q.   That was paid for with money that you made at Backpage?
22   A.   Yes.
23   Q.   Still have that car?
24   A.   I do.  It's the car with the 100,000 miles on it.
25   Q.   And have you been allowed, according to your agreement with  11:33:29
```

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

United States of America,       )
                                )
                Plaintiff,       )   NO. 2:18-cr-00422-DJH
v.                              )
                                )   Phoenix, Arizona
Michael Lacey, et al.,          )   September 28, 2023
                                )   1:01 p.m.
                Defendants.     )
_____)

BEFORE:  THE HONORABLE DIANE J. HUMETEWA, JUDGE

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL DAY 14
P.M. SESSION

Official Court Reporter:
Teri Veres, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc. 38
Phoenix, Arizona 85003-2151
(602) 322-7251

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   A.   Which is tell the truth.

 2   Q.   And another very small part of your motivation was that

 3   by cooperating you had very lenient bail conditions so that

 4   you can travel, for example, wherever you want?

 5   A.   That's absolutely not the case.  I wore an ankle bracelet

 6   and then my travel is restricted.

 7   Q.   Okay.  So you believe that your bail conditions would

 8   have been the same regardless?

 9   A.   Well, I can't speculate to that.

10   Q.   Okay, fair enough.  And fair to say that avoiding the

11   life-changing stress of sitting through a trial as a criminal

12   defendant was part of your motivation for cutting this deal?

13   A.   What was that question again?

14   Q.   Yeah.  Was part of your motivation for cutting this deal,

15   this leniency agreement, being able to avoid sitting through a

16   life-changing stressful federal criminal trial?

17   A.   Well, this is -- my main -- my main motive -- was it part

18   of my motivation?  I didn't really understand it.  I agreed --

19   Q.   The only question is:  Was it part of your motivation,

20   "yes" or "no"?

21   A.   No, my main motivation was to cooperate.

22   Q.   Sir, you're going to have plenty of time to talk about

23   whatever other motivations you want to talk about.  Try to

24   confine yourself to the questions I'm asking you.

25        Was part of your motivation being able to retain
```

01:24p  (line 5)
01:24p  (line 10)
01:25p  (line 15)
01:25p  (line 20)
01:25p  (line 25)

CARL FERRER - CROSS-EXAM BY MR. LINCENBERG

1    money that was from Backpage to pay the large attorneys'

2    fees that you spoke about the other day during your

3    examination?

4            MR. RAPP:  Objection, asked and answered.

01:26p   5            THE COURT:  Overruled.

6            THE WITNESS:  Did you say attorney fees?

7            MR. LINCENBERG:  Yes.

8    BY MR. LINCENBERG:

9    Q.   Was that part of your motivation, being able to have that

01:26p  10    money to be able to pay -- I believe you said -- my memory is

11    upwards of a million dollars that was used -- that Backpage

12    money was used to pay for?

13    A.   It -- it is a benefit.

14    Q.   And was at the same time limiting how much money you

01:26p  15    would have to spend to defend yourself part of your motivation

16    for this agreement you entered into with the Government?

17    A.   Limiting the amount of money I would have to spend by

18    cooperating?  I think I really -- I don't think I considered

19    that.

01:26p  20    Q.   Was part of your motivation getting out from under the

21    loan obligations?

22    A.   Oh, absolutely not.  That loan's uncollectible.

23    Q.   Now, sir, you've testified for about ten days in this

24    matter.  We've heard at various times about prior testimony

01:27p  25    and declarations under oath that you've given over the years,