Gary S. Lincenberg – State Bar No. 123058
 glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
 aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
 gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst, Mary Ann Brunst, and The Brunst Family Trust

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>  Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**DECLARATION OF CLAIMANT JOHN BRUNST IN SUPPORT OF MOTION FOR RELEASE OF FUNDS**<br><br>*[Filed concurrently with Declaration of Gary S. Lincenberg; and [Proposed] Order]*<br><br>Date: November 13, 2023<br>Time: 9:00 A.M.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850 |

3895093.3

DECLARATION OF JOHN BRUNST

# DECLARATION OF JOHN BRUNST

I, John Brunst, declare as follows:

1. I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Based on the amount of funds currently available in unseized bank accounts (owned through The Brunst Family Trust, of which I am a trustee), I only have enough cash on hand to cover my and my family's annual living expenses for the next three years. If I were to sell funds contained in unseized accounts, including retirement accounts (also held by the Brunst Family Trust), after satisfying a margin loan owed to Alliance Bernstein and taxes on the sale of these investments, my available cash on hand would actually be reduced in half.

3. The Government currently has liens on the only two real estate properties I own: (1) the Phoenix home in which my wife and I reside and (2) a cabin in Arizona that was purchased in 2003, prior to the formation of Backpage.com.

4. My and my family's annual expenses are largely comprised of living expenses including, among other things, property taxes, health insurance, home and auto insurance, food and clothing, and college allowance for my daughter. A significant portion of my expenditures concern maintenance of the liened properties.

5. In light of the foregoing, I do not have funds available to pay for my counsel to defend me in the related ongoing criminal trial in the U.S. District Court for the District of Arizona (and if necessary in this case).

6. As of September 30, 2023, the value of my bank and brokerage accounts that the government has seized is as follows:

| Seized Account | Value of Account as of 09/30/2023 |
|---|---|
| Alliance Bernstein (ending in x6878) | $6,665,000.00 |
| Alliance Bernstein (ending in x4954) | $362,844.00 |
| Alliance Bernstein (ending in x7892) | $311,487.00 |
| Alliance Bernstein (ending in x7889) | $420,388.00 |
| Alliance Bernstein (ending in x7888) | $312,523.00 |
| Alliance Bernstein (ending in x6485) | $622,470.00 |
| BBVA Compass (ending in x3825) | $359,527.06 |
| **Total:** | **$9,054,239.06** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 14, 2023, at Los Angeles, California.

_____
John Brunst