# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al.,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-8420-RGK-PJWx<br><br>**[PROPOSED] ORDER GRANTING CLAIMANT JOHN BRUNST'S MOTION FOR RELEASE OF FUNDS**<br><br>Date:　November 13, 2023<br>Time:　9:00 A.M.<br>Crtrm.:　850<br><br>Assigned to Hon. R. Gary Klausner, Courtroom 850 |

3894540.2

ORDER

## ORDER

The Court, having read and considered the Motion for Release of Funds ("Motion") submitted by Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") and the supporting declarations and exhibit, and good cause shown,

**IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**, and the Government is ordered to release $1.5 million in funds from the Brunst Seized Accounts (as defined in the Motion) to Brunst.

**IT IS SO ORDERED.**

DATED:

_____
Hon. R. Gary Klausner
United States District Judge

3894540.2

2
ORDER