1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11   UNITED STATES OF AMERICA,          Case No. 2:18-cv-08420-RGK-PJW

12           Plaintiff,                 [PROPOSED] ORDER CONTINUING
                                        OPPOSITION AND REPLY DEADLINES FOR
13              v.                      HEARING ON MOTION FOR RELEASE OF
                                        FUNDS   [268]
14   $1,546,076.35 IN BANK FUNDS
     SEIZED FROM REPUBLIC BANK OF
15   ARIZONA ACCOUNT '1889, et al.,

16           Defendant.

17   JOHN BRUNST,

18           Claimant.

19

20       Pursuant to the stipulation and request of the parties, and good

21   cause appearing therefor, IT IS ORDERED that the stipulation and

22   request to continue the opposition and reply dates is GRANTED.

23   //

24   //

25

26

27

28

1    The new deadlines are as follows:

2       • Opposition deadline: Friday, October 30, 2023; and

3       • Reply deadline: Friday, November 6, 2023.

4    IT IS SO ORDERED.

5    **10/20/23**                          _Gary Klausner_

     DATE                          HON. R. GARY KLAUSNER
6                                  UNITED STATES DISTRICT JUDGE

7

8    Presented by:

9    E. MARTIN ESTRADA
     United States Attorney
10   MACK E. JENKINS
     Assistant United States Attorney
11   Chief, Criminal Division
     JONATHAN GALATZAN
12   Assistant United States Attorney
     Chief, Asset Forfeiture and Recovery Section
13

14   _/s/ Dan G. Boyle_
     DAN G. BOYLE
15   Assistant United States Attorney

16   Attorneys for Plaintiff
     UNITED STATES OF AMERICA
17

18

19

20

21

22

23

24

25

26

27

28

2