# EXHIBIT 3

2:18-cr-00422-September 21, 2023 P.M. - DRAFT

P R O C E E D I N G

(Court was called to order by the courtroom deputy.)

(Proceedings begin at 12:57.)

THE COURT: Okay. We'll go check on the jury. Before we bring the jury, just one note.    12:57:44

Oh, no. That's okay. Mr. Ferrer can remain in.

Do you wish to file a response to what the Government filed last night, I'm going to give you until nine tomorrow to do that?

MR. LINCENBERG: Your Honor, I was just alerted. I think there's other counsel who are drafting something up and we'll get it out. If there was going to be a hearing, I wanted the Court to have the opportunity to receive it. I think it will probably be filed, you know, sometime this evening.    12:58:00

THE COURT: Okay. That's fine.    12:58:15

MR. LINCENBERG: Thank you.

Okay. Let's bring in the jury.

All rise for the jury.

(Jury enters at 1:00.)

THE COURT: All right. Please be seated. The record will reflect the presence of our jury, Mr. Ferrer is on the witness stand.    01:00:49

While it is on my mind, members of the jury, will you recall that next week we are only in trial three days. We have to vacate the courtroom for a special proceeding. And so I    01:01:08

CARL FERRER - Direct

way of sort of distancing yourself from Backpage.com in that, 01:08:36
well, we're just providing a license.  So in that way, it's
inaccurate because it's the same company.

Q. All right.  And then what's the next, the third bullet
point, what's the question? 01:08:51

A. "How is Website Technologies LLC related to Camarillo
Holdings LLC and Backpage.com?  What is the hierarchy of these
businesses?  Who are the beneficiary owners of these LLCs?"

Q. And Mr. Brunst's response?

A. Mr. Brunst responds, "WT AND BACKPAGE.COM WERE SOLD IN 01:09:15
THEIR ENTIRETY TO AN UNRELATED THIRD PARTY IN APRIL 2015 AND
ARE UNRELATED TO CAMARILLO HOLDINGS AS OF THAT DATE.  JIM
LARKIN AND MIKE LACEY HAVE NO OWNERSHIP INTEREST IN EITHER
BACKPAGE.COM OR WEBSITE TECHNOLOGIES."

Q. How about that?  Is that accurate or not? 01:09:40

A. It's not accurate.

Q. Why is it not accurate?

A. Well, they are the real owners.  I'm not nominal owner.

Q. I know.  Are you an unrelated third party?

A. Well, yes, I am the unrelated third party in this so, I 01:10:03
mean, it's accurate in that way but it's really a nominal
ownership that I have.  The real owners and the real financial
beneficiaries continued to be Jim Larkin and Michael Lacey and
the other owners.

Q. And how about this last bullet point? 01:10:23

CARL FERRER - Direct

A. Where was I? 01:10:29

Q. I think we're on to page two.

A. Okay. Page two.

Q. Where it says Camarillo Holdings?

A. Camarillo Holdings, LLC. "Please explain the nature of the business." 01:10:37

Q. All right. And what's the question?

A. Read the next question?

Q. Yes.

A. "Please explain the relationship between Website Technologies LLC, and Camarillo Holdings LLC? Did Camarillo Holdings LLC sell Backpage.com to James Larkin and Mike Lacey." 01:10:50

Q. And what is Mr. Brunst's answer?

A. "CAMARILLO HOLDINGS CURRENTLY OWNS NO OPERATING BUSINESSES. IT DOES MANAGE AND LEASE OFFICE SPACE AND HOLDS AND COLLECTS ON SEVERAL ACCOUNTS/NOTES RECEIVABLE RELATED TO THE SALE OF ITS PRINT PUBLISHING BUSINESS IN 2013 AND THE SALE OF BACKPAGE.COM AND WEBSITE TECHNOLOGIES IN APRIL 2015." 01:11:13

Q. How about that? Is that accurate?

A. Well, yes, it is accurate in that it is collecting the interest payments from the sale of Backpage.com and Website Technologies. 01:11:45

Q. Why is Mr. Brunst responding to the bank as opposed to you in October of 2015?

A. Well, Mr. Brunst deals with the banking of the company and 01:12:10

- Direct

with emerchantpay and some banks will send the revenue directly to Backpage banks. 01:43:04

Q. All right. And then from the Backpage banks what would happen to the money. 01:43:27

A. At what time? At this --

Q. This time, if you know.

A. So at this time would it go to Cereus Properties bank account.

Q. And who were the controllers of the Cereus Properties bank account, if you know? 01:43:41

A. Well, let's see. This is 2013 so the funds are actually I think going to BMO which I think that is under Website Technologies and then those funds are getting swept out by Cereus Properties.

Q. Why is the BMO account called Website Technologies? 01:44:04

    MR. PANCHAPAKESAN: I'm sorry. I can't hear Mr. Rapp.

    THE COURT: Mr. Rapp, you need to use the microphone.

BY MR. RAPP:

Q. Why is the BMO account called Website Technologies? 01:44:15

A. I believe I suggested that name. Jed Brunst had asked for different names. We needed a name other than Backpage and we had picked a name like digital contents solutions. We picked a name and it turned out we couldn't use that name and then we chose website -- well, Brunst asked me for names and I 01:44:36

merchant banking, which is credit card processing, with multiple European banks.

Q. All right. And then what about the treasury bank?

A. The treasury banks were also relatively stable at that time, however, we soon got notice that, you know, BMO was going to terminate our account.

Q. And now, so you bought it for 600 million?

A. Correct.

Q. And I believe you've already testified to this, but just so we're clear, do you write them a check for 600 million?

A. I did not write them a check for 600 million. I had a payment plan with 7 percent interest.

Q. All right. And so what was the payment plan, what did you have to pay, for example, on a monthly or quarterly basis?

A. Well, I recall the first payment was 11 million per month. Subsequent payments were 8 million a month. I was able to make the payments for about three months.

Q. All right. And so where did you send those payments?

A. So those payments went to Cereus Properties, which was where I was directed to send the payments.

Q. Who directed you to send the payment to Cereus Properties?

A. Jed Brunst.

Q. All right. And what, if anything, did you know about Cereus Properties?

A. What I know of Cereus Properties is that it's a company

that is in Phoenix Arizona held by Jim Larkin and Michael Lacey, Jed Brunst, Scott Spear.

Q. All right. And so going forward, out of the owners that you've identified, is there -- is there one owner that you dealt with regarding not only the sale, but the payments after the sale?

A. Yes, there is.

Q. And so just to be clear on the month, who is it?

A. Jed Brunst.

Q. Okay. And to be clear, the money that you're paying on a monthly basis, what is the source of that money?

A. That $8 million payment, the source of that money is the revenue that's coming from Backpage operations.

Q. Yeah. And where is the majority of that money being generated from Backpage?

A. Like before the transaction, the majority of the funds are coming from the adult section, especially the female escorts section.

Q. All right. Let's just look at a few e-mails here. You have 1213 on your screen?

A. Yes, I do.

Q. What is it?

A. This is an e-mail from Jed Brunst to myself. The attachment is "BP Sale of Business Summary Draft." The subject is "backpage update slides," and it's sent on February 5th,

company and it was used for payroll. So checks would be given  03:56:48
to employees with the name Website Technologies, Website
Technologies.

Q. How did Backpage money flow through Website Technologies?

A. So payments from credit card processors when we have them  03:57:15
or had them. I'm trying to think of anything else. The
transfers of money from, like, Posting Solutions, banks, to
Website Technologies so funds we had, finding a bank through --
finding a bank was a real challenge for us so if we couldn't
get it with Website Technologies, we would getting with Posting  03:57:50
Solutions.

Q. The money that went to Website Technologies, where did it
come from?

A. The money that went to Website Technologies where did the
funds come from?  03:58:04

Q. Yes. Where did it emanate from?

A. It came from postings in the Female Escort section
primarily.

Q. What was Cereus Properties?

A. Cereus Properties was the company that was owned by  03:58:20
Michael Lacey, Jim Larkin, Jed Brunst, Scott Spear.

Q. And if you know, what did Cereus Properties do?

A. Cereus Properties collected the interest and debt payments
from the $600 million loan.

Q. And so can you just explain how Backpage money went to  03:58:47

CARL FERRER - Direct

Cereus Properties?  We've looked at some emails but can you explain for the jury so they have an understanding of that?   03:58:50

A.    So payments would be made to Cereus Properties and we made those payments from U.S. banks and European banks.  We would make a payment on the interest or the principal of the loan that was for Europe and then interest payments for the loan in the U.S., the big loan for $500 million.  So those payments could come from any number of banks because we had -- we tried to have banking spread out around the world.   03:59:08

Q.    All right.  But the money that went to Cereus Properties, what was the source of that money?   03:59:35

A.    The source of that money was the prostitution ads posted on Backpage and/or Cracker.

Q.    All right.  And you have referenced this entity Ad Tech B.V.  But can you explain to the jury exactly what that is?   04:00:01

A.    So Ad Tech B.V. is the main company in Europe and at times 50 percent of the revenue would get credit did it he had to Ad Tech B.V.  The other half being the U.S. company web Website Technologies.  So there's two companies mainly.  Website Technologies in the U.S. and Ad Tech B.V. in Europe but they are both serving U.S. customers at times.   04:00:34

Q.    Okay.  And just so we're clear why its ultimate purpose? What was the ultimate purpose of Ad Tech BV?

A.    The purpose of Ad Tech B.V. was to be in Europe, to get European banks to handle European processing and also it was a   04:01:00