# EXHIBIT 4

MR. CAMBRIA: No, Your Honor.

MR. KESSLER: No, Your Honor.

THE COURT: All right. Sir, we thank you very much for your testimony. And you are released from your subpoena. Have. 11:25AM

THE COURT: Thank you.

THE WITNESS: Have a nice day.

THE COURT: Thank you. You too. Have a safe trip home.

THE WITNESS: Thank you. 11:25AM

THE COURT: And the government may call its next witness.

MR. STONE: Yes, Your Honor. The government calls Quoc Thai.

THE COURTROOM DEPUTY: Please raise your right hand. 11:25AM

(QUOC THAI, a witness herein, was duly sworn or affirmed.)

THE COURTROOM DEPUTY: Step over to the witness stand and please be sure to speak into the microphone.

THE WITNESS: Sure.

Hello. 11:25AM

### DIRECT EXAMINATION

BY MR. STONE:

Q. Sir, could you introduce yourself to the jury, please?

A. My name is Quoc Thai.

Q. Maybe get a little closer? 11:25AM

REALTIME/ROUGH DRAFT - UNCERTIFIED TRANSCRIPT

that where it goes from Backpage to Camarillo Holdings?

A. Yes.

Q. All right. What -- what does this signify?

A. This shows an amount -- amount of transfers between Backpage.com's website -- or Backpage.com's account at US Bank transferring $6.5 million of funds to Camarillo Holdings between the date of, you know, February -- February 4th, 2013, to February 25th, 2013.

Q. All right. So it's money that transferred in -- from those dates about three weeks in February of 2013?

A. Yes, that's right.

Q. Were you able to review records to see if there were additional transfers from this Backpage.com US Bank to Camarillo Holdings BMO Harris Bank in subsequent months?

A. Oh, yes.

Q. Okay. What did you review -- I'm sorry. Strike that.

    What months did you review moving forward?

A. So I identified the months starting on February 4th, 2013, through to June 9th, 2014.

Q. Was there something that happened on June 9th, 2014?

A. The account was closed.

Q. Okay. So you actually looked moving forward from February 2013 to June of 2014?

A. Yes.

Q. And in those, let's call it 16 months, were you able to

observe how much money was transferred from Backpage.com to Camarillo holdings?

A. Yes, I identified $99 million transferred from Backpage.com to Camarillo Holdings.

    THE COURT: Mr. Stone, you have about one minute.

    MR. STONE: Okay. I'll make use of it.

BY MR. STONE:

Q. Camarillo Holdings. I'm not sure that the jury's seen that in your chart. What is it?

A. Camarillo Holdings appears to function in the same way Cereus Properties functioned, where they would receive funds from the primary business entity, in this case, Backpage.com, and it would be used to pay the various owners and the various payroll responsibilities of, you know, the Backpage.com as a whole.

Q. In your review of the records, did Camarillo Holdings have a chief financial officer?

A. Yes, they did.

Q. Who was it?

A. Mr. Brunst.

    THE COURT: All right. Shall we leave it at that for the moment?

    MR. STONE: Yes, Your Honor.

    THE COURT: Now, members of the jury -- and the witness may step down.

BY MR. STONE:

Q. Good morning, Mr. Thai.

A. Good morning Mr. Stone.

    MR. STONE: May we publish what has been admitted as 1479?

    THE COURT: Yes.

BY MR. STONE:

Q. Okay. Mr. Thai, I believe this was where we left off on Friday afternoon.

A. Yes, that's correct.

Q. And these are Count 69 and 70?

A. Yes, that's right.

Q. And just to make sure we're on the same place, let's focus on this first part of this page, which is page 17 of Exhibit 1479. What's the jury looking at on this highlighted section, sir?

A. This shows a transfer of funds of in the amount of 6.5 million from the Backpage.com US Bank account to the Camarillo Holdings BMO Harris Bank account.

Q. This shows for about three weeks in February of 2013; correct?

A. That's correct, yes.

Q. Did you also review records for a longer period of time for the transfers from this Backpage US Bank account to this Camarillo Holdings bank account?

UNITED STATES DISTRICT COURT

A. I did, yes.

Q. What time period?

A. From February 4th, 2013, to June 9th, 2014, and the amount was approximately 99 million.

Q. And that was Backpage proceeds?

A. Yes.

Q. All right. You mentioned on Friday that in reviewing these records you took notes; is that right?

A. Yes.

Q. How did you take notes?

A. I collected all my notes in an Excel spreadsheet called Master Table.

Q. And what did those what did those notes show in this Master Table, or what did they reflect?

A. It reflected all the transactions step by step between the various accounts, and it had information specific to where the record was located, the amount that was reflected, the type of record that was identified, which subpoena those records came from, among other things. I tried to keep it as detailed as possible.

Q. Okay. And you have an understanding if this Master Table was disclosed to defense?

A. Oh, absolutely, yes.

Q. All right. Let's focus on the next part of this flowchart, and I've highlighted another section, what are we seeing here,

Q. All right.  Moving on to Count 93, what is reflected on this flowchart, sir?

A. We see 28 transactions between Website Tech to Cereus in the amount of $39,249,211.37, and from there we see a transfer from Cereus to Mr. Spear's National Bank of Arizona account in the amount of $141,444.

Q. All right.  Finally, Counts 94 through 100, first part of this flowchart reflects transfers from Website Technologies to Cereus Properties?

A. That's correct, yes.

Q. Does the second part show transactions that you already testified about?

A. Yes, that's right.

Q. And money flowing to these five annuity trusts for Michael Lacey?

A. Yes, that's right.

Q. All right.  What happens after the money flows into the five annuity trusts?

A. From there we see five wires from each account totaling 16.5 million flow through to an IOLTA account, which stands for Interest on Lawyers' Trust Account at Becker House at Johnson Bank.

Q. And so each one of those five wires makes up Counts 94 through 98?

A. Yes, that's right.

MR. STONE: Thank you, Your Honor.

BY MR. STONE:

Q. All right. So now the jury can see the exhibit. And just describe what they're seeing here.

A. In this instance, we see a flowchart for account 53. Specifically, a transaction between Website Technologies and Cereus Properties. For the purpose of explaining the format of my chart here, the first line you'll see is the company name that owns or has control over the bank account. The second line will have -- will be the bank that the funds were held in. The third line will be the last four digits of that particular account.

And then, of course, same with Cereus Properties. You'll see that it's Cereus Properties with funds at Arizona Bank & Trust, and the account is 62 -- it ends in 622 -- 6211.

Q. All right. You testified about Website Technologies. I don't think we've heard anything about Cereus Properties. From your review of the reports, do you have an understanding of what serious properties is.

A. Series properties appears to be an entity used to pay the various -- payroll expenses of the -- of the activity relating to the Backpage.com.

Q. Okay. Do you know who -- do you know if Cereus Properties had a chief financial officer?

A. I do know that it was Mr. Brunst.

Q. All right. And did you observe from the records what would happen to money that was transferred to Cereus properties?

A. Yes, I did.

Q. What happened?

A. Frequently money with land from Website Tech and within the same day or the next day, it would be transferred out, you know, to Mr. Larkin, Mr. Lacey, Mr. Brunst, and Mr. Spear.   12:06PM

Q. The four owners?

A. Four owners, yeah.

Q. So money would hit Cereus Properties' account and then would go to the four owners?   12:06PM

A. Yes. Almost immediately.

Q. Did you observe Cereus Properties being used for anything else?

A. Not really. It was primarily a -- like a payroll company.   12:06PM

Q. You say payroll. Who was it paying?

A. The -- primarily the owners, but a few -- quite a few of the other employees as well.

Q. Okay. All right. Let's focus on the first ten counts, which will be the first ten pages of this flowchart for summary exhibit, Counts 53 through 62. Okay?   12:07PM

A. Yes.

Q. Did all of those counts involve similar transactions?

A. They did, yes.

Q. Similar to what the jury is seeing on their screen here   12:07PM