E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crime and Consumer Protection Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants.<br>_____<br>John Brunst,<br><br>    Claimant. | Case No. CV 18-08420-RGK (PJWx)<br><br>DECLARATION OF POSTAL INSPECTOR LYNDON VERSOZA |

**DECLARATION OF LYNDON VERSOZA**

I, LYNDON VERSOZA, declare and state as follows:

1. I am a Postal Inspector for the United States Postal Inspection Service and am a case agent for the United States of America in this matter.

2. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto.

3. I have reviewed account records for the following bank accounts:

    a. Wells Fargo Bank account number ending '4891 ("WFB x4891") in the name of John Brunst;

    b. Wells Fargo Bank account number ending '7474 ("WFB x7474") in the name of the Brunst Family Trust;

    c. Alliance Bernstein account number ending '6878 ("AB x6878");

    d. Alliance Bernstein account number ending '4954 ("AB x4954");

    e. Alliance Bernstein account number ending '7892 ("AB x7892");

    f. Alliance Bernstein account number ending '7889 ("AB x7889");

    g. Alliance Bernstein account number ending '7888 ("AB x7888");

    h. Alliance Bernstein account number ending '6845 ("AB x6485," and collectively with AB x6878, AB x4954, AB x7892, AB x7889, and AB x7888, the "AB Accounts"); and

           i. BBVA Compass Bank account number ending '3825 ("BBVA x3825").

4. On or about April 6, 2018, the government executed a seizure warrant for all funds in the AB Accounts and BBVA x3825. Because the AB Accounts held securities or other negotiable instruments which could not be transferred to the government without liquidation or potential loss in value, these accounts were frozen in place at Alliance Bernstein.

5. As of the date of seizure, the AB Accounts had the following approximate values:

    a. $275,328.00 for AB x7888;
    b. $306,277.00 for AB x7889;
    c. $342,596.00 for AB x7982;
    d. $372,878.00 for AB x4954;
    e. $527,624.00 for AB x6485; and
    f. $5,848,729.00 for AB x6878.

6. Collectively, the government seized or restrained $7,673,432 from the AB Accounts.

7. On or about April 6 2018, the government also seized $359,527.06 from BBVA x3825 pursuant to a seizure warrant.

8. Between April 2013 and September 2015, Brunst's WFB x4891 account received at least $12,781,56 identified as from accounts in the name of Camarillo Holdings LLC ("Camarillo") and Cereus Properties ("Cereus"), at BMO Harris Bank and Arizona Bank and Trust, respectively.

9. Between March 2015 and January 2017, Brunst's WFB x4891 transferred at least $7,669,480 to the Brunst Family Trust's WFB x7474 account.

2

10. Based on my review of AB Account records, all of the AB Accounts were primarily funded through AB x6878.

11. Based on my review of AB Account records, I observed that between May 2016 and October 2017, funds from various accounts in the amount of $7,265,861 were deposited into AB accounts x6878 (this account was opened in May 2016), x4954 (opened May 2017), x7892 (opened Sept 2017), x7889 (opened Sept 2017), x7888 (opened Sept 2017).

12. I have traced at least $2.5 million of these funds to Cereus and/or Camarillo:

    a. Between April 2013 through January 2017, WFB X4897 received over $13 million from Camarillo Holdings at BMO Harris Bank and Cereus Properties at Arizona Bank and Trust;

    b. Between March 20, 2017 and January 5, 2017 WFB X4891 transferred approximately $7.67 million to WFB X7474;

    c. On or about May 18, 2017, WFB x7474 transferred $1.5 million to AB X6878;

    d. On September 25, 2014, WFB X4891 transferred $1 million to BMO Harris Bank ending in 8194, held in the name of the Brunst Family Trust ("BMO X8194");

    e. On May 9, 2016 BMO X8194 transferred $1 million to AB x6878.

13. Below is a chart showing the movement of the funds from Camarillo Holdings and Cereus Properties:



14. In October 2023, IRS-CI Special Agent Richard Robinson informed me that he reviewed Brunst's income tax records including for the tax years 2016 and 2017, along with 2016 and 2017 tax year records for Medalist Holdings ("Medalist"), which is the parent company for Camarillo and Cereus. With SA Robinson's guidance, I also reviewed portions of these records. From my discussions with SA Robinson and my own review of these records, I observed the following:

    a. In the company's 2016 tax records, Medalist Holdings claimed $28,908,441 in gain for 2016 from Backpage.

    b. In the company's 2017 tax records, Medalist Holdings claimed $34.2 million in gain for 2017 from Backpage. They gained a much smaller amount of $3.4 million from other funding sources during that year.

1         c.   In the company's 2015 Asset Schedule, I observed
2 that the company anticipated about $29,835,362 in Backpage
3 payments for 2016. This $29 million number tracks closely with
4 the $28 million in reported gain for Medalist. This amount also
5 represents 94.82% of the payments received by Medalist Holdings
6 originate from Backpage. A portion of these gains were paid to
7 Brunt.
8         d.   In reviewing portions of Brunst's 2016 tax
9 records, I observed that Brunst received $546,255 from Cereus,
10 and interest payments from a Backpage loan of about $2,517,525
11 from payments from Medalist, which originated from Backpage. I
12 did not observe any substantial income or funding sources than
13 funds that originated from Backpage.
14         e.   In reviewing portions of Brunst's 2017 tax
15 records, I observed that Brunst received $539,722 from Cereus
16 and interest payments from a Backpage loan of about $2,133,678.
17 I did not observe any substantial income or funding sources than
18 funds that originated from Backpage.
19     15.   Based on these bank records and tax records, I believe
20 that the vast majority of the funds in the AB accounts
21 originated from Backpage.
22     16.   Between 2017 and 2018, BBVA x3825 received
23 $1,288,570.70 from a BBVA Compass Bank account in the name of
24 Cereus Properties account number ending '3873.
25 //
26
27
28

                5

1    I declare under penalty of perjury under the laws of the
2 United States of America that the foregoing is true and correct.
3    Executed on October 30, 2023, at Los Angeles, California.

                                    LYNDON VERSOZA