1 | Gary S. Lincenberg – State Bar No. 123058
glincenberg@birdmarella.com
2 | Ariel A. Neuman – State Bar No. 241594
aneuman@birdmarella.com
3 | Gopi K. Panchapakesan – State Bar No. 279586
gpanchapakesan@birdmarella.com
4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
5 | 1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
6 | Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimants John Brunst and
The Brunst Family Trust

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cv-8420-RGK-PJWx |
|---|---|
| Plaintiff, | **DECLARATION OF GOPI K. PANCHAPAKESAN IN SUPPORT OF CLAIMANT JOHN BRUNST'S REPLY IN SUPPORT OF MOTION FOR RELEASE OF FUNDS** |
| vs. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, et al., | Date: November 13, 2023
Time: 9:00 A.M.
Crtrm.: 850 |
| Defendants. | Assigned to Hon. R. Gary Klausner, Courtroom 850 |

3899346.1

# DECLARATION OF GOPI K. PANCHAPAKESAN

I, Gopi K. Panchapakesan, declare as follows:

1. I am an active member of the Bar of the State of California and a principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, a professional corporation, attorneys of record for Claimants John Brunst and The Brunst Family Trust (collectively, "Brunst") in this action. I make this declaration in support of Claimant John Brunst's Reply in Support of Motion for Release of Funds. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Final Jury Instructions given in the related criminal case pending in the District of Arizona ("Criminal Case").

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the October 13, 2023, Trial Transcript in the Criminal Case.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the September 26, 2023, Trial Transcript in the Criminal Case.

5. As of the date of this filing, my firm has incurred approximately $1.2 million in attorney's fees and costs in connection with the trial of the Criminal Case, with a zero balance remaining in the retainer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on November 5, 2023, at Los Angeles, California.

                                                    */s/ Gopi K. Panchapakesan*
                                                    Gopi K. Panchapakesan