# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

| | |
|---|---|
| United States of America, ) | |
| ) | No. 2:18-cr-00422-DJH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Phoenix, Arizona |
| Michael Lacey, et al., ) | September 26, 2023 |
| ) | 1:16 p.m. |
| Defendants. ) | |
| _____) | |

**BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE**

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**JURY TRIAL - DAY 12**

**(P.M. SESSION)**

Official Court Reporter:
Cathy J. Taylor, RMR, CRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 31
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   A.   What's that?
 2   Q.   You were supervising those 100 people, except the owners?
 3   A.   Yes.  I delegated moderation and marketing to others.
 4   Q.   When you supervise a hundred people, that usually means I
 5   run the website, doesn't it?                                          15:13:35
 6   A.   Well, I'm just saying that it gives the impression like
 7   it's me just running the website.  It's -- it's much more
 8   complicated than that.  I just gave a very simple answer.
 9   Q.   This was a big company, and you were running it, and that's
10   how you testified; right?                                             15:13:53
11   A.   That's what --
12            MR. RAPP:  Objection.  Asked and answered.
13            THE COURT:  Sustained.
14            MR. FEDER:  Would you scroll forward, please?
15   BY MR. FEDER:                                                         15:14:16
16   Q.   According to this, in 2011 you had over 400 cities, three
17   countries; right?
18   A.   Yes.
19            MR. FEDER:  Could you scroll forward?
20   BY MR. FEDER:                                                         15:14:44
21   Q.   There was a question that said, "And, sir, how does
22   Backpage make money?"
23            What was your answer?
24   A.   "We charge for the postings in adult and personals.  We
25   also charge for people to have a premium position, like sponsor      15:14:55
```

1  ads or auto reposting.  So it's a lot of $1 and $5 charges."
2  Q.  And all transactions are prepaid with credit card, right,
3  according to this transcript?
4  A.  Yes.
5      MR. FEDER:  Could you scroll forward?  Further scroll.  15:15:18
6  And further scroll.
7      And I think that's it.  Thanks.
8  BY MR. FEDER:
9  Q.  Mr. Ferrer, do you recall testifying about some
10 correspondence with and visits to the mayor of Seattle,  15:16:25
11 Mr. McGinn, I believe his name was?
12 A.  Yes, I do.
13 Q.  And then you had some -- another meeting or two with a
14 State Attorney General named McKenna?
15 A.  No, not McKenna.  15:16:42
16 Q.  One of his assistants?
17 A.  Yes.
18 Q.  Paula Selois?
19 A.  Yes.
20 Q.  And their complaint was that Backpage needs to get age  15:16:50
21 verification?
22 A.  The mayor or the AG?
23 Q.  Both.
24 A.  I recall the mayor focused on the age verification.
25 Q.  And was age verification financially or location-wise  15:17:12

UNITED STATES DISTRICT COURT

# **C E R T I F I C A T E**

I, CATHY J. TAYLOR, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 26th day of September, 2023.

/s/ Cathy J. Taylor
Cathy J. Taylor, RMR, CRR, CRC