# EXHIBIT C

Case 2:18-cv-08420-RGK-PJW   Document 274-4   Filed 11/05/23   Page 1 of 5   Page ID #:2656

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA

                   _____


United States of America,        )
                                 ) No. 2:18-cr-00422-DJH
                    Plaintiff,   )
                                 )
          vs.                    )
                                 ) Phoenix, Arizona
Michael Lacey, et al.,           ) October 13, 2023
                                 ) 8:52 a.m.
                    Defendants.  )
_____  )



     BEFORE:   THE HONORABLE DIANE J. HUMETEWA, JUDGE


             REPORTER'S TRANSCRIPT OF PROCEEDINGS

                      JURY TRIAL - DAY 18

                        (A.M. SESSION)
```

Official Court Reporter:
Cathy J. Taylor, RMR, CRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 31
Phoenix, Arizona 85003-2151
(602) 322-7249

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1  in the state of Massachusetts?
 2         MR. CAMBRIA:  Object to what he feels.
 3         MR. BERRY:  All right.  I'll rephrase.
 4         THE COURT:  Yeah.  Sustained.
 5  BY MR. BERRY:                                           10:26:46
 6  Q.  In your training and experience as a law enforcement
 7  officer, would you arrest someone based upon the text, the
 8  content of this ad alone?
 9  A.  No.
10  Q.  Why not?                                            10:27:01
11  A.  I need -- I need more.  I need to -- this is a first step;
12  right?  Seeing this ad is a first step in an investigation.  I
13  need to do a little more work as an investigator.
14  Q.  Okay.  And what would those additional steps be?
15  A.  I would place a phone call to the ad and have conversation 10:27:18
16  with the person on the other end of the phone.  And if that
17  conversation led to us talking about sex for a fee, then I'm
18  building my case.
19         So that's how I would build our cases.
20  Q.  And have you seen ads that were similar in nature in terms 10:27:33
21  of types of photos, types of language?
22  A.  Yes.
23  Q.  What was similar about them?
24  A.  Could you repeat the question, please.
25  Q.  Sure.  I asked if they were similar.  You said yes.       10:27:50
```

```
 1   to arrest somebody?
 2   A.  That's correct.
 3   Q.  All right.  Including in the area of prostitution?
 4   A.  Correct.
 5   Q.  And excuse me if you've -- you've answered this on direct     11:06:30
 6   examination.  I don't recall.  But in your career,
 7   approximately how many prostitution-related arrests have you
 8   made yourself or been part of?
 9   A.  Two dozen --
10   Q.  Okay.                                                         11:06:52
11   A.  -- roughly, give or take.
12   Q.  Thank you.
13         Now, we were talking about this idea that you could
14   not arrest based upon the ad because you didn't have probable
15   cause; correct?                                                   11:07:09
16   A.  Correct.
17   Q.  And you've stated that that's really your starting point.
18   You have more work to do.
19   A.  That's correct.
20   Q.  Work in terms of investigation?                               11:07:19
21   A.  Correct.
22   Q.  And at least with respect to stings, where the target is
23   the john, he's responding to a police-posted ad, I think you
24   called that a reverse sting?
25   A.  Yes.  That's usually what we'd call it.                       11:07:42
```

# **C E R T I F I C A T E**

I, CATHY J. TAYLOR, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 23rd day of October, 2023.

/s/ Cathy J. Taylor
Cathy J. Taylor, RMR, CRR, CRC