# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08420-RGK-PJW | Date | November 13, 2023 |
| Title | United States v. $1,546,076.35 In Bank Funds | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Re: Motion for Release of Funds [DE 270]**

In April 2018, the United States seized funds held by John Brunst and The Brunst Family Trust (collectively, "Claimants"). On October 14, 2023, Claimants filed a Motion seeking an evidentiary hearing regarding their requested release of $1.5 million in seized funds to pay for Brunst's defense in a related and ongoing criminal trial, *United States v. Lacey*, 2:18-cr-00422-PHX-DJH (D. Ariz.). Because the trial will likely resolve the issues presented in the Motion, the Court **defers consideration** of the Motion until the trial's conclusion. The parties are **ordered to file a status report within seven days of the trial's conclusion or twenty-one days from the issuance of this Order, whichever occurs first.**

**IT IS SO ORDERED.**

|  |  : |
|---|---|
| Initials of Preparer | JRE/ak |