**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:18cv8420   Doc: 271

```
NIXIE        851   5E 1          0111/04/23
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 90012333299      *1040305182-01301*
```



FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

2:18cv8420
RGK



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY

Case: 2:18cv8420  Doc: 271

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36754094@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/20/2023 at 4:13 PM PDT and filed on 10/20/2023

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 271 |

**Docket Text:**
**ORDER Continuing Opposition and Reply Deadlines for Hearing on Motion for Release of Funds [268] by Judge R. Gary Klausner, as follows: Opposition deadline: 10/30/2023; and Reply Deadline: 11/6/2023. (See Order for further information). (jp)**

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
Eric Honig    erichonig@aol.com
Benjamin P. Lechman    benlechman@hotmail.com
Walter F. Brown    mao_fednational@paulweiss.com, wbrown@paulweiss.com
Paul J Cambria    pcambria@lglaw.com, emccampbell@lglaw.com, kdrewery@lglaw.com
Gary S Lincenberg    sramirez@birdmarella.com, docket@birdmarella.com,