E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crime and Consumer Protection Section
    Federal Courthouse, 13th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 18-08420-RGK(PJWx) |
| Plaintiff, | STATUS REPORT |
| v. | |
| $1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL., | |
| Defendants. | |
| John Brunst, | |
| Claimant. | |

3902220.1

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Dan G. Boyle, hereby files this Status Report regarding Claimants John Brunst and the Brunst Family Trust's pending Motion to Release Seized Assets:

1. On October 14, 2023, Claimants John Brunst and the Brunst Family Trust filed a Motion to Release Seized Assets (the "Motion"). See ECF No. 270.

2. The government opposed the Motion on October 30, 2023, and Claimants filed a Reply on November 5, 2023.

3. On November 13, 2023, the Court issued a Minute Order (ECF No. 276) directing the parties to submit a status report within seven days of the conclusion of Claimant Brunst's criminal trial in the District of Arizona, Case No. 18-cr-422 (the "Criminal Action").

4. On November 16, 2023, the jury in the Criminal Action returned a verdict, convicting Claimant Brunst of Count One (conspiracy to violate the Travel Act), acquitting Claimant Brunst of Counts 2-51 (all 50 counts of alleged Travel Act violations); convicting Claimant Brunst of Count 52 (money laundering conspiracy), and convicting Claimant Brunst of 31 money laundering counts. A true and correct copy of the Verdict Form is attached as Exhibit A.

5. The government ultimately did not seek forfeiture of any specific property in the Criminal Action. The government

intends to apply for a money judgment of forfeiture as against Claimant Brunst.

6.  Because the government did not seek forfeiture of any specific property upon conviction, the government is now working to lift the restraints on Claimant Brunst's real property, identified as the "Liened Real Estate" in page 7 of the Motion. The "Seized Accounts," as identified in page 7 of the Motion, remain restrained through this action.

7.  Brunst and his remaining codefendants in the Criminal Action currently have motions to dismiss and motions for judgments of acquittal and/or a new trial pending in the Criminal Action.

//

//

8. The parties agree that the verdict in the Criminal Action does not resolve the forfeitability of the Seized Accounts, i.e., the issue before the Court in connection with Brunst's Motion.

Dated: November 21, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

          /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 21, 2023        Respectfully submitted,

/s/ (*e-mail authorization 11/20/23*)
GOPI K. PANCHAPAKESAN, ESQ.
GARY S. LINCENBERG, ESQ.

Attorneys for Claimants
JOHN BRUNST and THE BRUNST FAMILY TRUST