# **EXHIBIT A**

FILED \_\_\_\_ LODGED
RECEIVED \_\_\_\_ COPY

NOV 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

v.

Michael Lacey, et al.,

        Defendants.

No. CR-18-00422-PHX-DJH

**VERDICT**

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

## CONSPIRACY
**18 U.S.C. § 371**
**COUNT 1**

| | NOT GUILTY | GUILTY |
|---|---|---|
| Michael Lacey | _____ | _____ |
| Scott Spear | _____ | X |
| John "Jed" Brunst | _____ | X |
| Andrew Padilla | X | _____ |
| Joye Vaught | X | _____ |

**Travel Act – Facilitate Prostitution**
**18 U.S.C. § 1952(a)(3)(A)**
**COUNTS 2-51**

## Count 2:

| Date | Exhibits | State |
|------|----------|-------|
| Sept. 10, 2013 | 212, 212a | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

## Count 3:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 27, 2014 | 504 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | __X__ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

- 2 -

**Count 4:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 29, 2014 | 214 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    \_\_X\_\_\_\_ GUILTY

John "Jed" Brunst    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

**Count 5:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2014 | 214a | New Hampshire |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    \_\_X\_\_\_ GUILTY

John "Jed" Brunst    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_\_ NOT GUILTY    _____ GUILTY

- 3 -

**Count 6:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2014 | 505 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 7:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 20, 2014 | 506 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

- 4 -

**Count 8:**

| Date | Exhibit | State |
|---|---|---|
| May 7, 2014 | 507 | Washington |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY ___X___ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

**Count 9:**

| Date | Exhibit | State |
|---|---|---|
| May 31, 2014 | 508 | Washington |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY ___X___ GUILTY

John "Jed" Brunst ___X___ NOT GUILTY _____ GUILTY

Andrew Padilla ___X___ NOT GUILTY _____ GUILTY

Joye Vaught ___X___ NOT GUILTY _____ GUILTY

- 5 -

**Count 10:**

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2014 | 509 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ☒ GUILTY

John "Jed" Brunst    ☒ NOT GUILTY    _____ GUILTY

Andrew Padilla    ☒ NOT GUILTY    _____ GUILTY

Joye Vaught    ☒ NOT GUILTY    _____ GUILTY

**Count 11:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 19, 2014 | 510 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ☒ GUILTY

John "Jed" Brunst    ☒ NOT GUILTY    _____ GUILTY

Andrew Padilla    ☒ NOT GUILTY    _____ GUILTY

Joye Vaught    ☒ NOT GUILTY    _____ GUILTY

- 6 -

**Count 12:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 23, 2014 | 215a | California |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 13:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan 29, 2015 | 217a | California |

| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
|---|---|---|
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

- 7 -

**Count 14:**

| Date | Exhibit | State |
|---|---|---|
| Jan. 31, 2015 | 215 | Arizona |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     \_\_X\_\_ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

**Count 15:**

| Date | Exhibit | State |
|---|---|---|
| Jan. 31, 2015 | 217 | Arizona |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     \_\_X\_\_ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

- 8 -

## Count 16:

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 4, 2015 | 216 | Colorado |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     X GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

## Count 17:

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 18, 2015 | 216a | Colorado |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     X GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

- 9 -

14

**Count 18:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 26, 2015 | 511 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     ✗ NOT GUILTY     _____ GUILTY

Andrew Padilla     ✗ NOT GUILTY     _____ GUILTY

Joye Vaught     ✗ NOT GUILTY     _____ GUILTY

**Count 19:**

| Date | Exhibit | State |
|------|---------|-------|
| May 18, 2015 | 220 | Texas |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ✗ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     ✗ NOT GUILTY     _____ GUILTY

Andrew Padilla     ✗ NOT GUILTY     _____ GUILTY

Joye Vaught     ✗ NOT GUILTY     _____ GUILTY

- 10 -

**Count 20:**

| Date | Exhibit | State |
|------|---------|-------|
| May 19, 2015 | 220a | Texas |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    ✗\_\_\_\_ NOT GUILTY    GUILTY

John "Jed" Brunst    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

**Count 21:**

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2015 | 222 | Arizona |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    ✗\_\_\_\_ NOT GUILTY    GUILTY

John "Jed" Brunst    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗\_\_\_\_ NOT GUILTY    _____ GUILTY

- 11 -

**Count 22:**

| Date | Exhibit | State |
|------|---------|-------|
| July 2, 2015 | 222a | Arizona |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    ~~~~~ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

**Count 23:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 13, 2015 | 218 | California |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    ~~~~~ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

- 12 -

1

2 **Count 24:**

3

4 | Date | Exhibit | State |
|------|---------|-------|
5 | Aug. 15, 2015 | 221 | Michigan |

6 Michael Lacey     _____ NOT GUILTY      _____ GUILTY

7 Scott Spear      X\_\_\_\_ NOT GUILTY      _____ GUILTY

8 John "Jed" Brunst      X\_\_\_\_ NOT GUILTY      _____ GUILTY

9 Andrew Padilla      X\_\_\_\_ NOT GUILTY      _____ GUILTY

10 Joye Vaught      X\_\_\_\_ NOT GUILTY      _____ GUILTY

11

12 **Count 25:**

13

14 | Date | Exhibit | State |
|------|---------|-------|
15 | Sept. 13, 2015 | 512 | Washington |

16 Michael Lacey     _____ NOT GUILTY      _____ GUILTY

17 Scott Spear      X\_\_\_\_ NOT GUILTY      _____ GUILTY

18 John "Jed" Brunst      X\_\_\_\_ NOT GUILTY      _____ GUILTY

19 Andrew Padilla      X\_\_\_\_ NOT GUILTY      _____ GUILTY

20 Joye Vaught      X\_\_\_\_ NOT GUILTY      _____ GUILTY

21

22

23

24

25

26

27

28

**Count 26:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 28, 2015 | 513 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     X NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

**Count 27:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 21, 2016 | 1718 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     X NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

- 14 -

**Count 28:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 3, 2016 | 1719 | Washington |

| | | |
|------|------|------|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 29:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 11, 2016 | 1720 | Massachusetts |

| | | |
|------|------|------|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

- 15 -

**Count 30:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1721 | Massachusetts |

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear         ___X___ NOT GUILTY         _____ GUILTY

John "Jed" Brunst         ___X___ NOT GUILTY         _____ GUILTY

Andrew Padilla         ___X___ NOT GUILTY         _____ GUILTY

Joye Vaught         ___X___ NOT GUILTY         _____ GUILTY

**Count 31:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1735 | Arizona |

Michael Lacey         _____ NOT GUILTY         _____ GUILTY

Scott Spear         ___X___ NOT GUILTY         _____ GUILTY

John "Jed" Brunst         ___X___ NOT GUILTY         _____ GUILTY

Andrew Padilla         ___X___ NOT GUILTY         _____ GUILTY

Joye Vaught         ___X___ NOT GUILTY         _____ GUILTY

- 16 -

**Count 32:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 19, 2016 | 1722 | Louisiana |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     __X__ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     __X__ NOT GUILTY     _____ GUILTY

Andrew Padilla     __X__ NOT GUILTY     _____ GUILTY

Joye Vaught     __X__ NOT GUILTY     _____ GUILTY

**Count 33:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 24, 2016 | 1723 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     __X__ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     __X__ NOT GUILTY     _____ GUILTY

Andrew Padilla     __X__ NOT GUILTY     _____ GUILTY

Joye Vaught     __X__ NOT GUILTY     _____ GUILTY

- 17 -

**Count 34:**

| Date          | Exhibit | State      |
| ------------- | ------- | ---------- |
| Nov. 26, 2016 | 1724    | California |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       X\_\_\_\_ NOT GUILTY      _____ GUILTY

John "Jed" Brunst       X\_\_\_\_ NOT GUILTY      _____ GUILTY

Andrew Padilla       X\_\_\_\_ NOT GUILTY      _____ GUILTY

Joye Vaught       X\_\_\_\_ NOT GUILTY      _____ GUILTY

**Count 35:**

| Date          | Exhibit | State         |
| ------------- | ------- | ------------- |
| Dec. 20, 2016 | 1725    | Massachusetts |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       X\_\_\_\_ NOT GUILTY      _____ GUILTY

John "Jed" Brunst       X\_\_\_\_ NOT GUILTY      _____ GUILTY

Andrew Padilla       X\_\_\_\_ NOT GUILTY      _____ GUILTY

Joye Vaught       X\_\_\_\_ NOT GUILTY      _____ GUILTY

- 18 -

**Count 36:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 15, 2017 | 1726 | Nevada |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

**Count 37:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 4, 2017 | 1727 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

- 19 -

**Count 38:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 11, 2017 | 1728 | Ohio |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

**Count 39:**

| Date | Exhibit | State |
|------|---------|-------|
| July 3, 2017 | 1729 | Alabama |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     ✗\_\_\_\_ NOT GUILTY     _____ GUILTY

- 20 -

**Count 40:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1730 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    __X__ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    __X__ NOT GUILTY    _____ GUILTY

Andrew Padilla    __x__ NOT GUILTY    _____ GUILTY

Joye Vaught    __X__ NOT GUILTY    _____ GUILTY

**Count 41:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1731 | Arkansas |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    __X__ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    __X__ NOT GUILTY    _____ GUILTY

Andrew Padilla    __X__ NOT GUILTY    _____ GUILTY

Joye Vaught    __X__ NOT GUILTY    _____ GUILTY

- 21 -

**Count 42:**

| Date | Exhibit | State |
|------|---------|-------|
| July 21, 2017 | 1732 | Ohio |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

**Count 43:**

| Date | Exhibit | State |
|------|---------|-------|
| July 23, 2017 | 1733 | Massachusetts |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     X \_\_\_\_\_ NOT GUILTY     _____ GUILTY

- 22 -

**Count 44:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 26, 2018 | 223 | Michigan |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ NOT GUILTY | | _____ GUILTY |
| Scott Spear | __X__ NOT GUILTY | | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | | _____ GUILTY |

**Count 45:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 224 | New York |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ NOT GUILTY | | _____ GUILTY |
| Scott Spear | __X__ NOT GUILTY | | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | | _____ GUILTY |

- 23 -

**Count 46:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 225 | New York |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       X \_\_\_\_ NOT GUILTY      _____ GUILTY

John "Jed" Brunst       X \_\_\_\_ NOT GUILTY      _____ GUILTY

Andrew Padilla       X \_\_\_\_ NOT GUILTY      _____ GUILTY

Joye Vaught       X \_\_\_\_ NOT GUILTY      _____ GUILTY

**Count 47:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 226 | New York |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear       X \_\_\_\_ NOT GUILTY      _____ GUILTY

John "Jed" Brunst       X \_\_\_\_ NOT GUILTY      _____ GUILTY

Andrew Padilla       X \_\_\_\_ NOT GUILTY      _____ GUILTY

Joye Vaught       X \_\_\_\_ NOT GUILTY      _____ GUILTY

- 24 -

**Count 48:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 227 | Florida |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

**Count 49:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 1, 2018 | 228 | Nevada |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

- 25 -

**Count 50:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 229 | Texas |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ✗ NOT GUILTY _____ GUILTY

John "Jed" Brunst ✗ NOT GUILTY _____ GUILTY

Andrew Padilla ✗ NOT GUILTY _____ GUILTY

Joye Vaught ✗ NOT GUILTY _____ GUILTY

**Count 51:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 230 | New York |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ✗ NOT GUILTY _____ GUILTY

John "Jed" Brunst ✗ NOT GUILTY _____ GUILTY

Andrew Padilla ✗ NOT GUILTY _____ GUILTY

Joye Vaught ✗ NOT GUILTY _____ GUILTY

**Conspiracy To Commit Money Laundering**
**18 U.S.C. § 1956(h)**
**COUNT 52**

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY ✗ GUILTY

John "Jed" Brunst _____ NOT GUILTY ✗ GUILTY

- 26 -

### Concealment Money Laundering
### 18 U.S.C. § 1956(a)(1)(B)(i)
### COUNT 53-62

#### Count 53:

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___X___ GUILTY

#### Count 54:

| Date | Amount | Description |
|---|---|---|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ___X___ GUILTY

- 27 -

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      ✗ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      ✗ GUILTY

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      ✗ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      ✗ GUILTY

- 28 -

**Count 57:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

**Count 58:**

| Date | Amount | Description |
|------|--------|-------------|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

- 29 -

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY      ✗  GUILTY

John "Jed" Brunst     _____ NOT GUILTY      ✗  GUILTY

**Count 60:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY      ✗  GUILTY

John "Jed" Brunst     _____ NOT GUILTY      ✗  GUILTY

- 30 -

**Count 61:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**Count 62:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

- 31 -

### International Promotional Money Laundering
### 18 U.S.C. § 1956(a)(2)(A)
### COUNT 63-68

**Count 63:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey ____X____ NOT GUILTY _____ GUILTY

Scott Spear ____X____ NOT GUILTY _____ GUILTY

John "Jed" Brunst ____X____ NOT GUILTY _____ GUILTY

**Count 64:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ____X____ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ____X____ GUILTY

- 32 -

**Count 65:**

| Date | Amount | Description |
|---|---|---|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      ___✗___ NOT GUILTY      _____ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      ___✗___ GUILTY

**Count 66:**

| Date | Amount | Description |
|---|---|---|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      ___✗___ NOT GUILTY      _____ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      ___✗___ GUILTY

- 33 -

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    \_\_\_X\_\_\_ GUILTY

**Count 68:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    \_\_\_X\_\_\_ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    \_\_X\_\_\_ GUILTY

- 34 -

## Transactional Money Laundering
### 18 U.S.C. § 1957(a)
### COUNT 69-99

Count 69:

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

Count 70:

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | BMO Harris (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    ✗ GUILTY

Count 71:

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

- 35 -

**Count 72:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear          _____ NOT GUILTY          X__ GUILTY

**Count 73:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to USB Financial |

Scott Spear          _____ NOT GUILTY          X__ GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear          _____ NOT GUILTY          X__ GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear          _____ NOT GUILTY          X__ GUILTY

- 36 -

**Count 76:**

| Date | Amount | Description |
|---|---|---|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

**Count 77:**

| Date | Amount | Description |
|---|---|---|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

**Count 78:**

| Date | Amount | Description |
|---|---|---|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

- 37 -

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 81:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey  _____ NOT GUILTY  _____ GUILTY

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 82:**

| Date | Amount | Description |
|------|--------|-------------|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

- 38 -

**Count 83:**

| Date | Amount | Description |
|------|--------|-------------|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**Count 84:**

| Date | Amount | Description |
|------|--------|-------------|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✗ GUILTY

**Count 85:**

| Date | Amount | Description |
|------|--------|-------------|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear     _____ NOT GUILTY     ✗ GUILTY

- 39 -

**Count 86:**

| Date | Amount | Description |
| --- | --- | --- |
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     **X**\_\_\_\_\_ GUILTY

**Count 87:**

| Date | Amount | Description |
| --- | --- | --- |
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst     _____ NOT GUILTY     **X**\_\_\_\_\_ GUILTY

**Count 88:**

| Date | Amount | Description |
| --- | --- | --- |
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     **X**\_\_\_\_\_ GUILTY

- 40 -

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X\_\_\_\_ GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X\_\_\_\_ GUILTY

**Count 91:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X\_\_\_\_ GUILTY

- 41 -

**Count 92:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      __X__ GUILTY

**Count 93:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear      _____ NOT GUILTY      __X__ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      __X__ GUILTY

**Count 94:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

- 42 -

**Count 95:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

**Count 96:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

**Count 97:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

**Count 98:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

- 43 -

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

**Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

**International Concealment Money Laundering**
**18 U.S.C. § 1956(a)(2)(B)(i)**
**COUNT 100**

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey          _____ NOT GUILTY          \_\_X\_\_\_\_ GUILTY

11/16/2023
DATE

#2
FOREPERSON JUROR NUMBER

- 44 -