# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-PJW | | Date | November 27, 2023 |
|---|---|---|---|---|
| Title | *United States v. $1,546.076.35 In Bank Funds* | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order Re: Motion for Release of Funds [DE 270]

In April 2018, the United States seized funds held by John Brunst and The Brunst Family Trust (collectively, "Claimants"). On October 14, 2023, Claimants filed a Motion seeking an evidentiary hearing regarding their requested release of $1.5 million in seized funds to pay for Brunst's defense in a related criminal trial, *United States v. Lacey*, 2:18-cr-00422-PHX-DJH (D. Ariz.). Because the trial was ongoing, the Court deferred consideration of the Motion until after the trial's conclusion.

On November 16, 2023, the jury returned a verdict convicting Brunst of conspiracy to violate the Travel Act, money laundering conspiracy, and thirty-one counts of money laundering. The jury acquitted Brunst of violating the Travel Act. The parties agree that the conclusion of the criminal trial does not resolve the forfeitability of the seized funds.

Because the conclusion of the criminal trial might materially change or limit the parties' positions with respect to the present Motion, the Court **ORDERS updated briefing**. Accordingly, each party is ordered to submit an updated response addressing the merits of the Motion within **two weeks** of this Order's issuance. Such responses shall not exceed **ten pages** in length.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | JRE/ak |