**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**
———

**OFFICIAL BUSINESS**

Case: 2:18cv8420   Doc: 236

John R Becker
7025 East Greenway Parkway,  Suite 800
Scottsdale, AZ 85254

NEOPOST      FIRST CLA
11/15/2023
US POSTAGE $001.
ZIP 90
041M114

FILED
CLERK, U.S. DISTRICT COURT

DEC - 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY    ASH    DEPUTY

RGK

2:18CV8420

-R-T-S-   852542324-1N        11/30/23

RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD
RETURN  TO  SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY

Case: 2:18cv8420   Doc: 236

John R Becker
7025 East Greenway Parkway,   Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<33501880@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al USM-285 Service of non-complaint documents - Executed Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/1/2022 at 4:37 PM PST and filed on 3/1/2022

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 236 |

**Docket Text:**
**PROCESS RECEIPT AND RETURN (USM-285) of Consent Judgment [212].Remarks: Forfeited $83,063.12 (18-USP-002085) on 12/14/21; Returned $324,623.02 Without Interest on 2/10/22. (jp)**

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Ariel A Neuman   aneuman@birdmarella.com, brl@birdmarella.com, mlw@birdmarella.com, rec@birdmarella.com
Benjamin P. Lechman   benlechman@hotmail.com
Daniel G. Boyle   daniel.boyle2@usdoj.gov, caseview.ecf@usdoj.gov, gabriela.arciniega@usdoj.gov, Jonathan.Wettstein@usdoj.gov, karine.aghababyan@usdoj.gov, Tarleen.Khauv@usdoj.gov, USACAC.Criminal@usdoj.gov
Daniel James Quigley   quigley@djqplc.com
David W. Wiechert   dwiechert@aol.com, danielle@wmgattorneys.com, jessica@wmgattorneys.com, William@wmgattorneys.com
Gary S Lincenberg   glincenberg@birdmarella.com, docket@birdmarella.com, juh@birdmarella.com
Gopi K Panchapakesan   gpanchapakesan@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, kmm@birdmarella.com
John K Rubiner   jrubiner@fmglaw.com, jrubiner@bkolaw.com