**DECLARATION OF DAN G. BOYLE**

I, DAN G. BOYLE, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California in Los Angeles, California, and am responsible for the representation of Plaintiff United States of America in this matter. I have personal and first-hand knowledge of the facts set forth in this Declaration and, if called to testify, I could and would testify competently thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of the Verdict Form in D.Az. Case No. 18-cr-422, U.S. v. Lacey, et al, dated November 16, 2023.

3. Based on my conversations with other law enforcement personnel, I am not aware of any present *lis pendens* or other similar restraints filed by the government on any real property identified as belonging to Claimant Brunst. This specifically includes two real properties located in Phoenix, Arizona, and one real property located in Pinetop, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2023 at Los Angeles, California.

/s/
DAN G. BOYLE