# EXHIBIT A

```
                                    ┌──────────────────────────────┐
                                    │ ✓ FILED        ___ LODGED    │
                                    │ ___ RECEIVED   ___ COPY      │
                                    │                              │
                                    │      NOV 1 6 2023            │
                                    │                              │
                                    │  CLERK U S DISTRICT COURT    │
                                    │  DISTRICT OF ARIZONA         │
                                    │ BY_____  DEPUTY     │
                                    └──────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00422-PHX-DJH |
| Plaintiff, | **VERDICT** |
| v. | |
| Michael Lacey, et al., | |
| Defendants. | |

We, the Jury, find the defendants, Michael Lacey, Scott Spear, John "Jed" Brunst, Andrew Padilla, and Joye Vaught, as to the charges of the Indictment:

### CONSPIRACY
**18 U.S.C. § 371**
**COUNT 1**

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | ___X___ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

### Travel Act – Facilitate Prostitution
### 18 U.S.C. § 1952(a)(3)(A)
### COUNTS 2-51

**Count 2:**

| Date | Exhibits | State |
|------|----------|-------|
| Sept. 10, 2013 | 212, 212a | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | X_____ GUILTY |
| John "Jed" Brunst | X_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | X_____ NOT GUILTY | _____ GUILTY |

**Count 3:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 27, 2014 | 504 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | X_____ GUILTY |
| John "Jed" Brunst | X_____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X_____ NOT GUILTY | _____ GUILTY |
| Joye Vaught | X_____ NOT GUILTY | _____ GUILTY |

- 2 -

**Count 4:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 29, 2014 | 214 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 5:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2014 | 214a | New Hampshire |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 6:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2014 | 505 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     X GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

**Count 7:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 20, 2014 | 506 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     X GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

**Count 8:**

| Date | Exhibit | State |
|------|---------|-------|
| May 7, 2014 | 507 | Washington |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      \_\_X\_\_ GUILTY

John "Jed" Brunst      \_X\_ NOT GUILTY      _____ GUILTY

Andrew Padilla      \_X\_ NOT GUILTY      _____ GUILTY

Joye Vaught      \_X\_ NOT GUILTY      _____ GUILTY

**Count 9:**

| Date | Exhibit | State |
|------|---------|-------|
| May 31, 2014 | 508 | Washington |

Michael Lacey      _____ NOT GUILTY      _____ GUILTY

Scott Spear      _____ NOT GUILTY      \_\_X\_\_ GUILTY

John "Jed" Brunst      \_X\_ NOT GUILTY      _____ GUILTY

Andrew Padilla      \_X\_ NOT GUILTY      _____ GUILTY

Joye Vaught      \_X\_ NOT GUILTY      _____ GUILTY

**Count 10:**

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2014 | 509 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗ NOT GUILTY    _____ GUILTY

**Count 11:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 19, 2014 | 510 | Washington |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    ✗ GUILTY

John "Jed" Brunst    ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught    ✗ NOT GUILTY    _____ GUILTY

**Count 12:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 23, 2014 | 215a | California |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

**Count 13:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan 29, 2015 | 217a | California |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear _____ NOT GUILTY \_\_\_X\_\_\_ GUILTY

John "Jed" Brunst \_\_X\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_X\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_X\_\_ NOT GUILTY _____ GUILTY

## Count 14:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 215 | Arizona |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

## Count 15:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2015 | 217 | Arizona |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ___X___ GUILTY

John "Jed" Brunst     ___X___ NOT GUILTY     _____ GUILTY

Andrew Padilla     ___X___ NOT GUILTY     _____ GUILTY

Joye Vaught     ___X___ NOT GUILTY     _____ GUILTY

**Count 16:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 4, 2015 | 216 | Colorado |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    \_\_X\_\_ GUILTY

John "Jed" Brunst    \_\_X\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_ NOT GUILTY    _____ GUILTY

**Count 17:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 18, 2015 | 216a | Colorado |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    \_\_X\_\_ GUILTY

John "Jed" Brunst    \_\_X\_\_ NOT GUILTY    _____ GUILTY

Andrew Padilla    \_\_X\_\_ NOT GUILTY    _____ GUILTY

Joye Vaught    \_\_X\_\_ NOT GUILTY    _____ GUILTY

1

2  **Count 18:**

3

4

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 26, 2015 | 511 | Washington |

5

6  Michael Lacey    _____ NOT GUILTY    _____ GUILTY

7  Scott Spear    _____ NOT GUILTY    __X__ GUILTY

8  John "Jed" Brunst    __X__ NOT GUILTY    _____ GUILTY

9  Andrew Padilla    __X__ NOT GUILTY    _____ GUILTY

10  Joye Vaught    __X__ NOT GUILTY    _____ GUILTY

11

12  **Count 19:**

13

14

| Date | Exhibit | State |
|------|---------|-------|
| May 18, 2015 | 220 | Texas |

15

16  Michael Lacey    _____ NOT GUILTY    _____ GUILTY

17  Scott Spear    __X__ NOT GUILTY    ~~_____~~ GUILTY

18  John "Jed" Brunst    __X__ NOT GUILTY    _____ GUILTY

19  Andrew Padilla    __X__ NOT GUILTY    _____ GUILTY

20  Joye Vaught    __X__ NOT GUILTY    _____ GUILTY

21

22

23

24

25

26

27

28

**Count 20:**

| Date | Exhibit | State |
|------|---------|-------|
| May 19, 2015 | 220a | Texas |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | __X__ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

**Count 21:**

| Date | Exhibit | State |
|------|---------|-------|
| July 1, 2015 | 222 | Arizona |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | __X__ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X__ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X__ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X__ NOT GUILTY | _____ GUILTY |

**Count 22:**

| Date | Exhibit | State |
|------|---------|-------|
| July 2, 2015 | 222a | Arizona |

Michael Lacey   _____ NOT GUILTY    _____ GUILTY

Scott Spear      ✗ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst   ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught      ✗ NOT GUILTY    _____ GUILTY

**Count 23:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 13, 2015 | 218 | California |

Michael Lacey   _____ NOT GUILTY    _____ GUILTY

Scott Spear      ✗ NOT GUILTY     ✗ GUILTY

John "Jed" Brunst   ✗ NOT GUILTY    _____ GUILTY

Andrew Padilla    ✗ NOT GUILTY    _____ GUILTY

Joye Vaught      ✗ NOT GUILTY    _____ GUILTY

**Count 24:**

| Date | Exhibit | State |
|------|---------|-------|
| Aug. 15, 2015 | 221 | Michigan |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

**Count 25:**

| Date | Exhibit | State |
|------|---------|-------|
| Sept. 13, 2015 | 512 | Washington |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

**Count 26:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 28, 2015 | 513 | Washington |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     X NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

**Count 27:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 21, 2016 | 1718 | Massachusetts |

Michael Lacey    _____ NOT GUILTY     _____ GUILTY

Scott Spear     X NOT GUILTY     _____ GUILTY

John "Jed" Brunst     X NOT GUILTY     _____ GUILTY

Andrew Padilla     X NOT GUILTY     _____ GUILTY

Joye Vaught     X NOT GUILTY     _____ GUILTY

- 14 -

**Count 28:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 3, 2016 | 1719 | Washington |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 29:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 11, 2016 | 1720 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

- 15 -

**Count 30:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1721 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 31:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 14, 2016 | 1735 | Arizona |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

- 16 -

**Count 32:**

| Date | Exhibit | State |
|---|---|---|
| Nov. 19, 2016 | 1722 | Louisiana |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 33:**

| Date | Exhibit | State |
|---|---|---|
| Nov. 24, 2016 | 1723 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ___X___ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ___X___ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ___X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ___X___ NOT GUILTY | _____ GUILTY |

**Count 34:**

| Date | Exhibit | State |
|------|---------|-------|
| Nov. 26, 2016 | 1724 | California |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    ___X___ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    ___X___ NOT GUILTY    _____ GUILTY

Andrew Padilla    ___X___ NOT GUILTY    _____ GUILTY

Joye Vaught    ___X___ NOT GUILTY    _____ GUILTY

**Count 35:**

| Date | Exhibit | State |
|------|---------|-------|
| Dec. 20, 2016 | 1725 | Massachusetts |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    ___X___ NOT GUILTY    _____ GUILTY

John "Jed" Brunst    ___X___ NOT GUILTY    _____ GUILTY

Andrew Padilla    ___X___ NOT GUILTY    _____ GUILTY

Joye Vaught    ___X___ NOT GUILTY    _____ GUILTY

**Count 36:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 15, 2017 | 1726 | Nevada |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | X NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | X NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X NOT GUILTY | _____ GUILTY |
| Joye Vaught | X NOT GUILTY | _____ GUILTY |

**Count 37:**

| Date | Exhibit | State |
|------|---------|-------|
| Apr. 4, 2017 | 1727 | Massachusetts |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | X NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | X NOT GUILTY | _____ GUILTY |
| Andrew Padilla | X NOT GUILTY | _____ GUILTY |
| Joye Vaught | X NOT GUILTY | _____ GUILTY |

**Count 38:**

| Date | Exhibit | State |
|---|---|---|
| Apr. 11, 2017 | 1728 | Ohio |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

**Count 39:**

| Date | Exhibit | State |
|---|---|---|
| July 3, 2017 | 1729 | Alabama |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

John "Jed" Brunst \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Andrew Padilla \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

Joye Vaught \_\_\_X\_\_\_ NOT GUILTY _____ GUILTY

- 20 -

**Count 40:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1730 | Massachusetts |

Michael Lacey         _____ NOT GUILTY       _____ GUILTY

Scott Spear             X      NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X      NOT GUILTY       _____ GUILTY

Andrew Padilla         X      NOT GUILTY       _____ GUILTY

Joye Vaught            X      NOT GUILTY       _____ GUILTY

**Count 41:**

| Date | Exhibit | State |
|------|---------|-------|
| July 15, 2017 | 1731 | Arkansas |

Michael Lacey         _____ NOT GUILTY       _____ GUILTY

Scott Spear             X      NOT GUILTY       _____ GUILTY

John "Jed" Brunst       X      NOT GUILTY       _____ GUILTY

Andrew Padilla         X      NOT GUILTY       _____ GUILTY

Joye Vaught            X      NOT GUILTY       _____ GUILTY

**Count 42:**

| Date | Exhibit | State |
|---|---|---|
| July 21, 2017 | 1732 | Ohio |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

**Count 43:**

| Date | Exhibit | State |
|---|---|---|
| July 23, 2017 | 1733 | Massachusetts |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_ NOT GUILTY     _____ GUILTY

**Count 44:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 26, 2018 | 223 | Michigan |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | __X____ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __X___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X___ NOT GUILTY | _____ GUILTY |

**Count 45:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 224 | New York |

| | | |
|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | __X____ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | __X____ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | __x___ NOT GUILTY | _____ GUILTY |
| Joye Vaught | __X___ NOT GUILTY | _____ GUILTY |

**Count 46:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 225 | New York |

| | | |
|------|------|------|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ☒ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ☒ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ☒ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ☒ NOT GUILTY | _____ GUILTY |

**Count 47:**

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 30, 2018 | 226 | New York |

| | | |
|------|------|------|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | ☒ NOT GUILTY | _____ GUILTY |
| John "Jed" Brunst | ☒ NOT GUILTY | _____ GUILTY |
| Andrew Padilla | ☒ NOT GUILTY | _____ GUILTY |
| Joye Vaught | ☒ NOT GUILTY | _____ GUILTY |

## Count 48:

| Date | Exhibit | State |
|------|---------|-------|
| Jan. 31, 2018 | 227 | Florida |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

## Count 49:

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 1, 2018 | 228 | Nevada |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Andrew Padilla     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

Joye Vaught     \_\_X\_\_\_ NOT GUILTY     _____ GUILTY

**Count 50:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 229 | Texas |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

**Count 51:**

| Date | Exhibit | State |
|------|---------|-------|
| Feb. 6, 2018 | 230 | New York |

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    X NOT GUILTY    _____ GUILTY

John "Jed" Brunst    X NOT GUILTY    _____ GUILTY

Andrew Padilla    X NOT GUILTY    _____ GUILTY

Joye Vaught    X NOT GUILTY    _____ GUILTY

### Conspiracy To Commit Money Laundering
#### 18 U.S.C. § 1956(h)
#### COUNT 52

Michael Lacey    _____ NOT GUILTY    _____ GUILTY

Scott Spear    _____ NOT GUILTY    X GUILTY

John "Jed" Brunst    _____ NOT GUILTY    X GUILTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Concealment Money Laundering**
**18 U.S.C. § 1956(a)(1)(B)(i)**
**COUNT 53-62**

**Count 53:**

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

**Count 54:**

| Date | Amount | Description |
|------|--------|-------------|
| May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     __X__ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

- 27 -

**Count 55:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | ___X___ GUILTY |

**Count 56:**

| Date | Amount | Description |
|------|--------|-------------|
| May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |

| | | | |
|---|---|---|---|
| Michael Lacey | _____ NOT GUILTY | _____ GUILTY |
| Scott Spear | _____ NOT GUILTY | ___X___ GUILTY |
| John "Jed" Brunst | _____ NOT GUILTY | ___X___ GUILTY |

## Count 57:

| Date | Amount | Description |
|---|---|---|
| June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          _____ NOT GUILTY          ___✗___ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ___✗___ GUILTY

## Count 58:

| Date | Amount | Description |
|---|---|---|
| June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey          _____ NOT GUILTY          _____ GUILTY

Scott Spear          _____ NOT GUILTY          ___✗___ GUILTY

John "Jed" Brunst          _____ NOT GUILTY          ___✗___ GUILTY

**Count 59:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✕ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✕ GUILTY

**Count 60:**

| Date | Amount | Description |
|------|--------|-------------|
| July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ✕ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ✕ GUILTY

**Count 61:**

| Date | Amount | Description |
| --- | --- | --- |
| Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ☒ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ☒ GUILTY

**Count 62:**

| Date | Amount | Description |
| --- | --- | --- |
| Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     _____ NOT GUILTY     ☒ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     ☒ GUILTY

### International Promotional Money Laundering
### 18 U.S.C. § 1956(a)(2)(A)
### COUNT 63-68

#### Count 63:

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |

Michael Lacey ⬚ ✗ NOT GUILTY _____ GUILTY

Scott Spear ✗ NOT GUILTY _____ GUILTY

John "Jed" Brunst ✗ NOT GUILTY _____ GUILTY

#### Count 64:

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

Scott Spear ✗ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ✗ GUILTY

## Count 65:

| Date | Amount | Description |
|---|---|---|
| Sept. 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_✗\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_✗\_\_ GUILTY

## Count 66:

| Date | Amount | Description |
|---|---|---|
| Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

Scott Spear     \_\_\_✗\_\_\_ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     \_\_✗\_\_ GUILTY

**Count 67:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        \_\_\_X\_\_\_ NOT GUILTY        _____ GUILTY

John "Jed" Brunst        _____ NOT GUILTY        \_\_\_X\_\_\_ GUILTY

**Count 68:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

Michael Lacey        _____ NOT GUILTY        _____ GUILTY

Scott Spear        \_\_\_X\_\_\_ NOT GUILTY        _____ GUILTY

John "Jed" Brunst        _____ NOT GUILTY        \_\_\_X\_\_\_ GUILTY

- 34 -

**Transactional Money Laundering**
**18 U.S.C. § 1957(a)**
**COUNT 69-99**

**<u>Count 69:</u>**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 21, 2013 | $30,000.00 | Bank of America (x9463) to Stewart Title (partial payment for Sedona property) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ___X___ GUILTY

**<u>Count 70:</u>**

| Date | Amount | Description |
|------|--------|-------------|
| Sept. 13, 2013 | $62,491.47 | BMO Harris (x1793) to Stewart Title (partial payment for Sedona property) |

Michael Lacey _____ NOT GUILTY _____ GUILTY

John "Jed" Brunst _____ NOT GUILTY ___X___ GUILTY

**<u>Count 71:</u>**

| Date | Amount | Description |
|------|--------|-------------|
| June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |

Scott Spear _____ NOT GUILTY ___X___ GUILTY

- 35 -

**Count 72:**

| Date | Amount | Description |
|------|--------|-------------|
| June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |

Scott Spear    _____ NOT GUILTY    ___X___ GUILTY

**Count 73:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to USB Financial |

Scott Spear    _____ NOT GUILTY    ___X___ GUILTY

**Count 74:**

| Date | Amount | Description |
|------|--------|-------------|
| May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |

Scott Spear    _____ NOT GUILTY    ___X___ GUILTY

**Count 75:**

| Date | Amount | Description |
|------|--------|-------------|
| May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |

Scott Spear    _____ NOT GUILTY    ___X___ GUILTY

**Count 76:**

| Date | Amount | Description |
|------|--------|-------------|
| Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

**Count 77:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

**Count 78:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear          _____ NOT GUILTY      __X__ GUILTY

John "Jed" Brunst      _____ NOT GUILTY      __X__ GUILTY

**Count 79:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 80:**

| Date | Amount | Description |
|------|--------|-------------|
| Feb. 3, 2016 | $1,507,944.00 | Cereus Properties (x6211) to Charles Schwab |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 81:**

| Date | Amount | Description |
|------|--------|-------------|
| Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |

Michael Lacey  _____ NOT GUILTY  _____ GUILTY

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 82:**

| Date | Amount | Description |
|------|--------|-------------|
| Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |

John "Jed" Brunst  _____ NOT GUILTY  __X__ GUILTY

**Count 83:**

| Date | Amount | Description |
|------|--------|-------------|
| June 27, 2016 | $397,500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       _____ NOT GUILTY     X\_\_\_\_ GUILTY

**Count 84:**

| Date | Amount | Description |
|------|--------|-------------|
| July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |

Michael Lacey       _____ NOT GUILTY       _____ GUILTY

John "Jed" Brunst       _____ NOT GUILTY     X\_\_\_\_ GUILTY

**Count 85:**

| Date | Amount | Description |
|------|--------|-------------|
| July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |

Scott Spear       _____ NOT GUILTY     X\_\_\_\_ GUILTY

**Count 86:**

| Date | Amount | Description |
|------|--------|-------------|
| Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY       X   GUILTY

**Count 87:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |

John "Jed" Brunst     _____ NOT GUILTY       X   GUILTY

**Count 88:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY       X   GUILTY

- 40 -

**Count 89:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

**Count 90:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

**Count 91:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     __X__ GUILTY

**Count 92:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     X_____ GUILTY

**Count 93:**

| Date | Amount | Description |
|------|--------|-------------|
| Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

Scott Spear     _____ NOT GUILTY     X_____ GUILTY

John "Jed" Brunst     _____ NOT GUILTY     X_____ GUILTY

**Count 94:**

| Date | Amount | Description |
|------|--------|-------------|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

**Count 95:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

**Count 96:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

**Count 97:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

Michael Lacey     _____ NOT GUILTY     _____ GUILTY

**Count 98:**

| Date | Amount | Description |
|---|---|---|
| Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |

1     Michael Lacey      _____ NOT GUILTY     _____ GUILTY

2 **Count 99:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey      _____ NOT GUILTY     _____ GUILTY

### International Concealment Money Laundering
### 18 U.S.C. § 1956(a)(2)(B)(i)
### COUNT 100

**Count 100:**

| Date | Amount | Description |
|------|--------|-------------|
| Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

Michael Lacey      _____ NOT GUILTY     __X__ GUILTY

11/16/2023
_____
DATE

#2
_____
FOREPERSON JUROR NUMBER

- 44 -