Case 2:18-cv-08420-RGK-JC   Document 285   Filed 12/13/23   Page 1 of 4   Page ID #:2837

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY MMC          DEPUTY

2:18 CV 8420

RGK

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Case: 2:18cv8420  Doc: 280

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36956346@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-PJW United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/28/2023 at 9:30 AM PST and filed on 11/27/2023

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 280 |

**Docket Text:**
**MINUTE (IN CHAMBERS) Order Re: Motion for Release of Funds [DE [270]] by Judge R. Gary Klausner: The Court ORDERS updated briefing. Accordingly, each party is ordered to submit an updated response addressing the merits of the Motion within two weeks of this Order's issuance. Such responses shall not exceed ten pages in length. (jp)**

**2:18-cv-08420-RGK-PJW Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Sharon E Frase    sharon@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
Eric Honig    erichonig@aol.com

Benjamin P. Lechman     benlechman@hotmail.com
Walter F. Brown     mao_fednational@paulweiss.com, wbrown@paulweiss.com
Paul J Cambria     pcambria@lglaw.com, emccampbell@lglaw.com, kdrewery@lglaw.com
Gary S Lincenberg     sramirez@birdmarella.com, docket@birdmarella.com, glincenberg@birdmarella.com
Gopi K Panchapakesan     kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, gpanchapakesan@birdmarella.com
Daniel James Quigley     quigley@djqplc.com

**2:18-cv-08420-RGK-PJW Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale AZ 85254
US
Jill Anderson
2201 North Central Avenue No. 6A
Phoenix AZ 85004
US
Ramon Larkin
1023 W 70th Ter
Kansas City MO 64113
US
Troy Larkin
201 Oakhurst Leaf Drive
Milton GA 30004
US