E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crimes and
Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     Facsimile: (213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>             Defendants. | No. 2:18-cv-08420-RGK-PJW<br><br>**PLAINTIFF'S REQUEST FOR REASSIGNMENT OF MAGISTRATE JUDGE AND ADR PROCEDURE NO.1** |
| ESTATE OF JAMES LARKIN and MARGARET LARKIN,<br><br>             Claimants. | |

//

//

1

1. This action was first filed on September 28, 2018. <u>See</u> ECF No. 1.

2. At the time this action was filed, this matter was assigned for discovery purposes to Magistrate Judge Michael R. Wilner. <u>See</u> ECF No. 6.

3. This matter was subsequently reassigned for discovery purposes to the Hon. Alicia G. Rosenberg. <u>See</u> ECF No. 13.

4. On October 31, 2018, the matter was reassigned from Magistrate Judge Rosenberg to the Hon. Patrick J. Walsh for discovery purposes. <u>See</u> ECF No. 14.

5. On January 20, 2021, this Court ordered this action stayed pending the conclusion of criminal actions in the District of Arizona <u>United States v. Michael Lacey, et al.</u>, No. CR 18-422-PHX-SMB (the "Lacey Action"), <u>United States v. Ferrer</u>, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and <u>United States v. Backpage.com, LLC, et al.</u>, No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is related to this consolidated action. <u>See</u> ECF No. 189.

6. On September 8, 2023, the Estate of James Larkin, as represented by Margaret Larkin (the "Estate") was substituted as a party for prior-Claimant James Larkin. <u>See</u> ECF Nos. 262-263.

7. Pursuant to L.R. 16-15.4, the government and the Estate wish to engage in settlement negotiations, and the Estate has requested that any settlement be facilitated by the assigned magistrate judge in this action.[1]

8. Magistrate Judge Walsh is now retired, but because this

---

[1] Prior to the Estate's appearance in this action, the parties to this action previously agreed to ADR Procedure No. 3. Because the Estate appeared subsequent to that election, the Estate now seeks the Court's permission to utilize ADR Procedure No.1.

matter is stayed, the case has not been reassigned to a new magistrate judge for discovery purposes.

9. Accordingly, the government respectfully requests that, pursuant to General Order 23-06, this matter be reassigned to a magistrate judge available to facilitate settlement discussions.

10. The government notes that this matter was pending during the period that the Hon. Stephanie S. Christensen was Acting U.S. Attorney, and thus Judge Christensen is conflicted from this matter.

11. The government further requests that the Court accept the concurrently-filed Form ADR-01, which pertains only to the Estate and Margaret Larkin, including as representative of the Estate, selecting ADR Procedure No.1, and issue a corresponding ADR order.

12. The Estate, with Margaret Larkin as representative, does not oppose this request.

Dated: February 1, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

      /s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA