| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | |
| v. | | |
| | | **REQUEST:**<br>**ADR PROCEDURE SELECTION** |
| | Defendant(s). | |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: _____    _____*Dan Boyle*_____
                                                                 Attorney for Plaintiff

Dated: _____    _____
                                                                 Attorney for Plaintiff

Dated: _____    _____
                                                                 Attorney for Defendant

Dated: _____    _____
                                                                 Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)                    REQUEST: ADR PROCEDURE SELECTION                    Page 1 of 1