**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NEOPOST 02/06/2024
US POSTAGE $001.6





2:18CV8420-RGK

MIXIE 851 5E 1
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 90012333799      2194N047229-01199

Case: 2:18cv8420  Doc: 290

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37332877@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-JC United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Notice of Reassignment of Case Due to Unavailability of Judicial Officer (G-74) (MJ) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/5/2024 at 5:17 PM PST and filed on 2/5/2024

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-JC |
| **Filer:** | |
| **Document Number:** | 290 |

**Docket Text:**
NOTICE OF REASSIGNMENT OF CASE due to Unavailability of Judicial Officer filed. The previously assigned Magistrate Judge is no longer available. Pursuant to directive of the Chief Magistrate Judge and in accordance with the rules of this Court, the case has been returned to the Clerk for reassignment. This case has been reassigned to Magistrate Judge Jacqueline Chooljian for any discovery and/or post-judgment matters that may be referred. Case number will now read as 2:18-cv-08420 RGK(JCx). (rn)

**2:18-cv-08420-RGK-JC Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Sharon E Frase    sharon@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov,

daniel.boyle2@usdoj.gov
Eric Honig   erichonig@aol.com
Benjamin P. Lechman   benlechman@hotmail.com
Walter F. Brown   mao_fednational@paulweiss.com, wbrown@paulweiss.com
Paul J Cambria   pcambria@lglaw.com, emccampbell@lglaw.com, kdrewery@lglaw.com
Gary S Lincenberg   sramirez@birdmarella.com, docket@birdmarella.com, glincenberg@birdmarella.com
Gopi K Panchapakesan   kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, gpanchapakesan@birdmarella.com
Daniel James Quigley   quigley@djqplc.com

**2:18-cv-08420-RGK-JC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale AZ 85254
US
Jill Anderson
2201 North Central Avenue No. 6A
Phoenix AZ 85004
US
Ramon Larkin
1023 W 70th Ter
Kansas City MO 64113
US
Troy Larkin
201 Oakhurst Leaf Drive
Milton GA 30004
US