UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:18cv08420  Doc: 291

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH    DEPUTY

2:18cv8420
RGK

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 20 2024
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

MIXIE
NOT DELIVERABLE
UNABLE TO FORWARD
RETURN TO SENDER
AS ADDRESSED

Case: 2:18cv08420   Doc: 291

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37335602@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-JC United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Order/Referral to ADR (No 1) (Judge) (ADR-12) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/6/2024 at 10:34 AM PST and filed on 2/6/2024

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-JC |
| **Filer:** | |
| **Document Number:** | 291 |

**Docket Text:**
**ORDER/REFERRAL to ADR Procedure No 1 by Judge R. Gary Klausner. Case ordered to Magistrate Judge Jacqueline Chooljian for Settlement Conference. (jre)**

**2:18-cv-08420-RGK-JC Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Gopi K. Panchapakesan    kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, gpanchapakesan@birdmarella.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Sharon E Frase    sharon@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov
Eric Honig    erichonig@aol.com
Benjamin P. Lechman    benlechman@hotmail.com