Michael R. Williams, State Bar No. 192222
mwilliams@bklwlaw.com
Alexis Paschedag Federico, State Bar No. 313392
afederico@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Attorneys for Bienert Katzman PC,
formerly known as Bienert, Miller & Katzman PLC,
and Bienert Katzman Littrell Williams LLP*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>v.<br><br>$1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account '1889, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-08420-RGK-JC<br><br>**DEFENDANT JAMES LARKIN'S FORMER COUNSEL'S NOTICE OF ATTORNEY CHARGING LIEN** |

## NOTICE OF ATTORNEY'S CHARGING LIEN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bienert Katzman PC ("BK"), formerly known as Bienert, Miller & Katzman PLC, and Bienert Katzman Littrell Williams LLP ("BKLW"), former counsel to Defendant James Larkin, have an attorney's charging lien on any recovery by Larkin's Estate or Larkin family members in this action for the payment of attorneys' fees and the reimbursement of costs and disbursements. The lien arises from James Larkin's retention agreement with BK dated May 1, 2018 and modified retention agreement with BK dated February 12, 2020.

Respectfully submitted,

Dated: March 7, 2024

**BIENERT KATZMAN LITTRELL WILLIAM LLP**

By:   */s/ Michael R. Williams*
Michael R. Williams
Alexis Paschedag Federico

*Attorneys for Bienert Katzman PC, formerly known as Bienert, Miller & Katzman PLC, and Bienert Katzman Littrell Williams LLP*

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed below who have entered their appearance as counsel of record.

Eric Honig
erichonig@aol.com
Law Offices of Eric Honig APLC
*Attorneys for Margaret Larkin as an individual and as Personal Representative of the Estate of James Larkin*

Walter F. Brown , Jr
Paul Weiss Rifkind Wharton and Garrison LLP
wbrown@paulweiss.com
*Attorneys for Margaret Larkin*

Paul J Cambria, Jr.
pcambria@lglaw.com
Lipsitz Green Scime Cambria LLP
*Attorneys for Michael Lacey, Finca Manzana for Sebastopol, LLC, Creek Hideaway, LLC, and Casa Bahia for San Francisco, LLC*

Benjamin P. Lechman
benlechman@hotmail.com
Law Offices of Benjamin P. Lechman, Esq.
*Attorneys for Roarke Lacey and Colin Lacey as Beneficiary of the Binghamton Trust*

Steven L. Kessler
kesslerlawnyc@gmail.com
Law Offices of Steven L. Kessler
*Attorneys for Roarke Lacey and Colin Lacey as Beneficiary of the Binghamton Trust*

Daniel James Quigley
quigley@djqplc.com
Daniel J Quigley PLC
*Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LCC, Cereus Properties, LLC, and Shearwater Investments, LLC*

David W. Wiechert
dwiechert@aol.com
Wiechert, Munk and Goldstein, PC

*Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LCC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital LLC*

John K. Rubiner
jrubiner@fmglaw.com
Freeman Mathis and Gary LLP
*Attorneys for Scott Spear; Natasha Spear; Ellon Spear; Kathleen D. Larkin; John C. Larkin; Quinn M. Larkin; Rose L. Larkin; and Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas Trust;*

Sharon E Frase
sharon@boersch-illovsky.com
Boersch and Illovsky LLP
*Attorneys for Alyson Talley*

Gary S. Lincenberg
glincenberg@birdmarella.com
Ariel A Neuman
aneuman@birdmarella.com
Gopi K. Panchapakesan
gpanchapakesan@birdmarella.com
Bird, Marella, Rhow, Lincenberg, Drooks and Nessim, LLP
*Attorneys for John Brunst, Mary Ann Brunst, The Brunst Family Trust*

Daniel G. Boyle
daniel.boyle2@usdoj.gov
*Assistant United States Attorney*

I hereby certify that on March 7, 2024, I will cause to be mailed via the United States Postal Service the attached document to the following parties at the addresses listed below:

Jill Anderson
2201 North Central Avenue No. 6A
Phoenix, AZ 85004

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254
*Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014*

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

2
PROOF OF SERVICE

Ramon Larkin
1023 W 70th Ter
Kansas City, MO 64113

/s/ Leah Thompson
Leah Thompson