**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





-R-T-S-   852542343-1N          03/05/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT

MAR 1 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY  MMC            DEPUTY

2:18 CV 8420- RGK



Case: 2:18cv8420   Doc: 293

John R Becker
7025 East Greenway Parkway,   Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<37425026@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-JC United
States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account
1889 et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/21/2024 at 4:41 PM PST and filed on 2/21/2024

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-JC |
| **Filer:** | |
| **Document Number:** | 293 |

**Docket Text:**
**ORDER RE: SETTLEMENT CONFERENCE by Magistrate Judge Jacqueline Chooljian. This
case has been referred to Magistrate Judge Jacqueline Chooljian for settlement proceedings.
The Settlement Conference is placed on calendar for March 20, 2024, at 9:30 a.m. (see document
for further details) (hr)**

**2:18-cv-08420-RGK-JC Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Gopi K. Panchapakesan    kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com,
gpanchapakesan@birdmarella.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com,
brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com,
danielle@wmgattorneys.com, dwiechert@aol.com
Sharon E Frase    sharon@boersch-illovsky.com, ecf@boersch-illovsky.com,
roxanne@boersch-illovsky.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov,
gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov,
daniel.boyle2@usdoj.gov

Eric Honig     erichonig@aol.com
Benjamin P. Lechman     benlechman@hotmail.com
Walter F. Brown     mao_fednational@paulweiss.com, wbrown@paulweiss.com
Paul J Cambria     pcambria@lglaw.com, emccampbell@lglaw.com, kdrewery@lglaw.com
Gary S. Lincenberg     sramirez@birdmarella.com, docket@birdmarella.com,
glincenberg@birdmarella.com
Daniel James Quigley     quigley@djqplc.com
**2:18-cv-08420-RGK-JC Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER to :**
John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale AZ 85254
US
Jill Anderson
2201 North Central Avenue No. 6A
Phoenix AZ 85004
US
Ramon Larkin
1023 W 70th Ter
Kansas City MO 64113
US
Troy Larkin
201 Oakhurst Leaf Drive
Milton GA 30004
US