UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-JCx | Date | March 15, 2024 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 In Bank Funds, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Claimants: |
|---|---|
| Daniel Boyle | Eric Honig |
| | Walter Brown, Jr. |
| | John Rubiner |
| | Bruce Feder |
| | Paul Cambria |
| | Erin McCampbell Paris |
| | Janey Cook |
| | Daniel Quigley |
| | Gary Lincenberg |
| | Gopi Panchapakesan |
| | Sharon Frase |

**Proceedings:**   **TELEPHONIC CONFERENCE RE: SETTLEMENT CONFERENCE**

 The Court and counsel conferred off the record regarding the upcoming Settlement Conference scheduled for Wednesday, March 20, 2024 at 8:30 a.m.

                                                                                    45 minutes

                              Initials of Deputy Clerk      klh