Name and address
John K. Rubiner / Bar No.: 155208
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071-2627
O: (213) 615-7000  F: (833) 264-2083
E-mail: jrubiner@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Plaintiff(s)

v.

$1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al

Defendant(s).

CASE NUMBER

2:18-cv-8420-RGK-JC

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

ROSE LARKIN
*Name of Party*

☐ Plaintiff   ☐ Defendant   ☑ Other Claimant

hereby requests that the Court approve the substitution of  WALTER F. BROWN
*New Attorney*

as attorney of record instead of  JOHN K. RUBINER
*Present Attorney*

Dated  Mar 15, 2024

*Rose Larkin*
Rose Larkin (Mar 15, 2024 00:02 GMT+1)
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  March 18, 2024

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  March 13, 2024

*Signature of New Attorney*
130248
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)  REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY