# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-8420-RGK-JC |
| v. | |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

**QUINN LARKIN** ☐ Plaintiff ☐ Defendant ☒ Other **Claimant**
*Name of Party*

☒ to substitute **WALTER F. BROWN** who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105                    wbrown@paulweiss.com
*City, State, Zip*                          *E-Mail Address*

(628) 432-5111        (202) 204-7379        130248
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of **JOHN K. RUBINER**

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED ☐ DENIED

☐ The Court hereby orders that the request of _____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____                              _____
                                           U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**