# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-8420-RGK-JC |
| v. | |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

KATHLEEN LARKIN     ☐ Plaintiff  ☐ Defendant  ☒ Other  Claimant
*Name of Party*

☒ to substitute     WALTER F. BROWN     who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105                    wbrown@paulweiss.com
*City, State, Zip*                          *E-Mail Address*

(628) 432-5111          (202) 204-7379          130248
*Telephone Number*        *Fax Number*           *State Bar Number*

as attorney of record instead of     JOHN K. RUBINER
                                     *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____              _____
                                        U. S. District Judge/U.S. Magistrate Judge