Name and address
John K. Rubiner / Bar No.: 155208
FREEMAN MATHIS & GARY, LLP
550 South Hope Street, Suite 2200
Los Angeles, CA 90071-2627
O: (213) 615-7000  F: (833) 264-2083
E-mail: jrubiner@fmglaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br><br>v.<br><br>$1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-8420-RGK-JC<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

JOHN LARKIN   ☐ Plaintiff   ☐ Defendant   ☑ Other Claimant
*Name of Party*

hereby requests that the Court approve the substitution of   WALTER F. BROWN
*New Attorney*

as attorney of record instead of   JOHN K. RUBINER
*Present Attorney*

Dated   Mar 13, 2024

*John Larkin*
John Larkin (Mar 13, 2024 20:37 EDT)
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   March 18, 2024

*[signature]*
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   March 13, 2024

*[signature]*
*Signature of New Attorney*

130248
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated  _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* **(G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (07/12)   **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**