# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08420-RGK-JCx | Date | March 20, 2024 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 in Bank Funds, etc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Claimants: |
|---|---|
| Daniel G. Boyle | Eric Honig |
| | Walter F. Brown, Jr. |
| | Timothy Eckstein |
| | Paul J. Cambria, Jr. |
| | Janey H. Cook |
| | Daniel J. Quigley |
| | Gopi K. Panchapakesan |
| | John K. Rubiner |
| | Bruce Feder |

**Proceedings:**     **SETTLEMENT CONFERENCE**

A Settlement Conference with multiple parties was held in this matter on March 20, 2024.

Plaintiff's counsel Assistant United States Attorney Daniel G. Boyle appeared with Lyndon Versoza, USPIS Inspector.

Attorneys Eric Honig, Walter F. Brown, Jr. and Timothy Eckstein appeared with Claimant Margaret Larkin who was present on behalf of herself, and as a representative of the Estate of James Larkin.

Attorneys Paul J. Cambria, Jr., Janey H. Cook and Daniel J. Quigley appeared with Claimant Michael Lacey who was present on behalf of himself, and as a representative of Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC and Shearwater Investments, LLC.

Attorney Gopi Panchapakesan appeared with Claimant John Brunst who was present on behalf of himself and Mary Ann Brunst, and as a representative of The Brunst Family Trust.

Attorneys John Rubiner and Bruce Feder telephonically appeared with Claimant Scott Spear, who was telephonically present on behalf of himself, Natasha Spear, and Ellon Spear.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08420-RGK-JCx | Date | March 20, 2024 |
|---|---|---|---|
| Title | United States of America v. $1,546,076.35 in Bank Funds, etc., et al. | | |

The Court conferred with the parties and their counsel.

No settlement was reached this date, but the parties are continuing to engage in settlement discussions and will notify the Magistrate Judge to the extent necessary to facilitate the same.

|  |  | 7 hours |
|---|---|---|
|  | Initials of Deputy Clerk | klh |