# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-8420-RGK-JC |
| v. | |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [299] |
| Defendant(s) | |

[x] The Court hereby orders that the request of:

**ROSE LARKIN** — [ ] Plaintiff [ ] Defendant [x] Other **Claimant**
*Name of Party*

[x] to substitute **WALTER F. BROWN** who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105      wbrown@paulweiss.com
*City, State, Zip*            *E-Mail Address*

(628) 432-5111      (202) 204-7379      130248
*Telephone Number*  *Fax Number*        *State Bar Number*

as attorney of record instead of **JOHN K. RUBINER**

List **all** attorneys from same firm or agency who are withdrawing.

is hereby [x] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of _____

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

is hereby [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **3/26/2024**

*/s/ Gary Klausner*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY