**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br>v.<br>$1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-8420-RGK-JC<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  **[300]** |

[X] The Court hereby orders that the request of:

Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust & Chiapas Trusts
*Name of Party*

[ ] Plaintiff  [ ] Defendant  [X] Other  Claimant

[X] to substitute    WALTER F. BROWN    who is

[X] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105           wbrown@paulweiss.com
*City, State, Zip*                 *E-Mail Address*

(628) 432-5111        (202) 204-7379        130248
*Telephone Number*      *Fax Number*          *State Bar Number*

as attorney of record instead of    JOHN K. RUBINER

*List all attorneys from same firm or agency who are withdrawing.*

is hereby [X] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of _____

*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

is hereby [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated    3/26/2024                    *Gary Klausner*
                                       U.S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY