**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-8420-RGK-JC |
| v. | |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  **[301]** |
| Defendant(s) | |

[X] The Court hereby orders that the request of:

**QUINN LARKIN**  [ ] Plaintiff  [ ] Defendant  [X] Other **Claimant**
*Name of Party*

[X] to substitute   **WALTER F. BROWN**   who is

[X] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105        wbrown@paulweiss.com
*City, State, Zip*              *E-Mail Address*

(628) 432-5111     (202) 204-7379     130248
*Telephone Number*   *Fax Number*      *State Bar Number*

as attorney of record instead of   **JOHN K. RUBINER**

List **all** attorneys from same firm or agency who are withdrawing.

is hereby [X] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of _____

List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

is hereby [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   **3/26/2024**           */s/ Gary Klausner*
                                U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (02/24)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY