**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-8420-RGK-JC |
| v. | |
| $1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY  [302] |
| Defendant(s) | |

[X] The Court hereby orders that the request of:

KATHLEEN LARKIN          ☐ Plaintiff ☐ Defendant [x]Other  Claimant
_Name of Party_

[x] to substitute     WALTER F. BROWN                                who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor

San Francisco, CA 94105            _Street Address_     wbrown@paulweiss.com
_City, State, Zip_                                                 _E-Mail Address_

(628) 432-5111          (202) 204-7379          130248
_Telephone Number_        _Fax Number_          _State Bar Number_

as attorney of record instead of     JOHN K. RUBINER
                                      _List **all** attorneys from same firm or agency who are withdrawing._

**is hereby** [X] GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of [                                        ]
                                      _List **all** attorneys from same firm or agency who are withdrawing._

[                                        ]

to withdraw as attorney of record for [                    ]
**is hereby** ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated     **3/26/2024**

_U. S. District Judge/U.S. Magistrate Judge_