# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s)<br><br>v.<br><br>$1,546,076.35 in Bank Funds Seized from Republic Bank of Arizona Account '1889, et al<br><br>Defendant(s) | **CASE NUMBER**<br><br>2:18-cv-8420-RGK-JC<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY **[303]** |

[X] The Court hereby orders that the request of:

**JOHN LARKIN**     [ ] Plaintiff [ ] Defendant [X] Other **Claimant**
*Name of Party*

[X] to substitute     **WALTER F. BROWN**     who is

[X] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

Paul, Weiss, Rifkind, Wharton & Garrison - 535 Mission Street, 24th Floor
*Street Address*

San Francisco, CA 94105     wbrown@paulweiss.com
*City, State, Zip*     *E-Mail Address*

(628) 432-5111     (202) 204-7379     130248
*Telephone Number*     *Fax Number*     *State Bar Number*

as attorney of record instead of     **JOHN K. RUBINER**

*List all attorneys from same firm or agency who are withdrawing.*

**is hereby** [X] **GRANTED**    [ ] **DENIED**

[ ] The Court hereby orders that the request of _____

*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____
**is hereby** [ ] **GRANTED**    [ ] **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **3/26/2024**

*[signature: Gary Klausner]*

~~U.S. District Judge~~/U.S. Magistrate Judge

G-01 ORDER (02/24)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY