E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2426
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>               v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>            Defendants.<br><br>JAMES LARKIN, MARGARET LARKIN, MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, VERMILLION HOLDINGS, LLC, CEREUS PROPERTIES, LLC, SHEARWATER INVESTMENTS, LLC, BROADWAY CAPITAL, LLC, MICHAEL LACEY, SCOTT SPEAR, ALYSON TALLEY, JOHN BRUNST, MARY ANN BRUNST, THE BRUNST FAMILY TRUST, KATHLEEN D. LARKIN, JOHN C. LARKIN, QUINN M. LARKIN, ROSE L. LARKIN, ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUEBLA TRUST, CUERNAVACA TRUST AND | No. 2:18-cv-08420-RGK-PJW<br><br>**PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CHIAPAS TRUST, NATASHA SPEAR, ELLON SPEAR, LARKIN MARGARET, JILL ANDERSON, JOHN R. BECKER, TRUSTEE OF THE MGL TWO YEAR RETAINED ANNUITY TRUST, TROY LARKIN, RAMON LARKIN, CASA BAHIA FOR SAN FRANCISCO, LLC, AND COLIN LACEY, AS BENEFICIARY OF THE BINGHAMTON TRUST,<br><br>          Claimants. |

1. On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona United States v. Michael Lacey, et al., No. CR 18-422-PHX-SMB (the "Lacey Action"), United States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is related to this consolidated action. [ECF No. 189].

2. The stay order required the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

3. Trial in the Lacey Action was set for August 8, 2023, but on or about July 31, 2023, defendant James Larkin became deceased. The government moved to dismiss Larkin from the Lacey Action following his death, and that motion was granted on or about August 4, 2023.

4. Following Larkin's death, the remaining defendants in the Lacey Action sought a trial continuance, and the Court continued trial in the Lacey Action to August 29, 2023.

5. On November 16, 2023, defendant **Lacey** (1) is found guilty as to Count 100 of the Superseding Indictment, not guilty as to Count

2

63 of the Superseding Indictment, and no verdict is returned as to Counts 1-62, 64-70, 81, 83-84, 86, 88-92, 94-99 of the Superseding Indictment. Defendant **Scott Spear** (3) is found guilty as to Counts 1-18, 52-62, 71-78, 85, and 93 of the Superseding Indictment, and not guilty as to Counts 19-51, and 63-68 of the Superseding Indictment. Defendant **John Brunst** (4) is found guilty as to Counts 1, 52-62, 64-70, 78-84, 86-93 of the Superseding Indictment, and not guilty of Counts 2-51, and 63 of the Superseding Indictment. Defendant **Andrew Padilla** (6) is found not guilty as to Counts 1-51 of the Superseding Indictment. Defendant **Joye Vaught** (7) is found not guilty as to Counts 1-51 of the Superseding Indictment.

6. The Court declared a mistrial with respect to the counts the Jury did not reach a verdict as to Defendant Lacey, Counts 1-62, 64-70, 81, 83-84, 86, 88-92, 94, 95-99 of the Superseding Indictment.

7. A Judgment of Acquittal was entered as to Defendants Andrew Padilla and Joye Vaught.

8. Defendant Lacey and his remaining co-defendants have a sentencing date of May 1, 2024. Defendant Lacey has a trial date set for August 6, 2024.

9. In the Ferrer and Backpage Actions, the cases are stayed until the resolution of the Lacey Action.

10. The Lacey, Ferrer, and Backpage Actions arise from the same general facts as this forfeiture action. Notwithstanding the death of Larkin, given the impending trial in the Lacey Action, and the ongoing nature of the related ancillary proceedings in the Ferrer and Backpage Actions, the government continues to believe that a stay is warranted pursuant to 18 U.S.C. § 981(g).

11. Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party. Pursuant to the Court's Order filed on January 20, 2021, plaintiff will file a status report on the proceedings in the Lacey Action criminal trial no later than July 12, 2024.

12. If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter. Any party having filed an answer must do so within 30 days of the entry of an order lifting the stay.

Dated: April 12, 2024                Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney
                                     MACK E. JENKINS
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     JONATHAN S. GALATZAN
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture & Recovery
                                     Section


                                           /s/
                                     _____
                                     DAN G. BOYLE
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA