Case 2:18-cv-08420-RGK-JC   Document 311   Filed 04/12/24   Page 1 of 3   Page ID #:2899

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Case: 2:18cv8420   Doc: 304

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

2:18CV8420

RGK

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

-R-T-S-  852542350-1N
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER
04/08/24

NEOPOST   FIRST-CLASS
03/22/2024
US POSTAGE $001.
ZIP 90

Case: 2:18cv8420  Doc: 304

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37604800@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-08420-RGK-JC United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al Settlement Conference Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 3/21/2024 at 12:59 PM PDT and filed on 3/20/2024

| | |
|---|---|
| **Case Name:** | United States of America v. $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account 1889 et al |
| **Case Number:** | 2:18-cv-08420-RGK-JC |
| **Filer:** | |
| **Document Number:** | 304 |

**Docket Text:**
**MINUTES OF SETTLEMENT CONFERENCE held before Magistrate Judge Jacqueline Chooljian. The Court conferred with the parties and their counsel. No settlement was reached this date, but the parties are continuing to engage in settlement discussions and will notify the Magistrate Judge to the extent necessary to facilitate the same. (hr)**

**2:18-cv-08420-RGK-JC Notice has been electronically mailed to:**
Steven L. Kessler    kesslerlawnyc@gmail.com
John K. Rubiner    erubio@fmglaw.com, jrubiner@fmglaw.com
Gopi K. Panchapakesan    kmm@birdmarella.com, karen-minutelli-9770@ecf.pacerpro.com, gpanchapakesan@birdmarella.com
Ariel A Neuman    mlw@birdmarella.com, aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com
David W. Wiechert    william@wmgattorneys.com, jessica@wmgattorneys.com, danielle@wmgattorneys.com, dwiechert@aol.com
Sharon E Frase    sharon@boersch-illovsky.com, ecf@boersch-illovsky.com, roxanne@boersch-illovsky.com
Daniel G. Boyle    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, gabriela.arciniega@usdoj.gov, tarleen.khauv@usdoj.gov, jonathan.wettstein@usdoj.gov, daniel.boyle2@usdoj.gov