

# B&H

B E C K E R   H O U S E

### ATTORNEYS AT LAW
A Professional Limited Liability Company

■ ■ ■

John R. Becker, Esq.

Certified Tax Law Specialist
Certified Estate and Trust Law Specialist
Fellow, The American College of Trust and Estate Counsel

FILED
CLERK, U.S. DISTRICT COURT

APR 25 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

19 April 2024

United States District Court
Central District of California
Attn: Correspondence Clerk
255 East Temple Street
Los Angeles, California 90012

   *Re:   Case Number 2:18-cv-08420-RGK-JC*

Dear Madam or Sir:

   This letter is to advise you that my address has changed regarding the above-referenced matter. Please change your records to reflect my new address:

Becker & House, PLLC
John R. Becker, Esq.
14822 North 73rd Street, Suite 101
Scottsdale, Arizona 85260

   Please contact me if you have any questions.

   Yours very truly,

   John R. Becker

JRB:hmf
P:\__Clients\Lacey, Michael\CORR\ Central Disctrict of CA w Address Change.doc



US POSTAGE PITNEY BOWES
ZIP 85260
02 1H
0001295292
$ 000.640
APR 19 2024

PHOENIX AZ 852
22 APR 2024 PM
FIRST-CLASS

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

United States District Court
Central District of California
Attn: Correspondence Clerk
255 East Temple Street
Los Angeles, California 90012

90012-333432

B&H
BECKER & HOUSE
ATTORNEYS AT LAW
A Professional Limited Liability Company
14822 North 73rd Street, Suite 101
Scottsdale, Arizona 85260