E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    E-mail:    Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$1,546,076.35 IN BANK FUNDS SEIZED FROM REPUBLIC BANK OF ARIZONA ACCOUNT '1889, ET AL.,<br><br>    Defendants. | No. 2:18-cv-08420-RGK-JC<br><br>**PLAINTIFF'S STATUS REPORT REGARDING STAYED CASE** |
| JAMES LARKIN, MARGARET LARKIN, MEDALIST HOLDINGS, INC., LEEWARD HOLDINGS, LLC, CAMARILLO HOLDINGS, LLC, VERMILLION HOLDINGS, LLC, CEREUS PROPERTIES, LLC, SHEARWATER INVESTMENTS, LLC, BROADWAY CAPITAL, LLC, MICHAEL LACEY, SCOTT SPEAR, ALYSON TALLEY, JOHN BRUNST, MARY ANN BRUNST, THE BRUNST FAMILY TRUST, KATHLEEN D. LARKIN, JOHN C. LARKIN, QUINN M. LARKIN, ROSE L. LARKIN, ANNE HAWKINS AS TRUSTEE FOR THE OAXACA TRUST, PUEBLA TRUST, CUERNAVACA TRUST AND CHIAPAS TRUST, NATASHA SPEAR, ELLON SPEAR, LARKIN MARGARET, JILL ANDERSON, JOHN R. BECKER, | |

1

TRUSTEE OF THE MGL TWO YEAR RETAINED ANNUITY TRUST, TROY LARKIN, RAMON LARKIN, CASA BAHIA FOR SAN FRANCISCO, LLC, AND COLIN LACEY, AS BENEFICIARY OF THE BINGHAMTON TRUST,

      Claimants.

1. On July 16, 2024, this Court ordered the government to file a status report by July 18, 2024. [ECF No. 315].

2. On January 20, 2021, this Court ordered this consolidated civil forfeiture action stayed pending the conclusion of criminal actions in the District of Arizona United States v. Michael Lacey, et al., No. CR 18-422-PHX-SMB (the "Lacey Action"), United States v. Ferrer, No. CR 18-464-PHX-SMB (the "Ferrer Action"), and United States v. Backpage.com, LLC, et al., No. CR 18-465-PHX-SMB (the "Backpage Action"), each of which is related to this consolidated action. [ECF No. 189].

3. The stay order required the parties to report to the Court regarding any developments occurring in the related criminal actions that might justify modifying the stay.

4. On September 3, 2024, defendant Lacey filed an Interlocutory Appeal to the 9th Circuit Court of Appeals United States v. Michale Lacey, Case Number 24-5376. On December 4, 2024, the 9th Circuit Court of Appeals consolidated the related appeals in the Lacey case, United States v. John Brunst, Case Number 24-5374 and United States v. Scott Spear, Case Number 24-5375. The consolidated Opening brief is now due on January 27, 2025. The consolidated Answering brief is now due on February 26, 2025.

5. The remaining co-defendant is being sentenced on March 3,

2025.

6. The Ferrer and Backpage Actions are stayed until the resolution of the Lacey Action.

7. On December 17, 2024, the Court entered the Partial Consent Judgment (Not Case Dispositive). The government is in the process of returning assets to the appropriate claimants. Due to the potential for settlement, the ongoing nature of the criminal case, and the related ancillary proceedings in the Ferrer and Backpage Actions, the government continues to believe that a stay is warranted pursuant to 18 U.S.C. § 981(g).

8. Accordingly, plaintiff requests that the stay in this case continue in effect pending the resolution of the related criminal cases, or upon motion of any party. Pursuant to the Court's Order filed on July 16, 2024, plaintiff will file a status report on the proceedings in the Lacey Action criminal trial no later than April 14, 2025.

//
//
//

9. If any of the related criminal matters is completed before any report is due, plaintiff will move to vacate the stay within 30 days of the completion of the criminal matter. Any party having filed an answer must do so within 30 days of the entry of an order lifting the stay.

| | |
|---|---|
| Dated: January 13, 2025 | Respectfully submitted,<br><br>E. MARTIN ESTRADA<br>United States Attorney<br>LINDSEY GREER DOTSON<br>Assistant United States Attorney<br>Chief, Criminal Division<br><br>         */s/*<br>JONATHAN S. GALATZAN<br>Assistant United States Attorney<br>Chief, Asset Forfeiture & Recovery Section<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |