Michael R. Williams, State Bar No. 192222
mwilliams@bklwlaw.com
Alexis Paschedag Federico, State Bar No. 313392
afederico@bklwlaw.com
BIENERT KATZMAN LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

*Attorneys for Bienert Katzman PC and*
*Bienert Katzman Littrell Williams LLP*
*formerly known as Bienert, Miller & Katzman PLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> $1,546,076.35 In Bank Funds Seized from Republic Bank of Arizona Account '1889, et al., <br><br> Defendants. | Case No. 2:18-cv-08420-RGK-JC <br><br> **DEFENDANT JAMES LARKIN'S FORMER COUNSEL'S WITHDRAWAL OF NOTICE OF ATTORNEY CHARGING LIEN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On March 7, 2024, Bienert Katzman PC, formerly known as Bienert, Miller & Katzman PLC, and Bienert Katzman Littrell Williams LLP (collectively "BKLW") filed Defendant James Larkin's Former Counsel's Notice of Attorney Charging Lien (the "Notice of Lien") in this action. Dkt. 295. BKLW hereby withdraws, releases, and discharges with prejudice the Notice of Lien and any other potential charging liens, attorneys' liens, or other claims of liens in this in this action.

Respectfully submitted,

Dated: October 15, 2025

**BIENERT KATZMAN LITTRELL WILLIAM LLP**

By: _____
Michael R. Williams
Alexis Paschedag Federico

*Attorneys for Bienert Katzman PC and Bienert Katzman Littrell Williams LLP formerly known as Bienert, Miller & Katzman PLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed below who have entered their appearance as counsel of record.

Eric Honig
erichonig@aol.com
Law Offices of Eric Honig APLC
*Attorneys for Margaret Larkin as an individual and as Personal Representative of the Estate of James Larkin*

Walter F. Brown , Jr
Paul Weiss Rifkind Wharton and Garrison LLP
wbrown@paulweiss.com
*Attorneys for Margaret Larkin*

Paul J Cambria, Jr.
pcambria@lglaw.com
Lipsitz Green Scime Cambria LLP
*Attorneys for Michael Lacey, Finca Manzana for Sebastopol, LLC, Creek Hideaway, LLC, and Casa Bahia for San Francisco, LLC*

Benjamin P. Lechman
benlechman@hotmail.com
Law Offices of Benjamin P. Lechman, Esq.
*Attorneys for Roarke Lacey and Colin Lacey as Beneficiary of the Binghamton Trust*

Steven L. Kessler
kesslerlawnyc@gmail.com
Law Offices of Steven L. Kessler
*Attorneys for Roarke Lacey and Colin Lacey as Beneficiary of the Binghamton Trust*

Daniel James Quigley
quigley@djqplc.com
Daniel J Quigley PLC
*Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LCC, Cereus Properties, LLC, and Shearwater Investments, LLC*

David W. Wiechert
dwiechert@aol.com
Wiechert, Munk and Goldstein, PC

*Attorneys for Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LCC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital LLC*

John K. Rubiner
jrubiner@fmglaw.com
Freeman Mathis and Gary LLP
*Attorneys for Scott Spear; Natasha Spear; Ellon Spear; Kathleen D. Larkin; John C. Larkin; Quinn M. Larkin; Rose L. Larkin; and Anne Hawkins as Trustee for the Oaxaca Trust, Puebla Trust, Cuernavaca Trust, and Chiapas Trust;*

Sharon E Frase
sharon@boersch-illovsky.com
Boersch and Illovsky LLP
*Attorneys for Alyson Talley*

Gary S. Lincenberg
glincenberg@birdmarella.com
Ariel A Neuman
aneuman@birdmarella.com
Gopi K. Panchapakesan
gpanchapakesan@birdmarella.com
Bird, Marella, Rhow, Lincenberg, Drooks and Nessim, LLP
*Attorneys for John Brunst, Mary Ann Brunst, The Brunst Family Trust*

Daniel G. Boyle
daniel.boyle2@usdoj.gov
*Assistant United States Attorney*

I hereby certify that on October 15, 2025, I will cause to be mailed via the United States Postal Service the attached document to the following parties at the addresses listed below:

Jill Anderson
2201 North Central Avenue No. 6A
Phoenix, AZ 85004

John R Becker
7025 East Greenway Parkway, Suite 800
Scottsdale, AZ 85254
*Trustee of the MGL Two Year Retained Annuity Trust Dated 21 November 2014*

Troy Larkin
201 Oakhurst Leaf Drive
Milton, GA 30004

1
2   Ramon Larkin
    1023 W 70th Ter
3   Kansas City, MO 64113
4
                                            /s/ Miriah Edwards
5                                           Miriah Edwards
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28